# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| VICTORIA JOHNSON, | ) CASE NO. 13 CV 811326 |
| | ) |
| Plaintiff, | ) JUDGE JOSE A VILLANUEVA |
| | ) |
| vs. | ) |
| | ) **NOTICE OF FILING NOTICE OF** |
| UNIVERSITY HOSPITALS, | ) **REMOVAL** |
| | ) |
| Defendant. | ) |
| | ) |

Please take notice that University Hospitals Health System, Inc. ("UHHS")[1] has filed a Notice of Removal of the above-captioned lawsuit with the clerk of the United States District Court for the Northern District of Ohio. A copy of that Notice is attached hereto.

Respectfully submitted,

_____
Kerin Lyn Kaminski (0013522)
Rachael L. Israel (0072772)
GIFFEN & KAMINSKI, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone:  (216) 621-5161
Facsimile:  (216) 621-2399
E-mail:  kkaminski@thinkgk.com
risrael@thinkgk.com

*Attorneys for Defendant University Hospitals Health Systems, Inc.*

---

[1] There is no such entity as "University Hospitals" doing business in the State of Ohio. "University Hospitals" is a registered trade name of UHHS. UHHS never employed Plaintiff. In an abundance of caution, however, UHHS assumes that Plaintiff intended to file suit against UHHS and therefore seeks to remove this action to the United States District Court for the Northern District of Ohio.

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Filing Notice of Removal* has been served, via regular U.S. mail, postage prepaid, this 11th day of September, 2013, upon:

Mark P. Herron
75 Public Square, Suite 920
Cleveland, Ohio 44113

*Attorney for Plaintiff*

_____
Attorney for Defendant University Hospitals Health Systems, Inc.