IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA JOHNSON, | ) | CASE NO. 1:13-CV-2012 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND JURY DEMAND

Now comes the plaintiff, by and through counsel, and moves this Honorable Court for leave to file the attached *Amended Complaint and Jury Demand*. A brief in support of this motion is attached hereto and incorporated herein.

s/*Mark P. Herron*
Mark P. Herron (0051998)
75 Public Square, Suite 920
Cleveland, Ohio 44113
(216) 280-2828  FAX (216) 696-0075
Email:  herronlaw@msn.com

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on September 13, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                              *s/Mark P. Herron*_____
Mark P. Herron (0051998)
75 Public Square, Suite 920
Cleveland, Ohio  44113
(216) 280-2828  FAX (216) 696-0075
Email:  herronlaw@msn.com

Attorney for Plaintiff

## **BRIEF IN SUPPORT**

Pursuant to Rule 15(A) of the Federal Rules of Civil Procedure, plaintiff respectfully moves this Honorable Court for leave to file the attached *Amended Complaint and Jury Demand*. The sole purpose of this *Amended Complaint and Jury Demand* is to add as a defendant the corporate entity that employed and subsequently unlawfully terminated the plaintiff – University Hospitals Physician Services.  No other substantive changes are being made.  Defense counsel has previously indicated consent to this amendment in correspondence dated September 4, 2013, where this issue was brought to the undersigned's attention prior to removal of this case to this Court (attached).

Accordingly, and for these reasons, plaintiff respectfully requests leave to file the attached *Amended Complaint and Jury Demand*.

                                              Respectfully Submitted,

                                              s*/Mark P. Herron*                        
                                              Mark P. Herron (0051998)
                                              75 Public Square, Suite 920
                                              Cleveland, Ohio  44113
                                              (216) 280-2828  FAX (216) 696-0075
                                              Email:  herronlaw@msn.com

                                              Attorney for Plaintiff