IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA JOHNSON, | ) | CASE NO. 1:13-CV-2012 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS, | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF SERVICE

Please take notice that on October 28, 2013, counsel for the plaintiff served the following upon counsel for the defendant:

- Plaintiff's First Set Of Interrogatories And Requests For Production Of Documents To Defendant University Hospitals Physician Services

*s/Mark P. Herron*_____
Mark P. Herron (0051998)
75 Public Square, Suite 920
Cleveland, Ohio  44113
(216) 280-2828  FAX (216) 696-0075
email: herronlaw@msn.com

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on October 28, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           s/*Mark P. Herron*_____
                                           Mark P. Herron (0051998)
                                           75 Public Square, Suite 920
                                           Cleveland, Ohio  44113
                                           (216) 280-2828  FAX (216) 696-0075
                                           email: herronlaw@msn.com

                                           Attorney for Plaintiff