# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA JOHNSON, | ) | CASE NO. 1:13 CV 2012 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS PHYSICIAN | ) | **NOTICE OF FILING DEPOSITION** |
| SERVICES, | ) | **TRANSCRIPTS OF PLAINTIFF** |
| | ) | **VICTORIA JOHNSON** |
| Defendant. | ) | |

NOW COMES Defendant University Hospitals Physician Services ("UHPS"), and hereby gives notice of the filing of the following deposition transcripts of Plaintiff Victoria Johnson:

- Volume I, taken on March 14, 2014; and

- Volume II, taken on May 29, 2014.

                Respectfully submitted,

                */s/ Donald C. Bulea*
                Kerin Lyn Kaminski (0013522)
                Donald C. Bulea (0084158)
                GIFFEN & KAMINSKI, LLC
                1300 East Ninth Street, Suite 1600
                Cleveland, Ohio 44114
                Telephone:  (216) 621-5161
                Facsimile:  (216) 621-2399
                E-mail:    kkaminski@thinkgk.com
                              dbulea@thinkgk.com
                ***Counsel for Defendant University Hospitals Physician Services***

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2014, a copy of the foregoing *Notice of Filing Deposition Transcripts of Plaintiff Victoria Johnson* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system upon the following Parties:

Mark P. Herron, Counsel for Plaintiff Victoria Johnson at herronlaw@msn.com.

/s/ Donald C. Bulea
Kerin Lyn Kaminski (0013522)
Donald C. Bulea (0084158)
***Counsel for Defendant University Hospitals Physician Services***