## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA JOHNSON, | ) | CASE NO. 1:13 CV 2012 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS PHYSICIAN SERVICES, | ) | **NOTICE OF FILING DEPOSITION TRANSCRIPT OF CAROLE MEISLER** |
| | ) | |
| Defendant. | ) | |

NOW COMES Defendant University Hospitals Physician Services ("UHPS"), and hereby gives notice of the filing of the deposition transcript of Carole Meisler, taken on May 29, 2014.

                                                                                            Respectfully submitted,

                                                                  /s/ Donald C. Bulea
                                                                  Kerin Lyn Kaminski (0013522)
                                                                  Donald C. Bulea (0084158)
                                                                  GIFFEN & KAMINSKI, LLC
                                                                  1300 East Ninth Street, Suite 1600
                                                                  Cleveland, Ohio 44114
                                                                 Telephone:    (216) 621-5161
                                                                 Facsimile:     (216) 621-2399
                                                                E-mail:        kkaminski@thinkgk.com
                                                                                         dbulea@thinkgk.com
                                             ***Counsel for Defendant University Hospitals Physician Services***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2014, a copy of the foregoing *Notice of Filing Deposition Transcripts of Carole Meisler* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system upon the following Parties:

Mark P. Herron, Counsel for Plaintiff Victoria Johnson at herronlaw@msn.com.

/s/ Donald C. Bulea_____
Kerin Lyn Kaminski (0013522)
Donald C. Bulea (0084158)
***Counsel for Defendant University Hospitals Physician Services***