Deposition of Carole Meisler, taken May 29, 2014

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

VICTORIA D. JOHNSON,           )
                               )
             Plaintiff,        )
                               )
vs.                            ) Case No.
                               ) 1:13-cv-2012
                               )
UNIVERSITY HOSPITALS           )
HEALTH SYSTEM, INC. and        )
UNIVERSITY HOSPITALS           )
PHYSICIAN SERVICES,            )
                               )
             Defendants.       )

                - - - - -

         THE DEPOSITION OF CAROLE MEISLER
               THURSDAY, MAY 29, 2014
                - - - - -

     The deposition of CAROLE MEISLER, called by
the Plaintiff for examination pursuant to the
Federal Rules of Civil Procedure, taken before
me, the undersigned, Gretchen E. Windenburg, a
Court Reporter and Notary Public within and for
the State of Ohio, taken at the offices of Giffen
& Kaminski, LLC, Suite 1600, 1300 East Ninth
Street, Cleveland, Ohio, commencing at 1:50 p.m.,
the day and date above set forth.

Deposition of Carole Meisler, taken May 29, 2014

Page 2

1    APPEARANCES:

2

        On behalf of the Plaintiff:

3

            Mark P. Herron, Esq.
4           75 Public Square
            Suite 920
5           Cleveland, Ohio  44113
            216-280-2828
6           herronlaw@msn.com
7        On behalf of the Defendants:
8           Kerin Lyn Kaminski, Esq.
            Donald C. Bulea, Esq.
9           Giffen & Kaminski, LLC
            Suite 1600
10          1300 East Ninth Street
            Cleveland, Ohio  44114
11          216-621-5161
            kkaminski@thinkgk.com
12          dbulea@thinkgk.com
13
14
15
16
17
18
19
20
21
22
23
24
25

Deposition of Carole Meisler, taken May 29, 2014

Page 3

1              CAROLE MEISLER DEPOSITION INDEX

2

3   EXAMINATION BY:                        PAGE NO.

4   Mr. Herron                              4, 84

5   Ms. Kaminski                              72

6

7                    - - - - -

8               No exhibits.

9                    - - - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Deposition of Carole Meisler, taken May 29, 2014

Page 4

1                    CAROLE MEISLER

2    of lawful age, called by the Plaintiff for

3    examination pursuant to the Federal Rules of

4    Civil Procedure, having been first duly sworn, as

5    hereinafter certified, was examined and testified

6    as follows:

7               EXAMINATION OF CAROLE MEISLER

8    BY MR. HERRON:

9    Q   I'll have you state your name, for the

10       record, please, ma'am.

11   A   Carole Meisler.

12   Q   How do you spell your last name?

13   A   M-E-I-S-L-E-R.

14   Q   Ms. Meisler, my name is Mark Herron.  I'm an

15       attorney.  I represent a woman by the name of

16       Victoria Johnson.  I believe you know who

17       Ms. Johnson is?

18   A   Yes.

19   Q   We have you here today to answer some

20       questions regarding some issues in a lawsuit

21       she has pending against University Hospitals

22       Physician Services.  I understand you are a

23       former employee of University Hospitals?

24   A   Correct.

25   Q   When were you last employed by University

Deposition of Carole Meisler, taken May 29, 2014

Page 5

1      Hospitals?

2   A  March 6, 2013.

3   Q  So just a little over a year?

4   A  Yes.

5   Q  Where are you presently employed?

6   A  I'm not.

7   Q  Are you retired?

8   A  Yes.

9   Q  How long were you employed at University

10     Hospitals Physician Services?

11  A  For a little over five years.

12  Q  What position or positions did you hold with

13     University Hospitals during that five-year

14     period?

15  A  Local compliance officer.

16  Q  Did you hold any other positions during that

17     five-year period, other than local compliance

18     officer?

19  A  No.

20  Q  Have you reviewed any documents in

21     preparation for your testimony this

22     afternoon?

23  A  No.

24  Q  Have you discussed your testimony or

25     anticipated testimony with anyone prior to

Deposition of Carole Meisler, taken May 29, 2014

1      today?

2   A   No.

3   Q   Prior to receiving a subpoena this week, did

4       you even know you were going to be testifying

5       today?

6   A   I didn't know.

7   Q   Have you ever given a deposition before?

8   A   Yes.

9   Q   About how long ago?

10  A   20 years.

11  Q   Things have changed in 20 years.  I'm going

12      to ask you a series of questions regarding

13      some issues in this case.  You are under

14      oath, so you have an obligation to testify

15      truthfully.  Just a few rules.  If we follow

16      them, we'll keep this relatively short and

17      painless.  If at any time you don't

18      understand my question, something doesn't

19      make sense, please speak up, let me know and

20      I will rephrase the question or ask it

21      differently.  The important thing is that you

22      and I be on the same page.  Fair enough?

23  A   Yes.

24  Q   And if at any point you need to take a break,

25      all you have to do is ask and we'll certainly

Deposition of Carole Meisler, taken May 29, 2014

Page 7

1       accommodate that.  The only provision being

2       if there's a question pending, we want you to

3       answer the question before we take the break.

4       Okay?

5    A  Yes.

6    Q  You also have to give verbal answers because

7       Gretchen, as good as she is, can't take down

8       nods or gestures, uh-huhs; they don't come

9       out accurately on the record.

10              What is your current residence

11      address?

12   A  2525 Lafayette Drive, Cleveland, Ohio 44118.

13   Q  That's over in South Euclid, I believe,

14      correct?

15   A  No.

16   Q  What is your educational background?

17   A  I have a Bachelor's degree in science and

18      nursing, a Bachelor of Arts in anthropology,

19      and a JD, Juris Doctor.

20   Q  Are you a licensed attorney in the State of

21      Ohio?

22   A  No.

23   Q  Have you ever been licensed in the State of

24      Ohio?

25   A  Pardon?

Deposition of Carole Meisler, taken May 29, 2014

Page 8

1  Q   I'm sorry.  Have you ever been licensed in

2      the State of Ohio?

3  A   No.

4  Q   Are you licensed to practice in any other

5      state?

6  A   Yes.

7  Q   Where are you licensed to practice?

8  A   Florida.

9  Q   During the five years that you were the local

10     compliance officer for University Hospitals,

11     who was your most recent immediate

12     supervisor?

13 A   Cheryl Wahl.

14 Q   What was Ms. Wahl's title at that point in

15     time?

16 A   I don't remember.

17 Q   How long was Ms. Wahl your supervisor?

18 A   I don't remember.

19 Q   Was Ms. Wahl your supervisor during the time

20     period of July and August of 2012?

21 A   I don't remember.

22 Q   Since your employment with University

23     Hospitals ended, have you had any

24     conversations with Ms. Wahl regarding

25     anything having to do with my client,

Deposition of Carole Meisler, taken May 29, 2014

Page 9

1       Victoria Johnson?

2   A   No.

3   Q   Other than Ms. Wahl, have you had any other

4       immediate supervisors?

5   A   Yes.

6   Q   Who were they?

7   A   Dr. Michael Nochomovitz.

8   Q   You are going to have to help me with his

9       last name.  Say it one more time and we'll do

10      our best.

11  A   Nochomovitz.

12  Q   N-A-K-A-M-O-V-I-C-S?

13  A   I think it's C-H.  N-O-C-H.

14  Q   What was Dr. Nochomovitz's position?

15  A   President of UHPS.

16  Q   Do you have a recollection as to what time

17      period he served in that capacity?

18  A   No.

19  Q   Was he serving in that capacity when your

20      employment with UHPS ended?

21  A   Yes.

22  Q   Other than Ms. Wahl and Dr. Nochomovitz, who

23      were your other supervisors while you were

24      the local compliance officer?

25  A   Dr. Keith Ponitz.

Deposition of Carole Meisler, taken May 29, 2014

Page 10

```
 1   Q   How do you spell his last name?
 2   A   P-O-N-I-T-Z.
 3   Q   What was Dr. Ponitz's title?
 4   A   I don't remember.
 5   Q   Was he serving in a supervisory capacity over
 6       you at the time that your employment ended?
 7   A   Yes.
 8   Q   Any other supervisors, other than Ms. Wahl,
 9       Dr. Nochomovitz, and Dr. Ponitz?
10   A   Elizabeth Johnson.
11   Q   What was Ms. Johnson's title?
12   A   I don't remember.
13   Q   Was Ms. Johnson serving in a supervisory
14       capacity when your employment ended?
15   A   When my employment ended, no.
16   Q   Any other supervisors other than the four we
17       have talked about?
18   A   Those were all my supervisors.  None other.
19   Q   When did you receive your Juris Doctor?
20   A   '87.
21   Q   When did you become licensed in the State of
22       Florida?
23   A   I don't remember.
24   Q   Have you ever been subject to any attorney
25       disciplinary proceedings in the State of
```

Deposition of Carole Meisler, taken May 29, 2014

Page 11

```
 1        Florida or any other court?
 2   A    No.
 3   Q    When you were employed at University
 4        Hospitals in the position of local compliance
 5        officer, did any of your job entail the
 6        providing of legal advice to the hospital or
 7        other hospital staff or employees?
 8   A    No.
 9   Q    I suppose I should ask you this, too, since
10        there's actually a couple of types of
11        licensure.
12             Were you admitted under anything
13        called a corporate status or corporate
14        registration?
15   A    No.
16   Q    As local compliance officer at University
17        Hospitals Physician Services, what were your
18        job duties?
19   A    My job duty was to explain to employees the
20        policies and procedures at University
21        Hospitals Physician Services.
22   Q    What types of policies and procedures did you
23        explain as part of those duties?
24   A    All of them.  Whatever policy and procedure
25        there was, it was my responsibility to make
```

Deposition of Carole Meisler, taken May 29, 2014

Page 12

1      sure employees followed the policies and

2      procedures and that they understood what they

3      were.

4  Q   Did that include policies and procedures that

5      would have been enacted by the Department of

6      Health and Human Services tending to Medicare

7      and Medicaid?

8  A   These were University Hospitals' policies and

9      procedures.

10 Q   So the answer to my question would be no,

11     that those policies and procedures did not

12     include providing training regarding policies

13     and procedures enacted by the United States

14     Department of Health and Human Services as

15     they pertain to Medicare and Medicaid?

16 A   Would you repeat that?

17 Q   I asked you what your job duties were at

18     University Hospitals, and you stated explain

19     policies and procedures and make sure that

20     they were being followed.  And I asked you

21     what were those policies and procedures, and

22     I believe you said that they were University

23     Hospitals' policies and procedures, correct?

24 A   Yes.

25 Q   Now, University Hospitals, not to state the

Deposition of Carole Meisler, taken May 29, 2014

Page 13

1        obvious, is a hospital, correct?

2    A   Yes.

3    Q   And it provides medical care to basically the

4        Northeast Ohio community, correct?

5    A   Yes.

6    Q   And there are patients who would receive that

7        care through Medicare and Medicaid, correct?

8    A   Yes.

9    Q   And Medicare and Medicaid have their own set

10       of rules as to how things should be done for

11       people who qualify to receive their treatment

12       through those services, correct?

13   A   Correct.

14   Q   And those policies and procedures, University

15       Hospitals will be required to comply with,

16       correct?

17   A   Yes.

18   Q   And that means that the University Hospitals

19       employees would be required to comply with

20       those procedures when applicable, correct?

21   A   Yes.

22   Q   As part of your responsibilities as the local

23       compliance officer, did that include ensuring

24       that employees of University Hospitals

25       Physician Services complied with Medicare and

Deposition of Carole Meisler, taken May 29, 2014

Page 14

1      Medicaid procedures?

2    A  Whichever ones were incorporated in policies

3       and procedures, yes.

4    Q  When you say incorporated in policies and

5       procedures, what do you mean by that?

6    A  Based on what you just said, that the

7       government makes laws and rules about

8       hospitals.  Hospitals have to follow those

9       rules.  So those rules would be in their

10      policies and procedures.

11   Q  Would they be contained in University

12      Hospitals' policies and procedures?

13   A  Yes.

14   Q  Now, it's my understanding that physicians

15      that are employed by University Hospitals and

16      provide services to University Hospitals, if

17      they're going to provide treatment to

18      patients who qualify for Medicare or

19      Medicaid, that they have to be approved by

20      the Department of Health and Human Services

21      to provide that; is that correct?

22   A  I don't know anything about that.

23   Q  You don't know anything about what a doctor

24      or a medical provider has to do in order to

25      provide services to patients who are on

Deposition of Carole Meisler, taken May 29, 2014

```
 1       Medicare and Medicaid?

 2   A   No.

 3   Q   So you're not familiar with any requirements

 4       that they submit an application in order to

 5       be approved as a provider for patients who

 6       receive Medicare and Medicaid?

 7   A   No.

 8   Q   Have you ever heard of what is known as an

 9       855I form?

10   A   No.  That doesn't sound familiar.

11   Q   Have you ever heard of what is known as a

12       program integrity manual for Medicare and

13       Medicaid?

14   A   I don't recall anything like that.

15   Q   Have you ever heard of a company in

16       Nashville, Tennessee known as CGS?

17   A   No.

18   Q   Have you ever spoken with anybody at a

19       company called CGS?

20   A   I don't recall.

21   Q   Have you ever spoken with anyone at CGS

22       regarding how the 855I form is to be

23       completed?

24   A   I don't know what the IGI form is {sic}.  I

25       don't recall any company called CGS.
```

Deposition of Carole Meisler, taken May 29, 2014

Page 16

 1   Q   So my question was, do you recall speaking
 2       with anyone at CGS regarding how an 855I form
 3       was to be completed.  What is your answer to
 4       that?  No, you don't recall?
 5   A   So, no, I don't recall the form that you're
 6       saying, and I don't recall a company by the
 7       name of CGS.
 8   Q   You did indicate at the outset that you know
 9       who Victoria Johnson is, correct?
10   A   Yes.
11   Q   How did you come to know who Ms. Johnson was?
12   A   I would pass her in the halls.
13   Q   Other than passing Victoria Johnson in the
14       halls, did you have any other interaction
15       with her while employed at University
16       Hospitals?
17   A   I believe I e-mailed her, but I really don't
18       recall.
19   Q   What did you e-mail Ms. Johnson about?
20   A   I don't know.
21   Q   Did you e-mail Ms. Johnson regarding how to
22       complete 855I forms for CGS?
23   A   You know what, I have no idea what form
24       you're talking about.
25   Q   You admitted that Ms. Wahl was your immediate

Deposition of Carole Meisler, taken May 29, 2014

Page 17

1    supervisor in July and August of 2012,

2    correct?

3  A  Ms. Wahl was my immediate supervisor.  I

4    don't remember when.

5  Q  Where was your office located?

6  A  In the City of Euclid.

7  Q  In the same building that Ms. Johnson worked

8    in?

9  A  Yes.

10  Q  Where was your office relative to where hers

11    was -- where her cubicle would have been?

12  A  I do not remember where her cubicle was.

13  Q  Were you two on the same floor?

14  A  Yes.

15  Q  Were you within 30, 40 feet from each other?

16  A  I have no idea.

17  Q  Did Ms. Wahl ask you to look into issues that

18    Victoria Johnson was having with regards to

19    how to prepare Medicare/Medicaid provider

20    enrollment applications?

21  A  Ms. Wahl asked me to reply to a complaint

22    that Victoria Johnson made.  I don't remember

23    any specifics about that.

24  Q  Did Ms. Wahl apprise you of the substance of

25    what Ms. Johnson's complaint was -- Victoria

Deposition of Carole Meisler, taken May 29, 2014

Page 18

1       Johnson's complaint was?  There's a couple of

2       people with the last name Johnson.

3   A   I don't remember.  I don't remember what the

4       complaint was.

5   Q   Did the complaint that Ms. Wahl wanted you to

6       look into that Victoria Johnson had made have

7       anything to do with preparing provider

8       enrollment applications for Medicare and

9       Medicaid?

10  A   I'm familiar with that term, provider

11      enrollment applications.

12  Q   Okay.  Was that what the complaint was about?

13  A   I don't remember.

14  Q   So you do know what a provider enrollment

15      application is; is that your testimony?

16  A   I have no idea what that is.  If I ever

17      worked with it, I don't remember.

18  Q   Well, after Ms. Wahl asked you to respond to

19      Victoria Johnson's complaint, describe for

20      us, please, what you did.

21  A   I -- whatever the complaint was, I went and

22      looked for information that would reply to

23      the complaint.

24  Q   What information did you look for?

25  A   I don't remember.

Deposition of Carole Meisler, taken May 29, 2014

Page 19

```
 1   Q   Where did you look for information?
 2   A   I don't remember.
 3   Q   I mean, did you look on the internet?  Did
 4       you look at resources that you had available
 5       to you in your office?  Did you call other
 6       people to get information?  What do you
 7       recall doing?
 8   A   I don't recall what I did as far as that
 9       specific incidence.  I can guess.
10   Q   Take your best shot.
11   A   My guess is, similar to any other time I was
12       asked to look into something, I would use any
13       resource available to find the information.
14   Q   What resources do you think you went to to
15       respond to Victoria Johnson's complaint?
16   A   I don't remember.
17   Q   Do you recall what the results of your
18       inquiry was?
19   A   I don't remember.
20   Q   I don't want to imply anything here with my
21       next question, but I have to ask it.
22           Do you have any type of medical or
23       mental health condition that's impairing your
24       ability to recall events that occurred two
25       years ago?
```

Deposition of Carole Meisler, taken May 29, 2014

Page 20

1    A    Not that I know of.

2    Q    I have handed you what was marked at an

3         earlier deposition as Exhibit 16.  Have you

4         ever seen these documents before?  And take

5         your time looking through them, of course,

6         please.

7    A    Yes, this looks like something I created.

8    Q    Do you recall when you created it?

9    A    No.

10   Q    Do you recall why you created it?

11   A    This was when Cheryl Wahl asked me to answer

12        a complaint by Victoria Johnson.

13   Q    Does this help refresh your recollection as

14        to what the nature of that complaint was?

15   A    What?  Does what?

16   Q    Any of it.

17   A    I haven't read it.  Do you want me to sit

18        here and read it?

19   Q    I want you to take as much time as you need

20        to read it.

21   A    Okay.

22                 MR. HERRON:     We'll take a

23        break to give you as much time as you need.

24        (Recess from 2:15 p.m. to 3:07 p.m. )

25   BY MR. HERRON:

Q I've given you a few minutes to look over Exhibit 16, correct?

A Yes.

Q Does that refresh your recollection as to the nature of the complaint that Victoria Johnson had made that Ms. Wahl wanted you to look into?

A Yes.

Q What was the nature of Ms. Johnson's complaint?

A She misunderstood that the form, required by this agency, had to be filled out by her department in order -- and that the form had to have a way of contacting the physician. And she misunderstood. She thought that a contact could not be sending a message on. She thought contact was that she personally should not be contacted; the physician personally should be contacted.

Q Is that what Ms. Johnson told you?

A In these e-mails --

Q Let me rephrase my question, because I know there's a lot of e-mails in there and they're all duplicated. Let me rephrase my question.

Did you have any conversation with

Deposition of Carole Meisler, taken May 29, 2014

Page 22

1      Victoria Johnson verbally, over the telephone

2      regarding what her complaint was?

3  A  I don't recall talking -- well, wait.  I

4      don't recall it, but in here I think it

5      says -- I would have to look -- that I did

6      talk to her personally.  I don't remember.

7  Q  You testified earlier that you and

8      Ms. Johnson worked in the same building out

9      on Euclid Avenue in Euclid, correct?

10  A  Yes.

11  Q  On the same floor, I think you said?

12  A  Yes.

13  Q  If you needed to go see her, it would just be

14      a matter of getting up and walking down the

15      hallway to where her cubicle was located,

16      right?

17  A  Correct.

18  Q  Or you could pick up the phone and ask her to

19      come down to your office, correct?

20  A  Yes.

21  Q  Did you ever go down to her office area or

22      cubicle to talk to her about this?

23  A  I don't remember.

24  Q  Did she ever come to your office or did you

25      ever ask her to come to your office to talk

Deposition of Carole Meisler, taken May 29, 2014

Page 23

1       about this?

2    A   I don't remember.

3    Q   You don't recall Victoria Johnson ever

4        stating to you verbally what her complaint

5        was?

6    A   I do not remember a telephone conversation

7        with her.

8    Q   Or an in-person conversation with her?

9    A   I do not recall an in-person conversation

10       with her.

11   Q   The only communications that you recall

12       having with Ms. Johnson -- Victoria

13       Johnson -- there's a couple people with the

14       last name of Johnson in this case.

15           The only communications you recall

16       having with Victoria Johnson were via e-mail;

17       is that correct?

18   A   Well, I think there's something in here that

19       says I called her.  I don't remember calling

20       her.

21   Q   I am not going to have you go through all of

22       Exhibit 16 again to find it, but do you

23       recall, in reviewing Exhibit 16, seeing

24       something where it indicated you might have

25       spoken with her verbally?

Deposition of Carole Meisler, taken May 29, 2014

Page 24

```
 1   A   I would have to look here to find that.  I
 2       don't remember.  I do not remember.
 3   Q   What did you do, if anything, to find out
 4       what the proper course of procedure was for
 5       Victoria Johnson in preparing these
 6       applications?
 7   A   I contacted the vender.
 8   Q   The vender is CGS?
 9   A   Yes.
10   Q   Who you testified earlier that you had
11       never -- or you don't recall who they were?
12   A   I had no idea they were called CGS.
13   Q   So you contacted the vender; is that your
14       testimony?
15   A   Yes.
16   Q   How did you contact the vender?
17   A   I called them.
18   Q   Do you recall who you spoke to at the vender?
19   A   No, but it's in here.  I can look here to
20       find out who I spoke to.
21   Q   Well, at the beginning of Exhibit 16 is a --
22       it looks like a spreadsheet or a chart of
23       actions that you took.  About three pages --
24       the first three pages.
25   A   Yes.
```

Deposition of Carole Meisler, taken May 29, 2014

Page 25

1  Q   Did you prepare that chart?

2  A   Yes.

3  Q   Do you recall when you prepared that chart?

4  A   No.

5  Q   The chart, the three pages there, is

6      entries -- a variety of entries for various

7      dates, 17th through the 24th of July of 2012.

8          When you prepared the chart, did you

9      make these entries simultaneously with the

10     tasks that you undertook, or did you put this

11     chart together at a later point in time after

12     the fact?

13 A   I put this -- could you say that one more

14     time?

15 Q   Right.  The first three pages of Exhibit 16

16     is a chart --

17 A   Yeah.

18 Q   -- of steps that you took, correct?

19 A   Uh-huh.

20 Q   Yes?

21 A   Yes.

22 Q   And each entry has a date?

23 A   Yes.

24 Q   And a time, right?

25 A   Yes.

Deposition of Carole Meisler, taken May 29, 2014

1  Q   My question was:  Did you put this chart

2      together as you were undergoing the steps

3      that you took in this investigation, or did

4      you put this together at a later date after

5      the fact?

6  A   I put this together afterwards.

7  Q   Do you recall how soon afterwards?

8  A   No.

9  Q   Was it in July of 2012?

10 A   I don't remember.

11 Q   August of 2012?

12 A   Don't remember.

13 Q   Was it in 2012?

14 A   I don't remember.

15 Q   It was sometime before you left in 2013,

16     correct?

17 A   Yes.

18 Q   And I think you left in -- what did you tell

19     me?  March of 2013, I believe it was?

20 A   Correct.

21 Q   So it would have been sometime in the eight

22     to nine-month period between July of 2012 and

23     March of 2013?

24 A   I don't remember when I did this.

25 Q   Well, do you think you did it after you left?

Deposition of Carole Meisler, taken May 29, 2014

Page 27

1   A   No, I didn't do it after I left.

2   Q   You did this on your computer in your office,

3       correct?

4   A   Yes.

5   Q   What program did you use to put this chart

6       together?

7   A   I don't know.

8   Q   Did you actually type out the chart or did

9       someone else do that?

10  A   I did.

11  Q   What type of word processing software did you

12      have at that time; do you recall?

13  A   I know for this, it was -- I don't know,

14      actually.  I don't know if it was Excel or it

15      could have been Word.  But I don't know what

16      the software is called.

17  Q   You don't know which program you used?

18  A   I have no idea.

19  Q   As you put this together, did you make

20      changes or revisions to it before the printed

21      version that we have here was put out?

22  A   I don't remember.

23  Q   Do you recall how long it took you to put the

24      chart together that's the first three pages

25      of Exhibit 16?

Deposition of Carole Meisler, taken May 29, 2014

Page 28

1    A    No.

2    Q    So you contacted somebody at the vender,

3         correct?

4    A    Yes.

5    Q    Do you recall who at the vender it was that

6         you spoke to?

7    A    I'll tell you in a minute.  According to this

8         e-mail, page 1 of 3, marked number two --

9    Q    I am going to cut you off just for a second.

10        If you look down at the bottom, you'll see

11        little numbers.  Which page number are you

12        looking at at the bottom?

13   A    1439.

14   Q    Okay.  This way I can follow along with you.

15   A    In this e-mail it says, I just spoke to CGS

16        on speaker with both Tina and Sheryl Johnson

17        present.  I received an answer from Melissa,

18        CGS customer service, and the reference code

19        for my question and her answer is number

20        9012199398320.

21             Per Melissa, the purpose of the

22        telephone contact number is that they need to

23        be able to verify information on the

24        application form 855.  Per Melissa, they do

25        not expect to have direct access to the

Deposition of Carole Meisler, taken May 29, 2014

Page 29

1       physician.  They know the physicians are busy

2       taking care of patients.  They need a number

3       to contact someone who will get the info from

4       the physician and report back.

5              Melissa gave an answer when she

6       called -- as an example, when she calls her

7       personal physician, she does not expect to

8       reach him directly, but she does expect that

9       he will be contacted for my needs.

10             I will send Victoria an e-mail, cc to

11      you, thanking her for letting compliance know

12      her concern and that I researched it with CGS

13      and was told our practices are compliant.

14  Q   This is an e-mail -- now, what you just read

15      from about your conversation with Melissa is

16      in an e-mail that you sent to Cheryl Wahl,

17      correct?

18  A   Uh-huh.

19  Q   Yes?

20  A   Yes.

21  Q   On July 17, correct?

22  A   Yes.

23  Q   And do you recall Melissa's last name?

24  A   No.

25  Q   Your testimony is you had a phone

Deposition of Carole Meisler, taken May 29, 2014

Page 30

1    conversation with Melissa, right?

2  A  Yes.

3  Q  Other than what's in this e-mail, did you

4    take any notes of that conversation?

5  A  Not that I recall.  I don't remember.  I

6    don't remember.

7  Q  Do you recall how long you and Melissa spoke?

8  A  No.

9  Q  Do you recall what Melissa's title was?

10 A  No.  Well, I have here CGS customer service.

11 Q  That's correct.  Did Melissa ever send you

12   anything in e-mail or in writing that any way

13   confirmed or corroborated the conversation

14   that you had?

15 A  I don't remember.

16 Q  And you believe Melissa was being truthful

17   with you when she told you that that's what

18   the expectation was?

19 A  Yes.

20 Q  And if you had felt that Melissa was wrong,

21   would you have forwarded on to Cheryl Wahl

22   the information that you received from

23   Melissa?

24 A  No.

25 Q  Did you receive anything from Melissa, either

Deposition of Carole Meisler, taken May 29, 2014

Page 31

1       in writing or in e-mail, that corroborated
2       anything that you wrote in your e-mail to
3       Ms. Wahl that you claim Melissa stated to
4       you?
5   A   I don't remember.
6   Q   If you had received something in writing from
7       Melissa that confirmed your phone call with
8       her, you would have retained that, correct?
9       If Melissa had sent you an e-mail confirming
10      our phone conversation of today, et cetera,
11      et cetera, you would have retained that,
12      correct?
13  A   Yes.
14  Q   Probably would have forwarded that on to
15      Cheryl Wahl, correct?
16  A   Yes.  I did get a confirmation, though.
17      That's what that number is.  I'm sorry.  I
18      have to change my answer.  Because she told
19      me that my question and her answer is
20      confirmed and she gave me a code number.  So
21      it must be someplace in CGS's tracking
22      system.
23  Q   Did you ever ask CGS to provide you with any
24      of their records that were tied to that code
25      number?

Deposition of Carole Meisler, taken May 29, 2014

Page 32

1   A   No.

2   Q   Have you ever seen anything from CGS that

3       would be a record of theirs tied to that code

4       number?

5   A   I don't remember if I mentioned the code

6       number when I talked to CGS at a later date.

7   Q   Well, we're going to get into those later

8       conversations.

9           Did Victoria Johnson ever tell you

10      that the problem -- strike that.

11          Did Victoria Johnson ever tell you

12      that CGS was telling her that they were

13      expecting the doctor to directly answer the

14      number that was provided on the

15      application -- enrollment application form?

16  A   May I have that question again?

17                  MR. HERRON:      That's on you.

18                  - - - - -

19              (Record read.)

20                  - - - - -

21  A   In number 1449 on the -- Victoria Johnson in

22      an e-mail to both me and Cheryl Wahl says,

23      yes, the application does not state section

24      2B, please list a valid correspondence phone

25      number where the provider can be reached

Deposition of Carole Meisler, taken May 29, 2014

Page 33

1     directly.  If no one is available to answer

2     the phone when called, the voicemail greeting

3     should clearly state the provider's name.

4             We are aware that if no one answers

5     the phone, it then has to go to the

6     provider's voicemail.  I asked the

7     representative to send that to me in writing

8     so that I could forward to you in detail what

9     their expectations are.

10            Bottom line is, they cannot be reached

11    directly at this number, and if they were to

12    call the number we put on the application and

13    no one answered, the voicemail greeting would

14    not be one of the provider.

15                  MR. HERRON:      What was my

16    question again?

17                  - - - - -

18                  (Record read.)

19                  - - - - -

20  Q   That was my original question.  Did Victoria

21      Johnson ever tell you that?

22  A   Okay.  She says, I asked the representative

23      to send that to me in writing so that I could

24      forward it to you in detail of what their

25      expectations are.

Deposition of Carole Meisler, taken May 29, 2014

Page 34

```
 1              And what she forwarded from Ms. Kim
 2         did not say anything about it having -- let's
 3         see.  Please list -- this is CMS 855I,
 4         page 1451.  It says section 2B, please list a
 5         valid correspondence number where the
 6         provider can be reached directly.  If no one
 7         is available to answer the phone when called,
 8         the voicemail greeting should clearly state
 9         the provider's name.
10    Q    Okay.
11    A    But it turned out that that was an old form.
12         Because I said here -- on July 19, 2012 at
13         3:40 p.m., I said, Hello, Victoria.  I
14         understand your confusion.  CGS is giving
15         conflicting information.  I went online and
16         looked at form 855I -- or L -- page 5,
17         section 2B.  The correspondence address and
18         the current form does not state -- which
19         is -- I then go into what the CGS rep told
20         Victoria, which was section B, please list a
21         valid correspondence phone number where the
22         provider can be reached directly.  If no one
23         is available to answer the phone when called,
24         the voicemail greeting should clearly state
25         the provider's name.  The current CMS 855I
```

Deposition of Carole Meisler, taken May 29, 2014

Page 35

 1     states, provide contact information for the

 2     person shown in section 2A above.  Once

 3     enrolled, the information provided below will

 4     be used by the fee for service contractor if

 5     it needs to contact you directly.

 6          It looks like they forwarded you an

 7     old form -- forwarded an old form to you.

 8     Per CGS, physician support staff can answer

 9     the phone and give a message to the

10     physician.

11  Q  So it's your testimony that you went online

12     and reviewed what you thought was the current

13     855I form?  Is that what you indicated in

14     your e-mail?

15  A  Yeah.  I went online and I looked at the

16     form.

17  Q  How do you know that the form you looked at

18     was current?

19  A  It was the form that was online.

20  Q  And do you recall where you went online to

21     look at that form?

22  A  No.

23  Q  You don't recall what the web address was?

24  A  No.

25  Q  Was it a CGS web address?

Deposition of Carole Meisler, taken May 29, 2014

Page 36

 1   A   I don't remember.

 2   Q   Was it a Department of Health and Human

 3       Services or Center for Medicare and Medicaid

 4       Services address?

 5   A   I don't remember.

 6   Q   How did you know what website to go look at?

 7   A   I don't remember.

 8   Q   I asked you earlier if you had ever heard of

 9       the program integrity manual.  You recall me

10       asking you that?

11   A   Uh-huh.

12   Q   Do you now know what that is?

13   A   I saw it in here somewhere.  I'll have to

14       find it, though.  It was like towards the

15       end.

16   Q   Well, I don't need you to go find where your

17       reference was in Exhibit 16, but now you know

18       what it is, right?

19   A   No, I don't remember what it is.  I need to

20       look here to see what it is.  Do you know

21       what page it's on?

22   Q   No, I don't.  But my question to you is going

23       to be:  Did you go look at the program

24       integrity manual to find out what it said

25       about how to complete the 855I form?

Deposition of Carole Meisler, taken May 29, 2014

Page 37

1    A    I don't remember.  I remember seeing the word

2         when I was reading through these documents,

3         that word integrity document, integrity plan.

4    Q    Program integrity manual.

5    A    Okay.  So I remember seeing that when I

6         reviewed these documents, but what -- who

7         talked about it and what I knew about it, I

8         don't remember.  I would need to go through

9         here and find it.

10   Q    Let's see if we can find out.  You said it

11        was near the end that you referenced it,

12        right?

13   A    I think so.

14   Q    Try page 1495.

15   A    Yeah.  If an answering service appears and

16        the contractor can identify it as the

17        applicant's personal service, it is not

18        necessary to talk directly to the applicant

19        or an official thereof.  The contractor only

20        needs to verify that the applicant can be

21        reached at this number.

22              And that is in this e-mail from

23        Shamekia McLaughlin on July 23 at 1:59 p.m.

24   Q    That's what you just read from the program

25        integrity manual, was an e-mail from

Deposition of Carole Meisler, taken May 29, 2014

Page 38

1      Ms. McLaughlin to Victoria Johnson, correct?

2  A   Yes.

3  Q   Did Victoria forward that -- Victoria

4      Johnson, rather, did she forward this e-mail

5      to you?

6  A   What is the question?

7  Q   If you'll look at 1505 -- are you on 1505?

8  A   Yes.

9  Q   E-mail from Victoria Johnson to several

10     individuals, including yourself, July 24,

11     2012, 7:27 a.m., correct?

12 A   Yes.

13 Q   And you received that e-mail?

14 A   Yes.

15 Q   Was the e-mail from Shamekia McLaughlin to

16     Victoria Johnson attached to that e-mail?

17 A   Yes.

18 Q   So there was reference to the program

19     integrity manual in Victoria's e-mail to

20     you -- Victoria Johnson's e-mail to you and

21     others, correct?

22 A   Yes.

23 Q   And she attached the e-mail that she had

24     received from Shamekia, which also quoted the

25     program integrity manual, correct?

Deposition of Carole Meisler, taken May 29, 2014

Page 39

1   A   Yes.  That's what Shamekia said.  She says
2       that this below, 15.5.2.2 correspondence
3       address, is listed what the program integrity
4       manual states.
5   Q   Did you go locate the program integrity
6       manual to see if that's, in fact, what it
7       said?
8   A   I don't remember.
9   Q   Did you have access to the program integrity
10      manual?
11  A   I don't remember.
12  Q   As of that date, July 24 of 2012 at 7:27 in
13      the morning, were you familiar with what the
14      program integrity manual was?
15  A   I don't remember.
16  Q   Or when you received these e-mails, was that
17      the first time you ever heard of the program
18      integrity manual?
19  A   I don't remember.
20  Q   Did you ask anybody what the program
21      integrity manual was?
22  A   I don't remember.
23  Q   When you looked up the 855I form -- which we
24      talked about for a few minutes, you said you
25      looked it up online -- did you get that

Deposition of Carole Meisler, taken May 29, 2014

Page 40

```
1      through Googling it --
2  A   I don't remember.
3  Q   -- or learning it through Google or Yahoo! or
4      something like that to find out what it was?
5  A   I don't remember.
6  Q   You do know what Google and Yahoo!, the
7      search engines, are?
8  A   Yes.
9  Q   I'm assuming you do, but I have to keep the
10     record clear.
11            Could you have Googled or run through
12     whatever search engine you would use at your
13     workstation, could you have run program
14     integrity manual through that to see what
15     came up?
16 A   Yes.
17 Q   Do you recall whether or not you did that?
18 A   No.
19 Q   Did you have a hard copy of the program
20     integrity manual available to you in your
21     office?
22 A   I don't recall.
23 Q   Did you at all speak with Shamekia
24     McLaughlin?
25 A   Yes.  On July 21 at 9:58, just spoke to the
```

Deposition of Carole Meisler, taken May 29, 2014

Page 41

1      CGS employee.  That's referring to Shamekia.

2              When the employee asked Victoria if

3      the physician --

4  Q   What page are you reading off of?

5  A   1505.  Just spoke to the CGS employee.  When

6      the employee asked Victoria if the physician

7      could be reached via the telephone number on

8      the application, Victoria told her, quote,

9      no, he cannot be reached at this telephone

10     number, unquote.

11             Per the CGS employee, there is no

12     expectation that the physician will be

13     reached at that number personally.  She is

14     causing financial harm to the organization.

15 Q   How do you know that it was Shamekia that you

16     spoke to?

17 A   If I -- I'm saying just spoke to the CGS

18     employee.  That refers to Shamekia.

19 Q   How do you know that that refers to Shamekia?

20     You didn't write her name down there

21     indicating that you spoke to her.

22 A   I didn't say spoke to a CGS employee.  I just

23     spoke to the CGS employee.

24 Q   Did the CGS employee that you spoke to --

25     well, strike that.

Deposition of Carole Meisler, taken May 29, 2014

Page 42

1                When you spoke to the CGS employee,

2          did you take any notes of that conversation?

3      A   I don't remember.

4      Q   If you would have taken notes of that

5          conversation or any other conversation you

6          had with the CGS employee, would you have

7          retained copies of those notes?

8      A   I don't know.

9      Q   Did the CGS employee that you spoke to prior

10         to sending the e-mail on July 24 of 2012 at

11         9:58 a.m., did that CGS employee provide you

12         with anything in writing, either in terms of

13         correspondence or an e-mail, that confirmed

14         the substance of the conversation that you

15         had with her or him?

16     A   I don't recall.

17     Q   Did you ask that CGS employee that you spoke

18         to immediately prior -- well, prior to

19         sending the July 24, 9:58 a.m. e-mail, did

20         you ask that CGS employee what it meant to be

21         able to directly contact a provider?

22     A   I asked her when the employee -- it says,

23         when the employee asked Victoria if the

24         physician could be reached via the telephone

25         number on the application, Victoria told

Deposition of Carole Meisler, taken May 29, 2014

Page 43

1      her -- this is referring to Shamekia, the CGS

2      employee -- quote, no, he cannot be reached

3      at this phone number, unquote.

4   Q  I understand that.  My question to you is:

5      Did you ask the CGS employee to explain to

6      you what CGS's expectation was in being able

7      to directly reach a provider at that number?

8   A  It says here, per the CGS employee, there is

9      no expectation that the physician will be

10     reached at that number personally.

11  Q  Did the CGS employee give you any other

12     clarification or insight as to what it meant

13     to be able to directly contact the provider,

14     other than they're not expecting the provider

15     to be reached at that number personally?

16  A  I don't recall.

17  Q  Again, when you spoke with the CGS employee,

18     who you believed was Shamekia McLaughlin, did

19     you believe that Shamekia McLaughlin was

20     being truthful with you?

21  A  Yes.

22  Q  If you had had reason to believe that

23     Shamekia -- or the CGS employee who you

24     believed to be Shamekia McLaughlin was not

25     being truthful with you, would you have

Deposition of Carole Meisler, taken May 29, 2014

Page 44

1    forwarded what she said on to -- well, I

2    guess it was Christina Morrison, Steve

3    Riddle, Sheryl Johnson, Cheryl Wahl?

4  A  What was the question?

5  Q  If you had felt that Shamekia McLaughlin, the

6    CGS employee who you think you were speaking

7    to, was not being truthful with you or was

8    wrong in what she was saying, would you have

9    forwarded what she said anyways on to the

10   individuals that you forwarded on what she

11   said in that e-mail?

12  A  I'm not understanding the question.

13  Q  Because I'm probably mumbling my words.

14         You sent this e-mail to Christina

15   Morrison, Steve Riddle, Sheryl Johnson, and

16   Cheryl Wahl on July 24, correct?

17  A  Correct.

18  Q  At 9:58 a.m.?

19  A  Correct.

20  Q  After speaking to a CGS employee who you

21   believed was Shamekia, correct?

22  A  If I said, to the CGS employee, it just makes

23   sense to me that it had to be Shamekia.

24  Q  That's fine.  I'm not overly worried about

25   that.  My question was:  You believe that

Deposition of Carole Meisler, taken May 29, 2014

Page 45

1        whoever the CGS employee you were talking to

2        was accurate -- was being accurate with

3        you --

4    A   Yes.

5    Q   -- about the what the expectations were?

6    A   Yes.

7    Q   And if you did not believe that that CGS

8        employee was accurate or correct with you in

9        what they were relating, you would not have

10       forwarded that on to Christina and Steve and

11       Sheryl and Cheryl; is that correct?

12   A   I'm sorry, I'm lost.

13   Q   Would you have forwarded on any information

14       that anybody at CGS told you if you felt that

15       that CGS employee was wrong?

16   A   If I had thought that that CGS -- Shamekia

17       was wrong in the information she gave me,

18       would I have notified Cheryl Wahl, Steve

19       Riddle, and Sheryl Johnson that she gave me

20       information that was incorrect?

21   Q   Okay.

22   A   No.

23   Q   Now, what other CGS employees do you recall

24       speaking with?

25   A   I spoke to Melissa.

Deposition of Carole Meisler, taken May 29, 2014

Page 46

 1   Q   We have talked about your conversations with
 2       Melissa already, correct?
 3   A   Yes.
 4   Q   Is there anything else that you recall from
 5       your conversation with Melissa that we have
 6       not talked about today?
 7   A   I don't recall.
 8   Q   And you talked to, you believe, Shamekia?
 9   A   I talked to Shamekia.
10   Q   Is there anything about your conversation
11       with Shamekia that we have not talked about
12       today?
13   A   I don't recall.
14   Q   Did you speak with Ms. Kim?
15   A   I don't know yet.  I have to review these
16       e-mails.  Yes.  On July 19 at 4:58 p.m., I
17       say, hello, Victoria.  Good news.  I just
18       spoke to Ms. Kim.  Per Ms. Kim, there is no
19       problem for UH to use UH's telephone number
20       as a contact number in the application.
21       There is no expectation that a physician will
22       answer the phone directly.
23           For example, per Ms. Kim, she works
24       with a large hospital system that provides
25       the hospital's main telephone number, and the

Deposition of Carole Meisler, taken May 29, 2014

Page 47

```
 1        hospital operator answers the telephone.
 2        FYI, I was very clear with her regarding your
 3        concerns and she assured me that UH complies
 4        with CGS's expectations.  Thank you again for
 5        bringing this to UH compliance department.
 6    Q   What page number are you looking at?
 7    A   That is 1449.
 8    Q   Did you have any other conversations with
 9        Ms. Kim, other than the one that you have
10        just related to us?
11    A   I don't recall.
12    Q   UH has its main campus on Euclid Avenue in
13        University Circle, correct?
14    A   Correct.
15    Q   UH also has other facilities throughout
16        Northeast Ohio, correct?
17    A   Correct.
18    Q   There are facilities all over Cuyahoga
19        County, out as far east, I guess, as
20        Ashtabula, Youngstown area?
21    A   I don't remember.  I don't remember.
22    Q   But there are UH facilities in other
23        counties, other than Cuyahoga, correct?
24    A   Yes.
25    Q   And at other facilities, other than what
```

Deposition of Carole Meisler, taken May 29, 2014

Page 48

1    everybody refers to as the main campus in
2    University Circle, correct?
3  A  Yes.
4  Q  When you had this conversation with Ms. Kim
5    and she was talking about the large facility
6    that -- the large hospital system, when she
7    described it, do you have any understanding
8    as to how large that hospital system was in
9    comparison to UH?
10  A  I recall that it was -- she said it was a
11    large hospital system.
12  Q  Did she tell you what the name of the
13    hospital system was?
14  A  I don't recall.
15  Q  Did she tell you whether or not it was in
16    Ohio?
17  A  I don't remember.
18  Q  Did she tell you whether or not that hospital
19    system had just one main location or whether,
20    like UH, had had facilities spread out
21    through multiple counties?
22  A  I don't recall.
23  Q  So you don't know how comparable that
24    hospital system that she referenced was --
25    how comparable it was to University Hospitals

Deposition of Carole Meisler, taken May 29, 2014

Page 49

1      in terms of size, in terms of how

2      geographically spread out it was?

3   A  No.  She said, according to here, that it was

4      a large hospital system.

5   Q  And you didn't ask her how large or how far

6      spread out it was?

7   A  I don't remember.

8   Q  Now, other than what you related in your

9      e-mail -- which is dated July 19 of 2012,

10     correct?

11  A  Are we talking about 1449?

12  Q  Yes, ma'am, we are.  That's your e-mail to

13     Victoria Johnson, correct?

14  A  Yes.

15  Q  With a copy to Ms. Wahl, correct?

16  A  Yes.

17  Q  And you relate in there the conversation you

18     had with Ms. Kim?

19  A  Yes.

20  Q  Did you receive any correspondence or e-mail

21     or otherwise from Ms. Kim that corroborated

22     what you wrote -- that corroborates how you

23     summarized your conversation with her in that

24     e-mail?

25  A  I don't remember.

Deposition of Carole Meisler, taken May 29, 2014

Page 50

```
 1   Q   Was it your belief that Ms. Kim was being

 2       truthful and accurate with you in relating

 3       what CGS's expectations were?

 4   A   Yes.

 5   Q   If you had felt that Ms. Kim was not accurate

 6       or not being truthful with you with respect

 7       to what CGS's expectations were, would you

 8       have communicated what she said to Ms. Wahl

 9       or to Victoria Johnson?

10   A   No.

11   Q   Did you have any other conversations with

12       Ms. Kim, other than the one that you

13       summarized in your e-mail dated July 19?

14   A   I don't recall.

15   Q   Other than Ms. Kim and Shamekia McLaughlin

16       and -- why am I forgetting the woman's

17       name -- Melissa, did you have any other

18       conversations with anyone at CGS regarding

19       how these forms were to be completed?

20   A   I don't recall, but I'm looking through the

21       exhibit to see if there were any other

22       mentions of other people.

23   Q   Well, I am looking at your chart, your

24       summary --

25   A   I am going through the entire exhibit.  Did
```

Deposition of Carole Meisler, taken May 29, 2014

Page 51

1          you ask me before if I talked to her later?

2          Because it says here, Friday, July 20 --

3          which is page 1457 -- I say an e-mail to

4          Victoria Johnson, cc Cheryl Wahl, CGS did not

5          order you to use the hospital number.  UH

6          can.  However -- can.  UH can.  However, that

7          is up to UH operations.  Please do not change

8          department processes without an okay from

9          your supervisor.

10               And that was related to the

11          conversation that I had with Ms. Kim.

12   Q   So was that a second conversation that you

13          had with Ms. Kim?

14   A   No, I think that's --

15   Q   Still just the one conversation?

16   A   So when was my conversation with Ms. Kim?

17          Okay.  I spoke to Kim on July 19.  So then

18          Victoria sent me an e-mail the 20th saying, I

19          just received an e-mail from Kim, CGS,

20          stating that we can populate the application

21          with the main hospital number, per CGS.

22          Please let Steve Riddle know that this is

23          their policy, as we can no longer use CGS's

24          telephone number.  I am sure the department

25          will be happy to hear this.  Thanks for your

Deposition of Carole Meisler, taken May 29, 2014

Page 52

1       help.

2               My answer was --

3   Q   Is that where you accused her of changing

4       policy?

5   A   I don't know.

6               CGS did not order you to use the

7       telephone number.  UH can.  However, that is

8       up to UH.  Please do not change department

9       processes without an okay from your

10      supervisor.

11  Q   Did you ever tell Victoria Johnson that CGS

12      would find it acceptable to use the

13      hospital's main telephone number?

14  A   No.  I told her for an example -- let me read

15      it again.  What page was that on?

16  Q   I am just asking you if you ever said that to

17      Victoria Johnson?

18  A   I don't remember.  I have to look at it.

19      Okay.  Per Ms. Kim, there is no problem for

20      UH to use UH telephone numbers as a contact

21      number in the application.  There is no

22      expectation that a physician will answer the

23      phone directly.  For example --

24              So she was giving me an example,

25      Ms. Kim, that this large hospital system that

Deposition of Carole Meisler, taken May 29, 2014

Page 53

1    she works with, they provide the hospital's

2    main telephone number and hospital operator.

3    And that was an answer apparently to my

4    question asking her if there was any problem

5    with UH using a UH telephone number to

6    contact -- as a contact in the application,

7    even though the physician doesn't answer.  So

8    her -- Ms. Kim said that -- gave me the

9    example that this main hospital number, this

10   large hospital system, that they call it --

11   or that that number is okay, so therefore

12   there's no problem with UH putting a

13   telephone number as a contact for the

14   application.

15  Q  Now, the contact number that Victoria Johnson

16     had been instructed to use was not the

17     hospital's main telephone number, correct?

18  A  Correct.

19  Q  But you related the example that you got from

20     Ms. Kim about the large hospital system that

21     she works with, you related that example to

22     Victoria Johnson, correct?

23  A  Correct.

24  Q  You believe that it was -- why then would it

25     be improper for Victoria Johnson to interpret

Deposition of Carole Meisler, taken May 29, 2014

Page 54

1       what you're telling her, that using UH's main

2       telephone number would be acceptable?

3   A   She misinterpreted.  I was not telling her

4       that it was acceptable, that we were going to

5       change our processes and use the main

6       telephone number.

7   Q   But you were telling her that Ms. Kim told

8       you that for another hospital system, it was

9       acceptable to use their main telephone

10      number, correct?

11  A   I was telling her that just -- that there are

12      different ways of handling this one problem.

13      So where she -- Victoria thought that we

14      couldn't give the UH number because it wasn't

15      a physician actually picking up the phone and

16      talking to CGS.  I'm telling Victoria here,

17      don't worry because the extreme to me is that

18      they call a large hospital system that

19      provides -- and they provide the main number

20      for the hospital system and that they use

21      that hospital operator who answers the phone

22      to contact the physician.

23          So I was giving it as an example to

24      Victoria, that it's not going to be a problem

25      to put in our number -- our telephone number

Deposition of Carole Meisler, taken May 29, 2014

Page 55

1      as a contact.

2  Q   Did you ever ask anybody at CGS what they

3      mean by the term directly contact?

4  A   I don't remember.  I would have to go through

5      this to see if I did.  What is meant by

6      direct contact?  Okay.

7          Yes.  On 1439, in an e-mail dated

8      July 17, 5:21 p.m., I say, I just spoke to

9      CGS on speaker with both Tina and Sheryl

10     Johnson present.  I received an answer from

11     Melissa, CGS customer service, and the

12     reference code for my question and her answer

13     is number 901219 --

14  Q  Okay.  We talked about this e-mail earlier.

15  A  Okay.  So per Melissa, the purpose of the

16     telephone contact number is that they need to

17     verify information on the application form

18     855.  Per Melissa, they do not expect to have

19     direct access to the physician.

20  Q  Again, we talked about this earlier.  This

21     e-mail is your summary of the conversation

22     that you had with Melissa that you're

23     relating to Carole Meisler and -- no, you're

24     Carole Meisler.  I'm sorry.  It's getting

25     late.

Deposition of Carole Meisler, taken May 29, 2014

Page 56

1              This e-mail, July 17, 2012, correct?

2    A    Yes.

3    Q    5:21 p.m.  This is your summary of the

4         conversation that you had with Melissa that

5         you related in your e-mail to Cheryl Wahl and

6         to Christina Morrison, correct?

7    A    Yes.

8    Q    You don't have anything that Melissa provided

9         you in writing or via e-mail that

10        corroborates this conversation, correct?

11   A    I have the code number for my --

12   Q    You have the code number, but you didn't --

13   A    -- question and her answer.

14   Q    -- ask anybody at CGS for their records tied

15        to that code number?

16   A    No.

17   Q    And Melissa -- you don't recall her last name

18        again?

19   A    Correct.

20   Q    -- never sent you any type of follow-up

21        e-mail or correspondence corroborating what

22        she told you on the phone call, correct?

23   A    I don't recall.

24   Q    When you reported what Melissa told you to

25        Cheryl Wahl and to Christina Morrison, you

Deposition of Carole Meisler, taken May 29, 2014

Page 57

```
 1      assumed that Melissa was being truthful with
 2      you, correct?
 3  A   Yes.
 4  Q   If you felt that Melissa was wrong in some
 5      way you would not have forwarded that
 6      information on to Cheryl Wahl and Christina
 7      Morrison, correct?
 8  A   Correct.
 9  Q   So do you recall any other phone
10      conversations or communications with anyone
11      at CGS, other than what we have talked about
12      so far -- I don't want to keep repeating old
13      ground here -- other than what we talked
14      about so far where they explained to you what
15      it means to be able to directly contact the
16      physician?
17  A   So I talked to Ms. Kim on -- that's 1449 on
18      July 19 and said -- I said, per Ms. Kim,
19      there's no problem for UH to use UH telephone
20      numbers as a contact number in the
21      application.  There is no expectation that
22      the physician will answer the phone directly.
23  Q   We have talked about that conversation
24      before, correct?  This is not a new
25      conversation that we haven't talked about
```

Deposition of Carole Meisler, taken May 29, 2014

Page 58

1       earlier; is that correct?

2    A  Yes.

3    Q  Any other conversations that we have not

4       talked about already in your deposition for

5       the past what, two hours -- two and a half

6       hours where somebody at CGS told you what

7       their expectation was with respect to being

8       able to directly contact the provider?

9    A  Right.  So so far Melissa and Kim told me

10      there's no expectation to directly contact

11      the physician.

12              And I am going to continue going

13      through and see if any other CGS employees

14      told me there's no requirement to directly

15      contact the physician.

16              I spoke on 1494 -- page 1494, July 24

17      at 9:59 a.m.  It says, I spoke to the CGS

18      employee, referring to Shamekia, about

19      whether they have to be at that number

20      directly.

21   Q  And we have talked about that conversation

22      already, haven't we?  Or is this a different

23      conversation with Shamekia?

24   A  I don't know if I had more than one with her.

25   Q  Are there any verbal or phone conversations

Deposition of Carole Meisler, taken May 29, 2014

1       you recall having with anybody at CGS that we

2       have not talked about today or that is not

3       referenced in Exhibit 16?

4   A   It says here, number 1503, Hello, Victoria.

5       I spoke to Shamekia's supervisor.  The CGS

6       supervisor directed the following be done in

7       order to prevent delay that is occurring in

8       this process, both for UHSP and CGS.

9       Shamekia will be calling you in 15 minutes.

10      She will ask you if the provider can be

11      reached at the telephone number on the

12      application.  Per the supervisor, tell

13      Shamekia that the provider will not pick up

14      the telephone, but as part of your job

15      description, you will get any message to him

16      or her, that you will contact the provider

17      for CGS as part of your job.

18  Q   Is this a new conversation that we haven't

19      talked about yet today?

20  A   I don't remember.

21  Q   Do you remember the name of Shamekia's

22      supervisor?

23  A   I don't remember it, but I'll go through here

24      to see if I mentioned her.

25                  MS. KAMINSKI:    You might want

Deposition of Carole Meisler, taken May 29, 2014

Page 60

```
 1        to look at your chart.  It might be quicker.
 2        Because your chart refers to Paula right
 3        after Shamekia.  Might help you identify it.
 4                  MR. HERRON:      Swear the
 5        attorney in, I'm going to put her under oath.
 6   Q    Do you recall talking to Paula Patti?
 7   A    I remember today, when I was looking at this,
 8        seeing that name, but I can't find it.  Do
 9        you know what page it's on?
10   Q    I am looking at your chart, which is what
11        Ms. Kaminski just pointed -- referenced you
12        to.
13   A    Can anybody else find it?
14   Q    1435.  This is the last page of your chart.
15        Do you recall talking to Paula Patti?
16                  MS. KAMINSKI:    Did you look
17        at your chart?
18                  THE WITNESS:     Yeah.  But
19        there's no number.
20   Q    Do you recall talking to Paula Patti?
21                  MS. KAMINSKI:    It says
22        Meisler called CGS --
23                  THE WITNESS:     Yeah, but
24        there's no number on the chart.
25   Q    Ma'am, simple question.  Do you recall
```

Deposition of Carole Meisler, taken May 29, 2014

Page 61

1      talking to Paula Patti?

2   A  I remember reading it here that I talked to

3      her.

4   Q  But do you have independent recollection of

5      having a phone conversation with Paula Patti?

6   A  No.

7   Q  So you can't tell us today what was

8      discussed?

9   A  It's in here.  Just let me -- I remember

10     reading it.

11  Q  I'll tell you what, you find it and I'm going

12     to take five minutes.

13       (Recess from 4:06 p.m. to 4:10 p.m. )

14  A  Number 1504, July 24, 12:25 p.m.  In an

15     e-mail from me to Cheryl Wahl and to Steve

16     Riddle, Christina Morrison, and Sheryl

17     Johnson, I say, Victoria is causing financial

18     harm to both CGS and UHPS by creating

19     unnecessary delay in the processing of form

20     8551.

21          She places her telephone number in the

22     application as the contact number.

23          CGS calls Victoria's number as part of

24     their process and asks if the physician can

25     be reached at this telephone number.

Deposition of Carole Meisler, taken May 29, 2014

Page 62

1          Victoria answers, no, they cannot be
2     reached at this number.
3          Per Shamekia's supervisor, Paula
4     Patti, Patti suspects, after reviewing the
5     e-mails between her employee and Victoria,
6     that Victoria is telling Shamekia that UHPS
7     has instructed Victoria to give the wrong
8     information to CGS.
9          At that point, the process stops and
10     the delay begins.
11          The CGS employee must then produce a
12     letter to Victoria confirming that the
13     information on the application is incorrect.
14          The CGS employees are creating and
15     mailing letters to Victoria, which is an
16     inefficiency for them to have to create; cost
17     of time, paper, ink, and a redundancy.
18          Victoria gets the letter and tells
19     Sheryl and Steve that she is getting multiple
20     rejections because of the UHPS process.
21          This delays the processing of the form
22     and possible delays in payment.
23          There may be other costs.  I am on my
24     way to the MSC for the department meeting.
25  Q  So this is an e-mail from you to Cheryl Wahl,

Deposition of Carole Meisler, taken May 29, 2014

Page 63

```
 1        Steve Riddle, Christina Morrison, Sheryl
 2        Johnson on July 24, 2012 at 12:25 p.m.,
 3        correct?
 4    A   Correct.
 5    Q   In that e-mail, you're actually responding to
 6        an e-mail earlier from Cheryl Wahl asking you
 7        how Victoria Johnson is allegedly causing
 8        financial harm, correct?
 9    A   Correct.
10    Q   Do you recall what date it was that you had
11        the conversation with Paula Patti?
12    A   The 24th.  Because that's what it says here.
13    Q   That's what it says there in the e-mail that
14        you were reading from, correct?
15    A   Yeah.  But if you look at the other e-mail
16        that I spoke to Shamekia, that was also on
17        the 24th.
18    Q   Do you recall any other conversations you had
19        with Paula Patti, other than what you
20        summarized in the e-mail that you sent to
21        Cheryl Wahl and the others on July 24, 2012
22        at 12:25 p.m.?
23    A   I don't recall.
24    Q   Do you recall receiving anything, either in
25        e-mail or other form of correspondence, from
```

Deposition of Carole Meisler, taken May 29, 2014

Page 64

```
 1        Paula Patti --
 2   A    I don't remember.
 3   Q    -- regarding any of the things that you and
 4        her discussed?
 5   A    I don't recall.
 6   Q    So have we now covered all phone
 7        conversations that you recall having?
 8   A    Yes, according to Exhibit 16.
 9   Q    So am I correct that you recall having four
10        phone conversations?
11   A    Yes, as of this Exhibit 16.
12   Q    As we sit here today, you don't recall having
13        any other conversations, other than the four
14        that we have been talking about for the past
15        few hours?
16   A    No.
17   Q    Now, I know you testified at the outset that
18        you have a JD, right?
19   A    Correct.
20   Q    And you're a licensed attorney, at least down
21        in the State of Florida.  You know how to do
22        legal research, correct?
23   A    No.
24   Q    You don't?  Well, maybe that's just for those
25        of us who practice law.
```

Deposition of Carole Meisler, taken May 29, 2014

Page 65

1          Do you know how to find administrative

2     regulations that are enacted by government

3     agencies?

4   A  I Google it.

5   Q  You know how to find the Code of Federal

6     Regulations?

7   A  I Google it.

8   Q  You know how to find the United States Code?

9   A  I Google it.

10  Q  Did you Google any of the regulations enacted

11     by the US Department of Health and Human

12     Services or the Center for Medicare and

13     Medicaid Services regarding what the

14     requirements were for completing the provider

15     enrollment application for those providers

16     who want to be able to provide services to

17     Medicare and Medicaid patients?

18  A  I don't recall, but I remember in this

19     Exhibit 16 that I said I went online and

20     looked up a form.

21  Q  You looked up the application form, I think

22     is what you testified, right?

23  A  I don't remember exactly what it was.

24  Q  Did you undertake any other steps to verify

25     any of the information that you had been

Deposition of Carole Meisler, taken May 29, 2014

Page 66

1       provided by anybody that you spoke to at CGS?

2   A   I don't remember.

3   Q   For the moment, just answer this question yes

4       or no or I don't remember.  Any of the three

5       is acceptable.

6           University Hospitals has a law

7       department, a corporate legal department,

8       right?

9   A   Correct.

10  Q   Did you seek any advice or information from

11      the corporate legal department at University

12      Hospitals as to what the proper way of

13      completing that provider enrollment form was?

14  A   I don't recall.

15  Q   Fair enough.  Other than this issue that

16      Victoria Johnson brought up on these provider

17      enrollment applications, had you ever had

18      occasion to conduct any type of

19      investigation -- well, investigation may not

20      be the right word, but inquiry into how to

21      comply with Medicare and Medicaid

22      regulations?

23  A   I don't recall.

24  Q   Other than the five years that you were in

25      compliance at University Hospitals, what

Deposition of Carole Meisler, taken May 29, 2014

Page 67

```
 1      other employment, if any, have you had where
 2      you served in that same type of role as
 3      compliance?
 4   A  None.
 5   Q  What did you do prior to UH?
 6   A  I was a nurse educator.
 7   Q  How long were you a nurse educator?
 8   A  Four years.
 9   Q  Where at?
10   A  Candlewood Park.
11   Q  Where is that located?
12   A  East Cleveland.
13   Q  You have never served in a compliance-type
14      position prior to starting at UH?
15   A  No.
16   Q  What type of training did you receive in
17      order to serve in the position where you were
18      compliance officer?
19   A  It was required, I think, to be a Registered
20      Nurse.  I don't remember the other
21      requirements.
22   Q  Did it require any type of legal training?
23   A  No.
24   Q  Did your position require you to have any
25      prior experience dealing with Medicare or
```

Deposition of Carole Meisler, taken May 29, 2014

Page 68

```
 1        Medicaid regulations or how to interpret or

 2        implement them or ensure that they were being

 3        complied with?

 4   A    I don't remember.

 5   Q    We have talked about this issue that came up,

 6        but what other types of tasks would you have

 7        to do on -- or did you do on a regular basis

 8        with respect to compliance?

 9   A    I answered hotline calls.

10   Q    Hotline calls coming from who?

11   A    Compliance hotline.  Anyone.

12   Q    Did you have occasion, other than this issue

13        that Victoria Johnson raised, in having to

14        research what Medicare and Medicaid

15        requirements required?

16   A    I don't remember.

17   Q    Did you receive any special training at any

18        point as to Medicare and Medicaid

19        regulations?

20   A    I remember attending education, but

21        specifically, I don't remember when or what

22        was said.

23   Q    Was it education dealing with Medicare and

24        Medicaid?

25   A    I don't think it was specifically Medicare
```

Deposition of Carole Meisler, taken May 29, 2014

Page 69

1    and Medicaid, but it had to do with our

2    policies and procedures that may include

3    things that have to do with Medicaid and

4    Medicare.

5  Q  Just a few more questions and I think we'll

6    get you out of here before tomorrow.

7         In the event that -- this may be

8    hypothetical, but in the event that

9    University Hospitals' policies and procedures

10   are in conflict with what the rules are that

11   have been set by either the Department of

12   Health and Human Services or the Center for

13   Medicare and Medicaid Services, if there's a

14   conflict between them, UH and those agencies,

15   what governs?  What controls?

16  A  I would send that to Cheryl Wahl.

17  Q  Do you think that the government rules would

18   prevail over -- well, the rules that the

19   government sets would prevail over the

20   internal rules that UH wants to set?

21  A  I would not know how to interpret all of

22   that, so it would go to Cheryl Wahl.

23  Q  If you were confronted with a situation where

24   your understanding of what UH policy was was

25   in contradiction with what your understanding

Deposition of Carole Meisler, taken May 29, 2014

Page 70

```
 1      of the government policy was, what would you
 2      do?
 3   A  Send it to Cheryl Wahl.
 4   Q  Have you been asked at any point, even
 5      recently, to sign any type of affidavit
 6      regarding the steps you took to investigate
 7      this issue, any type of affidavit that you
 8      have been asked to sign or what's called a
 9      declaration under penalty of perjury,
10      anything like that, any statements that you
11      signed?
12   A  No.
13   Q  Have you had any, prior to today, meetings or
14      conversations with the attorneys for the
15      hospital about this case?
16   A  I spoke to Doni.  He called me and he told me
17      that I was going to get subpoenaed.
18   Q  When did he have that conversation with you?
19   A  I don't remember.
20   Q  Last week, last month?
21   A  I don't remember.
22   Q  Any other conversations with the hospital's
23      attorneys?
24   A  No.
25   Q  Is there anything else that you recall
```

Deposition of Carole Meisler, taken May 29, 2014

Page 71

1      regarding your investigation into the issue

2      regarding how to complete these provider

3      enrollment applications or the contact number

4      to be used, is there anything else you recall

5      about that that we have not talked about

6      today?

7   A   No.  Just what's in this Exhibit 16.

8   Q   So you have testified -- in response to my

9      questions, you have testified to the best of

10     your recollection?

11  A   That I recall, yes.

12  Q   So there's nothing that you recall that you

13     haven't told me today?

14  A   About what's in Exhibit 16?

15  Q   About anything having to do with this issue

16     with Victoria Johnson and provider enrollment

17     application.

18          You have testified -- in response to

19     my questions, you have told me everything you

20     recall, correct?  You're not holding anything

21     back on me?

22  A   All the questions you have asked me, I have

23     answered them honestly.

24  Q   And completely, right?  That's what I'm

25     getting at --

Deposition of Carole Meisler, taken May 29, 2014

Page 72

```
 1   A   Yes.  Well...

 2   Q   -- that there's nothing that you are holding

 3       back from me?

 4   A   Well, I have answered all your questions

 5       honestly.

 6               MR. HERRON:     I have nothing

 7       further for you then.

 8               MS. KAMINSKI:    I have just a

 9       few questions for you.

10               MR. HERRON:     Which is

11       usually an understatement.

12                     - - - - -

13           EXAMINATION OF CAROLE MEISLER

14   BY MS. KAMINSKI:

15   Q   This took place quite a while ago, this

16       investigation of Ms. Johnson, correct?

17   A   It looks like it took place almost two years

18       ago.

19   Q   Right.  And how many investigations would you

20       say you did over the course of your time at

21       UH?

22   A   I have no idea.

23   Q   Thousands?

24   A   I have no idea.  I never counted.  I don't

25       know.  Many.
```

Deposition of Carole Meisler, taken May 29, 2014

Page 73

1   Q   We can agree on lots?

2   A   Many.

3   Q   And you did this investigation rather

4       quickly?

5   A   I don't remember.

6   Q   Well, it looks like the first thing you did,

7       according to your chart, was on 7/17/2012 and

8       by 7/24 you were done with it.  Would you

9       agree with that?

10  A   Okay.  So 7/24, that's the last e-mail that I

11      sent?

12  Q   Yes.

13  A   And 7/17, I put together -- I put that in

14      there.  What is your question?

15  Q   That this investigation was very quick, it

16      took you seven days.  You were involved in

17      this matter for seven days?

18  A   Oh.  When was the first time I was called

19      into the investigation?

20  Q   No.  It looks to me that you were involved in

21      this matter from 7/17/2012 until 7/24/2012?

22  A   I don't remember.  I don't remember.  Let's

23      see.  The 17th.  July 17.  Yeah, looks like

24      it started on July 17.

25  Q   And the last thing that you have, at least

Deposition of Carole Meisler, taken May 29, 2014

Page 74

1       according to your summary of what you did,

2       took place on 7/24/2012?

3   A   Yes.  That's in this exhibit.

4   Q   And the chart, that is the first three pages

5       of Exhibit Wahl 16, that's a chart that you

6       prepared, correct?

7   A   Yes, this chart, I created it.

8   Q   The e-mails where you're communicating with

9       people, you did that on the dates that is

10      represented in the e-mail, correct?

11  A   Yes.

12  Q   At that time, when you were writing e-mails,

13      you knew more than you know as you're sitting

14      here today, would you agree, about this

15      matter?

16  A   Yes.

17  Q   And the facts were fresh in your mind at the

18      time you were writing the e-mails; is that

19      correct?

20  A   Yes.

21  Q   From your reading today -- because I know you

22      read all of them very carefully -- would you

23      say that the e-mails accurately reflect what

24      you did during the course of your

25      investigation?

Deposition of Carole Meisler, taken May 29, 2014

Page 75

 1   A   Yes, from what I recall, but I don't remember

 2       it that much because it was over two years

 3       ago.

 4   Q   So your best memory really is in Exhibit 16,

 5       correct?

 6   A   Yes, this is my entire memory, Exhibit 16.

 7   Q   At the time when you wrote each one of these

 8       e-mails, you would have written it

 9       accurately, correct?

10   A   Yes.

11   Q   And when you did the chart, your goal was to

12       be as accurate as possible, correct?

13   A   Yes.

14   Q   And when you did the chart, it was close in

15       time to the time that purports to represent;

16       therefore, what I'm saying is that you did it

17       fairly close in time to 7/24/2012?

18   A   I don't remember.

19   Q   You don't know when you did the chart?

20   A   I don't remember.

21   Q   It was certainly closer in time than today?

22   A   Yes.

23   Q   You don't have anyplace in your chart where

24       you indicate you don't remember what

25       happened?

Deposition of Carole Meisler, taken May 29, 2014

Page 76

 1   A   No.

 2   Q   And you wouldn't have put an entry into the

 3       chart where you didn't remember what was

 4       happening?  You wouldn't have put an entry in

 5       there that you didn't at the time know was

 6       true, right?

 7   A   Correct.

 8   Q   So at the time you put an entry into the

 9       chart, you knew it was right?

10   A   Correct.

11   Q   So, for instance, when we were talking about

12       Paula Patti, when you wrote in your chart and

13       you wrote in your e-mail that you talked to

14       Paula Patti, you would have written that at a

15       time when you remembered that's who you

16       talked to?

17   A   I would have put it in this chart at that

18       time based on what was going on at that time.

19   Q   Right.  And what I'm saying is, you didn't

20       just make up a name, Paula Patti, and put it

21       in your chart?

22   A   No.

23   Q   Because you would have at the time remembered

24       that you talked to Paula Patti?

25   A   Yes.

Deposition of Carole Meisler, taken May 29, 2014

Page 77

```
 1   Q   And was there anything -- I know we talked
 2       about all the e-mails that you saw that you
 3       thought was not correct.
 4             Is there anything in your chart, as
 5       you read through your chart, that struck you
 6       as not being correct?
 7   A   Everything I wrote at the time would have
 8       been what I believed was correct.
 9   Q   In the building that you worked, were there
10       people that were sleeping in the lobby
11       periodically?
12   A   Oh, I don't know.
13   Q   You don't know?
14   A   I don't remember, no.
15   Q   Do you remember if there were people sleeping
16       in their cubicles?
17   A   I don't remember.
18   Q   Did you sleep during your work hours?
19   A   No.
20   Q   Was it standard policy at UH to sleep during
21       your work hours?
22                 MR. HERRON:      Objection to
23       the term standard policy.  Go ahead.
24   A   Standard -- so was there a policy and
25       procedure on sleeping during the workday?  I
```

Deposition of Carole Meisler, taken May 29, 2014

Page 78

1      don't know.

2  Q   So you don't know if you saw people sleeping

3      at their cubbies?

4  A   I don't recall.

5  Q   Let me just ask you one more thing about

6      that.  Would that indicate to you that they

7      were not sleeping; because if you would have

8      walked by somebody in a workstation and they

9      were sleeping, that would have called your

10      attention to them?

11                  MR. HERRON:      Objection.

12  A   If I saw someone with their head down, I

13      would be concerned, as a nurse, and I would

14      say, are you okay, can I help you.

15  Q   So you weren't walking by five or 10 people

16      with their heads down on a daily basis?

17  A   I do not recall anything like that.  I do

18      recall when people were maybe ill.

19  Q   But other than that?

20  A   But that would be it.  Somebody who was

21      laying their head down, if I said, can I help

22      you and they would say, I feel nauseous or

23      something like that.

24  Q   When you were asked by Cheryl Wahl to look

25      into this issue with the telephone number,

Deposition of Carole Meisler, taken May 29, 2014

Page 79

1       did anybody approach you, anybody at all,

2       Cheryl Wahl or anybody, and tell you that

3       they had a goal of getting Johnson out of UH?

4    A  No.

5    Q  Did you get a sense that there was somebody

6       out to get Johnson?

7    A  No.

8    Q  Were you ever aware that she had made a

9       complaint about a gentleman that sat by her

10      and was inappropriately touching himself?

11   A  I recall a conversation that began about a

12      sexual -- potential sexual thing and I

13      remember saying, this has nothing to do with

14      me, I'm walking away.

15   Q  Was that when you were doing this

16      investigation?

17   A  I don't remember.

18   Q  Was that with Victoria Johnson?

19   A  Was I talking to Victoria Johnson?

20   Q  Right.

21   A  No.

22   Q  Do you remember who was talking?

23   A  Tina Morrison.

24   Q  Anybody else?

25   A  I don't recall anyone else.

Deposition of Carole Meisler, taken May 29, 2014

Page 80

1   Q   So did that play any role in your
2       investigation?
3   A   No.
4   Q   Did it seem to you that Tina Morrison was out
5       to get Victoria Johnson?
6   A   No.
7   Q   How about Cheryl Wahl; did you have any idea
8       that she had any ax to grind with Victoria?
9   A   No.
10  Q   Did you become frustrated with Victoria
11      during the course of your encounters with
12      respect to these phone calls?
13  A   Yes.
14  Q   Tell me about that.
15  A   I had thought it was settled.  Because she
16      told me who she talked to, and I called that
17      person and I went back to her and I said --
18      I'm going by this 16 -- Exhibit 16 that I
19      just read.  And when I would tell her what I
20      had discovered in how she doesn't have to
21      worry, she would come back with something
22      that -- for example, when she came back and
23      she said she's going to put the providers'
24      numbers, their direct numbers on the forms, I
25      said why.

Deposition of Carole Meisler, taken May 29, 2014

Page 81

1  Q  Right.

2  A  Because I couldn't understand why -- I

3     thought I was so clear.  So I did get

4     frustrated because I thought I was very clear

5     that -- I called CGS, I spoke to the same

6     people you did, and they said we were

7     doing -- that we were fine, that our

8     processes were fine.

9  Q  And let me ask you this:  If your processes

10    were not fine, you would have wanted to find

11    that out, wouldn't you have?

12 A  Absolutely.

13 Q  Because that was part of your job.  UH's goal

14    was not to violate rules or regulations, was

15    it?

16 A  No.

17 Q  So you were glad that Victoria brought this

18    to your attention?

19 A  Yes.  And I thanked her.

20 Q  And if they had been doing it wrong, you

21    would have wanted to know about that and get

22    it corrected, right?

23 A  I would have -- I would have dug my heels in

24    and said, we're doing it wrong, our processes

25    I think have to change.  I would have given

Deposition of Carole Meisler, taken May 29, 2014

Page 82

1      that to Cheryl Wahl and -- for them to

2      resolve.

3   Q  And that was really your position, was to

4      find if there was a problem and get it

5      resolved, right?

6   A  Correct.

7   Q  And in your position you rely on the

8      employees to report things, right?

9   A  Yes.

10  Q  So when you're there, it's not uncommon that

11     employees are reporting things?

12  A  Yes.

13  Q  Now, what you did is you talked to the people

14     at CGS.  Did you feel comfortable that you

15     were talking to somebody with supervisory

16     capacity?

17  A  Yes.

18  Q  And did you feel comfortable that they knew

19     what you were asking?

20  A  Yes.

21  Q  And you understood, didn't you, that

22     Victoria's problem was that she thought by

23     saying that you could directly contact the

24     physician, that that was a lie because she

25     wasn't in the same office as the physician?

Deposition of Carole Meisler, taken May 29, 2014

Page 83

```
 1   A   Yes.  She was concerned that -- she didn't
 2       want to lie to these people on this form, and
 3       she was very concerned that she would not do
 4       something that was immoral or unethical.
 5   Q   And bravo to her.
 6   A   Correct.
 7   Q   And when you talked to CGS, you explained
 8       exactly what UH did, right?
 9   A   Yes.
10   Q   You explained that it was a provider service,
11       right?
12   A   Correct.
13   Q   And that the physicians had other offices,
14       other places on your campus or in your
15       network?
16   A   Correct.
17   Q   And that the number that was being put down
18       is the person that fills out the application.
19       And that if they ever want to actually
20       contact the doctor, that that person could
21       take a message and then go call the doctor,
22       right?
23   A   Yes.  And I told CGS that if you or anyone
24       needs to get ahold of a doctor, we will do
25       that immediately.  We will not delay getting
```

Deposition of Carole Meisler, taken May 29, 2014

Page 84

1    ahold of a doctor if somebody wants a doctor.

2  Q  But they knew you were part of a service, an

3     integrated service that filled out these

4     forms for the physicians?

5  A  Yes.  I explained that I work for UHPS, which

6     was a physician services organization that

7     managed physicians and all the paperwork.

8     And that's what our job was, to be efficient

9     and not be redundant, so that paperwork would

10    be filled out and the physicians' time would

11    not be -- that's what we were paid to do, to

12    fill out the paperwork for the physicians.

13              MS. KAMINSKI:    I don't have

14    anything else.

15              MR. HERRON:     Well, you have

16    now opened up some more doors for me.

17              - - - - -

18    FURTHER EXAMINATION OF CAROLE MEISLER

19  BY MR. HERRON:

20  Q  Sorry, we have to keep you here a little

21    longer.  I may have asked you this earlier.

22        You have now related a lot of

23    substance of conversations you claimed you

24    had with CGS personnel, that these

25    conversations occurred two years ago, and

Deposition of Carole Meisler, taken May 29, 2014

Page 85

1       your memory was much better then than it is

2       as we sit here today, end of May 2014.

3              Did you keep any notes of the

4       substance of your conversations that you had

5       with CGS, to any person at CGS, other than

6       what you summarized in various e-mails that

7       are included in Exhibit 16?

8   A   No.

9   Q   You were asked some questions about whether

10      or not you saw other people sleeping in the

11      building that you worked at.  You recall

12      those questions just a few minutes ago?

13  A   Yes.

14  Q   You and Victoria Johnson worked in the same

15      building?

16  A   Correct.

17  Q   Same floor?

18  A   Correct.

19  Q   Was her cubicle located inside an office or

20      was it just an open area of the building?

21  A   It was an open area.

22  Q   Where was your office relative to hers?

23  A   Not near her.

24  Q   What floor were you guys on?

25  A   Second.

Deposition of Carole Meisler, taken May 29, 2014

Page 86

```
 1   Q   You would take an elevator up to the second

 2       floor when you get in?

 3   A   Yes.

 4   Q   Or walk the stairs?

 5   A   You know what, I don't remember the floor.  I

 6       think it was the second.

 7   Q   Okay.  Well, I don't care what floor it was.

 8   A   But there were three floors.

 9   Q   That's fine.

10   A   I don't really remember what floor I was on.

11   Q   I don't care if you guys were in the basement

12       or the penthouse.

13           You'd come into the building and you'd

14       go to your floor --

15   A   Correct.

16   Q   -- to go to your office?

17   A   Correct.

18   Q   When you went to your office, did you walk

19       through the office or the area that Victoria

20       was in?

21   A   No.

22   Q   So you wouldn't walk -- if you're going to

23       and from your office, you wouldn't

24       necessarily walk past Victoria?

25   A   No.
```

Deposition of Carole Meisler, taken May 29, 2014

Page 87

```
 1   Q   How often would you be in Victoria's area,
 2       the area where Victoria's cubicle was
 3       located?
 4   A   Rarely.
 5   Q   Once a day?
 6   A   I don't remember.
 7   Q   Less than once a day?
 8   A   It was rarely.
 9   Q   We went through who your bosses were, Cheryl
10       and two doctors, over a period of time,
11       right?  You recall that at the beginning of
12       the depo?
13   A   Yes.
14   Q   Who were Victoria Johnson's bosses?
15   A   Sheryl Johnson.
16   Q   Did you report directly to Sheryl Johnson?
17   A   No.
18   Q   Did Sheryl Johnson have any supervisory
19       authority over you?
20   A   No.
21   Q   Sheryl Johnson reports to Mr. Riddle,
22       correct?
23   A   Yes.
24   Q   And Mr. Riddle would also be considered
25       Victoria Johnson's boss then, correct?  Not
```

Deposition of Carole Meisler, taken May 29, 2014

Page 88

1       her direct boss, but --

2   A   Yes.

3   Q   -- her boss's boss.  Did you report to

4       Mr. Riddle at all?

5   A   No.

6   Q   Did he have any supervisory responsibility at

7       all over you?

8   A   No.

9   Q   Mr. Riddle and Sheryl Johnson would have the

10      right to enact their own policies and

11      procedures for their own personnel, correct,

12      people that reported to them?

13  A   Yes.

14  Q   And you wouldn't necessarily be subject to

15      those?

16  A   No.

17  Q   You wouldn't necessarily even be aware of

18      whatever procedures they would enact for

19      their staff; is that correct?

20  A   Policies -- I wouldn't say policies and

21      procedures.  I would say processes, because I

22      am unaware if they did any policies and

23      procedures.  They may have had processes.

24  Q   My point is, if they wanted to enact rules

25      just for their direct staff that reported to

Deposition of Carole Meisler, taken May 29, 2014

Page 89

```
 1        them, you wouldn't necessarily be privy to

 2        that because you wouldn't be subject to it,

 3        correct?

 4    A   Correct.

 5    Q   Now, when you were relating, again -- I think

 6        you said that you were glad that Victoria

 7        Johnson had brought this matter forward?

 8    A   Correct.

 9    Q   And you thanked her for doing it?

10    A   Correct.

11    Q   And your role in all of this was to find out

12        whether or not it was proper for Victoria to

13        use her desk number as a contact number to be

14        submitted on these forms, correct?

15    A   You know what, I don't remember if she was

16        told to use her personal telephone number.

17        Was that in this Exhibit 16?

18    Q   Well, let's not worry about whether it was

19        her personal number or not.  She was

20        instructed to use a number, correct, and what

21        you were looking into was whether or not it

22        was proper for her to be instructed to use

23        that number, correct?

24    A   Yeah, but I don't know what number it was.

25    Q   That's fine.  I don't care.  And you made a
```

Deposition of Carole Meisler, taken May 29, 2014

Page 90

```
 1        determination that it was proper for UH to
 2        require her to use whatever that number was
 3        on those applications, right?
 4    A   No.  I talked to the company that was
 5        handling the forms.  From here, it shows that
 6        I -- I talked to them and they -- and I told
 7        them who we were.  And they said that the
 8        purpose of the contact number is that they
 9        need to be able to verify information on this
10        form.
11    Q   You're getting exactly to the point I'm
12        trying to get at.
13             The information that you relied upon
14        was the information that you received in
15        these phone conversations with CGS personnel
16        that we have been spending the better part of
17        this afternoon talking about, correct?
18    A   Correct.  I relied on CGS to tell me how to
19        fill out the form.
20    Q   And as far as you're concerned, everything
21        that CGS told you was truthful and accurate,
22        correct?
23    A   I don't know if they said everything
24        truthfully and accurately.  It made sense
25        what they said.
```

Deposition of Carole Meisler, taken May 29, 2014

Page 91

 1   Q   But if you had felt that CGS was wrong, you

 2       would have not have informed Cheryl Wahl and

 3       Victoria Johnson that it was okay to use

 4       whatever that number was that she was being

 5       told to use, correct?

 6   A   If I thought they were wrong, if I talked to

 7       them and they gave me what I considered

 8       misinformation, I would not give that to

 9       Cheryl Wahl.

10   Q   And other than talking to various personnel

11       at CGS and looking up the application form

12       online, you didn't do anything else to

13       corroborate or verify anything that the CGS

14       personnel told you; is that correct?

15   A   I don't recall.

16                   MR. HERRON:      Thank you.

17       Can we let her go?

18                   MS. KAMINSKI:    Yes, we can

19       let her go.

20       (Deposition adjourned at 4:44 p.m.)

21

22

23

24

25

Deposition of Carole Meisler, taken May 29, 2014

Page 92

1    THE STATE OF OHIO,   )     SS:
     COUNTY OF CUYAHOGA. )

2

3        I, Gretchen E. Windenburg, a Notary Public

4    within and for the State of Ohio, duly

5    commissioned and qualified, do hereby certify

6    that CAROLE MEISLER, was first duly sworn to

7    testify the truth, the whole truth and nothing

8    but the truth in the cause aforesaid; that the

9    testimony then given by her was by me reduced to

10   stenotype in the presence of said witness,

11   afterwards transcribed on a computer/printer, and

12   that the foregoing is a true and correct

13   transcript of the testimony so given by her, as

14   aforesaid.

15       I do further certify that this deposition

16   was taken at the time and place in the foregoing

17   caption specified.  I do further certify that I

18   am not a relative, counsel or attorney of either

19   party, or otherwise interested in the event of

20   this action.

21       IN WITNESS WHEREOF, I have hereunto set my

22   hand and affixed my seal of office at Cleveland,

23   Ohio, on this 5th day of June, 2014.

24   _____

         Gretchen E. Windenburg, Notary Public

25            within and for the State of Ohio

              My Commission expires March 15, 2015.

Deposition of Carole Meisler, taken May 29, 2014

Page 93

1    STATE OF _____)

                          )  SS:

2    COUNTY OF_____)

3

4

5          Before me, a Notary Public in and for said

6    state and county, personally appeared the

7    above-named CAROLE MEISLER, who acknowledges that

8    she did sign the foregoing transcript and that

9    the same is a true and correct transcript of the

10   testimony so given.

11          IN TESTIMONY WHEREOF, I have hereunto

12   affixed my name and official seal at

13   _____this _____day of

14   _____, 2014.

15

16

17

18                 _____

                        CAROLE MEISLER

19

20

21                 _____

                      Notary Public

22

23   My Commission expires:_____

24

25    gew

Deposition of Carole Meisler, taken May 29, 2014

Page 94

```
 1              DEPOSITION ERRATA SHEET
 2   Page No._____Line No._____Change to:_____
 3   _____
 4   Reason for change:_____
 5   Page No._____Line No._____Change to:_____
 6   _____
 7   Reason for change:_____
 8   Page No._____Line No._____Change to:_____
 9   _____
10   Reason for change:_____
11   Page No._____Line No._____Change to:_____
12   _____
13   Reason for change:_____
14   Page No._____Line No._____Change to:_____
15   _____
16   Reason for change:_____
17   Page No._____Line No._____Change to:_____
18   _____
19   Reason for change:_____
20   Page No._____Line No._____Change to:_____
21   _____
22   Reason for change:_____
23
     SIGNATURE:_____DATE:_____
24        CAROLE MEISLER
25
```

Deposition of Carole Meisler, taken May 29, 2014

Page 95

1                    DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

     SIGNATURE:_____DATE:_____

24           CAROLE MEISLER

25

Meisler Report re Victoria Johnson and Compliance

| Date | Time | Event | Document # See attached | Summary |
|------|------|-------|--------|---------|
| 7/17/2012 | 15:48 | Wahl email to Morrison/ Meisler re Victoria emailed compliant to Cheryl | 1 | Victoria stated that UHPS practice of putting its contact telephone number as the physician's contact number on the application form CMS-8551 is "lying" and "unethical." |
| 7/17/2012 | 17:21 | Meisler called CGS, per Wahl's direction, to discover if UHPS was completing the form 855i correctly | 2 | Meisler reviewed the Application CMS 855i Section 2 B. with which Victoria took issue and realized that CMS/ CGS would not expect a contact number to be answered by a physician, thus taking them away from patient care. Meisler called CGS (Cigna Government Services)- Spoke to Melissa (question given Ref # 9012199398320) and asked what was the purpose of the contact number on the physician application. Per Melissa, there is no expectation the physician will answer - the expectation is that physician can be contacted via that number, that messages will be forwarded. |
| 7/17/2012 | 18.5 | Meisler emailed Victoria re her emailed compliance complaint | 3 | Meisler thanked Victoria for contacting compliance and explained that CGS did not expect the physician's to answer the call and CGS understood that messages would be forwarded to the doctor at the contact telephone # |
| 7/19/2012 | 15:09 | Victoria's counter to Meisler's 07/17/2012 advice | 4 | Victoria sent an email disagreeing with Meisler and forwarded an email from Ms. Kim, Provider Enrollment Specialist, CGS to support Victoria's position that UHPS inappropriately directed Victoria to say "yes" to CGS when asked if the provider could be reached directly. |
| 7/19/2012 | 14:58 | Meisler f/u re Victoria's continued concerns | 5 | Meisler contacted Ms. Kim, explaining Victoria's concern that she is "lying" to CGS when she answers "yes" regarding whether the physician can be contacted at the Contact Telephone number on the Application. I reviewed with Ms. Kim that the physicians are employees, the employee works for UHHS - an Integrated Health Care Delivery System, Victoria works for UHPS, UHHS, as a Provider Enrollment Specialist and it is her job to assist the processing of the application on behalf of the physician. Per Ms Kim, CGS understands that in large organizations, the employed physicians are assisted in this process by their employer in order for the physicians to concentrate on patient care.  Ms Kim offered the example of a large hospital System providing the contact telephone number of the Main Hospital Operator, who then confirms the  physician is on staff at the hospital and can be contacted via the Operator. |

UHPS-JOHNSON 1433



PLAINTIFF'S EXHIBIT
160
WAHL
tabbies

Meisler Report re Victoria Johnson and Compliance

| | | | | | |
|---|---|---|---|---|---|
| 7/20/2012 | 8:45 AM | Victoria's response to my email Doc #5 | | 6 | Meisler questioned Victoria - why would she direct physicians to fill out their own forms. |
| 7/20/2012 | 10:10 | Emails exchange between Meisler and Victoria | | 7 | Meisler response to Victoria to follow he Dept's Processes re the application - Victoria asking Meisler to notify Mgr Riddle that Dept should be placing its telephone on the application. In addition, Victoria confirms that she was directed by Ms. Kim that the provider does not have to directly answer the phone, only needs to be reached via the telephone number |
| 7/20/2012 | 10:58 | Emails between Cheryl and Meisler- | | 8 | Meisler attending a Meetingplace and answering Victoria 's via emails- Cheryls recommend Meisler call Victoria. |
| 7/20/2012 | 10:49 | Victoria emails Cheryl, Riddle, S. Johnson- leaving Meisler out | | 9 | Victoria asking Steve which number she should use - that the number she was told to use is "not valid number" because the providers, in her opinion, are located at main campus (untrue). |
| 7/20/2012 | 11:00 | Meisler gave background on Victoria to Cheryl | | 10 | Told Jen Coleman the hx of this ee |
| 7/20/2012 | 11:20 | Emails between Cheryl and Meisler- | | 11 | Meisler suggested (tongue-in-cheek-) Victoria had resigned effectively when she stated "I no longer want to participate..." in her job's required process. Meisler then stated belief that Victoria was insubordinate, attempting to reel-in CGS to help her discredit UHPS business process. . |
| REDACTED - ATTORNEY-CLIENT PRIVILEGE | | | | | |
| 7/20/2012 | 16:00 | Wahl and Meisler created letter for Victoria | NA | | Need address- Cannot get it from Tina until Monday |
| 7/23/2012 | 16:00 | Janine Dipko, Assistant to Meisler- hand-delivered letter to Victoria | | 13 | Letter form Cheryl |

Meisler Report re Victoria Johnson and Compliance

| | | | | |
|---|---|---|---|---|
| 7/24/2012 | 8:56 | Emails form Morrison/ Riddle/ Victoria | 14 | |
| 7/24/2012 | 9:59 | Email from Meisler to Riddle/ Morrison/Wahl | 15 | Meisler spoke to CGS employee Shamikia McLaughlin who stated that Victoria reported to her that the physician cannot be reached at the telephone number on the application- Meisler explained that a message can be sent to the physician. Asked for Supervisor to determine if CGS employees info that UHPS processes are OK can be confirmed by a supervisor. |
| 7/24/2012 | 10:00 | Meisler called CGS supervisor Paula Patti | NA | Per Paula- UHPS processes are fine- Paula recommended - if Victoria does not want to say that the provider can be reached at the number on the application, in order to avoid further delay, Victoria can tell the CGS employee that while it is not the provider's direct line - it is her job to get any message to the physician. |
| 7/24/2012 | 10:14 | Email from Meisler to Victoria | 16 | Email to Victoria on how she can tell the CGS employee the "truth" and let them know that her job is to give CGS messages to the physician.. |
| 7/24/2012 | 12:25 | Email from Meisler to Riddle/ Morrison/Wahl | 17 | Meisler analysis of financial harm caused by Victoria not following her depts. instruction. |

UHPS-JOHNSON 1435



Meisler, Carole

| | |
|---|---|
| **From:** | Wahl, Cheryl |
| **Sent:** | Tuesday, July 17, 2012 3:48 PM |
| **To:** | Morrison, Christina; Meisler, Carole |
| **Subject:** | FW: Medicare Applications |

Tina —
Let's discuss. Please call me or Carole when you have a chance. Thanks.

CFW

**From:** Johnson, Victoria
**Sent:** Tuesday, July 17, 2012 7:58 AM
**To:** Wahl, Cheryl
**Subject:** FW: Medicare Applications

FYI

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Monday, July 16, 2012 2:37 PM
**To:** Riddle, Steve
**Cc:** Morrison, Christina
**Subject:** FW: Medicare Applications


Steve,


Sorry I miss the meeting today, not sure if this issue was resolved today, however this has been an issue that has been brought up at our weekly meetings.  While we in these department have been telling CGS that the doctors can be reached at this number although they cannot, and in which I have had reservations about lying since we incorporated this practice, I will not be participating in this unethical practice any longer for moral reasons.  This has situation has impose additional stress and in turn affects my performance as it has made me feel that if I don't participate my job is at risk.

Additionally, I had conversations with my family this past weekend about my taking a prescribed medication (stress and antidepressants) in order to deal with the stress that I have endured in this department and they wish me to stop taking the medication as I as always been a healthy person and they are afraid of the side effects and long term use of the medication.


Victoria D. Johnson


7/26/2012

UHPS-JOHNSON 1436

Page 2 of 3

University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Riddle, Steve
**Sent:** Friday, June 29, 2012 12:14 PM
**To:** Hasselstrom, Jordan; Johnson, Sheryl L; Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Subject:** RE: Medicare Applications

Lets make sure everyone who answers the phone...specifically for the MP billing services line that they recognize the area code(s) and answer the phone such that it is not determined that we are a billing company

**Steve Riddle**
**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

**From:** Hasselstrom, Jordan
**Sent:** Friday, June 29, 2012 10:35 AM
**To:** Johnson, Sheryl L; Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Cc:** Riddle, Steve
**Subject:** RE: Medicare Applications

Yes and yesterday they called to verify spoke to Monica- confirmed everything then denied the app and said we were a billing company ☹  We both sent her a nice detailed email telling her we were not and haven't heard a thing.

**From:** Johnson, Sheryl L
**Sent:** Friday, June 29, 2012 10:21 AM
**To:** Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Cc:** Hasselstrom, Jordan; Riddle, Steve
**Subject:** Medicare Applications
**Importance:** High

Good Morning – I just wanted to send this reminder to let everyone know that CGS is **extremely critical** of the applications that are submitted.  Bianca had 2 applications returned because the imprinted date in the bottom left hand corner on several of the pages were cut off when they were copied on the printer.  I think this is completely ridiculous but this is CGS.

Please review your applications closely when submitting them.  Who would have guessed that they would return an application because a date was cut off!

7/26/2012

UHPS-JOHNSON 1437

Page 3 of 3 _____

Sheryl Johnson
Provider Services Manager
UHPS
24701 Euclid Avenue
Euclid, OH 44117
PH: 216-692-1144
FX: 216-383-6745

7/26/2012

UHPS-JOHNSON 1438

Meisler, Carole



| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Tuesday, July 17, 2012 5:21 PM |
| **To:** | Wahl, Cheryl |
| **Cc:** | Morrison, Christina |
| **Subject:** | FW: Medicare Applications |
| **Importance:** | High |

Hi Cheryl-

I just spoke to CGS, on speaker, with both Tina and Sheryl Johnson present.
I received an answer from Melissa, CGS Customer Service and the reference code for my question and her answer is # 9012199398320
Per Melissa, the purpose of the telephone contact number is that they need to be able to verify information on the application form 855.
Per Melissa, they do not expect to have direct access to the physician.
They know physicians are busy taking care of patients.
They need a number to contact someone who will get the info from the physician and report back.
Melissa gave as an example, when she calls her personal physician she does not expect to reach him directly, but she does expect that he will be contacted for my needs.

I will send Victoria an email (cc to you) - thanking her for letting Compliance know her concern and that I researched it with CGS and was told our practices are compliant.

OK

**From:** Wahl, Cheryl
**Sent:** Tuesday, July 17, 2012 3:48 PM
**To:** Morrison, Christina; Meisler, Carole
**Subject:** FW: Medicare Applications

Tina –
Let's discuss.  Please call me or Carole when you have a chance.  Thanks.

CFW

**From:** Johnson, Victoria
**Sent:** Tuesday, July 17, 2012 7:58 AM
**To:** Wahl, Cheryl
**Subject:** FW: Medicare Applications

FYI

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria

7/26/2012

UHPS-JOHNSON 1439

**Sent:** Monday, July 16, 2012 2:37 PM
**To:** Riddle, Steve
**Cc:** Morrison, Christina
**Subject:** FW: Medicare Applications

Steve,

Sorry I miss the meeting today, not sure if this issue was resolved today, however this has been an issue that has been brought up at our weekly meetings. While we in these department have been telling CGS that the doctors can be reached at this number although they cannot, and in which I have had reservations about lying since we incorporated this practice, I will not be participating in this unethical practice any longer for moral reasons. This has situation has impose additional stress and in turn affects my performance as it has made me feel that if I don't participate my job is at risk.

Additionally, I had conversations with my family this past weekend about my taking a prescribed medication (stress and antidepressants) in order to deal with the stress that I have endured in this department and they wish me to stop taking the medication as I as always been a healthy person and they are afraid of the side effects and long term use of the medication.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Riddle, Steve
**Sent:** Friday, June 29, 2012 12:14 PM
**To:** Hasselstrom, Jordan; Johnson, Sheryl L; Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Subject:** RE: Medicare Applications

Lets make sure everyone who answers the phone...specifically for the MP billing services line that they recognize the area code(s) and answer the phone such that it is not determined that we are a billing company

**Steve Riddle**
**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

**From:** Hasselstrom, Jordan
**Sent:** Friday, June 29, 2012 10:35 AM
**To:** Johnson, Sheryl L; Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Cc:** Riddle, Steve

7/26/2012

**Subject:** RE: Medicare Applications

Yes and yesterday they called to verify spoke to Monica confirmed everything then denied the app and said we were a billing company ☺ We both sent her a nice detailed email telling her we were not and haven't heard a thing.

---

**From:** Johnson, Sheryl L
**Sent:** Friday, June 29, 2012 10:21 AM
**To:** Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Cc:** Hasselstrom, Jordan; Riddle, Steve
**Subject:** Medicare Applications
**Importance:** High

Good Morning – I just wanted to send this reminder to let everyone know that CGS is **extremely critical** of the applications that are submitted. Bianca had 2 applications returned because the imprinted date in the bottom left hand corner on several of the pages were cut off when they were copied on the printer. I think this is completely ridiculous but this is CGS.

Please review your applications closely when submitting them. Who would have guessed that they would return an application because a date was cut off!

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

7/26/2012

UHPS-JOHNSON 1441

Page 1 of 1

Meisler, Carole

3

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Tuesday, July 17, 2012 6:50 PM |
| **To:** | Johnson, Victoria |
| **Cc:** | Wahl, Cheryl |
| **Subject:** | Query regarding Form CMS-855R, Section 2: B Correspondence Address |

Hello Victoria-

Thank you for contacting the UH Compliance Department regarding the contact telephone number on Form CMS-855R, Section 2: B. Correspondence Address.

I contacted Cigna Government Services (CGS), the CMS authorized vendor, and inquired if a physician must answer the contact telephone number.
A CGS specialist explained there is no expectation that a physician would answer the contact telephone number.
In fact, the expectation is that a physician would not be answering the contact telephone number and that messages would be forwarded to the physician as needed.
The purpose for the contact telephone number is in order to verify information on the application.
CGS recognizes that often support personnel will be able to handle these queries.

Thank you again for forwarding your concerns and please let me know if you have any other questions.

Carole Meisler
Local Compliance Officer
University Hospitals Physician Services
24701 Euclid Avenue
Euclid, OH 44117
Office: 216.692.1971  FAX: 216.383.6738
carole.meisler@uhhospitals.org

7/26/2012

UHPS-JOHNSON 1442



Meisler, Carole

| | |
|---|---|
| **From:** | Johnson, Victoria |
| **Sent:** | Thursday, July 19, 2012 3:09 PM |
| **To:** | Meisler, Carole |
| **Cc:** | Wahl, Cheryl |
| **Subject:** | FW: Angela Capp, AA (Entry#155807) |
| **Attachments:** | Entry#155807-Angela Capp, AA.pdf *(Attached)* |

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM
**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to complete Ms. Capp's Medicare enrollment application. A summary of the requested information is also listed below.

You may access the Medicare enrollment application and certification pages from the CMS website at www.cms.gov/MedicareProviderSupEnroll as needed.

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

**CMS 855I:**
Section 2B: Please list a valid correspondence phone number where the provider can be reached directly. If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.

Section 15: Please submit a newly signed and dated certification statement. This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn: Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or

7/26/2012

UHPS-JOHNSON 1443

your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
phone: 615.800.8931, ext. 2248
email: un.kim@cgsadmin.com
fax numbers:   (OH) 615.664.5925
               (KY) 615.664.5915

Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.(c) CGS Administrators, LLC and © 2012 CGS Administrators, LLC.

CGS Administrators LLC is no longer affiliated with CIGNA corporation

7/26/2012

UHPS-JOHNSON 1444

**Meisler, Carole**

| | |
|---|---|
| **From:** | Johnson, Victoria |
| **Sent:** | Thursday, July 19, 2012 1:19 PM |
| **To:** | Meisler, Carole |
| **Cc:** | Wahl, Cheryl |
| **Subject:** | Query regarding Form CMS-855R, Section 2: B Correspondence Address |

Hi Carole,

Section 2B states "Provide contact information for the person shown above.  Once enrolled the information provided below will be used by the fee-for-service contractor if it needs to contact you **directly**.  This is address cannot be a billing agency's address.

In Section 2B, we have been using 24701 Euclid Avenue, Euclid, Ohio 44117 which is the billing office.

11100 Euclid Avenue, Cleveland, Ohio 44106 is the contact office for the provider.

The contact number for office support is listed in Section 13, which is used for verifying information.

Also when asked by the fee-for-service as to whether the provider can be reached **directly** as this number, not that they expect them to answer the phone,  we were instructed to say yes.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Tuesday, July 17, 2012 6:50 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** Query regarding Form CMS-855R, Section 2: B Correspondence Address

Hello Victoria-

Thank you for contacting the UH Compliance Department regarding the contact telephone number on Form CMS-855R, Section 2: B. Correspondence Address.

I contacted Cigna Government Services (CGS), the CMS authorized vendor, and inquired if a physician must answer the contact telephone number.
A CGS specialist explained there is no expectation that a physician would answer the contact telephone number.
In fact, the expectation is that a physician would not be answering the contact telephone number and that

7/26/2012

UHPS-JOHNSON 1445

messages would be forwarded to the physician as needed.
The purpose for the contact telephone number is in order to verify information on the application.
CGS recognizes that often support personnel will be able to handle these queries.

Thank you again for forwarding your concerns and please let me know if you have any other questions.

Carole Meisler
Local Compliance Officer
University Hospitals Physician Services
24701 Euclid Avenue
Euclid, OH 44117
Office: 216.692.1971  FAX: 216.383.6738
carole.meisler@uhhospitals.org

7/26/2012



PO Box 20017
Nashville, TN 37202-5226

July 19, 2012

UNIVERSITY HOSPITALS MEDICAL GROUP INC
Attn: MS. VICTORIA JOHNSON
24701 EUCLID AVENUE
EUCLID, OH 44117-1714

Re: Request for additional information - MS. ANGELA M. CAPP

Dear MS. VICTORIA JOHNSON:

We have received your Medicare enrollment application. In order to complete processing your application we are requesting the following revisions and/or supporting documentation. Consistent with regulations found at 42 CFR §424.525, we may reject this application if you do not furnish complete information within 30 calendar days of the date of this letter.

Requested Revisions:

- We were unable to verify that the provider can be reached directly at the phone number provided in the "Correspondence Address" section of the CMS 855I Application. You must list a valid phone number where we can directly contact the provider in section 2B of the CMS 855I Application. Billing agency and management company phone numbers are not acceptable. Also, an unidentified voicemail will not be acceptable.

- Each time corrections are made to the application, a new signature page must be submitted acknowledging the change(s). Submit a newly signed and newly dated certification statement of the CMS 855I Application. Please note, a copy of a prior signature with a changed date will not be accepted.

- CMS has established criteria for determining the eligibility of non-physician practitioners for enrollment and reimbursement under Part B of the Medicare program. A copy of the non physician practitioner's degree, certificate or transcript demonstrating that requirements were met for the practitioner's specialty must be submitted. You may fax or email the document.

- Please submit the requested information to the CGS Provider Enrollment department via email or fax. The fax number for Kentucky is 615.664.5915. The fax number for Ohio is 615.664.5925.

CGS Administrators, LLC is a Medicare Part A, B, Home Health and Hospice, and DME Medicare Administrative Contractor for the Centers for Medicare & Medicaid Services.



Please be sure that you include a newly signed certification statement and/or authorization statement. The same individual(s) that signed the original application must sign the new certification statement page. Medicare enrollment application(s) and certification statement pages must be downloaded from the Centers for Medicare & Medicaid Services (CMS) Web site at www.cms.gov/MedicareProviderSupEnroll.

To facilitate the processing of your application(s), you should submit the requested revisions and/or supporting documentation within 30 days to me at the address listed below:

<div align="center">

CGS Administrators, LLC
J15 - Part B Provider Enrollment
PO Box 20017
Nashville, TN  37202-5226

</div>

Finally, please attach a copy of this letter with your revised application. If you have questions regarding the items requested, please contact me directly at 615-800-8931 ext 2248. For additional information you may visit our website at www.cgsmedicare.com and select Part B, then Provider Enrollment.

Sincerely,

Un Kim

Provider Enrollment

Reference Number: 155807

Page 2 of 2

UHPS-JOHNSON 1448

Page 1 of 3

Meisler, Carole

⑤

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Thursday, July 19, 2012 4:58 PM |
| **To:** | Johnson, Victoria |
| **Cc:** | Wahl, Cheryl |
| **Subject:** | RE: Angela Capp, AA (Entry#155807) |
| **Importance:** | High |

Hello Victoria-
Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application.
There is no expectation that a physician will answer the telephone directly.
For example, per Ms. Kim, she works with a large hospital system that provides the Hospital's main telephone number and the Hospital Operator answers the telephone.

FYI-I was very clear with her regarding your concerns and she assured me that UH compiles with CGS's expectations.
Thank you again for bringing this to UH Compliance Dept.

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 4:19 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hi Carole,
I am not confused.  The Provider Enrollment team is using the current form, otherwise CGS would clearly reject it.  We have not just started processing these applications and this issue has been discussed many times at our weekly meetings.
Yes, the application  does not state **"Section 2B:  Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name"**
We are aware that if no one answers the phone it then has to go to the provider's voicemail.  I asked the representative to send that to me in writing so that I could forward it to you in detail what their expectations are.
Bottom line is that they cannot be reached directly at this number and if they were to call the number we put on the application and no one answered the voicemail greeting would not be one of the provider.

You can contact CGS for any other clarifications.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole

7/27/2012

UHPS-JOHNSON 1449

**Sent:** Thursday, July 19, 2012 3:40 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hello Victoria-

I understand your confusion.
CGS is giving conflicting information. I went on line and looked at Form 855I page 5, Section 2 B.
Correspondence Address and *the current form does not state:*
Section 2B: Please list a valid correspondence phone number where the provider can be reached
directly. If noone is available to answer the phone when called, the voicemail greeeting should
clearly state the provider's name.
The current CMS 855I states-"Provide contact information for the person shown in Section 2A above.
Once enrolled, the information provided below will be used by the fee-for service contractor if it needs to
contact you directly....."

It looks like they forwarded an old form to you!
Per CGS, physician's support staff can answer the phone and give a message to the physician.

Any other questions?

---

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** FW: Angela Capp, AA (Entry#155807)

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM
**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to
complete Ms. Capp's Medicare enrollment application.  A summary of the requested information is also listed
below.

You may access the Medicare enrollment application and certification pages from the CMS website at
www.cms.gov/MedicareProviderSupEnroll as needed.

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

7/27/2012

UHPS-JOHNSON 1450

**CMS 855I:**
Section 2B:  Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.

Section 15:  Please submit a newly signed and dated certification statement.  This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn:  Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
**phone: 615.800.8931, ext. 2248**
**email:** un.kim@cgsadmin.com
**fax numbers:**    (OH) 615.664.5925
                          (KY) 615.664.5915
Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.(c) CGS Administrators, LLC and © 2012 CGS Administrators, LLC.
GGS Administrators LLC is no longer affiliated with CIGNA corporation

7/27/2012

UHPS-JOHNSON 1451



## Meisler, Carole

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 8:45 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I am not sure I understand your question.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:37 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why?

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:39 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will also have the providers complete Section 2B themselves as we have been populating this information on the application for them.

Thanks again.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:09 AM
**To:** Meisler, Carole

7/27/2012

**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Thanks, I will call them to make sure I am interpreting CGS's expectations correctly.


Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 4:58 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)
**Importance:** High

Hello Victoria-
Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application.
There is no expectation that a physician will answer the telephone directly.
For example, per Ms. Kim, she works with a large hospital system that provides the Hospital's main telephone
number and the Hospital Operator answers the telephone.

FYI-I was very clear with her regarding your concerns and she assured me that UH complies with CGS's
expectations.
Thank you again for bringing this to UH Compliance Dept.

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 4:19 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hi Carole,
I am not confused.  The Provider Enrollment team is using the current form, otherwise CGS would clearly reject
it.  We have not just started processing these applications and this issue has been discussed many times at our
weekly meetings.
Yes, the application  does not state **"Section 2B:  Please list a valid correspondence phone number
where the provider can be reached directly.  If noone is available to answer the phone when called,
the voicemail greeeting should clearly state the provider's name"**
We are aware that if no one answers the phone it then has to go to the provider's voicemail.  I asked the
representative to send that to me in writing so that I could forward it to you in detail what their expectations are.
Bottom line is that they cannot be reached directly at this number and if they were to call the number we put on
the application and no one answered the voicemail greeting would not be one of the provider.

You can contact CGS for any other clarifications.


7/27/2012

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 3:40 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hello Victoria-

I understand your confusion.
CGS is giving conflicting information. I went on line and looked at Form 855I page 5, Section 2 B.
Correspondence Address and *the current form does not state*:
**Section 2B:  Please list a valid correspondence phone number where the provider can be reached**
**directly.  If noone is available to answer the phone when called, the voicemail greeting should**
**clearly state the provider's name.**
**The current CMS 855I states- "Provide contact information for the person shown in Section 2A above.**
**Once enrolled, the information provided below will be used by the fee-for service contractor if it needs to**
**contact you directly….."**

It looks like they forwarded an old form to you!
Per CGS, physician's support staff can answer the phone and give a message to the physician.

Any other questions?

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** FW: Angela Capp, AA (Entry#155807)

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM

7/27/2012

UHPS-JOHNSON 1454

**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to complete Ms. Capp's Medicare enrollment application.  A summary of the requested information is also listed below.

You may access the Medicare enrollment application and certification pages from the CMS website at www.cms.gov/MedicareProviderSupEnroll as needed..

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

**CMS 855I:**
Section 2B:  Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeting should clearly state the provider's name.

Section 15:  Please submit a newly signed and dated certification statement.  This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn:  Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
**phone:** 615.800.8931, ext. 2248
**email:** un.kim@cgsadmin.com
**fax numbers:**    (OH) 615.664.5925
                          (KY) 615.664.5915

Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.(c) 2012 CGS Administrators, LLC and © 2012 CGS Administrators, LLC.
CGS Administrators LLC is no longer affiliated with CIGNA corporation

7/27/2012

Meisler, Carole

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 10:10 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Great- S
So that we are all on the same page.
Follow the directives of your UHPS supervisor regarding the application section dealing with contact information.
I have educated Sheryl and Steve that their processes are correct.

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 10:00 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I did not say CGS ordered us to use that number, I said Kim said may use the hospital operator and we would be in compliance if we did. (See her response below.)  Nowhere in my email did I say they ordered me to use the hospital number.

In your email, you did not say we should not use the main hospital number.

Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application

Please do not accuse me of changing the department policy as I have not changed any department processes.   I only suggested to you to let Steve Riddle know that this is their policy.

Please clarify with Steve which number other than the Central Billing Office we should be using as the existing number is not in compliance?

Per Kim,

You may use the hospital operator number as long as they will verify that the provider can be reached at that number.

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
phone: 615.800.8931, ext. 2248
email: un.kim@cgsadmin.com
fax numbers:   (OH) 615.664.5925
               (KY) 615.664.5915

7/27/2012

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 9:12 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

CGS did not order you to use the hospital number.
UH can- however, that is up to UH operations.
Please do not change Dept processes without an OK from you supervisor.

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 9:07 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Just received email from Kim CGS, stating we can populate the application with the main hospital number per CGS.  Please let Steve Riddle know that this is their policy as we can no longer use CBO's phone number.  I am sure the department will be happy to hear this.

Thanks for your help.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:49 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

7/27/2012

Why "have the providers complete Section 2B themselves as we have been populating this information on the application for them?"

---

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 8:45 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I am not sure I understand your question.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:37 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why?

---

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:39 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will also have the providers complete Section 2B themselves as we have been populating this information on the application for them.

Thanks again.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

7/27/2012

UHPS-JOHNSON 1458

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:09 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Thanks, I will call them to make sure I am interpreting CGS's expectations correctly.


Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 4:58 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)
**Importance:** High

Hello Victoria-
Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application.
There is no expectation that a physician will answer the telephone directly.
For example, per Ms. Kim, she works with a large hospital system that provides the Hospital's main telephone
number and the Hospital Operator answers the telephone.

FYI-I was very clear with her regarding your concerns and she assured me that UH complies with CGS's
expectations.
Thank you again for bringing this to UH Compliance Dept.

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 4:19 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hi Carole,
I am not confused.  The Provider Enrollment team is using the current form, otherwise CGS would clearly reject
it.  We have not just started processing these applications and this issue has been discussed many times at our
weekly meetings.
Yes, the application  does not state **"Section 2B:  Please list a valid correspondence phone number
where the provider can be reached directly.  If noone is available to answer the phone when called,
the voicemail greeeting should clearly state the provider's name"**
We are aware that if no one answers the phone it then has to go to the provider's voicemail.  I asked the
representative to send that to me in writing so that I could forward it to you in detail what their expectations are.
Bottom line is that they cannot be reached directly at this number and if they were to call the number we put on
the application and no one answered the voicemail greeting would not be one of the provider.

7/27/2012

UHPS-JOHNSON 1459

• You can contact CGS for any other clarifications.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 3:40 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hello Victoria-

I understand your confusion.
CGS is giving conflicting information. I went on line and looked at Form 855I page 5, Section 2 B.
Correspondence Address and *the current form does not state*:
**Section 2B:** Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.
The current CMS 855I states- "Provide contact information for the person shown in Section 2A above. Once enrolled, the information provided below will be used by the fee-for service contractor if it needs to contact you directly....."

It looks like they forwarded an old form to you!
Per CGS, physician's support staff can answer the phone and give a message to the physician.

Any other questions?

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** FW: Angela Capp, AA (Entry#155807)

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax

7/27/2012

UHPS-JOHNSON 1460

Email address: victoria.johnson@UHhospitals.org

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM
**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to complete Ms. Capp's Medicare enrollment application. A summary of the requested information is also listed below.

You may access the Medicare enrollment application and certification pages from the CMS website at www.cms.gov/MedicareProviderSupEnroll as needed.

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

**CMS 855I:**
Section 2B: Please list a valid correspondence phone number where the provider can be reached directly. If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.

Section 15: Please submit a newly signed and dated certification statement. This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn: Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
phone: 615.800.8931, ext. 2248
email: un.kim@cgsadmin.com
fax numbers:    (OH) 615.664.5925
                        (KY) 615.664.5915
Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.(c) CGS Administrators, LLC and © 2012 CGS Administrators, LLC.
CGS Administrators LLC is no longer affiliated with CIGNA corporation

7/27/2012



Meisler, Carole

| | |
|---|---|
| **From:** | Wahl, Cheryl |
| **Sent:** | Friday, July 20, 2012 10:58 AM |
| **To:** | Meisler, Carole |
| **Subject:** | RE: Angela Capp, AA (Entry#155807) |

I'm in a meeting until 11:30

Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

------Original Message-----
**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 10:18 AM Eastern Standard Time
**To:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will -- I am on a call.
I want to tell you some background -- are you available?

**From:** Wahl, Cheryl
**Sent:** Friday, July 20, 2012 10:13 AM
**To:** Meisler, Carole
**Subject:** RE: Angela Capp, AA (Entry#155807)

Who is Sheryl? Would prefer that you and Victoria get on the phone and discuss this vs all the emails.

Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

------Original Message-----
**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 10:09 AM Eastern Standard Time
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Great- S
So that we are all on the same page.
Follow the directives of your UHPS supervisor regarding the application section dealing with contact information.
I have educated Sheryl and Steve that their processes are correct.

7/27/2012

UHPS-JOHNSON 1462

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 10:00 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I did not say CGS ordered us to use that number, I said Kim said may use the hospital operator and we would be in compliance if we did.  (See her response below.)  Nowhere in my email did I say they ordered me to use the hospital number.

In your email, you did not say we should not use the main hospital number.

Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application

Please do not accuse me of changing the department policy as I have not changed any department processes.  I only suggested to you to let Steve Riddle know that this is their policy.

Please clarify with Steve which number other than the Central Billing Office we should be using as the existing number is not in compliance?

Per Kim,

You may use the hospital operator number as long as they will verify that the provider can be reached at that number.

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
**phone:** 615.800.8931, ext. 2248
**email:** un.kim@cgsadmin.com
**fax numbers:**    (OH) 615.664.5925
                          (KY) 615.664.5915

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax

7/27/2012

UHPS-JOHNSON 1463

Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 9:12 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

CGS did not order you to use the hospital number.
UH can- however, that is up to UH operations.
Please do not change Dept processes without an OK from you supervisor.

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 9:07 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Just received email from Kim CGS, stating we can populate the application with the main hospital number per CGS. Please let Steve Riddle know that this is their policy as we can no longer use CBO's phone number. I am sure the department will be happy to hear this.

Thanks for your help.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:49 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why "have the providers complete Section 2B themselves as we have been populating this information on the application for them?"

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 8:45 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I am not sure I understand your question.

Victoria D. Johnson

7/27/2012

UHPS-JOHNSON 1464

University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:37 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why?

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:39 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will also have the providers complete Section 2B themselves as we have been populating this information on the application for them.

Thanks again.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:09 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Thanks, I will call them to make sure I am interpreting CGS's expectations correctly.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue

7/27/2012

Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 4:58 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)
**Importance:** High

Hello Victoria-
Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application.
There is no expectation that a physician will answer the telephone directly.
For example, per Ms. Kim, she works with a large hospital system that provides the Hospital's main telephone
number and the Hospital Operator answers the telephone.

FYI-I was very clear with her regarding your concerns and she assured me that UH complies with CGS's
expectations.
Thank you again for bringing this to UH Compliance Dept.

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 4:19 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hi Carole,
I am not confused.  The Provider Enrollment team is using the current form, otherwise CGS would clearly reject
it.  We have not just started processing these applications and this issue has been discussed many times at our
weekly meetings.
Yes, the application  does not state **"Section 2B:  Please list a valid correspondence phone number
where the provider can be reached directly.  If noone is available to answer the phone when called,
the voicemail greeeting should clearly state the provider's name"**
We are aware that if no one answers the phone it then has to go to the provider's voicemail.  I asked the
representative to send that to me in writing so that I could forward it to you in detail what their expectations are.
Bottom line is that they cannot be reached directly at this number and if they were to call the number we put on
the application and no one answered the voicemail greeting would not be one of the provider.


You can contact CGS for any other clarifications.


Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org


7/27/2012

UHPS-JOHNSON 1466

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 3:40 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hello Victoria-

I understand your confusion.
CGS is giving conflicting information. I went on line and looked at Form 855I page 5, Section 2 B.
Correspondence Address and *the current form does not state*:
**Section 2B:** Please list a valid correspondence phone number where the provider can be reached directly. If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.
The current CMS 855I states- "Provide contact information for the person shown in Section 2A above. Once enrolled, the information provided below will be used by the fee-for service contractor if it needs to contact you directly....."

It looks like they forwarded an old form to you!
Per CGS, physician's support staff can answer the phone and give a message to the physician.

Any other questions?

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** FW: Angela Capp, AA (Entry#155807)

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM
**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to complete Ms. Capp's Medicare enrollment application. A summary of the requested information is also listed below.

You may access the Medicare enrollment application and certification pages from the CMS website at www.cms.gov/MedicareProviderSupEnroll as needed.

7/27/2012

UHPS-JOHNSON 1467

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

**CMS 855I:**
Section 2B:  Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.

Section 15:  Please submit a newly signed and dated certification statement.  This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn:  Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
phone: 615.800.8931, ext. 2248
email: un.kim@cgsadmin.com
fax numbers:    (OH) 615.664.5925
                       (KY) 615.664.5915
Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.(c) CGS Administrators, LLC and © 2012 CGS Administrators, LLC.

CGS Administrators LLC is no longer affiliated with CIGNA corporation

7/27/2012

UHPS-JOHNSON 1468

Meisler, Carole

| | |
|---|---|
| **From:** | Wahl, Cheryl |
| **Sent:** | Friday, July 20, 2012 10:59 AM |
| **To:** | Meisler, Carole |
| **Subject:** | FW: Medicare application ref#155649 Dr. Joseph Stone |
| **Attachments:** | STONE.pdf |

FYI

Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

-----Original Message-----
**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 10:49 AM Eastern Standard Time
**To:** Riddle, Steve; Johnson, Sheryl L; Wahl, Cheryl
**Subject:** FW: Medicare application ref#155649 Dr. Joseph Stone

Please advise which number we should use.  As the existing number that we have been using is not a
valid number.  I no longer want to participate in telling CGS that the provider can be reached at this
location as most of them are located at main campus.

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** ANDREW.BAUMANN@cgsadmin.com [mailto:ANDREW.BAUMANN@cgsadmin.com]
**Sent:** Friday, July 20, 2012 9:50 AM
**To:** Johnson, Victoria
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

Good morning Victoria,

For section 2B the phone number should be a number that either a voicemail or a person can identify that
the number is a valid number to contact a provider. So either a home number that the voicemail identifies
the provider or at the location where the providers will be working. If you have any other questions please
feel free to ask.

Thank you,

7/27/2012

**Andrew Baumann**
Provider Enrollment
CGS Administrators, LLC
**Two Vantage Way, Nashville, TN 37228**
**Phone: 615.660.5293**
email: andrew.baumann@cgsadmin.com
Check the status of your enrollment application: Online Provider Enrollment Application Status
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
For applications in process: to expedite the processing please remember to include your reference number on all
communications to CGS

Confidential, unpublished property of CGS Administrators, LLC.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2012 CGS Administrators, LLC.
CGS Administrators, LLC is no longer affiliated with CIGNA corporation.

From: Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
Sent: Friday, July 20, 2012 7:32 AM
To: ANDREW BAUMANN
Subject: RE: Medicare application ref#155649 Dr. Joseph Stone

Good morning Andrew,


Can you please clarify what CGS expectations are when asking if the provider can be reached directly at this
number and what number should be listed in section 2b?

I will have the provider comply.




Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

From: ANDREW.BAUMANN@cgsadmin.com [mailto:ANDREW.BAUMANN@cgsadmin.com]
Sent: Thursday, July 19, 2012 3:09 PM
To: Johnson, Victoria
Subject: Medicare application ref#155649 Dr. Joseph Stone

Good afternoon Victoria,

The information that is requested in the attachment is needed to complete the process of the application. Please
only submit the fields/selections that are requested. This information must be submitted on newly downloaded
pages of the application. You can email me the information at: Andrew.baumann@cgsadmin.com or fax the
information to: 615-664-5925.


7/27/2012

Thank you,

**Andrew Baumann**
**Provider Enrollment**
**CGS Administrators, LLC**
**Two Vantage Way, Nashville, TN 37228**
**Phone: 615.660.5293**
email: <u>andrew.baumann@cgsadmin.com</u>

Check the status of your enrollment application: <u>Online Provider Enrollment Application Status</u>
**Want to stay abreast of CGS updates and changes in Medicare? Join our <u>ListServ</u>!**
<u>For applications in process</u>: to expedite the  processing please remember to include your reference number on all
communications to CGS

Confidential, unpublished property of CGS Administrators, LLC.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2012 CGS Administrators, LLC.
CGS Administrators, LLC is no longer affiliated with CIGNA corporation.

Visit us at <u>www.UHhospitals.org</u>.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

7/27/2012



**Meisler, Carole**

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Friday, July 20, 2012 11:00 AM |
| **To:** | Wahl, Cheryl |
| **Subject:** | RE: Angela Capp, AA (Entry#155807) |

I just gave Jen Coleman the background on this ee.
She will share it with you.
I will call the ee and talk to her

**From:** Wahl, Cheryl
**Sent:** Friday, July 20, 2012 10:58 AM
**To:** Meisler, Carole
**Subject:** RE: Angela Capp, AA (Entry#155807)

I'm in a meeting until 11:30

Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

-----Original Message-----
**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 10:18 AM Eastern Standard Time
**To:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will -- I am on a call.
I want to tell you some background -- are you available?

**From:** Wahl, Cheryl
**Sent:** Friday, July 20, 2012 10:13 AM
**To:** Meisler, Carole
**Subject:** RE: Angela Capp, AA (Entry#155807)

Who is Sheryl? Would prefer that you and Victoria get on the phone and discuss this vs all the emails.

Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

-----Original Message-----
**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 10:09 AM Eastern Standard Time
**To:** Johnson, Victoria

7/27/2012

UHPS-JOHNSON 1472

Cc: Wahl, Cheryl
Subject: RE: Angela Capp, AA (Entry#155807)

Great- S
So that we are all on the same page.
Follow the directives of your UHPS supervisor regarding the application section dealing with contact information.
I have educated Sheryl and Steve that their processes are correct.

From: Johnson, Victoria
Sent: Friday, July 20, 2012 10:00 AM
To: Meisler, Carole
Cc: Wahl, Cheryl
Subject: RE: Angela Capp, AA (Entry#155807)

I did not say CGS ordered us to use that number, I said Kim said may use the hospital operator and we would be in compliance if we did.  (See her response below.)  Nowhere in my email did I say they ordered me to use the hospital number.

In your email, you did not say we should not use the main hospital number.

Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application

Please do not accuse me of changing the department policy as I have not changed any department processes.  I only suggested to you to let Steve Riddle know that this is their policy.

Please clarify with Steve which number other than the Central Billing Office we should be using as the existing number is not in compliance?

Per Kim,

You may use the hospital operator number as long as they will verify that the provider can be reached at that number.

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
phone: 615.800.8931, ext. 2248
email: un.kim@cgsadmin.com
fax numbers:   (OH) 615.664.5925
               (KY) 615.664.5915

Thanks.

Victoria D. Johnson

7/27/2012

UHPS-JOHNSON 1473

University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 9:12 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

CGS did not order you to use the hospital number.
UH can- however, that is up to UH operations.
Please do not change Dept processes without an OK from you supervisor.

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 9:07 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Just received email from Kim CGS, stating we can populate the application with the main hospital number per
CGS.  Please let Steve Riddle know that this is their policy as we can no longer use CBO's phone number.  I am
sure the department will be happy to hear this.

Thanks for your help.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:49 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why "have the providers complete Section 2B themselves as we have been populating this information on the
application for them?"

**From:** Johnson, Victoria

7/27/2012

UHPS-JOHNSON 1474

**Sent:** Friday, July 20, 2012 8:45 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I am not sure I understand your question.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:37 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why?

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:39 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will also have the providers complete Section 2B themselves as we have been populating this information on the application for them.

Thanks again.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:09 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

7/27/2012

UHPS-JOHNSON 1475

Thanks, I will call them to make sure I am interpreting CGS's expectations correctly.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 4:58 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)
**Importance:** High

Hello Victoria-
Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application.
There is no expectation that a physician will answer the telephone directly.
For example, per Ms. Kim, she works with a large hospital system that provides the Hospital's main telephone number and the Hospital Operator answers the telephone.

FYI-I was very clear with her regarding your concerns and she assured me that UH complies with CGS's expectations.
Thank you again for bringing this to UH Compliance Dept.

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 4:19 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hi Carole,
I am not confused.  The Provider Enrollment team is using the current form, otherwise CGS would clearly reject it.  We have not just started processing these applications and this issue has been discussed many times at our weekly meetings.
Yes, the application  does not state **"Section 2B:  Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeting should clearly state the provider's name"**
We are aware that if no one answers the phone it then has to go to the provider's voicemail.  I asked the representative to send that to me in writing so that I could forward it to you in detail what their expectations are.  Bottom line is that they cannot be reached directly at this number and if they were to call the number we put on the application and no one answered the voicemail greeting would not be one of the provider.

You can contact CGS for any other clarifications.


Victoria D. Johnson
University Hospitals Medical Group, Inc.


7/27/2012

UHPS-JOHNSON 1476

Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 3:40 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hello Victoria-

I understand your confusion.
CGS is giving conflicting information. I went on line and looked at Form 855I page 5, Section 2 B.
Correspondence Address and *the current form does not state*:
**Section 2B:  Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.**
The current CMS 855I states- "Provide contact information for the person shown in Section 2A above. Once enrolled, the information provided below will be used by the fee-for service contractor if it needs to contact you directly….."

It looks like they forwarded an old form to you!
Per CGS, physician's support staff can answer the phone and give a message to the physician.

Any other questions?

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** FW: Angela Capp, AA (Entry#155807)

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM
**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

7/27/2012

UHPS-JOHNSON 1477

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to complete Ms. Capp's Medicare enrollment application. A summary of the requested information is also listed below.

You may access the Medicare enrollment application and certification pages from the CMS website at www.cms.gov/MedicareProviderSupEnroll as needed.

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

**CMS 855I:**
Section 2B: Please list a valid correspondence phone number where the provider can be reached directly. If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.

Section 15: Please submit a newly signed and dated certification statement. This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn: Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
**phone:** 615.800.8931, ext. 2248
**email:** un.kim@cgsadmin.com
**fax numbers:**   (OH) 615.664.5925
                (KY) 615.664.5915
Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.(c) CGS Administrators, LLC and © 2012 CGS Administrators, LLC.
CGS Administrators LLC is no longer affiliated with CIGNA corporation

7/27/2012

UHPS-JOHNSON 1478

## Meisler, Carole

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Friday, July 20, 2012 11:20 AM |
| **To:** | Wahl, Cheryl |
| **Subject:** | RE: Medicare application ref#155649 Dr. Joseph Stone |

In which case – that sounds like insubordination.
Also, I went to the CGS person she relied on and confirmed that UHPS is acting correctly.
I did this based on her complaint to Compliance,
Now she is forum shopping and contacting another CGS employee.
I believe she is not working within the scope of her employment when she received an answer for
Compliance and then ask for another opinion- from CGS- to try to discredit the Compliance Officer.

---

**From:** Wahl, Cheryl
**Sent:** Friday, July 20, 2012 11:13 AM
**To:** Meisler, Carole
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

Not at all how I would interpret her message. She just doesn't want to use the CBO phone number.

Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

-----Original Message-----
**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 11:02 AM Eastern Standard Time
**To:** Wahl, Cheryl
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

I think she just resigned???

**From:** Wahl, Cheryl
**Sent:** Friday, July 20, 2012 10:59 AM
**To:** Meisler, Carole
**Subject:** FW: Medicare application ref#155649 Dr. Joseph Stone

FYI

Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

-----Original Message-----
**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 10:49 AM Eastern Standard Time
**To:** Riddle, Steve; Johnson, Sheryl L; Wahl, Cheryl

7/27/2012

UHPS-JOHNSON 1479

**Subject:** FW: Medicare application ref#155649 Dr. Joseph Stone

Please advise which number we should use. As the existing number that we have been using is not a valid number. I no longer want to participate in telling CGS that the provider can be reached at this location as most of them are located at main campus.

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** ANDREW.BAUMANN@cgsadmin.com [mailto:ANDREW.BAUMANN@cgsadmin.com]
**Sent:** Friday, July 20, 2012 9:50 AM
**To:** Johnson, Victoria
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

Good morning Victoria,

For section 2B the phone number should be a number that either a voicemail or a person can identify that the number is a valid number to contact a provider. So either a home number that the voicemail identifies the provider or at the location where the providers will be working. If you have any other questions please feel free to ask.

Thank you,

**Andrew Baumann**
**Provider Enrollment**
**CGS Administrators, LLC**
**Two Vantage Way, Nashville, TN 37228**
**Phone: 615.660.5293**
**email: andrew.baumann@cgsadmin.com**
Check the status of your enrollment application: Online Provider Enrollment Application Status
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
For applications in process: to expedite the processing please remember to include your reference number on all communications to CGS

Confidential, unpublished property of CGS Administrators, LLC.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2012 CGS Administrators, LLC.
CGS Administrators, LLC is no longer affiliated with CIGNA corporation.

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Friday, July 20, 2012 7:32 AM
**To:** ANDREW BAUMANN
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

7/27/2012

Good morning Andrew,

Can you please clarify what CGS expectations are when asking if the provider can be reached directly at this number and what number should be listed in section 2b?

I will have the provider comply.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** ANDREW.BAUMANN@cgsadmin.com [mailto:ANDREW.BAUMANN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Johnson, Victoria
**Subject:** Medicare application ref#155649 Dr. Joseph Stone

Good afternoon Victoria,

The information that is requested in the attachment is needed to complete the process of the application. Please only submit the fields/selections that are requested. This information must be submitted on newly downloaded pages of the application. You can email me the information at: Andrew.baumann@cgsadmin.com or fax the information to: 615-664-5925.

Thank you,

**Andrew Baumann**
**Provider Enrollment**
**CGS Administrators, LLC**
**Two Vantage Way, Nashville, TN 37228**
**Phone: 615.660.5293**
email: andrew.baumann@cgsadmin.com
Check the status of your enrollment application: Online Provider Enrollment Application Status
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
For applications in process: to expedite the processing please remember to include your reference number on all communications to CGS

Confidential, unpublished property of CGS Administrators, LLC.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2012 CGS Administrators, LLC.
CGS Administrators, LLC is no longer affiliated with CIGNA corporation.

7/27/2012

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

7/27/2012

UHPS-JOHNSON 1482

 **University Hospitals**



Cheryl Forino Wahl
Vice President - Chief Compliance Officer
University Hospitals Management Services Center
3605 Warrensville Center Road
Shaker Heights, OH 44122
Mail Stop #MSC 9105
P 216/767-8223 F 216/201-5115

July 23, 2012

**VIA HAND DELIVERY**
Ms. Victoria Johnson
3646 Lynnfield Road
Shaker Heights, Oh 44122

Dear Ms. Johnson:

I am writing to follow up on the issues you raised regarding how to complete the CMS 855i Form. Carole Meisler, UHPS Compliance Officer, investigated these concerns and shared her findings with you. Ms. Meisler found that the Departmental practices are appropriate.

Ms. Meisler contacted Cigna Governmental Services (CGS), and CGS confirmed that University Hospitals Physicians Services' use of its own telephone number and address as contact information, on Form CMS 855i, Section 2B, is both allowable and correct. Further, Ms. Meisler has notified the Department's management that this UHPS process is correct and can continue.

Thank you for seeking clarification from the UH Compliance Department regarding your concerns.

Sincerely,

Cheryl Wahl

CFW/jmf



REDACTED - ATTORNEY-CLIENT PRIVILEGE

**From:** Riddle, Steve
**Sent:** Tuesday, July 24, 2012 8:51 AM
**To:** Meisler, Carole; Morrison, Christina
**Cc:** Johnson, Sheryl L
**Subject:** FW: Pankaj Gupta

I cannot tell you how unbelievably weary of this I am becoming... We have reached a level of defiance that astounds me...

**Steve Riddle**
**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

7/27/2012

**From:** Johnson, Victoria
**Sent:** Tuesday, July 24, 2012 7:27 AM
**To:** Riddle, Steve; Johnson, Sheryl L; Meisler, Carole; Wahl, Cheryl
**Subject:** FW: Pankaj Gupta

Hi All,

While Carole explained yesterday that we can answer the phone here at the Central Billing Office for the providers, I received the email below from the support team at CGS advising us differently.

Carole can you please tell me who you spoke with that suggested we continue to take calls here in the office.

I have a close friend that works for HHS/OIG who I called last night to verify what CGS is telling us although it has been listed below from their Program Integrity Manual.  Just waiting to hear from him.

I will forward this to our team.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:59 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I have checked with my support team, and I was advised that the provider has to be able to be reached directly at the number. I have listed what the Program Integrity Manual states below:

## 15.5.2.2 – Correspondence Address

7/27/2012

(Rev. 414, Issued: 04-06-12, Effective: 05-07-12, Implementation: 05-07-12)

**A. Background**

The correspondence address must be one where the contractor can directly contact the applicant to resolve any issues once the provider is enrolled in the Medicare program. It cannot be the address of a billing agency, management services organization, chain home office, or the provider's representative (e.g., attorney, financial advisor). It can, however, be a P.O. Box or, in the case of an individual practitioner, the person's home address.

The contractor shall call the telephone number listed in this section to verify that the contractor can directly contact the applicant. If an answering service appears and the contractor can identify it as the applicant's personal service, it is not necessary to talk directly to the applicant or an official thereof. The contractor only needs to verify that the applicant can be reached at this number.

Thanks!

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 12:05 PM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

I guess our Compliance Officer said it is okay for us to answer the phone and verify that the doctor can be reached here and we should pass on a message to the doctor. Please verify that this is correct.

Thanks for your assistance.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:00 PM

7/27/2012

**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I am going to forward this information to or support team and wait for a reply from support.

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

My Managers Sheryl Johnson, Steve Riddle and our Compliance Officer Carole Meisler.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:51 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

May I ask who told you to keep using that number and address?

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:50 AM
**To:** SHAMEKIA MCLAUGHLIN

7/27/2012

UHPS-JOHNSON 1487

**Subject:** RE: Pankaj Gupta

This is what I am interpreting however I have been told to continue to use this address and telephone number, can you verify with your Supervisor and Manager.

Thanks.


Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:46 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta


*Hello Victoria*



*The address listed in section 2 cannot be of the billing service (see that section of the application) we need a valid correspondence address and phone number for the provider in this section and we will have to be able to reach the provider at that number listed.*

*Thanks!*


**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:36 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta


Hi Shamekia,

With regard to section 2b, and your question if the provider can be reached directly at this location. The providers

7/27/2012

UHPS-JOHNSON 1488

can not be reached here as this is the office where we enroll the providers and provide in house billing services for them.  The practice location is 11100 Euclid Avenue.  Cleveland, Ohio 44106.  How do we address this issue if the provider cannot be reached here?

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Friday, July 20, 2012 8:28 AM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Good morning!

I will give you a call in about 30 minutes and explain if that is ok with you.

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Friday, July 20, 2012 6:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

Can you please clarify what CGS expectations are when asking if the provider can be reached at this number and what number should be listed in section 2b?

I will have the provider comply.

Thanks.

7/27/2012

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 4:04 PM
**To:** Johnson, Victoria
**Subject:** Pankaj Gupta

*Hello Victoria,*

*I am processing the application for Pankaj Gupta, and I need some corrections to the application before I can process it. I will need a valid number to be placed in section 2b; the corrections require a new signed and dated section 15. The requested information may be faxed to 615-664-5925; I have provided my contact information below if you should have any questions.*

*Thanks!*

*Shamekia Mclaughlin*
*CGS*
*Provider Enrollment*
*Two Vantage Way*
*Nashville, TN 37228-1514*
*615-660-5226*
*KY fax# 615-664-5915*
*OH fax # 615-664-5925*
*Online Provider Enrollment Application Status*

*Thank You in Advance!*

7/27/2012

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*
*You can check the status of your application at:*
http://www.cgsmedicare.com/medicare_dynamic/PE/Login.asp
*CMS-855I (revised 07/11) can be found:* http://www.cms.gov/cmsforms/downloads/cms855i.pdf
*CMS-855R (revised 07/11) can be found:* http://www.cms.gov/cmsforms/downloads/cms855r.pdf
*CMS-855B (revised 07/11) can be found:* http://www.cms.gov/cmsforms/downloads/cms855b.pdf
*CMS 588 (revised 05/10)(EFT Agreement):* http://www.cms.gov/cmsforms/downloads/CMS588.pdf
*CMS 460 (revised 04/10)(Participation Agreement):*
http://www.cms.gov/cmsforms/downloads/cms460.pdf

*For applications in process:  to expedite the  processing please remember to include your reference number on all communications to CGS*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*

*Confidential, unpublished property of CGS Administrators, LLC*
*Do not duplicate or distribute*
*Use and distribution limited solely to authorized personnel.*
*(c) Copyright 2012 by CGS  Administrators, LLC*

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

7/27/2012

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific

7/27/2012

written consent of the person to whom it pertains, or as otherwise permitted by law.

UHPS-JOHNSON 1493



**Meisler, Carole**

**From:** Meisler, Carole
**Sent:** Tuesday, July 24, 2012 9:59 AM
**To:** Morrison, Christina
**Cc:** Riddle, Steve; Johnson, Sheryl L; Wahl, Cheryl
**Subject:** RE: Pankaj Gupta

Just spoke to the CGS employee- When the ee asked Victoria if the physician could be reached via the telephone number on the application-

Victoria told her "no he cannot be reached at this telephone number."

Per the CGS employee -- there is no expectation that the physician will be reached at that number personally.

She is causing financial harm to the organization.

**From:** Johnson, Victoria
**Sent:** Tuesday, July 24, 2012 7:27 AM
**To:** Riddle, Steve; Johnson, Sheryl L; Meisler, Carole; Wahl, Cheryl
**Subject:** FW: Pankaj Gupta

Hi All,

While Carole explained yesterday that we can answer the phone here at the Central Billing Office for the providers, I received the email below from the support team at CGS advising us differently.

Carole can you please tell me who you spoke with that suggested we continue to take calls here in the office.

I have a close friend that works for HHS/OIG who I called last night to verify what CGS is telling us although it has been listed below from their Program Integrity Manual. Just waiting to hear from him.

I will forward this to our team.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

7/27/2012

UHPS-JOHNSON 1494



Page 1 of 1

**Meisler, Carole**

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Tuesday, July 24, 2012 10:14 AM |
| **To:** | Johnson, Victoria |
| **Cc:** | Riddle, Steve; Morrison, Christina; Johnson, Sheryl L |
| **Subject:** | Shamekia is calling in 15 minutes |
| **Importance:** | High |

Hello Victoria-
I spoke to Shamekia' supervisor.
The CGS supervisor directed the following to done in order to prevent delay that is occurring in this
process- both for UHSP and CGS.

Shamekia will be calling you in 15 minutes. She will ask you if the provider can be reached at the
telephone number on the application.
Per the Supervisor - Tell Shamekia that the provider will not pick up the telephone but as part of your job
description, you get any message to him/her, that you will contact the provider for CGS as part of you job.

Carole Meisler
Local Compliance Officer
University Hospitals Physician Services
24701 Euclid Avenue
Euclid, OH 44117
Office: 216.692.1971  FAX: 216.383.6738
carole.meisler@uhhospitals.org

7/27/2012

UHPS-JOHNSON 1503



## Meisler, Carole

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Tuesday, July 24, 2012 12:25 PM |
| **To:** | Wahl, Cheryl |
| **Cc:** | Riddle, Steve; Morrison, Christina; Johnson, Sheryl L |
| **Subject:** | RE: Pankaj Gupta |

Victoria is causing financial harm to both CGS and UHPS by creating unnecessary delay in the processing of Form 8551.

1) She places her telephone number in the application as the contact number.

2) CGS calls Victoria's telephone, as part of their process, and asks if the physicians can be reached at this telephone number.

3) Victoria answers "No, they cannot be reached at this number."

(Per Shamikia's supervisor, Paula Patti, Patty suspects, after reviewing the emails between her ee and Victoria, that Victoria is telling Shamikia that UHPS has instructed Victoria to give the wrong information to CGS)

4) At that point, the process stops and the delay begins.

5) The CGS employee then must produce a letter to Victoria confirming that the information on the application is incorrect.

6) CGS employees are creating and mailing letters to Victoria, which is inefficiency for them to have to create. (Cost of time/ paper/ ink) and a redundancy

7) Victoria gets the letter and tells Sheryl and Steve that she is getting multiple rejections because of the UHPS process.

8) This delays the processing of the form and possible delays in payment.

There may be other costs – I am on my way to the MSC for the Dept mtg.

---

**From:** Wahl, Cheryl
**Sent:** Tuesday, July 24, 2012 11:57 AM
**To:** Meisler, Carole; Morrison, Christina
**Cc:** Riddle, Steve; Johnson, Sheryl L
**Subject:** RE: Pankaj Gupta

How is she causing financial harm?

Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

-----Original Message-----

7/27/2012

UHPS-JOHNSON 1504

**From:** Meisler, Carole
**Sent:** Tuesday, July 24, 2012 09:58 AM Eastern Standard Time
**To:** Morrison, Christina
**Cc:** Riddle, Steve; Johnson, Sheryl L; Wahl, Cheryl
**Subject:** RE: Pankaj Gupta

Just spoke to the CGS employee- When the ee asked Victoria if the physician could be reached via the telephone number on the application-

Victoria told her "no he cannot be reached at this telephone number."

Per the CGS employee – there is no expectation that the physician will be reached at that number personally.

She is causing financial harm to the organization.

---

**From:** Johnson, Victoria
**Sent:** Tuesday, July 24, 2012 7:27 AM
**To:** Riddle, Steve; Johnson, Sheryl L; Meisler, Carole; Wahl, Cheryl
**Subject:** FW: Pankaj Gupta

Hi All,


While Carole explained yesterday that we can answer the phone here at the Central Billing Office for the providers, I received the email below from the support team at CGS advising us differently.

Carole can you please tell me who you spoke with that suggested we continue to take calls here in the office.

I have a close friend that works for HHS/OIG who I called last night to verify what CGS is telling us although it has been listed below from their Program Integrity Manual. Just waiting to hear from him.

I will forward this to our team.



Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

7/27/2012

UHPS-JOHNSON 1505

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:59 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I have checked with my support team, and I was  advised that the provider has to be able to be reached directly  at the number. I have listed what the Program Integrity Manual states below:

## 15.5.2.2 – Correspondence Address
**(Rev. 414, Issued: 04-06-12, Effective: 05-07-12, Implementation: 05-07-12)**
**A. Background**
The correspondence address must be one where the contractor can directly contact the applicant to resolve any issues once the provider is enrolled in the Medicare program. It cannot be the address of a billing agency, management services organization, chain home office, or the provider's representative (e.g., attorney, financial advisor). It can, however, be a P.O. Box or, in the case of an individual practitioner, the person's home address.
The contractor shall call the telephone number listed in this section to verify that the contractor can directly contact the applicant. If an answering service appears and the contractor can identify it as the applicant's personal service, it is not necessary to talk directly to the applicant or an official thereof. The contractor only needs to verify that the applicant can be reached at this number.

Thanks!

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 12:05 PM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

I guess our Compliance Officer said it is okay for us to answer the phone and verify that the doctor can be reached here and we should pass on a message to the doctor.  Please verify that this is correct.

Thanks for your assistance.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

7/27/2012

UHPS-JOHNSON 1506

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:00 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,


I am going to forward this information to or support team and wait for a reply from support.

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

My Managers Sheryl Johnson, Steve Riddle and our Compliance Officer Carole Meisler.


Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:51 PM

7/27/2012

UHPS-JOHNSON 1507

**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

May I ask who told you to keep using that number and address?

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:50 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

This is what I am interpreting however I have been told to continue to use this address and telephone number, can you verify with your Supervisor and Manager.

Thanks.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:46 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

*Hello Victoria*

7/27/2012

**UHPS-JOHNSON 1508**

*The address listed in section 2 cannot be of the billing service (see that section of the application) we need a valid correspondence address and phone number for the provider in this section and we will have to be able to reach the provider at that number listed.*

*Thanks!*

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:36 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

With regard to section 2b, and your question if the provider can be reached directly at this location.  The providers can not be reached here as this is the office where we enroll the providers and provide in house billing services for them.  The practice location is 11100 Euclid Avenue.  Cleveland, Ohio 44106.  How do we address this issue if the provider cannot be reached here?


Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Friday, July 20, 2012 8:28 AM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Good morning!

I will give you a call in about 30 minutes and explain if that is ok with you.

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Friday, July 20, 2012 6:56 AM

7/27/2012

UHPS-JOHNSON 1509

**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

Can you please clarify what CGS expectations are when asking if the provider can be reached at this number and what number should be listed in section 2b?

I will have the provider comply.

Thanks.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 4:04 PM
**To:** Johnson, Victoria
**Subject:** Pankaj Gupta

*Hello Victoria,*

*I am processing the application for Pankaj Gupta, and I need some corrections to the application before I can process it. I will need a valid number to be placed in section 2b; the corrections require a new signed and dated section 15. The requested information may be faxed to 615-664-5925; I have provided my contact information below if you should have any questions.*

7/27/2012

UHPS-JOHNSON 1510

*Thanks!*

*Shamekia Mclaughlin*
*CGS*
*Provider Enrollment*
*Two Vantage Way*
*Nashville, TN 37228-1514*
*615-660-5226*
*KY fax# 615-664-5915*
*OH fax # 615-664-5925*
*Online Provider Enrollment Application Status*
*Thank You in Advance!*
*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*
*You can check the status of your application at:*
*http://www.cgsmedicare.com/medicare_dynamic/PE/Login.asp*
*CMS-855I (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855i.pdf*
*CMS-855R (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855r.pdf*
*CMS-855B (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855b.pdf*
*CMS 588 (revised 05/10)(EFT Agreement): http://www.cms.gov/cmsforms/downloads/CMS588.pdf*
*CMS 460 (revised 04/10)(Participation Agreement):*
*http://www.cms.gov/cmsforms/downloads/cms460.pdf*

*For applications in process:  to expedite the  processing please remember to include your reference*
*number on all communications to CGS*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*

*Confidential, unpublished property of CGS Administrators, LLC*
*Do not duplicate or distribute*
*Use and distribution limited solely to authorized personnel.*
*(c) Copyright 2012 by CGS  Administrators, LLC*

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone

7/27/2012

UHPS-JOHNSON 1511

other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal

7/27/2012

UHPS-JOHNSON 1512

regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

7/27/2012

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:59 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I have checked with my support team, and I was advised that the provider has to be able to be reached directly at the number. I have listed what the Program Integrity Manual states below:

## 15.5.2.2 – Correspondence Address
**(Rev. 414, Issued: 04-06-12, Effective: 05-07-12, Implementation: 05-07-12)**
**A. Background**
The correspondence address must be one where the contractor can directly contact the applicant to resolve any issues once the provider is enrolled in the Medicare program. It cannot be the address of a billing agency, management services organization, chain home office, or the provider's representative (e.g., attorney, financial advisor). It can, however, be a P.O. Box or, in the case of an individual practitioner, the person's home address.
The contractor shall call the telephone number listed in this section to verify that the contractor can directly contact the applicant. If an answering service appears and the contractor can identify it as the applicant's personal service, it is not necessary to talk directly to the applicant or an official thereof. The contractor only needs to verify that the applicant can be reached at this number.

Thanks!

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 12:05 PM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

I guess our Compliance Officer said it is okay for us to answer the phone and verify that the doctor can be reached here and we should pass on a message to the doctor.  Please verify that this is correct.

Thanks for your assistance.

7/27/2012

UHPS-JOHNSON 1495

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:00 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I am going to forward this information to or support team and wait for a reply from support.

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

My Managers Sheryl Johnson, Steve Riddle and our Compliance Officer Carole Meisler.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

7/27/2012

UHPS-JOHNSON 1496

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:51 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

May I ask who told you to keep using that number and address?

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:50 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

This is what I am interpreting however I have been told to continue to this address and telephone number,
can you verify with your Supervisor and Manager.

Thanks.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:46 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

*Hello Victoria*

7/27/2012

UHPS-JOHNSON 1497

*The address listed in section 2 cannot be of the billing service (see that section of the application) we need a valid correspondence address and phone number for the provider in this section and we will have to be able to reach the provider at that number listed.*

*Thanks!*

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:36 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

With regard to section 2b, and your question if the provider can be reached directly at this location. The providers can not be reached here as this is the office where we enroll the providers and provide in house billing services for them. The practice location is 11100 Euclid Avenue. Cleveland, Ohio 44106. How do we address this issue if the provider cannot be reached here?

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Friday, July 20, 2012 8:28 AM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Good morning!

I will give you a call in about 30 minutes and explain if that is ok with you.

7/27/2012

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Friday, July 20, 2012 6:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

Can you please clarify what CGS expectations are when asking if the provider can be reached at this number and what number should be listed in section 2b?

I will have the provider comply.

Thanks.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 4:04 PM
**To:** Johnson, Victoria
**Subject:** Pankaj Gupta

*Hello Victoria,*

*I am processing the application for Pankaj Gupta, and I need some corrections to the application before I can process it. I will need a valid number to be placed in section 2b; the corrections require a new signed and dated section 15. The requested information may be faxed to 615-664-5925; I have provided my contact information below if you should have any questions.*

7/27/2012

UHPS-JOHNSON 1499

*Thanks!*

*Shamekia Mclaughlin*
*CGS*
*Provider Enrollment*
*Two Vantage Way*
*Nashville, TN 37228-1514*
*615-660-5226*
*KY fax# 615-664-5915*
*OH fax # 615-664-5925*
*Online Provider Enrollment Application Status*

*Thank You in Advance!*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*
*You can check the status of your application at:*
*http://www.cgsmedicare.com/medicare_dynamic/PE/Login.asp*
*CMS-855I (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855i.pdf*
*CMS-855R (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855r.pdf*
*CMS-855B (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855b.pdf*
*CMS 588 (revised 05/10)(EFT Agreement): http://www.cms.gov/cmsforms/downloads/CMS588.pdf*
*CMS 460 (revised 04/10)(Participation Agreement):*
*http://www.cms.gov/cmsforms/downloads/cms460.pdf*

*For applications in process: to expedite the processing please remember to include your reference*
*number on all communications to CGS*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*

*Confidential, unpublished property of CGS Administrators, LLC*
*Do not duplicate or distribute*
*Use and distribution limited solely to authorized personnel.*
*(c) Copyright 2012 by CGS Administrators, LLC*

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim

7/27/2012

any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,

7/27/2012

UHPS-JOHNSON 1501

alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

7/27/2012

UHPS-JOHNSON 1502