**University Hospitals**

# UH Performance Evaluation
## ASSOCIATE & PROFESSIONAL

| Employee (print name): | Victoria Johnson | Department: | Revenue Cycle-Billing Services |
|---|---|---|---|
| Date: | March 6, 2012 | Title: | Provider Enrollment Specialist |

## 1 Goals

| Major Goals (start of year) | Measurements/Observations (end of year) |
|---|---|
| • <br> • <br> • | • <br> • <br> • |

## 2 Job-Specific Competencies (attach job specific competencies if applicable)

Assess which competencies have been met and how the employee can develop the competencies that need improvement.

| Does Not Meet Expectations | ☒ Meets Expectations | ☐ |
|---|---|---|

**Recommendations for Improvement**
For 2011 there were issue related to application as well as below expectation efforts to stay current with rejection reports.

## UH Values

| UH Values | Evaluation |
|---|---|
| **Excellence** <br> We have a continuous drive for excellence and are always seeking ways to improve the health of those who rely on us. <br> **Observable Behaviors** <br> • Sets standards for excellence—Establishes criteria and/or work procedures to achieve a high level of quality, productivity, or service. <br> • Ensures high quality—Dedicates required time and energy to assignments or tasks to ensure that no aspect of the work is neglected; works to overcome obstacles to completing tasks or assignments. | ☐ Consistently Exceeds Expectations <br> ☐ Consistently Meets Expectations <br> ☒ Frequently Meets Expectations <br> ☐ Does Not Meet Expectations <br> *Observations / Recommendations:* <br> Victoria needs to pay closer attention to detail when submitting applications. An example would be Medicare applications. Please make sure all appropriate signatures are obtained and the correct forms are utilized. <br> Victoria has shown that she has an expertise in completing out of state Medicaid applications. |
| **Diversity** <br> We embrace diversity in people, ideas, experiences and perspectives. <br> **Observable Behaviors** <br> • Seeks understanding—Establishes relationships with and learns more about people of other cultures and backgrounds (i.e., their special issues, social norms, decision-making approaches, and preferences). <br> • Uses diversity as an advantage—Seeks out and uses ideas, opinions, and insights from diverse sources. | ☐ Consistently Exceeds Expectations <br> ☒ Consistently Meets Expectations <br> ☐ Frequently Meets Expectations <br> ☐ Does Not Meet Expectations <br> *Observations / Recommendations:* |

**EXHIBIT 5**



# UH Performance Evaluation
## ASSOCIATE & PROFESSIONAL

| | |
|---|---|
| **Integrity**<br>We have a shared commitment to do what is right.<br>**Observable Behaviors**<br>• Stays true to self—Acts in accordance with one's own values, standards, and beliefs even when under pressure; ensures that words and actions are consistent across situations.<br>• Acts with integrity—Adheres to moral, ethical, and professional standards, regulations, and organizational policies; keeps commitments to promised actions. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br>*Observations / Recommendations:* |
| **Compassion**<br>We have genuine concern for those in our community and treat them with respect and empathy.<br>**Observable Behaviors**<br>• Conveys respect—Uses language and behavior that consistently reflect and enhance the dignity of diverse patients, partners, and employees; takes actions that show consideration for cultural concerns and expectations; continually examines own biases and behaviors to avoid stereotypical responses.<br>• Maintains relationships—Presents a positive disposition and maintains constructive interpersonal relationships even when under stress. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br>*Observations / Recommendations:*<br>Does not appear to consistently present a positive disposition or convey a desire to maintain constructive interpersonal relationships. |
| **Teamwork**<br>We work collaboratively as an integrated team to improve patient care and performance.<br>**Observable Behaviors**<br>• Informs others on team—Shares important or relevant information with the team.<br>• Models commitment—Adheres to the team's expectations and guidelines; fulfills team responsibilities; demonstrates personal commitment to the team. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br>*Observations / Recommendations:*<br>Victoria needs to clearly communicate issues/concerns related to her providers and how they impact potential claims/billing issues. Verbalize any delays in application process or rejections. Victoria needs to have a better understanding of the rejection report and how to work the report. |



# UH Performance Evaluation
## Associate & Professional

## UH Core Behaviors

| UH Core Behaviors | Evaluation |
|---|---|
| **Managing Work (includes Time Management)**<br>Effectively managing one's time and resources to ensure that work is completed efficiently.<br><br>Observable Behaviors<br><br>• Prioritizes—Identifies more critical and less critical activities and tasks; adjusts priorities when appropriate.<br>• Makes preparations—Ensures that required equipment and/or materials are in appropriate locations so that own and others' work can be done effectively.<br>• Schedules— Effectively allocates own time to complete work; coordinates own and others' schedules to avoid conflicts.<br>• Leverages resources—Takes advantage of available resources (individuals, processes, departments, and tools) to complete work efficiently.<br>• Stays focused—Uses time effectively and prevents irrelevant issues or distractions from interfering with work completion. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Victoria's focus should be on how her management of completing her tasks impacts other departments. Need to transfer information to appropriate departments on a timely basis — referring physicians, new providers that need to be loaded into IDX. All of these processes ultimately impacts claims out the door. |
| **Applied Learning**<br>Assimilating and applying new job-related information in a timely manner.<br><br>Observable Behaviors<br><br>• Actively participates in learning activities—Takes part in needed learning activities in a way that makes the most of the learning experience (e.g., takes notes, asks questions, does required tasks).<br>• Quickly gains knowledge, understanding, or skill—Readily absorbs and comprehends new information from formal and informal learning experiences.<br>• Applies knowledge or skill—Puts new knowledge, understanding, or skill to practical use on the job; furthers learning through trial and error. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Victoria needs to engage herself during required meetings. New knowledge/skills such as that required to work rejection reports are not always learned and applied effectively. |
| **Building Trust**<br>Interacting with others in a way that gives them confidence in one's intentions and those of the organization.<br><br>Observable Behaviors<br><br>• Operates with integrity—Demonstrates honesty; keeps commitments; behaves in a consistent manner.<br>• Discloses own positions—Shares thoughts, feelings, and rationale so that others understand personal positions.<br>• Remains open to ideas—Listens to others and objectively considers others' ideas and opinions, even when they conflict with one's own.<br>• Supports others—Treats people with dignity, respect, and fairness; gives proper credit to others; stands up for deserving others and their ideas even in the face of resistance or challenge. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Victoria's interactions do not consistently illicit confidence and trust from others. |

 **University Hospitals**

**UH Performance Evaluation**
ASSOCIATE & PROFESSIONAL

| Patient/Colleague Relations | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations |
|---|---|
| Meeting patient, patient family, and colleague needs; taking responsibility for a patient's safety, satisfaction, and clinical outcomes; using appropriate interpersonal techniques to resolve difficult situations and regain patient, patient family, and colleague confidence.<br><br>**Observable Behaviors**<br><br>• Seeks to understand patient/colleague needs—Actively seeks information to understand circumstances, problems, expectations, and needs; verifies understanding.<br><br>• Meets or exceeds patient/colleague needs—Quickly responds to patient/colleague needs; takes opportunities to exceed patient/colleague needs but avoids over commitments; gains patient/colleague agreement to proposed solutions.<br><br>• "HEARTS"—Handles upset patients and patient families by <u>H</u>earing, <u>E</u>mpathizing, <u>A</u>pologizing, <u>R</u>esponding, <u>T</u>hanking, and <u>S</u>ending.<br><br>• Cultivates patient/colleague relationships—Promotes honest and open communication with patients/colleagues; involves patient/colleagues in discussions, listens actively, and maintains patient/colleague self-esteem.<br><br>• Educates patients (clinical only)—Shares information with patients and their families to build understanding of available healthcare services, options, risks, and ways to attain optimum health; manages patient expectations. | *Observations / Recommendations:*<br>Victoria's would benefit from communicating more closely with her provider contacts. There have been times when they have asked for information or updates to be done within IDX and they have not be completed on a timely basis and they have found gone to other PE reps for assistance |
| Employee promotes the Code of Conduct. | ☒ Yes ☐ No |
| | *Observations / Recommendations:* |
| Employee adheres to the Code of Conduct.<br><br>*In order to be eligible for a "Consistently Exceeds Expectations" rating, the employee must promote and adhere to the Code of Conduct. | ☒ Yes ☐ No |
| | *If no, please explain:* |

 **University Hospitals**

# UH Performance Evaluation
### ASSOCIATE & PROFESSIONAL

## Evaluate Overall Performance

**Performance Summary**

Victoria's overall performance is being rated as not consistently meeting expectations. Victoria needs pay more attention to detail and to check her work prior to submitting government applications. It is important that Victoria communicates immediately when she realizes that provider claims are in jeopardy so that steps can be taken to work through the problem. Victoria needs to become more proficient in working her rejection reports and also utilizing the resources within the department to increase her level of understanding. It is also important that when part of group meetings that Victoria can maintain a level of professionalism by not nodding off or appearing disengaged. Overall Victoria does not portray herself as actively engaged in the job or as a member of the team and doe not appear to be consistently building positive relationships or trust with others.

**Overall Performance Rating**   ☐ Too New (< 6 months)

| ☐ Does Not Meet Expectations | ☒ Frequently Meets Expectations | ☐ Consistently Meets Expectations | ☐ Consistently Exceeds Expectations |
|---|---|---|---|
| • The employee infrequently demonstrated job-specific competencies.<br>• The employee infrequently demonstrated UH Values and Core Behaviors.<br>• Few desired results were achieved. | • The employee frequently demonstrated job-specific competencies.<br>• The employee frequently demonstrated UH Values and Core Behaviors.<br>• Many desired results were achieved. | • The employee consistently demonstrated job-specific competencies.<br>• The employee consistently demonstrated UH Values and Core Behaviors.<br>• Most desired results were achieved. | • The employee consistently demonstrated job-specific competencies – usually beyond expectations.<br>• The employee consistently demonstrated UH Values and Core Behaviors – usually beyond expectations.<br>• Most desired results were achieved – usually beyond expectations. |

**Employee Comments**

*Comments [illegible]*

## 6 Development Opportunities

- 
- 
- 

| Employee Signature: | *[signature]* | Manager Signature: | *[signature]* |
|---|---|---|---|
| Date: | 3/16/12 | Manager (Print Name): | Steve Riddle |

**PLEASE SEND TO HUMAN RESOURCES**