Springer, Kathy

**From:** Fulton-Royer, Jill
**Sent:** Friday, July 27, 2012 10:09 AM
**To:** Springer, Kathy
**Subject:** FW: Break Sign

Jill Fulton, LISW-S, LICDC
Employee Assistance Manager
University Hospitals Case Medical Center
MCCO 6th Floor, Mail Stop 6035 B
11100 Euclid Ave
Cleveland, Ohio 44106
Phone-216-844-1982; Fax-216-983-3038;
Pager-30788; Cell Phone-216-408-9059

**From:** Morrison, Christina
**Sent:** Wednesday, July 25, 2012 12:12 PM
**To:** Fulton-Royer, Jill
**Subject:** FW: Break Sign

This was the original sleeping at desk issue.

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*


University Hospitals
Physician Services

**From:** Johnson, Sheryl L
**Sent:** Tuesday, July 17, 2012 1:41 PM
**To:** Morrison, Christina; Riddle, Steve
**Subject:** FW: Break Sign

Please note!

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*

7/27/2012

**EXHIBIT 6**

UHCMC-Johnson 1007

VJ000084
CONFIDENTIAL

*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

**From:** Johnson, Victoria
**Sent:** Thursday, April 05, 2012 7:10 AM
**To:** Johnson, Sheryl L
**Cc:** Morrison, Christina
**Subject:** RE: Break Sign

Sheryl,

I verbally told you before your sending this email that I was on my break (rest period). Please inform those walking up and down the aisle that I sometimes will stay at my desk during my break just in case I do not put up a break sign, which I something I do only because I do not wish to be disturbed. I don't believe these signs are supplied by UH nor does everyone in our department use them when going on every break.

Also I stay at my desk in trying to work in the best interest of the company so that I do not miss any calls that could possibly come in from CGS when we are asked "if the provider can be reached at this number", although they cannot.

Again I am made to feel that management is creating a hostile work environment for me and I wish to be treated fairly as with the other employees in the department.


Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Sheryl L
**Sent:** Tuesday, April 03, 2012 3:36 PM
**To:** Johnson, Victoria
**Subject:** Break Sign

Victoria – please place the break sign in a visible location so that people walking up and down the aisles are aware that you are on break. Several people mentioned that you were sleeping and did not see the break sign.

Thank you

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*

7/27/2012

UHCMC-Johnson 1008
VJ000085
CONFIDENTIAL

FX: 216-383-6745

UHCMC-Johnson 1009
VJ000086
CONFIDENTIAL