
**University Hospitals**

DUPLICATE COPY
☒ FAXED ☐ MAILED

JUL 26 2012

**EMPLOYEE'S HEALTH CONDITION**
**CERTIFICATION OF PHYSICIAN OR PRACTITIONER**
**Family and Medical Leave Act (FMLA) / UH Medical Leave of Absence**

Employee's Name (print): **Johnson**, **Victoria** _____ ☐ MD
                         Last        First           M.I.

Address: **3646 Lynnfield Road** City/State/Zip: **Shaker Heights, Ohio 44122**

Phone #: **216.750.1009** Last 4 digits of Social Security #: **8450** Date of Birth: **1/15/1958**

Department: **Provider Enrollment** Manager: **Steve Riddle** Manager's Office #: _____

I hereby authorize University Hospitals Corporate Health Staff to contact the physician/practitioner for clarification and/or to determine authenticity of this form.

Employee Signature: *Victoria Johnson* Date: _____

*If this form is incomplete it may be returned to the employee to have their physician/practitioner complete.*

☐ Date first seen for "current" condition **2/13/2012** Date Leave to start: **7/26/12**
☐ Reason for Leave: **Anxiety - work related**
☐ Regimen of Treatment:
　☒ Prescribed Medication(s): **Zoloft, Soma**
　☐ Referral to Specialist: (Name & Specialty) _____ (Appt Date) ___/___/___
　☐ Surgery: (Date) ___/___/___ (Procedure) _____
　☐ Inpatient Stay: (Date Admitted) ___/___/___ (Date Discharged) ___/___/___
　☐ Other (i.e. PT, Chemo, Radiation) _____

If pregnancy: Expected Date of Delivery: ___/___/___
　If FMLA to start before expected delivery date, what is the first date of Leave? ___/___/___
　Reason for early Leave: _____

☐ Employee is unable to perform his/her job and must remain off work until: **8/8/12**

Signature of Physician/Practitioner: _____ Date: **7/26/12**
Print Name: **David Wesler MD** Fax #: **(216) 464-2031**
Field of Specialization: **Int Med** Phone #: **(216) 464-1115**
Address: **3909 Orange** City/State/Zip Code: **Orange Village Oh 44122**

☐ Bedford Medical Center　☐ Richmond Medical Center　☐ UH Case Medical Center　☐ Home Care Services
☐ Conneaut Medical Center　☐ UHPS/UHMSO　☐ UH Corporate Office　Donna Schott, RN
☐ Geauga Medical Center　☐ UHMG/UHMP/UPCP　☐ Seidman Cancer Center　Fax (216) 201-4072
☐ Geneva Medical Center　　　Lisa Edgehouse, RN　Ph. (216) 765-2797
Kara Ladaika, RN　Fax (216) 201-4096　☐ Ahuja Medical Center
Fax (216) 201-4095　Ph. (216) 844-8583　Donna Gigliotti, RN
Ph. (216) 844-6088　　　Fax (216) 200-5651

**EXHIBIT 15**

CONFIDENTIAL