October 5, 2012


Christina Morrison
University Hospitals Physician Services
Sr. Generalist Human Resources
24701 Euclid Avenue
Euclid, Ohio 44117


Christina,


Today I received your letter dated October 1, 2012.

I was placed on Unpaid Administrative Leave effective August 10, 2012 and was told by you that I would be contacted by you once a return to work status has been determined. Please see attached letter dated August 14, 2012. I understood this to supersede my prior FMLA request.

I will return to work on Monday, October 8, 2012, as directed. However, I am concerned about several things. First, I have contacted Medicare with respect to my supervisors' continued insistence that I use the Billing Center address and phone number on provider applications, even though I have been told in writing by CGS that this is improper. I believe that I am being told by to lie and I will not do so.

Also, because I was placed on unpaid administrative leave after refusing to lie and made to undergo a psychiatric evaluation through employer assistance and to take a drug and alcohol test, I filed a complaint against UH with the EEOC alleging disability discrimination. My attorney faxed copies of the EEOC complaint to my supervisors and to UH Human Resources yesterday. I think that UH has tried to portray me as mentally unstable because I won't lie on the provider applications.


Immediately upon my returning to work, I expect the following:

1) To work in a non hostile work environment.

2) Need copy off drug and alcohol screening, psychiatric report from Dr. Pallas.

3) Not to be asked to complete Medicare, Medicaid, Out of State Medicaid and/or any other Provider Enrollment applications that are prohibited or in violation of their rules.

4) Would like see a company wide distributed email informing employees that they are no longer permitted to rest at their desks during their breaks.



UHPS-Johnson 1094

5) Would like to have confirmed and/or reports that Paul Simmons has been also place on Unpaid Administrative Leave subject to a mandatory pychiatric evaluation as I have reported to HR his offensive sexual behavior back in February 2012.

6) I don't want to be subjected to retaliatory Corrective Actions, be it formal or informal. I have yet to receive a copy of the Corrective Actions that were presented to me during my 2011 performance evaluation that were clearly retaliatory because of my complaint to HR regarding Paul Simmons' offensive sexual behavior. Although he has agreed to move to the other side of the building, I am not totally comfortable with his presence in the building.

If you have any questions, please respond via email.

Thank you,


Victoria Johnson