# UniversityHospitals HealthSystem
## Corrective Action Form

### I. EMPLOYEE DATA

Use this form to record events which reflect the employee's behavior in the performance of work/job related situations. Use to provide information regarding personal actions and to document notice of corrective actions being taken.

| Employee's First Name | Middle Initial | Employee's Last Name |
|---|---|---|
| Victoria | | Johnson |

| Position | Department |
|---|---|
| Provider Enrollment Specialist | Billing Services |

### II. PURPOSE

Purpose of Report (Check One)

- [ ] Confirmation of Counseling
- [ ] Warning
- [ ] Final Warning/Suspension
- [✓] Discharge

### III. EVENT AND CIRCUMSTANCES

Date(s) of Event: Oct 8, 2012

**Describe the Circumstances**

Victoria's refusal to perform assigned work or comply with the directives of managers.

### III. ACTION TAKEN

**Action Taken**

Victoria's actions are in violation of UH Policy HR 72 Corrective Action Policy, specifically Attachment B, #9-Refusal to perform assigned work or comply with the directives of managers. Victoria is being discharged effective today, October 8, 2012. A copy of HR 72 attached.

### IV. EMPLOYEE COMMENTS

**Employee's Comments**

### V. SIGNATURE OF ACKNOWLEDGEMENT

I have read this report, and have been given an opportunity to comment. My signature acknowledges that I have read and received a copy of this report.

| Employee Signature | Date |
|---|---|
| | |

| Department Head Signature | Date |
|---|---|
| [signature] | 10/8/12 |

EXHIBIT 22

Last Revised Date 06/08/2006

UHPS-Johnson 1004