Deposition of Cheryl Wahl, taken May 20, 2014

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

VICTORIA D. JOHNSON,            )
                                )
            Plaintiff,          )
                                )
vs.                             ) Case No.
                                ) 1:13-cv-2012
                                )
UNIVERSITY HOSPITALS            )
HEALTH SYSTEM, INC. and         )
UNIVERSITY HOSPITALS            )
PHYSICIAN SERVICES,             )
                                )
            Defendants.         )

- - - - -

THE DEPOSITION OF CHERYL FORINO WAHL
TUESDAY, MAY 20, 2014

- - - - -

    The deposition of CHERYL FORINO WAHL, called
by the Plaintiff for examination pursuant to the
Federal Rules of Civil Procedure, taken before
me, the undersigned, Gretchen E. Windenburg, a
Court Reporter and Notary Public within and for
the State of Ohio, taken at the offices of Giffen
& Kaminski, LLC, Suite 1600, 1300 East Ninth
Street, Cleveland, Ohio, commencing at 2:12 p.m.,
the day and date above set forth.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 2

1    APPEARANCES:

2

          On behalf of the Plaintiff:

3

              Mark P. Herron, Esq.
4             75 Public Square
              Suite 920
5             Cleveland, Ohio  44113
              216-280-2828
6             herronlaw@msn.com

7         On behalf of the Defendants:
8             Donald C. Bulea, Esq.
              Kerin Lyn Kaminski, Esq.
9             Giffen & Kaminski, LLC
              Suite 1600
10            1300 East Ninth Street
              Cleveland, Ohio  44114
11            216-621-5161
              dbulea@thinkgk.com
12            kkaminski@thinkgk.com

13

14

15

16

17

18

19

20

21

22

23

24

25

Deposition of Cheryl Wahl, taken May 20, 2014

1          CHERYL FORINO WAHL DEPOSITION INDEX

2

3    EXAMINATION BY:                    PAGE NO.

4    Mr. Herron                              4

5

6    EXHIBIT NO.                        PAGE NO.

7    Plaintiff's 16                         32

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Deposition of Cheryl Wahl, taken May 20, 2014

Page 4

1                    CHERYL FORINO WAHL

2     of lawful age, called by the Plaintiff for

3     examination pursuant to the Federal Rules of

4     Civil Procedure, having been first duly sworn, as

5     hereinafter certified, was examined and testified

6     as follows:

7               EXAMINATION OF CHERYL FORINO WAHL

8     BY MR. HERRON:

9     Q    I'll have you state your name, for the

10         record, ma'am.

11    A    It's Cheryl Forino Wahl.

12    Q    I can see where the love of Italy comes from

13         because your name is Italian.

14              Ms. Wahl, have you ever given a

15         deposition before?

16    A    Yes, sir, I have.

17    Q    How recently?

18    A    Within the last five years.

19    Q    What kind of case was that?

20    A    It was a breach of privacy action.

21    Q    Were you a party in that case?

22    A    No, I was not.

23    Q    Were you employed by one of the parties in

24         the case?

25    A    Yes, I was.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 5

1  Q   I am going to be asking you some questions

2      today relative to a lawsuit that my client,

3      Victoria Johnson, has pending against

4      University Hospitals Physician Services,

5      which I am basically just going to call UH or

6      University Hospitals throughout the course of

7      this proceeding.

8           If at any time you don't understand my

9      question or something doesn't make sense to

10     you, it's important that you speak up so that

11     I can either ask you a different question or

12     rephrase the question.  Okay?

13 A   Okay.

14 Q   And if you proceed to answer my question

15     without asking for any type of clarification,

16     we will assume that you have understood it in

17     the manner I have intended it to be

18     understood.  Fair enough?

19              MR. BULEA:     I am just

20     going to assert a quick objection.  Quite

21     frequently what happens is a witness isn't

22     aware or doesn't know that something is

23     unclear and they go ahead and answer a

24     question.  So she can't make that agreement,

25     but to the extent that she is aware that she

Deposition of Cheryl Wahl, taken May 20, 2014

Page 6

1    has misunderstood something, I'm sure she'll

2    tell you.

3              MR. HERRON:     You totally

4    lost me, Don, but whatever.

5    Q  But you'll speak up and let me know if you

6    didn't understand something.  Fair enough?

7              MR. BULEA:     Same

8    objection.

9    Q  Yes?

10   A  Sure.

11   Q  And you have to give verbal responses,

12   because Gretchen can't take down nods or

13   gestures or anything like that.  Okay?

14   A  Yes.

15   Q  Not to presume anything, but are you under

16   the influence of any medication or alcohol

17   that would affect your ability to either

18   testify truthfully today or recollect events

19   that occurred about two years ago?

20   A  No, I'm not.

21   Q  Where are you currently employed?

22   A  University Hospitals.

23   Q  What is your position at UH?

24   A  I am the chief compliance officer.

25   Q  Are you chief compliance officer for the

Deposition of Cheryl Wahl, taken May 20, 2014

Page 7

1       entirety of University Hospitals or just a

2       portion of it?

3    A  For the whole system.

4    Q  How long have you held that position?

5    A  Since 2005.

6    Q  In a nutshell -- if it's possible in a

7       nutshell -- what are your duties as chief

8       compliance officer at UH?

9    A  I oversee the compliance and ethics program.

10   Q  What is the compliance and ethics program?

11   A  It is a system of processes and policies and

12      procedures, training, auditing that is

13      designed to ensure compliance with regulatory

14      requirements.

15   Q  Any other duties in your capacity as the

16      chief compliance officer, other than those

17      which you have just briefly described?

18   A  It's a very broad set of responsibilities, so

19      I tried to sum it up for you.

20   Q  To whom do you report?

21   A  I have a dual report to the CEO and to the

22      audit and compliance committee of the board.

23   Q  What is the board that you're referring to?

24   A  The governing body, which is the Board of

25      Directors for University Hospitals.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 8

1    Q    In your office, the compliance office, do you

2         have a staff?

3    A    Yes, I do.

4    Q    In July of 2012, other than those who were

5         purely of a clerical nature -- secretaries or

6         something like that -- who was in your staff

7         that reported directly to you?

8    A    There were several individuals who serve as

9         compliance officers for various entities and

10        hospitals.

11   Q    You know who Victoria Johnson is, correct?

12   A    Yes, I do.

13   Q    She was employed by what's called UHPS,

14        University Hospitals Physician Services,

15        correct?

16   A    Yes.

17   Q    Were there compliance officer or officers

18        assigned to that particular entity?

19   A    Yes, there was.

20   Q    In July of 2012, who were those individuals?

21   A    It was -- Carole Meisler was the UHPS

22        compliance officer.

23   Q    Anybody else that served in the capacity as a

24        compliance officer for UHPS, other than

25        Ms. Meisler, in July of 2012?

Deposition of Cheryl Wahl, taken May 20, 2014

Page 9

```
 1   A   I also had a physician compliance officer.
 2       So Dr. Keith Ponitz is our physician
 3       compliance officer, and he handled only
 4       physician-related matters.
 5   Q   What was the doctor's last name?
 6   A   Ponitz, P-O-N-I-T-Z.
 7   Q   With respect to Ms. Meisler, what were her
 8       duties as the UHPS compliance officer?
 9   A   She handled any investigations, training,
10       oversight related to UHPS activities.
11   Q   How long did she serve in that capacity?
12   A   I don't recall.
13   Q   It's my understanding that she's no longer
14       with UHPS; is that correct?
15   A   That is correct.
16   Q   When was that effective?
17   A   I think it was January of 2013.
18   Q   Do you know where she's employed now?
19   A   I do not.
20   Q   Have you reviewed any documentation in
21       preparation for your testimony today?
22   A   I reviewed our case notes.
23   Q   What are these case notes that you're
24       referring to?
25   A   It's whatever documentation Carole Meisler
```

Deposition of Cheryl Wahl, taken May 20, 2014

Page 10

1       kept in relation to her involvement with this

2       matter.

3    Q  When did you review these case notes?

4    A  A few weeks ago.

5    Q  What was in the document packet that you

6       reviewed?  What specifically do you recall

7       being in that group of case notes?

8    A  There were e-mails primarily.  There was a

9       letter that I wrote.

10   Q  Letter that you wrote to whom?

11   A  To Ms. Johnson.

12   Q  Do you recall when that letter was written?

13   A  It was in July of 2012.  I don't recall the

14      specific date.

15   Q  Other than e-mails and the letter to

16      Ms. Johnson, was there anything else in this

17      group of case notes that you reviewed?

18   A  I believe there were references to

19      conversations that Ms. Meisler had.

20   Q  That Ms. Meisler had with whom?

21   A  In connection with her investigation of the

22      matter.  So it could have been with the

23      government agency or it could have been with

24      Ms. Johnson.

25   Q  What government agency did Ms. Meisler have

Deposition of Cheryl Wahl, taken May 20, 2014

Page 11

1    contact with, at least from the notes that

2    you reviewed?

3  A  The one I remember is CGS.

4  Q  Is CGS a government agency?

5  A  They're a government contractor.

6  Q  They have a contract with the Department of

7    Health and Human Services, correct?

8  A  With the Center for Medicare & Medicaid

9    Services, yes.

10 Q  Which is part of --

11 A  A division of HHS, correct.

12 Q  So when you referred to CGS as a government

13    agency, that was not correct, right?

14 A  Correct.  It's a contractor.  Government

15    contractor.

16 Q  Did you review any references of any

17    conversations that Ms. Meisler had with

18    either the Center for Medicare & Medicaid

19    Services or the Department of Health and

20    Human Services directly?

21 A  Not that I recall.

22 Q  What else that you haven't already referenced

23    do you recall seeing in the case note packet

24    that you reviewed a few weeks ago?

25 A  That's about what I remember.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 12

1   Q   Other than counsel, did you discuss any of

2       these matters regarding your anticipated

3       testimony with anyone?

4   A   No, I did not.

5   Q   If I am reading my handwriting correctly, you

6       began as compliance officer for UH in 2005;

7       is that correct?

8   A   Correct.

9   Q   Prior to 2005, how were you employed?

10  A   I worked in a different department within

11      University Hospitals.

12  Q   What department was that?

13  A   The law department.

14  Q   What was your title in the law department?

15  A   Associate general counsel.

16  Q   How long did you hold that position?

17  A   For three years.

18  Q   Prior to associate general counsel, how were

19      you employed?

20  A   I worked at a health system in

21      Louisville, Kentucky.

22  Q   What was that entity?

23  A   At the time, it was Jewish Hospital

24      Healthcare Services.

25  Q   I assume from your testimony that that has

Deposition of Cheryl Wahl, taken May 20, 2014

Page 13

1      since changed?

2   A   Correct.

3   Q   What is it now known as, if you know?  We're

4      going back here a little bit, so...

5   A   It's owned by Catholic Health Initiatives,

6      but I don't know the name of the health

7      system.  They keep changing it.

8   Q   How long were you employed with that entity

9      down in Louisville, Kentucky?

10  A   Five years.

11  Q   I take it that since you were associate

12     general counsel at UH for a while, you have

13     attended law school?

14  A   Yes.

15  Q   Where did you go to law school?

16  A   University of Pittsburgh.

17  Q   When did you graduate from there?

18  A   1994.

19  Q   Are you licensed in the State of Ohio

20     presently?

21  A   Yes, I am.

22  Q   In your capacity as chief compliance officer,

23     do you provide legal advice to University

24     Hospitals?

25  A   No, I do not.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 14

1  Q  How did you become involved in the issues
2     pertaining to Victoria Johnson?
3  A  I was copied on some e-mails related to her
4     complaint.
5  Q  Who were those e-mails between that you were
6     copied on?
7  A  I don't remember the very initial e-mail, who
8     it was between, but there was correspondence
9     between Victoria and Carole Meisler, which
10    may have included prior e-mails with other
11    individuals.
12 Q  Who were those other individuals?
13 A  I don't recall specifically without looking
14    at the e-mail.
15 Q  Were they UH personnel or were they CGS
16    personnel, or personnel or individuals from
17    some other entity?
18 A  I believe it was between Victoria and her
19    colleagues, people she worked with.
20 Q  Her supervisors?
21 A  Perhaps.  I don't recall specifically.
22 Q  What was the nature of the -- you referenced
23    her complaint in talking about these e-mails.
24    What was her complaint?
25 A  She was concerned about the direction she was

Deposition of Cheryl Wahl, taken May 20, 2014

Page 15

1        given in filling out some Medicare forms.

2    Q   What specifically was her concern?

3    A   She was concerned with the telephone field.

4    Q   What was Ms. Johnson's concern about the

5        telephone field?

6    A   Her concern was that it was not the specific

7        office number for the physician.

8    Q   What were these forms?

9    A   They're enrollment -- provider enrollment

10       forms.

11   Q   For enrolling in what?

12   A   In the Medicare program.

13   Q   This is what is called an 855I form?

14   A   I believe that's the number.

15   Q   Is that a University Hospitals form?

16   A   No, it is not.

17   Q   Who prepares those forms?  That's a bad way

18       of putting it.

19           Whose form is it then if it's not a UH

20       form?

21   A   I'm not sure I understand the question.

22   Q   Well, I asked you if it was a UH form and you

23       said no.

24   A   Right.

25   Q   So whose form is it?

Deposition of Cheryl Wahl, taken May 20, 2014

Page 16

1   A   It's a government form.

2   Q   What is that form submitted for?  I know you

3       said Medicare, but can you be a little bit

4       more specific?

5   A   There's different variations on it, so I'm

6       not exactly sure what that specific form is.

7       I believe it's to indicate who your employer

8       is, where payment should be directed, has to

9       do with your enrollment in the Medicare

10      program and your reimbursement related

11      thereto.

12  Q   So who would be submitting this form?

13  A   I don't understand.

14  Q   Well, is this a patient that would be

15      enrolling in Medicare and submitting this

16      form?  Is this a doctor or a medical provider

17      that would be completing this form to enroll

18      in Medicare?

19  A   Well, it would be submitted on behalf of the

20      provider.

21  Q   When you say provider, you're referring to a

22      doctor, right?

23  A   Or anyone who can bill Medicare.

24  Q   Other than a doctor, who can bill Medicare?

25  A   Nurse practitioners, certain types of

Deposition of Cheryl Wahl, taken May 20, 2014

1     therapists, psychologists, dentists.  There's

2     different types of providers who can receive

3     reimbursement from Medicare.

4  Q  And these doctors or dentists, therapists,

5     psychiatrists, what have you, they have to

6     complete this form if they're going to

7     provide services to patients or clients that

8     have Medicare, correct?

9  A  Yes.

10  Q  There's rules that have to be followed in

11     filling out these forms, correct?

12  A  There are instructions.

13  Q  For lack of a better way of putting it, who

14     determines what those instructions are?  Is

15     it UH that determines what the instructions

16     are, or is it Medicare that determines what

17     the instructions are?

18  A  I think the instructions are issued with the

19     form, similar to a tax form where there's

20     instructions to the person filling out the

21     form.

22  Q  So if it's a tax form -- and that's all fresh

23     in our minds from last month -- those

24     instructions would be drafted by the IRS,

25     right?

Deposition of Cheryl Wahl, taken May 20, 2014

Page 18

1   A   Correct.

2   Q   For these Medicare forms, those instructions

3       would be drafted by the Department of Health

4       and Human Services or the Center for Medicare

5       & Medicaid Services, right?

6   A   Not necessarily.  So they give some latitude

7       to their contractors who are processing

8       information and forms.  So each contractor,

9       they're called MACs.

10  Q   MACs?  Is that an acronym for something?

11  A   Yes.

12  Q   What?

13  A   It's a Medicare administrative contractor.

14  Q   So it's M-A-C-S, right?

15  A   A MAC.

16  Q   M-A-C.  So she doesn't write down M-A-X in

17      the transcript.

18  A   Yeah, not M-A-X.  M-A-C.

19  Q   And that would be like CGS, right?

20  A   Correct.

21  Q   So CGS can determine what the rules are for

22      completing these provider enrollment forms?

23  A   They can offer guidance to providers who have

24      questions.

25  Q   Can a provider set their own rules for how to

Deposition of Cheryl Wahl, taken May 20, 2014

Page 19

1    complete these provider enrollment forms?

2  A  A provider can complete the form in

3    accordance with how they interpret the

4    instructions.

5  Q  I think you testified a few minutes ago, the

6    instructions are part of the form, right?

7  A  Maybe a separate document.  I'm not sure.

8  Q  But the instructions are not written by UH;

9    is that correct?

10  A  Correct.

11  Q  When these forms are completed, they're

12    submitted to CGS, correct?

13  A  Yes.

14  Q  And that was the situation back in June, July

15    of 2012, correct?

16  A  Yes.

17  Q  Have there been other entities that have had

18    contracts with the Center for Medicare &

19    Medicaid Services regarding preparing and

20    processing these forms, at least that you're

21    aware of?

22  A  Yes.

23  Q  When did CGS take on that role?

24  A  I don't recall.

25  Q  So these forms are submitted.  They're

Deposition of Cheryl Wahl, taken May 20, 2014

Page 20

1    completed and then they're submitted to CGS,

2    right?

3  A  Yes.

4  Q  And CGS reviews the forms, correct?

5  A  Yes.

6  Q  And CGS makes the determination as to whether

7    or not the application form is to be accepted

8    or rejected, correct?

9  A  As far as I know.

10  Q  I think you said that one of the concerns

11    that Ms. Johnson was having was with respect

12    to the contact number that was being used on

13    the form?

14  A  Yes.

15  Q  What was the issue there?

16  A  She was questioning what phone number to use

17    in completing the form.

18  Q  Who was she questioning that to?

19  A  Ultimately, she inquired with compliance.

20  Q  So ultimately that question went to you,

21    correct?

22  A  It went to one of my direct reports.

23  Q  Did it go to you and then did you delegate

24    that to one of your direct reports, or did it

25    go to your direct report directly?  That's

Deposition of Cheryl Wahl, taken May 20, 2014

Page 21

1        kind of a weird way of putting it, but...

2   A    I think I understand.  Honestly, I don't

3        recall if she contacted me first and I

4        directed her to Carole or -- I would have to

5        review the e-mails.

6   Q    Was it Victoria that contacted the compliance

7        office or was it one of her supervisors that

8        contacted the compliance office?

9   A    Again, I don't remember those details.

10  Q    So when the question came in from Ms. Johnson

11       as to what number to use as the contact

12       number, what did you or at least your office

13       do at that point?

14  A    If it came to me directly, I would have

15       referred it to the compliance officer over

16       that area, which is Carole.  And she would

17       have handled it in the normal course, which

18       would be to try to seek clarification for the

19       employee.

20  Q    Who would she have sought clarification from?

21       Who would Carole, that is, have sought

22       clarification from?

23  A    Any external body that's involved.  In this

24       case, most likely CGS.  She would have

25       reviewed any policies, any applicable

Deposition of Cheryl Wahl, taken May 20, 2014

Page 22

1          documents that would provide clarification.

2     Q    When you're saying she, you're referring to

3          Carole Meisler, correct?

4     A    Correct.

5     Q    Did Carole Meisler seek any clarification

6          from you as to what the proper contact number

7          was to be?

8     A    She might have, but I wouldn't know the

9          answer to that.  I would have to do the

10         research myself.

11    Q    If you were to research what the correct

12         contact number was to be, what would you look

13         at?

14    A    You know, I would do the research.  I would

15         look at the form, I would look at any

16         instructions, any documents that had been

17         issued by CGS, any guidance.  I probably

18         would try to talk to somebody from CGS.

19    Q    Did you look at any of the forms to determine

20         what the proper contact number was supposed

21         to be?

22    A    I don't believe I did.

23    Q    Did you look at any of the instructions to

24         see what the proper contact number was

25         supposed to be?

Deposition of Cheryl Wahl, taken May 20, 2014

Page 23

1  A   I don't recall specifically.  I was

2      overseeing Carole and what she was doing.

3      She may have shared that with me at some

4      point.

5  Q   Did you personally review any documents

6      issued by CGS with respect to what their

7      expectations were regarding what contact

8      number was to be put on the provider

9      enrollment application form?

10  A   There were excerpts of the instructions that

11      I reviewed as part of some e-mails.

12  Q   What do you recall those instructions that

13      you reviewed saying?

14  A   I don't -- I don't have that memorized.  I

15      would have to look back at those e-mails.

16  Q   Did you personally talk to anyone from CGS

17      regarding what their expectations were

18      regarding the proper contact number to be put

19      on the provider enrollment form?

20  A   No, I did not.

21  Q   Is it your contention that Carole Meisler did

22      all of that?

23  A   Yes, I believe she handled the review and

24      follow-up on this matter.

25  Q   At this time when this was going on, this is

Deposition of Cheryl Wahl, taken May 20, 2014

Page 24

1      end of July of 2012, right?

2    A   (Indicating).

3    Q   Where was your office located?

4    A   My office is in Shaker Heights.

5    Q   Where was Ms. Meisler's office located?

6    A   She had office space in a building in Euclid,

7        as well as in my office building.

8    Q   Did you sit in on any phone conversations

9        that Ms. Meisler had with anyone at CGS --

10   A   No, I didn't.

11   Q   -- regarding these matters?

12   A   No, I did not.

13   Q   Are you familiar with what is called the

14       program integrity manual that the -- I think

15       it's the Center for Medicare & Medicaid

16       Services issues?

17   A   Yes.

18   Q   In July of 2012, did you have an up-to-date

19       copy of that manual available to you?

20   A   Sure.  They're available.

21   Q   Did you have a copy in your office?

22   A   No, I don't keep paper copies.

23   Q   Did you have a copy available online that you

24       could look at?

25   A   Sure.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 25

1   Q   Would Ms. Meisler have had that available to

2       her as well, either in paper or online?

3   A   I would assume so.

4   Q   Well, during this time when this inquiry was

5       ongoing, did you personally review anything

6       in the program integrity manual to determine

7       what the expectations were regarding what

8       contact number was to be put on these

9       applications?

10  A   I would have reviewed whatever was discussed

11      via e-mail.

12  Q   I'm sure you reviewed the e-mails that were

13      sent to you.  My question was:  Did you

14      review the program integrity manual at all

15      during this timeframe to see what it said

16      regarding what contact number was to be put

17      on the application form?

18  A   I don't recall specifically.

19  Q   Now, at least from your understanding, ma'am,

20      what was the issue regarding the contact

21      number?  What was the problem that Victoria

22      was having?

23  A   She was concerned that the number provided

24      was to her area and not directly to a

25      physician's office.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 26

```
 1   Q   The number that she was being told to put
 2       down on these application forms was the
 3       number that rang at her desk, correct?
 4   A   I believe that's correct.
 5   Q   The requirement was that the contact number
 6       be a number that the physician or provider --
 7       since they're not all physicians, it goes
 8       beyond physicians -- that the provider can be
 9       reached directly at, correct?
10   A   I'm sorry, could you repeat that?
11   Q   The requirement was that the contact number
12       that be put on these forms was a number that
13       the provider could be directly reached at,
14       correct?
15   A   I would have to go back and look at what the
16       instructions say.  I don't know what the,
17       quote, unquote, requirement says.
18   Q   Did you know back in July 2012 what the
19       requirement was?
20   A   I had an understanding based on my
21       discussions with Carole.
22   Q   What was your understanding based upon the
23       discussions that you had with Carole?
24   A   That the number would -- the number provided
25       would be someone CGS could call and ask
```

Deposition of Cheryl Wahl, taken May 20, 2014

Page 27

1      questions about the application, about the

2      form.

3    Q    What was the source of your understanding in

4      that regard?

5    A    My discussions with Carole and my review of

6      her findings.

7    Q    So your understanding in that regard was not

8      based upon anything that anyone at CGS

9      personally told you, correct?

10   A    I didn't have any direct conversations with

11     anyone at CGS.

12   Q    So your understanding in that regard would

13     not have been based upon anything told to you

14     personally by CGS, correct?

15   A    My understanding was based on my review of

16     Carole's research.

17   Q    And the research that Carole Meisler did

18     included talking with people in CGS, correct?

19   A    Correct.

20   Q    So you relied upon what she related to you

21     about what people from CGS told her, correct?

22   A    Correct.

23   Q    In anything that Ms. Meisler provided you

24     with, did she provide you with any

25     correspondence or e-mails that she had

Deposition of Cheryl Wahl, taken May 20, 2014

Page 28

1      received directly from personnel at CGS

2      regarding what contact number to put on these

3      application forms, or did she rather relay to

4      you phone conversations that she had had?

5   A  I don't recall if there was correspondence.

6      I know there were phone calls.

7   Q  And you didn't participate in any of these

8      phone calls or listen in on any of them,

9      correct?

10  A  No.

11  Q  Not correct?

12  A  No, I did not.

13  Q  Was one of the issues that came up during

14     this investigation about what contact number

15     to use, an issue as to whether or not the

16     physician or provider, rather -- I'll use the

17     term provider -- was expected to directly

18     answer the phone if CGS contacted that

19     number?  Do you recall that issue ever coming

20     up?

21  A  I'm sorry, could you repeat it?  That was a

22     long question.

23  Q  Was one of the issues that was looked into

24     during this investigation the issue of

25     whether or not there is any expectation that

Deposition of Cheryl Wahl, taken May 20, 2014

Page 29

1      a provider directly answer the phone at the

2      number that was being given as the contact

3      information on the enrollment application?

4    A  Yes.  That was Ms. Johnson's belief.

5    Q  Did Ms. Johnson tell you that was her belief,

6      that the provider had to directly answer the

7      phone at that number?

8    A  I know that was her concern.

9    Q  How do you know that was her concern?  Did

10      she tell that to you personally?

11    A  It may have been in the e-mail

12      correspondence.

13    Q  Did you ever have any conversation with

14      Ms. Johnson about what her concerns were?

15    A  I don't recall if I spoke to her by phone.

16    Q  Did you ever meet with her?

17    A  I have never met her.

18    Q  You wouldn't know what she looked like if you

19      were to pass her on the street?

20    A  No, I would not.

21    Q  Did you have any e-mail exchanges directly

22      with her about this whole issue?

23    A  Not that I can recall, no.  The only direct

24      correspondence I remember having is the

25      letter that I signed.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 30

1   Q   So if my understanding of your testimony is
2       correct here today, everything that you
3       learned as a result of this investigation
4       came from what Carole Meisler informed you
5       of; is that correct?
6   A   I was cc'd on a variety of e-mails and I
7       think some of them came directly from
8       Victoria.
9   Q   Did you do any independent investigation or
10      research into what the correct number was or
11      what the expectations were at CGS as to what
12      contact number was to be put on these
13      enrollment applications?
14  A   I reviewed the material that Carole
15      researched.
16  Q   Aside from reviewing the material that Carole
17      Meisler researched and provided to you, did
18      you seek input from any other source as to
19      what the requirements were with respect to
20      what this contact number had to be on these
21      provider enrollment applications?
22  A   Not that I recall.
23  Q   And just answer yes or no to this for the
24      moment.  Did you seek any advice or counsel
25      from the hospital's legal department about

Deposition of Cheryl Wahl, taken May 20, 2014

1      this matter?

2                     MR. BULEA:      Objection.

3      I'm not going to let her discuss anything

4      that she did or didn't seek legal counsel

5      about.

6                     MR. HERRON:     Well, I didn't

7      ask the content of any advice that she was

8      given, but simply whether or not she

9      consulted with legal counsel.  I don't think

10     that calls for disclosure of anything that

11     would be privileged.  The fact that a meeting

12     occurred or a conversation occurred is

13     different.

14                    MR. BULEA:      I think the

15     question was whether she went to legal

16     counsel for advice about a specific issue.

17                    MR. HERRON:     And I said

18     just answer yes or no for the moment.

19                    MR. BULEA:      All right.  As

20     long as it's not anything further than

21     whether or not something was -- I guess I'll

22     let her answer the question if it's a simple

23     yes or no.  And if you said that, I must have

24     missed it.

25  A   I don't recall.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 32

1    Q    Fair enough.

2                    - - - - -

3         (Plaintiff's Exhibit No. 16 was marked.)

4                    - - - - -

5    Q    We have handed you what's been marked as

6         Exhibit 16, which is probably about 80 pages'

7         worth of documents.  Have you seen these

8         pages prior to today?

9    A    I believe I have.  I mean, I would have to go

10        page-by-page through to be certain, but...

11   Q    These wouldn't be the case notes that you

12        referred to earlier, would they?

13   A    They may be sections from the case notes.

14   Q    Let me know when you're done looking through

15        it.

16   A    Okay.

17   Q    Let's start at the first page of exhibit --

18        well, the first three pages of Exhibit 16.

19        It appears to be a summary or a chart of

20        steps that were taken as part of this

21        investigation; is that correct?

22   A    Yes.

23   Q    Have you seen this particular chart before

24        today?

25   A    Yes.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 33

1  Q   Did you prepare this chart?

2  A   No, I did not.

3  Q   Do you know who did?

4  A   I believe Ms. Meisler prepared it.

5  Q   Do you know that for certain?  Because you

6      said you believe that she prepared it.

7  A   It's my belief.

8  Q   Did Ms. Meisler provide this to you after she

9      prepared it?

10 A   I was copied on it.

11 Q   Do you recall when it was that you first

12     received the chart portion of Exhibit 16?

13 A   I don't recall.

14 Q   Was it in and around July of 2012 or was it

15     some point after that?

16 A   It was in July.

17 Q   In the chart there's a reference to documents

18     that are attached, correct?  Fourth column

19     in, I believe.

20 A   Yes.

21 Q   Were the documents that are referenced

22     attached to the report when it was provided

23     to you -- or attached to the chart, rather,

24     when it was provided to you?

25 A   Yes.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 34

1  Q  Let's start out and go through the various

2     e-mails that are in here, starting at Bates

3     stamped page number 1436.

4  A  Okay.

5  Q  1436 through 1438 is an e-mail exchange from

6     July -- at least the first two pages of it

7     are some e-mails that were dated July 16 and

8     July 17, correct?

9  A  Yes.

10 Q  And these e-mails, the one on July 16, is

11    from Ms. Johnson to her boss, Mr. Riddle,

12    correct?

13 A  I don't know if she directly reported to him

14    or not.

15 Q  Well, it's from Ms. Johnson to Mr. Riddle,

16    correct?

17 A  Yes.

18 Q  I know you're not listed on the cc, but did

19    you ultimately receive a copy of the e-mail

20    that Ms. Johnson sent to Mr. Riddle?

21 A  Yes.  She forwarded it to me the next day.

22 Q  It was forwarded to you by whom?

23 A  Ms. Johnson.

24 Q  Had you had any contact with Ms. Johnson

25    before either the 16th or the 17th regarding

Deposition of Cheryl Wahl, taken May 20, 2014

Page 35

```
 1        the issues that she had regarding what phone
 2        number to put on the Medicare applications?
 3   A    Not that I recall, no.
 4   Q    To the best of your recollection then, is
 5        this the first that you learned of these
 6        concerns, July 16 and July 17?
 7   A    Yes.
 8   Q    Do you know whether prior to July 16 and 17
 9        there had been any concerns raised by anybody
10        else in the office that Ms. Johnson was
11        working in regarding what contact number was
12        to be put on these Medicare applications?
13   A    No.
14   Q    In the e-mail at the top, which is dated
15        July 17, that's from you to Ms. Morrison and
16        Ms. Meisler, correct?
17   A    Yes.
18   Q    You said to Tina, let's discuss.  And Tina is
19        Christina Morrison, correct?
20   A    Correct.
21   Q    Do you recall what you and Ms. Morrison
22        discussed?
23   A    I believe she spoke to Carole, not to me.
24   Q    So you did not have a conversation with Tina;
25        is that your testimony?
```

Deposition of Cheryl Wahl, taken May 20, 2014

Page 36

```
 1   A   Not that I remember.
 2   Q   What is your understanding as to what the
 3       office that Ms. Johnson worked in -- Victoria
 4       Johnson worked in?  There's a couple of
 5       people with the last name Johnson involved in
 6       this case.  We'll stick with Victoria here.
 7           What is your understanding as to what
 8       her office did?
 9   A   My understanding is they completed the
10       provider enrollment forms.
11   Q   Was the office that she worked in what would
12       be considered a billing service?
13   A   It's the physician service office.
14   Q   What does the physician services office do,
15       at least as far as your understanding is?
16   A   They assist physicians and providers with
17       credentialing, with risk management, with
18       human resource issues, a whole cadre of
19       services.
20   Q   Does that cadre of services include billing
21       for the services provided by those
22       physicians?
23   A   Depends on the relationship the physician has
24       with UHPS.
25   Q   So there would be some groups of physicians,
```

Deposition of Cheryl Wahl, taken May 20, 2014

Page 37

```
 1        based upon their relationship, that the
 2        physician services would do billing for?
 3   A    Some, yes.
 4   Q    What groups, types of groups, or
 5        classifications, or however UH would classify
 6        it?
 7   A    Mostly employed physicians, but others.
 8        Depends on what the contract with the
 9        physician is.  We have physicians who are not
10        employed who receive -- who pay for certain
11        services from UHPS.
12   Q    So UHPS would do billing for some groups of
13        physicians, depending upon whether they were
14        employed by University Hospitals or had a
15        contract that provided for that, correct?  Is
16        that what you're saying?
17   A    Among other services, yes.
18   Q    So we have an e-mail on the page that's Bates
19        stamped 1437 from Steve Riddle to several
20        individuals, including Victoria Johnson.  Do
21        you see that?
22   A    I do.
23   Q    Mr. Riddle was the director of billing
24        services, or at least that's what he's
25        identified as, correct?
```

Deposition of Cheryl Wahl, taken May 20, 2014

Page 38

1   A   Appears that way.

2   Q   Do you have any reason to dispute that that

3       is what his title was?

4   A   No.

5   Q   At the time this e-mail was written?

6   A   No.

7   Q   Do you know who some of these individuals are

8       that this e-mail was sent to?  Do you know

9       who Jordan Hasselstrom is?

10  A   I do not.

11  Q   Do you know who Sheryl Johnson is?

12  A   I believe she is Victoria's boss.

13  Q   Do you know what her title was at that time?

14  A   I can see on her e-mail it says provider

15      services manager.

16  Q   Do you know who -- it's either Blanca or

17      Bianca Barnes is?

18  A   No, I do not.

19  Q   Do you know who Barbara Hirter is?

20  A   No.

21  Q   Kristine Sohn?

22  A   No.

23  Q   Have you ever heard those names before today?

24  A   No.

25  Q   And the subject is regarding Medicare

Deposition of Cheryl Wahl, taken May 20, 2014

Page 39

1      applications, correct?

2   A  Yes.

3   Q  Mr. Riddle indicates in that e-mail that they

4      are a billing company, correct?

5   A  I'm sorry, what was your question?

6   Q  Mr. Riddle indicates in that e-mail to those

7      individuals, whose names I just rattled off,

8      that, quote, we are a billing company.  Those

9      are the five words there, correct?

10  A  I'm not understanding your question,

11     Mr. Herron.  Sorry.

12  Q  Prior to today, had you seen this e-mail from

13     Mr. Riddle dated June 29 of 2012 to the

14     various individuals to whom it was sent?

15  A  I have seen it, yes.

16  Q  When did you first see this e-mail?

17  A  On July 17, 2012.

18  Q  How do you interpret this e-mail?

19  A  So he's providing instruction to his staff.

20  Q  What's your understanding of the instruction

21     that he was providing to his staff?

22  A  He's giving them instruction on how to answer

23     the phone.

24  Q  What instruction is he giving to his staff on

25     how to answer the phone?

Deposition of Cheryl Wahl, taken May 20, 2014

Page 40

```
 1   A    In such a way that it is not determined that
 2        we are a billing company.
 3   Q    Do you interpret that to mean as Mr. Riddle
 4        instructing his staff to be dishonest when
 5        they answer the phone?
 6   A    No, I do not.
 7   Q    To be misleading when they answer the phone?
 8   A    No, I do not.
 9   Q    Why not?  Why do you not come to that
10        interpretation?
11   A    Because this office is not a billing office.
12   Q    Do you know what MP billing services line
13        means?
14   A    MP refers to medical practices.
15   Q    So medical practices, do they have a -- what
16        is medical practices billing services?  What
17        does that phrase mean to you?
18   A    It's not a familiar phrase.  It's not
19        something we use.
20   Q    Did you have any conversation with Mr. Riddle
21        about this e-mail at any point in time?
22   A    No, I did not.
23   Q    In your role as a compliance officer, would
24        it cause you concern if a supervisor, like
25        Mr. Riddle, was instructing his employees to
```

Deposition of Cheryl Wahl, taken May 20, 2014

Page 41

1    be deceptive when they answer the phone as to

2    exactly what their function was?

3  A  Yes, it would cause me concern.

4  Q  Why would it cause you concern?

5  A  Because we promote an ethical culture at UH.

6  Q  One of the requirements that CGS had at this

7    point in time for the contact number was that

8    they did not want it to be a billing service;

9    is that correct?

10  A  I would say they wanted the number to be a

11    number where the person could answer

12    questions about the application and/or reach

13    the provider if needed.

14  Q  What type of questions do you believe that

15    CGS would have to ask a provider regarding

16    his or her application?

17  A  Verify the information in the application.

18  Q  What type of information would they seek to

19    verify?

20  A  Address, their unique identifier, whatever

21    information is on the form.

22  Q  Their medical degree?

23  A  I'm not sure.

24  Q  Any specializations that they have?

25  A  I don't know specifically.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 42

1   Q   Where they're employed?

2   A   Possibly.

3   Q   Now, UH is not just confined to the

4       University Circle area, correct?  UH has

5       physicians in facilities all over the

6       northern quadrant of Ohio, correct?

7   A   Yes.

8   Q   I think I recall from earlier depositions, 12

9       or 16 counties?

10  A   I'm not sure.

11  Q   But it's several, right?

12  A   Yes.

13  Q   Do you have any understanding as to how far

14      east UH goes?

15  A   Ashtabula.

16  Q   How far west?

17  A   Sandusky.

18  Q   How far south?

19  A   Medina.

20  Q   I guess you can't go north.  Any further

21      south than Medina?  The Akron area, the

22      Canton area?

23  A   I'm not sure.

24  Q   Youngstown area?

25  A   I'm not sure.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 43

```
 1   Q   And there are physicians and physician groups
 2       that are affiliated with UH that are located
 3       throughout this area as well, correct?
 4   A   Yes.
 5   Q   Who have their offices not necessarily at a
 6       hospital, correct?
 7   A   In medical office buildings, correct.
 8   Q   If those individuals are going to provide
 9       services to Medicare-eligible patients, they
10       have to complete the same form and submit it
11       to CGS and have it approved, correct?
12   A   Yes.
13   Q   And that's all handled through the office
14       that Victoria Johnson was working out of,
15       correct?
16   A   Yes.
17   Q   If you call Ms. Johnson's desk number, can
18       you reach a physician who's out in Ashtabula?
19   A   Sure.
20   Q   How?
21   A   She patches the call through.
22   Q   Do you know if she can do that or are you
23       assuming that she can do that?
24   A   We have the same phone system, so she should
25       be able to do that.
```

Deposition of Cheryl Wahl, taken May 20, 2014

Page 44

1   Q   She should be able to just put the guy on

2       hold?

3   A   Conference in the physician's office and

4       patch the call through.

5   Q   She has to directly dial the physician's line

6       then, correct?

7   A   Most likely, yes.

8   Q   So if the physician were a phone number out

9       in Ashtabula, she would have to set up a

10      conference call between the CGS person and

11      that number, correct?

12  A   I don't know what you mean by a conference

13      call.

14  Q   Well, you're the one that used the term

15      conference call.

16              MR. BULEA:      No, she

17      didn't.

18  A   I said she would have to conference them in,

19      but that's not -- a conference call to me is

20      an 800 number that you dial and several

21      people dial in to at the same time.  That's

22      not what I was referring to.

23  Q   Have you ever participated in any type of

24      call where you've conferenced in --

25  A   Yes.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 45

1  Q   -- another physician?  Okay.

2          If somebody were to call your line at

3      your office out in Shaker, could you just put

4      that person on hold, dial the extension for a

5      physician out in Ashtabula, and get that

6      physician on the line?  Or would you have to

7      direct dial that physician's actual area code

8      and phone number to put them on the line?

9  A   Would I have to dial their extension?

10 Q   Yes.

11 A   I'm not sure.

12 Q   So you don't know if a physician out in

13     Ashtabula could be directly contacted by

14     calling Victoria Johnson's desk phone; is

15     that correct?

16 A   A physician could be contacted directly.

17 Q   But in order to do that, Victoria would have

18     to conference that person in, correct, to use

19     your language?

20 A   Yes.

21 Q   If Victoria were to hang up that call then

22     after conferencing that person in, would the

23     whole call be disconnected or would the

24     person from CGS still be on the line with

25     that doctor?

Deposition of Cheryl Wahl, taken May 20, 2014

Page 46

1   A   She would be transferring the call, so no,

2       she would not disconnect.

3   Q   Have you ever actually done that?

4   A   Yes.

5   Q   How many times have you done that?

6   A   Every day.

7   Q   Were you doing that in July 2012?

8   A   Yes.

9   Q   If you go to Bates stamped page 1439, this is

10      an e-mail from Ms. Meisler to you, correct?

11  A   Yes.

12  Q   Dated July 17?

13  A   Yes.

14  Q   It's your understanding that this reflects a

15      conversation that Carole Meisler had with

16      someone at CGS by the name of Melissa,

17      correct?

18  A   Yes.

19  Q   Do you know what Melissa's last name is?

20  A   I do not.

21  Q   Did you forward this information that you

22      received from Ms. Meisler on to Victoria

23      Johnson at any point?

24  A   No, not that I recall.

25  Q   I take it that you never personally spoke

Deposition of Cheryl Wahl, taken May 20, 2014

Page 47

1      with Melissa; is that correct?

2   A   Correct.

3   Q   Did you rely upon the information that

4      Ms. Meisler provided to you from her

5      conversation with Melissa for any purposes?

6   A   What purposes?

7   Q   I'm asking you if you relied on it for any

8      purposes.

9   A   I relied on this e-mail as validation that

10      Carole spoke with this gal from CGS and, as

11      she indicated, she would follow up with

12      Victoria, which is our normal practice.

13   Q   But you didn't rely on this e-mail just

14      simply to confirm to you that conversation

15      occurred between this Melissa person and

16      Carole; is that correct?

17          Did you rely upon the information that

18      Carole related that she received from Melissa

19      for any purposes?

20   A   I'm not understanding you.

21   Q   Let me back it up here.  Carole Meisler, in

22      this e-mail to you dated July 17, relates to

23      you a conversation she had with someone named

24      Melissa?

25   A   Yes.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 48

1  Q  You've never personally spoken with Melissa,
2     correct?
3  A  Correct.
4  Q  You don't know who Melissa is, correct?
5  A  She's with CGS customer service.
6  Q  But you have never met Melissa?
7  A  No.
8  Q  You don't know Melissa's last name, you have
9     never spoken to Melissa.  Carole Meisler
10    relates information she received from this
11    Melissa person, correct?
12 A  Yes.
13 Q  Did you rely upon that information that
14    Carole claimed that she received from Melissa
15    for any purposes?
16 A  Yes.
17 Q  What purposes did you rely upon that
18    information for?
19 A  For purpose of ensuring that this matter was
20    appropriately investigated.
21 Q  So you assumed that what Carole claimed
22    Melissa told her was accurate, correct?
23 A  I believe -- I assumed that what she said was
24    a reflection of their conversation.
25 Q  Well, what Carole was relating to you was the

Deposition of Cheryl Wahl, taken May 20, 2014

Page 49

```
 1        substance of her conversation with Melissa,
 2        correct?
 3   A    Yes.
 4   Q    Regarding what CGS's expectations were
 5        regarding the contact number, correct?
 6   A    Yes.
 7   Q    If you had felt that upon reading it that
 8        what Carole was claiming Melissa stated was
 9        somehow inaccurate, would you have relied
10        upon it for anything?
11   A    No.
12   Q    So you assumed that the information that
13        Carole was relating that Melissa told her was
14        accurate, correct?
15   A    I assumed that this was an accurate reference
16        to their discussion.
17   Q    You assumed that the information that Carole
18        claimed Melissa gave her was correct?
19   A    Yes.
20   Q    To your knowledge, when Carole Meisler spoke
21        with this Melissa person, did she relate to
22        Melissa what University Hospitals Physician
23        Services did?
24   A    I don't know.
25   Q    Did she ever relate to you having any
```

Deposition of Cheryl Wahl, taken May 20, 2014

Page 50

```
 1      conversations -- Carole, that is, ever relate

 2      to you having any conversations with CGS

 3      where she explained what functions UHPS

 4      provided to the UH community?

 5   A  Not in this discussion, no.

 6   Q  If we go to page 1442.  Are you there?

 7   A  Uh-huh.

 8   Q  Oh.  You're ahead of me.

 9              MR. BULEA:       Telepathic, I

10      guess.

11   Q  This is an e-mail from Carole Meisler to

12      Victoria Johnson dated July 17, correct, with

13      a copy to you?

14   A  Yes.

15   Q  We talked about this a moment before.  We

16      talked about this for a moment earlier,

17      rather.  According to Ms. Meisler, she

18      inquired of CGS as to whether a physician

19      must answer the contact telephone number.

20          Did Victoria Johnson ever state that

21      she was being told by someone at CGS that a

22      physician must answer the contact telephone

23      number?

24   A  I think that was her contention.

25   Q  Did you ever see that in writing or in an
```

Deposition of Cheryl Wahl, taken May 20, 2014

Page 51

1      e-mail anywhere, that Victoria Johnson's

2      concern was that she was being told by CGS

3      that a physician must answer the contact

4      telephone number?

5   A  I would have to review the correspondence.

6   Q  You want to take a few minutes and do that

7      before answering my question?

8   A  Sure.

9                 MR. HERRON:     Then we'll

10     take a break to let the witness review.

11        (Recess from 3:25 p.m. to 3:27 p.m. )

12                THE WITNESS:     Can you read

13     back the question, please?

14                  - - - - -

15                (Record read.)

16                  - - - - -

17  A  So yes.

18  Q  And what page are you referring to?

19  A  1449.

20  Q  Where on 1449 do you see Ms. Johnson stating

21     that?

22  A  She says, bottom line is that if they cannot

23     be reached directly at this number and if

24     they were to call the number we put on the

25     application and no one answered, the

Deposition of Cheryl Wahl, taken May 20, 2014

Page 52

1      voicemail greeting would not be one of the

2      provider.

3   Q  So where in there is she stating -- Victoria,

4      that is, stating that she's being told that

5      the physician -- or the provider, rather,

6      must be the one answering the phone?  She

7      doesn't state that, does she?

8   A  So on 1445 she says, when asked by the

9      fee-for-service as to whether the provider

10     can be reached directly as this is the

11     number.

12  Q  She states that she was told that they were

13     not expected to answer the phone personally;

14     just to be able to be reached at that number

15     directly, correct?

16  A  Whether the provider can be reached directly

17     at that number.

18  Q  And that's different from expecting the

19     provider to answer that phone personally,

20     correct, if the provider has a secretary

21     or --

22  A  I don't believe that was --

23  Q  -- a receptionist -- if the provider has a

24     secretary or a receptionist that answers the

25     phone and can put you through to the

Deposition of Cheryl Wahl, taken May 20, 2014

Page 53

```
 1       provider?

 2   A   Yes.  But that wasn't your prior question,

 3       Mr. Herron.

 4   Q   That's exactly my point.  My prior question

 5       was where did Victoria Johnson state that she

 6       was being told by CGS that they had an

 7       expectation that the provider be the one

 8       answering the phone.  And she never stated

 9       that, did she?

10   A   No.

11   Q   Now, if we look at pages -- I know it's in

12       here probably a couple of places, but 1450

13       and 1451, there's an e-mail from an

14       individual by the name of Ms. Kim, correct?

15   A   Yes.

16   Q   Who is a provider enrollment analyst for CGS,

17       correct?  Or at least that's how she

18       identifies herself, right?

19   A   Yes.

20   Q   And Ms. Kim sent an e-mail to Ms. Johnson on

21       July 19, 2012, correct?

22   A   Yes.

23   Q   In Ms. Kim's e-mail, she states that they are

24       required to provide a valid correspondence

25       phone number where the provider can be
```

Deposition of Cheryl Wahl, taken May 20, 2014

Page 54

1       reached directly, correct?

2    A  Yes.

3    Q  And Ms. Kim, on behalf of CGS, states, if no

4       one is available to answer the phone when

5       called, the voicemail greeting should clearly

6       state the provider's name, correct?

7    A  It appears she's quoting from the form.

8    Q  That's what Ms. Kim stated in her e-mail to

9       Ms. Johnson that their expectation was,

10      correct?

11   A  She's referencing what's on the form.

12   Q  But if Ms. Kim is stating that that is what

13      CGS's expectation is, isn't that then what

14      UHPS should be doing?

15   A  Provided the information is accurate.

16   Q  Did you undertake any investigation on your

17      own to determine whether or not the

18      information that Ms. Kim was providing was

19      accurate?

20   A  No, I did not.

21   Q  Did Ms. Meisler, to your knowledge, undertake

22      any type of investigation to determine

23      whether or not the information Ms. Kim was

24      providing was accurate?

25   A  Yes, she did.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 55

 1  Q   And that would be the conversation that

 2      Ms. Meisler had with Melissa, correct?  Is

 3      that what she did or did she do something

 4      else?

 5  A   No, I believe the conversation with Melissa

 6      predated this letter from Ms. Kim.

 7  Q   Because the e-mail from Ms. Kim to Victoria

 8      Johnson was on July 19 at 3:01, correct?

 9  A   Yes.

10  Q   Ms. Johnson forwarded that e-mail to you and

11      to Ms. Meisler at 3:09, correct?

12  A   Yes.

13  Q   And Carole Meisler responded to that at 3:40,

14      correct?

15  A   Yes.

16  Q   And gave you a copy, correct?

17  A   Yes.

18  Q   According to Ms. Meisler, she went online and

19      looked at a form, correct?

20  A   Yes.

21  Q   Did you look at that form as well?

22  A   No, I did not.

23  Q   Did Ms. Meisler forward to you a copy of the

24      form that she looked at?

25  A   Not that I recall.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 56

```
 1   Q   To your knowledge, did Ms. Meisler forward to
 2       Victoria Johnson a copy of the form that she
 3       looked at?
 4   A   I don't know.
 5   Q   Have you at any point ever looked at the form
 6       that was in effect at that point in time to
 7       determine what it said or didn't say?
 8   A   I don't recall.
 9   Q   You indicated earlier that you were familiar
10       with what the program integrity manual is,
11       correct?
12   A   Uh-huh.
13   Q   Yes?
14   A   Yes.
15   Q   The program integrity manual contains
16       instructions on how to complete the form,
17       correct?
18   A   Yes, it does.
19   Q   And the program integrity manual gets changed
20       or amended from time to time to time,
21       correct?
22   A   Yes.
23   Q   I know that Ms. Meisler indicated in her
24       e-mail after receiving the e-mail forward
25       from Ms. Kim, that she went and looked at the
```

Deposition of Cheryl Wahl, taken May 20, 2014

Page 57

1      form -- or the application, that's the term

2      she used, I believe.

3              Do you know if she went and looked at

4      the program integrity manual to see what it

5      said at that point in time?

6   A  I don't know.

7   Q  Did you go look at the program integrity

8      manual at that point in time to see what it

9      said regarding the contact number?

10  A  No, I did not.

11  Q  You had that available to you, correct?

12  A  It's available online.

13  Q  If you would have had to have accessed that

14     in July of 2012, how long would it have taken

15     you in your system to access that, the

16     program integrity manual?

17  A  Probably not very long.

18  Q  Is that something that you have to consult

19     with frequently as part of your job?

20  A  No, it is not.

21  Q  Would you just access that program integrity

22     manual over the internet, or is it something

23     that you would have stored on your hard

24     drive?

25  A  No.  It would be through a service.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 58

1   Q   What is the main operator number for
2       University Hospitals -- or strike that.
3           What was the main operator number for
4       University Hospitals in July of 2012?
5   A   We have many numbers.  There's a main number
6       for Case Medical Center.  Is that what you
7       mean?
8   Q   Is there a main number that somebody can
9       contact at UH that can put them in touch with
10      anybody that's a UH employee?
11  A   I mean, you could call the hospital operator
12      and they have access to our directory.
13  Q   Do you know what that number was in July of
14      2012?
15  A   Probably 844-1000.
16  Q   Why not use that number as the contact number
17      for the physicians on the provider enrollment
18      application form?
19  A   Because they have no involvement with the
20      completion of the 855 forms.
21  Q   Did CGS ever indicate that using that main
22      operator number would be acceptable to it?
23  A   I don't know.
24  Q   If you go to pages 1469 and 1470.  Do you
25      recall seeing a copy of the e-mail that

Deposition of Cheryl Wahl, taken May 20, 2014

Page 59

1    Victoria Johnson received from an Andrew

2    Baumann?

3  A  It appears she forwarded it to me.

4  Q  Do you recall reading Mr. Baumann's e-mail to

5    Victoria Johnson?

6  A  Yes.

7  Q  According to Mr. Baumann, the contact number

8    had to be either a home number that the

9    voicemail identifies the provider or at the

10   location where the provider will be working.

11         Do you recall reading that in

12   Mr. Baumann's e-mail?

13 A  Yes.

14 Q  Do you believe that Mr. Baumann is wrong?

15 A  I believe that this can be interpreted in

16   other ways.

17 Q  Well, what other ways can it be interpreted

18   other than what Mr. Baumann wrote?

19 A  That the number can be a line that can access

20   the physician.

21 Q  But Mr. Baumann uses the words, at the

22   location where the providers will be working,

23   correct?

24 A  Right.

25 Q  There are no providers working at the

Deposition of Cheryl Wahl, taken May 20, 2014

Page 60

1      location where UHPS's offices were, right,

2      the building out in Euclid on Euclid Avenue?

3    A  Yeah, I don't believe there are any.

4    Q  So the location where Ms. Victoria Johnson's

5      phone line rang was not a location where

6      providers would be working, correct?

7    A  She could access the physicians where they

8      are working.

9    Q  Ms. Johnson's desk phone, the phone number

10     that she was being told to put down on these

11     applications, did not ring at a location

12     where the providers would be working,

13     correct?

14   A  Correct.

15   Q  By the way, I know you're following through

16     this as I'm flipping through it.  Is this

17     refreshing your recollection as to whether

18     this was the case packet that you reviewed?

19   A  I don't know that this is the printout from

20     our system, but this is largely what is in

21     there, yeah.

22   Q  The letter that you referenced that you

23     wrote, that would be page 1483?

24   A  Yes.

25   Q  Did you have any other correspondence to

Deposition of Cheryl Wahl, taken May 20, 2014

Page 61

1       Victoria Johnson, other than this letter,

2       which if I am reading it right is dated

3       July 23 of 2012?

4    A  Not that I recall.

5    Q  On 1485 and 1486, there's an e-mail to

6       Victoria Johnson from a Shamekia McLaughlin.

7       Do you recall seeing that e-mail before?

8    A  Yes.

9    Q  That e-mail quotes program integrity manual,

10      correct?

11   A  Uh-huh.

12   Q  Yes?

13   A  Yes.

14   Q  This e-mail from Ms. McLaughlin to

15      Ms. Johnson is the culmination of a series of

16      e-mails between those two individuals that

17      stemmed from an application that was

18      rejected, correct?

19   A  Yes.

20   Q  The application that was rejected related to

21      a provider by the name of -- I hope I'm

22      pronouncing this right -- Pankaj Gupta?

23   A  Yes.

24   Q  Sound about right?

25   A  Yes.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 62

1  Q   P-A-N-K-A-J, G-U-P-T-A.  And the reason that

2      this provider's application was rejected, in

3      part, pertained to the contact number that

4      was provided on the application, correct?

5  A   Yes.

6  Q   And the contact number that was provided on

7      the application was the one that Victoria

8      Johnson had been instructed to provide,

9      correct?

10 A   I don't know.

11 Q   Well, you received this series of e-mails,

12     correct, at some point in time?

13 A   It appears that way.

14 Q   And you knew that this series of e-mails

15     related to the rejection of this provider,

16     Pankaj Gupta's, application, correct?

17 A   Yes.

18 Q   Did you, yourself, do any follow-up to review

19     the application that had been submitted --

20 A   No, I did not.

21 Q   -- on this provider's behalf?

22 A   No.

23 Q   Do you know if Ms. Meisler did?

24 A   I would have to review the rest of the

25     correspondence here.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 63

```
 1   Q   By the way, do you know where this provider,
 2       Pankaj Gupta, worked out of --
 3   A   I do not.
 4   Q   -- what his work location was?  Do you know
 5       what type of provider he was?  Was he a
 6       physician, was he --
 7   A   I do not.
 8   Q   I think we have pretty much gone through the
 9       key e-mails that are in Exhibit 16.  I know
10       that they're reproduced probably 15 times a
11       piece.
12           But are there any other documents that
13       you recall reviewing, as part of the case
14       packet that you talked about at the beginning
15       of the deposition, that you don't recall
16       seeing in Exhibit 16?
17   A   No.
18   Q   Is there anything of a documentary nature
19       that you're aware of, that is not included in
20       Exhibit 16, that pertains to the
21       investigation that your office and
22       Ms. Meisler undertook?
23   A   No.
24   Q   I think I asked you this earlier, but did you
25       have any phone conversations with Victoria
```

Deposition of Cheryl Wahl, taken May 20, 2014

Page 64

```
 1        Johnson about any of these matters?
 2   A    Not that I recall.
 3   Q    Did you ever go out to the office location
 4        where Victoria Johnson worked to discuss
 5        these issues with any of her supervisors,
 6        Mr. Riddle, Sheryl Johnson?
 7   A    No, I did not.
 8   Q    Did you ever have any conversations with the
 9        human resources officer out at that location,
10        Christina Morrison, regarding these matters?
11   A    Not that I recall.  That would all be the
12        responsibility of Ms. Meisler.  I have a
13        whole staff of compliance officers and they
14        handle their own cases.
15   Q    And they report back to you to keep you in
16        the loop, so to speak, right?
17   A    Correct.
18   Q    Do you have a recollection as to how many
19        individuals at CGS Ms. Meisler spoke with?
20   A    Several.
21   Q    And she related all of those conversations to
22        you?
23   A    It appears she did.
24   Q    Were those all related to you in the course
25        of the e-mails that we have gone through, or
```

Deposition of Cheryl Wahl, taken May 20, 2014

1     did she relate any of those to you -- any

2     personal conversations or telephone

3     conversations?

4  A   Yes, we had additional conversations.

5  Q   Did you keep notes of any of the phone

6     conversations that you had with Carole

7     Meisler regarding the issue with the contact

8     number that Victoria Johnson had?

9  A   No, I did not.

10  Q   Did Ms. Meisler provide you with copies of

11     any notes that she took regarding any of the

12     conversations that she had with CGS

13     personnel?

14  A   No, she did not.

15  Q   To your knowledge, did Ms. Meisler engage in

16     any e-mail exchanges with personnel of CGS?

17  A   I don't know.

18  Q   Did she forward any copies of any e-mails

19     between her and CGS personnel to you?

20  A   Not that I recall.

21  Q   Did you have any direct e-mail conversations

22     between any of Victoria Johnson's supervisors

23     regarding these issues?

24  A   Not that I recall.

25           MR. HERRON:    I think we're

Deposition of Cheryl Wahl, taken May 20, 2014

Page 66

1        done.

2                        MR. BULEA:        We'll read.

3            (Deposition adjourned at 3:58 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Deposition of Cheryl Wahl, taken May 20, 2014

Page 67

1   THE STATE OF OHIO,  )    SS:

    COUNTY OF CUYAHOGA. )

2

3        I, Gretchen E. Windenburg, a Notary Public

4   within and for the State of Ohio, duly

5   commissioned and qualified, do hereby certify

6   that CHERYL FORINO WAHL, was first duly sworn to

7   testify the truth, the whole truth and nothing

8   but the truth in the cause aforesaid; that the

9   testimony then given by her was by me reduced to

10  stenotype in the presence of said witness,

11  afterwards transcribed on a computer/printer, and

12  that the foregoing is a true and correct

13  transcript of the testimony so given by her, as

14  aforesaid.

15       I do further certify that this deposition

16  was taken at the time and place in the foregoing

17  caption specified.  I do further certify that I

18  am not a relative, counsel or attorney of either

19  party, or otherwise interested in the event of

20  this action.

21       IN WITNESS WHEREOF, I have hereunto set my

22  hand and affixed my seal of office at Cleveland,

23  Ohio, on this 14th day of July, 2014.

24       _____

         Gretchen E. Windenburg, Notary Public

25       within and for the State of Ohio

         My Commission expires March 15, 2015.

Deposition of Cheryl Wahl, taken May 20, 2014

Page 68

1   STATE OF _____)

                        )  SS:

2   COUNTY OF_____)

3

4

5        Before me, a Notary Public in and for said

6   state and county, personally appeared the

7   above-named CHERYL FORINO WAHL, who acknowledges

8   that she did sign the foregoing transcript and

9   that the same is a true and correct transcript of

10  the testimony so given.

11       IN TESTIMONY WHEREOF, I have hereunto

12  affixed my name and official seal at

13  _____this _____day of

14  _____, 2014.

15

16

17

18            _____

                 CHERYL FORINO WAHL

19

20

21            _____

                 Notary Public

22

23  My Commission expires:_____

24

25   gew

Deposition of Cheryl Wahl, taken May 20, 2014

Page 69

1                DEPOSITION ERRATA SHEET

2   Page No._____Line No._____Change to:_____

3   _____

4   Reason for change:_____

5   Page No._____Line No._____Change to:_____

6   _____

7   Reason for change:_____

8   Page No._____Line No._____Change to:_____

9   _____

10  Reason for change:_____

11  Page No._____Line No._____Change to:_____

12  _____

13  Reason for change:_____

14  Page No._____Line No._____Change to:_____

15  _____

16  Reason for change:_____

17  Page No._____Line No._____Change to:_____

18  _____

19  Reason for change:_____

20  Page No._____Line No._____Change to:_____

21  _____

22  Reason for change:_____

23

    SIGNATURE:_____DATE:_____

24          CHERYL FORINO WAHL

25

Deposition of Cheryl Wahl, taken May 20, 2014

Page 70

1              DEPOSITION ERRATA SHEET

2   Page No._____Line No._____Change to:_____

3   _____

4   Reason for change:_____

5   Page No._____Line No._____Change to:_____

6   _____

7   Reason for change:_____

8   Page No._____Line No._____Change to:_____

9   _____

10  Reason for change:_____

11  Page No._____Line No._____Change to:_____

12  _____

13  Reason for change:_____

14  Page No._____Line No._____Change to:_____

15  _____

16  Reason for change:_____

17  Page No._____Line No._____Change to:_____

18  _____

19  Reason for change:_____

20  Page No._____Line No._____Change to:_____

21  _____

22  Reason for change:_____

23

    SIGNATURE:_____DATE:_____

24          CHERYL FORINO WAHL

25

Deposition of Cheryl Wahl, taken May 20, 2014

**A**

**ability** 6:17
**able** 43:25 44:1
  52:14
**above-named** 68:7
**acceptable** 58:22
**accepted** 20:7
**access** 57:15,21
  58:12 59:19 60:7
**accessed** 57:13
**accurate** 48:22
  49:14,15 54:15,19
  54:24
**acknowledges** 68:7
**acronym** 18:10
**action** 4:20 67:20
**activities** 9:10
**actual** 45:7
**additional** 65:4
**Address** 41:20
**adjourned** 66:3
**administrative**
  18:13
**advice** 13:23 30:24
  31:7,16
**affect** 6:17
**affiliated** 43:2
**affixed** 67:22 68:12
**aforesaid** 67:8,14
**age** 4:2
**agency** 10:23,25
  11:4,13
**ago** 6:19 10:4 11:24
  19:5
**agreement** 5:24
**ahead** 5:23 50:8
**Akron** 42:21
**alcohol** 6:16
**amended** 56:20
**analyst** 53:16
**Andrew** 59:1
**and/or** 41:12
**answer** 5:14,23
  22:9 28:18 29:1,6
  30:23 31:18,22

39:22,25 40:5,7
41:1,11 50:19,22
51:3 52:13,19
54:4
**answered** 51:25
**answering** 51:7
  52:6 53:8
**answers** 52:24
**anticipated** 12:2
**anybody** 8:23 35:9
  58:10
**APPEARANCES**
  2:1
**appeared** 68:6
**appears** 32:19 38:1
  54:7 59:3 62:13
  64:23
**applicable** 21:25
**application** 20:7
  23:9 25:17 26:2
  27:1 28:3 29:3
  41:12,16,17 51:25
  57:1 58:18 61:17
  61:20 62:2,4,7,16
  62:19
**applications** 25:9
  30:13,21 35:2,12
  39:1 60:11
**appropriately**
  48:20
**approved** 43:11
**area** 21:16 25:24
  42:4,21,22,24
  43:3 45:7
**Ashtabula** 42:15
  43:18 44:9 45:5
  45:13
**Aside** 30:16
**asked** 15:22 52:8
  63:24
**asking** 5:1,15 47:7
**assert** 5:20
**assigned** 8:18
**assist** 36:16
**associate** 12:15,18
  13:11

**assume** 5:16 12:25
  25:3
**assumed** 48:21,23
  49:12,15,17
**assuming** 43:23
**attached** 33:18,22
  33:23
**attended** 13:13
**attorney** 67:18
**audit** 7:22
**auditing** 7:12
**available** 24:19,20
  24:23 25:1 54:4
  57:11,12
**Avenue** 60:2
**aware** 5:22,25
  19:21 63:19

**B**

**back** 13:4 19:14
  23:15 26:15,18
  47:21 51:13 64:15
**bad** 15:17
**Barbara** 38:19
**Barnes** 38:17
**based** 26:20,22
  27:8,13,15 37:1
**basically** 5:5
**Bates** 34:2 37:18
  46:9
**Baumann** 59:2,7
  59:14,18,21
**Baumann's** 59:4,12
**began** 12:6
**beginning** 63:14
**behalf** 2:2,7 16:19
  54:3 62:21
**belief** 29:4,5 33:7
**believe** 10:18 14:18
  15:14 16:7 22:22
  23:23 26:4 32:9
  33:4,6,19 35:23
  38:12 41:14 48:23
  52:22 55:5 57:2
  59:14,15 60:3
**best** 35:4

**better** 17:13
**beyond** 26:8
**Bianca** 38:17
**bill** 16:23,24
**billing** 36:12,20
  37:2,12,23 39:4,8
  40:2,11,12,16
  41:8
**bit** 13:4 16:3
**Blanca** 38:16
**board** 7:22,23,24
**body** 7:24 21:23
**boss** 34:11 38:12
**bottom** 51:22
**breach** 4:20
**break** 51:10
**briefly** 7:17
**broad** 7:18
**building** 24:6,7
  60:2
**buildings** 43:7
**Bulea** 2:8 5:19 6:7
  31:2,14,19 44:16
  50:9 66:2

**C**

**C** 2:8
**cadre** 36:18,20
**call** 5:5 26:25 43:17
  43:21 44:4,10,13
  44:15,19,24 45:2
  45:21,23 46:1
  51:24 58:11
**called** 1:14 4:2 8:13
  15:13 18:9 24:13
  54:5
**calling** 45:14
**calls** 28:6,8 31:10
**Canton** 42:22
**capacity** 7:15 8:23
  9:11 13:22
**caption** 67:17
**Carole** 8:21 9:25
  14:9 21:4,16,21
  22:3,5 23:2,21
  26:21,23 27:5,17

30:4,14,16 35:23
46:15 47:10,16,18
47:21 48:9,14,21
48:25 49:8,13,17
49:20 50:1,11
55:13 65:6
**Carole's** 27:16
**case** 1:6 4:19,21,24
  9:22,23 10:3,7,17
  11:23 21:24 32:11
  32:13 36:6 58:6
  60:18 63:13
**cases** 64:14
**Catholic** 13:5
**cause** 40:24 41:3,4
  67:8
**cc** 34:18
**cc'd** 30:6
**Center** 11:8,18
  18:4 19:18 24:15
  58:6
**CEO** 7:21
**certain** 16:25 32:10
  33:5 37:10
**certified** 4:5
**certify** 67:5,15,17
**CGS** 11:3,4,12
  14:15 18:19,21
  19:12,23 20:1,4,6
  21:24 22:17,18
  23:6,16 24:9
  26:25 27:8,11,14
  27:18,21 28:1,18
  30:11 41:6,15
  43:11 44:10 45:24
  46:16 47:10 48:5
  50:2,18,21 51:2
  53:6,16 54:3
  58:21 64:19 65:12
  65:16,19
**CGS's** 49:4 54:13
**change** 69:2,4,5,7,8
  69:10,11,13,14,16
  69:17,19,20,22
  70:2,4,5,7,8,10,11
  70:13,14,16,17,19

70:20,22
**changed** 13:1 56:19
**changing** 13:7
**chart** 32:19,23 33:1 33:12,17,23
**Cheryl** 1:12,14 3:1 4:1,7,11 67:6 68:7 68:18 69:24 70:24
**chief** 6:24,25 7:7,16 13:22
**Christina** 35:19 64:10
**Circle** 42:4
**Civil** 1:16 4:4
**claimed** 48:14,21 49:18
**claiming** 49:8
**clarification** 5:15 21:18,20,22 22:1 22:5
**classifications** 37:5
**classify** 37:5
**clearly** 54:5
**clerical** 8:5
**Cleveland** 1:21 2:5 2:10 67:22
**client** 5:2
**clients** 17:7
**code** 45:7
**colleagues** 14:19
**column** 33:18
**come** 40:9
**comes** 4:12
**coming** 28:19
**commencing** 1:21
**Commission** 67:25 68:23
**commissioned** 67:5
**committee** 7:22
**community** 50:4
**company** 39:4,8 40:2
**complaint** 14:4,23 14:24
**complete** 17:6 19:1 19:2 43:10 56:16

**completed** 19:11 20:1 36:9
**completing** 16:17 18:22 20:17
**completion** 58:20
**compliance** 6:24,25 7:8,9,10,13,16,22 8:1,9,17,22,24 9:1 9:3,8 12:6 13:22 20:19 21:6,8,15 40:23 64:13
**computer/printer** 67:11
**concern** 15:2,4,6 29:8,9 40:24 41:3 41:4 51:2
**concerned** 14:25 15:3 25:23
**concerns** 20:10 29:14 35:6,9
**conference** 44:3,10 44:12,15,18,19 45:18
**conferenced** 44:24
**conferencing** 45:22
**confined** 42:3
**confirm** 47:14
**connection** 10:21
**considered** 36:12
**consult** 57:18
**consulted** 31:9
**contact** 11:1 20:12 21:11 22:6,12,20 22:24 23:7,18 25:8,16,20 26:5 26:11 28:2,14 29:2 30:12,20 34:24 35:11 41:7 49:5 50:19,22 51:3 57:9 58:9,16 59:7 62:3,6 65:7
**contacted** 21:3,6,8 28:18 45:13,16
**contains** 56:15
**content** 31:7
**contention** 23:21

50:24
**contract** 11:6 37:8 37:15
**contractor** 11:5,14 11:15 18:8,13
**contractors** 18:7
**contracts** 19:18
**conversation** 29:13 31:12 35:24 40:20 46:15 47:5,14,23 48:24 49:1 55:1,5
**conversations** 10:19 11:17 24:8 27:10 28:4 50:1,2 63:25 64:8,21 65:2,3,4,6,12,21
**copied** 14:3,6 33:10
**copies** 24:22 65:10 65:18
**copy** 24:19,21,23 34:19 50:13 55:16 55:23 56:2 58:25
**correct** 8:11,15 9:14,15 11:7,11 11:13,14 12:7,8 13:2 17:8,11 18:1 18:20 19:9,10,12 19:15 20:4,8,21 22:3,4,11 26:3,4,9 26:14 27:9,14,18 27:19,21,22 28:9 28:11 30:2,5,10 32:21 33:18 34:8 34:12,16 35:16,19 35:20 37:15,25 39:1,4,9 41:9 42:4 42:6 43:3,6,7,11 43:15 44:6,11 45:15,18 46:10,17 47:1,2,16 48:2,3,4 48:11,22 49:2,5 49:14,18 50:12 52:15,20 53:14,17 53:21 54:1,6,10 55:2,8,11,14,16 55:19 56:11,17,21

57:11 59:23 60:6 60:13,14 61:10,18 62:4,9,12,16 64:17 67:12 68:9
**correctly** 12:5
**correspondence** 14:8 27:25 28:5 29:12,24 51:5 53:24 60:25 62:25
**counsel** 12:1,15,18 13:12 30:24 31:4 31:9,16 67:18
**counties** 42:9
**county** 67:1 68:2,6
**couple** 36:4 53:12
**course** 5:6 21:17 64:24
**Court** 1:1,18
**credentialing** 36:17
**culmination** 61:15
**culture** 41:5
**currently** 6:21
**customer** 48:5
**CUYAHOGA** 67:1

---

**D**

**D** 1:4
**date** 1:22 10:14 69:23 70:23
**dated** 34:7 35:14 39:13 46:12 47:22 50:12 61:2
**day** 1:22 34:21 46:6 67:23 68:13
**dbulea@thinkgk...** 2:11
**deceptive** 41:1
**Defendants** 1:10 2:7
**degree** 41:22
**delegate** 20:23
**dentists** 17:1,4
**department** 11:6 11:19 12:10,12,13 12:14 18:3 30:25
**depending** 37:13

**Depends** 36:23 37:8
**deposition** 1:12,14 3:1 4:15 63:15 66:3 67:15 69:1 70:1
**depositions** 42:8
**described** 7:17
**designed** 7:13
**desk** 26:3 43:17 45:14 60:9
**details** 21:9
**determination** 20:6
**determine** 18:21 22:19 25:6 54:17 54:22 56:7
**determined** 40:1
**determines** 17:14 17:15,16
**dial** 44:5,20,21 45:4,7,9
**different** 5:11 12:10 16:5 17:2 31:13 52:18
**direct** 20:22,24,25 27:10 29:23 45:7 65:21
**directed** 16:8 21:4
**direction** 14:25
**directly** 8:7 11:20 20:25 21:14 25:24 26:9,13 28:1,17 29:1,6,21 30:7 34:13 44:5 45:13 45:16 51:23 52:10 52:15,16 54:1
**director** 37:23
**Directors** 7:25
**directory** 58:12
**disclosure** 31:10
**disconnect** 46:2
**disconnected** 45:23
**discuss** 12:1 31:3 35:18 64:4
**discussed** 25:10 35:22

Deposition of Cheryl Wahl, taken May 20, 2014

Page 3

**discussion** 49:16
50:5
**discussions** 26:21
26:23 27:5
**dishonest** 40:4
**dispute** 38:2
**DISTRICT** 1:1,1
**division** 1:2 11:11
**doctor** 16:16,22,24
45:25
**doctors** 17:4
**doctor's** 9:5
**document** 10:5
19:7
**documentary**
63:18
**documentation**
9:20,25
**documents** 22:1,16
23:5 32:7 33:17
33:21 63:12
**doing** 23:2 46:7
54:14
**Don** 6:4
**Donald** 2:8
**Dr** 9:2
**drafted** 17:24 18:3
**drive** 57:24
**dual** 7:21
**duly** 4:4 67:4,6
**duties** 7:7,15 9:8

**E**

**E** 1:17 67:3,24
**earlier** 32:12 42:8
50:16 56:9 63:24
**east** 1:20 2:10
42:14
**EASTERN** 1:2
**effect** 56:6
**effective** 9:16
**either** 5:11 6:17
11:18 25:2 34:25
38:16 59:8 67:18
**employed** 4:23
6:21 8:13 9:18

12:9,19 13:8 37:7
37:10,14 42:1
**employee** 21:19
58:10
**employees** 40:25
**employer** 16:7
**engage** 65:15
**enroll** 16:17
**enrolling** 15:11
16:15
**enrollment** 15:9,9
16:9 18:22 19:1
23:9,19 29:3
30:13,21 36:10
53:16 58:17
**ensure** 7:13
**ensuring** 48:19
**entirety** 7:1
**entities** 8:9 19:17
**entity** 8:18 12:22
13:8 14:17
**ERRATA** 69:1
70:1
**Esq** 2:3,8,8
**ethical** 41:5
**ethics** 7:9,10
**Euclid** 24:6 60:2,2
**event** 67:19
**events** 6:18
**exactly** 16:6 41:2
53:4
**examination** 1:15
3:3 4:3,7
**examined** 4:5
**excerpts** 23:10
**exchange** 34:5
**exchanges** 29:21
65:16
**exhibit** 3:6 32:3,6
32:17,18 33:12
63:9,16,20
**expectation** 28:25
53:7 54:9,13
**expectations** 23:7
23:17 25:7 30:11
49:4

**expected** 28:17
52:13
**expecting** 52:18
**expires** 67:25 68:23
**explained** 50:3
**extension** 45:4,9
**extent** 5:25
**external** 21:23
**e-mail** 14:7,14
25:11 29:11,21
34:5,19 35:14
37:18 38:5,8,14
39:3,6,12,16,18
40:21 46:10 47:9
47:13,22 50:11
51:1 53:13,20,23
54:8 55:7,10
56:24,24 58:25
59:4,12 61:5,7,9
61:14 65:16,21
**e-mails** 10:8,15
14:3,5,10,23 21:5
23:11,15 25:12
27:25 30:6 34:2,7
34:10 61:16 62:11
62:14 63:9 64:25
65:18

**F**

**facilities** 42:5
**fact** 31:11
**Fair** 5:18 6:6 32:1
**familiar** 24:13
40:18 56:9
**far** 20:9 36:15
42:13,16,18
**Federal** 1:16 4:3
**fee-for-service** 52:9
**felt** 49:7
**field** 15:3,5
**filling** 15:1 17:11
17:20
**findings** 27:6
**first** 4:4 21:3 32:17
32:18 33:11 34:6
35:5 39:16 67:6

**five** 4:18 13:10 39:9
**flipping** 60:16
**follow** 47:11
**followed** 17:10
**following** 60:15
**follows** 4:6
**follow-up** 23:24
62:18
**foregoing** 67:12,16
68:8
**Forino** 1:12,14 3:1
4:1,7,11 67:6 68:7
68:18 69:24 70:24
**form** 15:13,15,19
15:20,22,25 16:1
16:2,6,12,16,17
17:6,19,19,21,22
19:2,6 20:7,13,17
22:15 23:9,19
25:17 27:2 41:21
43:10 54:7,11
55:19,21,24 56:2
56:5,16 57:1
58:18
**forms** 15:1,8,10,17
17:11 18:2,8,22
19:1,11,20,25
20:4 22:19 26:2
26:12 28:3 36:10
58:20
**forth** 1:22
**forward** 46:21
55:23 56:1,24
65:18
**forwarded** 34:21
34:22 55:10 59:3
**Fourth** 33:18
**frequently** 5:21
57:19
**fresh** 17:22
**function** 41:2
**functions** 50:3
**further** 31:20
42:20 67:15,17

**G**

**gal** 47:10
**general** 12:15,18
13:12
**gestures** 6:13
**gew** 68:25
**Giffen** 1:19 2:9
**give** 6:11 18:6
**given** 4:14 15:1
29:2 31:8 67:9,13
68:10
**giving** 39:22,24
**go** 5:23 13:15 20:23
20:25 26:15 32:9
34:1 42:20 46:9
50:6 57:7 58:24
64:3
**goes** 26:7 42:14
**going** 5:1,5,20 13:4
17:6 23:25 31:3
43:8
**governing** 7:24
**government** 10:23
10:25 11:4,5,12
11:14 16:1
**graduate** 13:17
**greeting** 52:1 54:5
**Gretchen** 1:17 6:12
67:3,24
**group** 10:7,17
**groups** 36:25 37:4
37:4,12 43:1
**guess** 31:21 42:20
50:10
**guidance** 18:23
22:17
**Gupta** 61:22 63:2
**Gupta's** 62:16
**guy** 44:1
**G-U-P-T-A** 62:1

**H**

**hand** 67:22
**handed** 32:5
**handle** 64:14
**handled** 9:3,9
21:17 23:23 43:13

Deposition of Cheryl Wahl, taken May 20, 2014

handwriting 12:5
hang 45:21
happens 5:21
hard 57:23
Hasselstrom 38:9
health 1:8 11:7,19
   12:20 13:5,6 18:3
Healthcare 12:24
heard 38:23
Heights 24:4
held 7:4
hereinafter 4:5
hereunto 67:21
   68:11
Herron 2:3 3:4 4:8
   6:3 31:6,17 39:11
   51:9 53:3 65:25
herronlaw@msn...
   2:6
HHS 11:11
Hirter 38:19
hold 12:16 44:2
   45:4
home 59:8
Honestly 21:2
hope 61:21
hospital 12:23 43:6
   58:11
hospitals 1:7,8 5:4
   5:6 6:22 7:1,25
   8:10,14 12:11
   13:24 15:15 37:14
   49:22 58:2,4
hospital's 30:25
human 11:7,20
   18:4 36:18 64:9

                 I
identified 37:25
identifier 41:20
identifies 53:18
   59:9
important 5:10
inaccurate 49:9
include 36:20
included 14:10

27:18 63:19
including 37:20
independent 30:9
INDEX 3:1
indicate 16:7 58:21
indicated 47:11
   56:9,23
indicates 39:3,6
Indicating 24:2
individual 53:14
individuals 8:8,20
   14:11,12,16 37:20
   38:7 39:7,14 43:8
   61:16 64:19
influence 6:16
information 18:8
   29:3 41:17,18,21
   46:21 47:3,17
   48:10,13,18 49:12
   49:17 54:15,18,23
informed 30:4
initial 14:7
Initiatives 13:5
input 30:18
inquired 20:19
   50:18
inquiry 25:4
instructed 62:8
instructing 40:4,25
instruction 39:19
   39:20,22,24
instructions 17:12
   17:14,15,17,18,20
   17:24 18:2 19:4,6
   19:8 22:16,23
   23:10,12 26:16
   56:16
integrity 24:14
   25:6,14 56:10,15
   56:19 57:4,7,16
   57:21 61:9
intended 5:17
interested 67:19
internet 57:22
interpret 19:3
   39:18 40:3

interpretation
   40:10
interpreted 59:15
   59:17
investigated 48:20
investigation 10:21
   28:14,24 30:3,9
   32:21 54:16,22
   63:21
investigations 9:9
involved 14:1
   21:23 36:5
involvement 10:1
   58:19
IRS 17:24
issue 20:15 25:20
   28:15,19,24 29:22
   31:16 65:7
issued 17:18 22:17
   23:6
issues 14:1 24:16
   28:13,23 35:1
   36:18 64:5 65:23
Italian 4:13
Italy 4:12

                 J
January 9:17
Jewish 12:23
job 57:19
Johnson 1:4 5:3
   8:11 10:11,16,24
   14:2 20:11 21:10
   29:5,14 34:11,15
   34:20,23,24 35:10
   36:3,4,5 37:20
   38:11 43:14 46:23
   50:12,20 51:20
   53:5,20 54:9 55:8
   55:10 56:2 59:1,5
   61:1,6,15 62:8
   64:1,4,6 65:8
Johnson's 15:4
   29:4 43:17 45:14
   51:1 60:4,9 65:22
Jordan 38:9

July 8:4,20,25
   10:13 19:14 24:1
   24:18 26:18 33:14
   33:16 34:6,7,8,10
   35:6,6,8,15 39:17
   46:7,12 47:22
   50:12 53:21 55:8
   57:14 58:4,13
   61:3 67:23
June 19:14 39:13

                 K
Kaminski 1:20 2:8
   2:9
keep 13:7 24:22
   64:15 65:5
Keith 9:2
Kentucky 12:21
   13:9
kept 10:1
Kerin 2:8
key 63:9
Kim 53:14,20 54:3
   54:8,12,18,23
   55:6,7 56:25
Kim's 53:23
kind 4:19 21:1
kkaminski@thin...
   2:12
knew 62:14
know 5:22 6:5 8:11
   9:18 13:3,6 16:2
   20:9 22:8,14
   26:16,18 28:6
   29:8,9,18 32:14
   33:3,5 34:13,18
   35:8 38:7,8,11,13
   38:16,19 40:12
   41:25 43:22 44:12
   45:12 46:19 48:4
   48:8 49:24 53:11
   56:4,23 57:3,6
   58:13,23 60:15,19
   62:10,23 63:1,4,9
   65:17
knowledge 49:20

54:21 56:1 65:15
known 13:3
Kristine 38:21

                 L
lack 17:13
language 45:19
largely 60:20
latitude 18:6
law 12:13,14 13:13
   13:15
lawful 4:2
lawsuit 5:2
learned 30:3 35:5
legal 13:23 30:25
   31:4,9,15
letter 10:9,10,12,15
   29:25 55:6 60:22
   61:1
let's 32:17 34:1
   35:18
licensed 13:19
line 40:12 44:5 45:2
   45:6,8,24 51:22
   59:19 60:5 69:2,5
   69:8,11,14,17,20
   70:2,5,8,11,14,17
   70:20
listed 34:18
listen 28:8
little 13:4 16:3
LLC 1:20 2:9
located 24:3,5 43:2
location 59:10,22
   60:1,4,5,11 63:4
   64:3,9
long 7:4 9:11 12:16
   13:8 28:22 31:20
   57:14,17
longer 9:13
look 22:12,15,15,19
   22:23 23:15 24:24
   26:15 53:11 55:21
   57:7
looked 28:23 29:18
   55:19,24 56:3,5

Deposition of Cheryl Wahl, taken May 20, 2014

56:25 57:3
**looking** 14:13
  32:14
**loop** 64:16
**lost** 6:4
**Louisville** 12:21
  13:9
**love** 4:12
**Lyn** 2:8

## M

**MAC** 18:15
**MACs** 18:9,10
**main** 58:1,3,5,8,21
**management** 36:17
**manager** 38:15
**manner** 5:17
**manual** 24:14,19
  25:6,14 56:10,15
  56:19 57:4,8,16
  57:22 61:9
**March** 67:25
**Mark** 2:3
**marked** 32:3,5
**material** 30:14,16
**matter** 10:2,22
  23:24 31:1 48:19
**matters** 9:4 12:2
  24:11 64:1,10
**ma'am** 4:10 25:19
**McLaughlin** 61:6
  61:14
**mean** 32:9 40:3,17
  44:12 58:7,11
**means** 40:13
**Medicaid** 11:8,18
  18:5 19:19 24:15
**medical** 16:16
  40:14,15,16 41:22
  43:7 58:6
**Medicare** 11:8,18
  15:1,12 16:3,9,15
  16:18,23,24 17:3
  17:8,16 18:2,4,13
  19:18 24:15 35:2
  35:12 38:25

**Medicare-eligible**
  43:9
**medication** 6:16
**Medina** 42:19,21
**meet** 29:16
**meeting** 31:11
**Meisler** 8:21,25 9:7
  9:25 10:19,20,25
  11:17 14:9 22:3,5
  23:21 24:9 25:1
  27:17,23 30:4,17
  33:4,8 35:16
  46:10,15,22 47:4
  47:21 48:9 49:20
  50:11,17 54:21
  55:2,11,13,18,23
  56:1,23 62:23
  63:22 64:12,19
  65:7,10,15
**Meisler's** 24:5
**Melissa** 46:16 47:1
  47:5,15,18,24
  48:1,4,6,9,11,14
  48:22 49:1,8,13
  49:18,21,22 55:2
  55:5
**Melissa's** 46:19
  48:8
**memorized** 23:14
**met** 29:17 48:6
**minds** 17:23
**minutes** 19:5 51:6
**misleading** 40:7
**missed** 31:24
**misunderstood** 6:1
**moment** 30:24
  31:18 50:15,16
**month** 17:23
**Morrison** 35:15,19
  35:21 64:10
**MP** 40:12,14
**M-A-C** 18:16,18
**M-A-C-S** 18:14
**M-A-X** 18:16,18

## N

**name** 4:9,13 9:5
  13:6 36:5 46:16
  46:19 48:8 53:14
  54:6 61:21 68:12
**named** 47:23
**names** 38:23 39:7
**nature** 8:5 14:22
  63:18
**necessarily** 18:6
  43:5
**needed** 41:13
**never** 29:17 46:25
  48:1,6,9 53:8
**Ninth** 1:20 2:10
**nods** 6:12
**normal** 21:17
  47:12
**north** 42:20
**northern** 1:1 42:6
**Notary** 1:18 67:3
  67:24 68:5,21
**note** 11:23
**notes** 9:22,23 10:3
  10:7,17 11:1
  32:11,13 65:5,11
**number** 15:7,14
  20:12,16 21:11,12
  22:6,12,20,24
  23:8,18 25:8,16
  25:21,23 26:1,3,5
  26:6,11,12,24,24
  28:2,14,19 29:2,7
  30:10,12,20 34:3
  35:2,11 41:7,10
  41:11 43:17 44:8
  44:11,20 45:8
  49:5 50:19,23
  51:4,23,24 52:11
  52:14,17 53:25
  57:9 58:1,3,5,8,13
  58:16,16,22 59:7
  59:8,19 60:9 62:3
  62:6 65:8
**numbers** 58:5
**Nurse** 16:25
**nutshell** 7:6,7

## O

**objection** 5:20 6:8
  31:2
**occurred** 6:19
  31:12,12 47:15
**offer** 18:23
**office** 8:1,1 15:7
  21:7,8,12 24:3,4,5
  24:6,7,21 25:25
  35:10 36:3,8,11
  36:13,14 40:11,11
  43:7,13 44:3 45:3
  63:21 64:3 67:22
**officer** 6:24,25 7:8
  7:16 8:17,22,24
  9:1,3,8 12:6 13:22
  21:15 40:23 64:9
**officers** 8:9,17
  64:13
**offices** 1:19 43:5
  60:1
**official** 68:12
**Oh** 50:8
**Ohio** 1:1,19,21 2:5
  2:10 13:19 42:6
  67:1,4,23,25
**Okay** 5:12,13 6:13
  32:16 34:4 45:1
**ongoing** 25:5
**online** 24:23 25:2
  55:18 57:12
**operator** 58:1,3,11
  58:22
**order** 45:17
**oversee** 7:9
**overseeing** 23:2
**oversight** 9:10
**owned** 13:5

## P

**P** 2:3
**packet** 10:5 11:23
  60:18 63:14
**page** 3:3,6 32:17
  34:3 37:18 46:9
  50:6 51:18 60:23

69:2,5,8,11,14,17
69:20 70:2,5,8,11
70:14,17,20
**pages** 32:6,8,18
  34:6 53:11 58:24
**page-by-page**
  32:10
**Pankaj** 61:22 62:16
  63:2
**paper** 24:22 25:2
**part** 11:10 19:6
  23:11 32:20 57:19
  62:3 63:13
**participate** 28:7
**participated** 44:23
**particular** 8:18
  32:23
**parties** 4:23
**party** 4:21 67:19
**pass** 29:19
**patch** 44:4
**patches** 43:21
**patient** 16:14
**patients** 17:7 43:9
**pay** 37:10
**payment** 16:8
**pending** 5:3
**people** 14:19 27:18
  27:21 36:5 44:21
**person** 17:20 41:11
  44:10 45:4,18,22
  45:24 47:15 48:11
  49:21
**personal** 65:2
**personally** 23:5,16
  25:5 27:9,14
  29:10 46:25 48:1
  52:13,19 68:6
**personnel** 14:15,16
  14:16 28:1 65:13
  65:16,19
**pertained** 62:3
**pertaining** 14:2
**pertains** 63:20
**phone** 20:16 24:8
  28:4,6,8,18 29:1,7

Deposition of Cheryl Wahl, taken May 20, 2014

Page 6

29:15 35:1 39:23
39:25 40:5,7 41:1
43:24 44:8 45:8
45:14 52:6,13,19
52:25 53:8,25
54:4 60:5,9,9
63:25 65:5
**phrase** 40:17,18
**physician** 1:9 5:4
8:14 9:1,2 15:7
26:6 28:16 36:13
36:14,23 37:2,9
43:1,18 44:8 45:1
45:5,6,12,16
49:22 50:18,22
51:3 52:5 59:20
63:6
**physicians** 26:7,8
36:16,22,25 37:7
37:9,13 42:5 43:1
58:17 60:7
**physician's** 25:25
44:3,5 45:7
**physician-related**
9:4
**piece** 63:11
**Pittsburgh** 13:16
**place** 67:16
**places** 53:12
**Plaintiff** 1:5,15 2:2
4:2
**Plaintiff's** 3:7 32:3
**please** 51:13
**point** 21:13 23:4
33:15 40:21 41:7
46:23 53:4 56:5,6
57:5,8 62:12
**policies** 7:11 21:25
**Ponitz** 9:2,6
**portion** 7:2 33:12
**position** 6:23 7:4
12:16
**possible** 7:6
**Possibly** 42:2
**practice** 47:12
**practices** 40:14,15

40:16
**practitioners** 16:25
**predated** 55:6
**preparation** 9:21
**prepare** 33:1
**prepared** 33:4,6,9
**prepares** 15:17
**preparing** 19:19
**presence** 67:10
**presently** 13:20
**presume** 6:15
**pretty** 63:8
**primarily** 10:8
**printout** 60:19
**prior** 12:9,18 14:10
32:8 35:8 39:12
53:2,4
**privacy** 4:20
**privileged** 31:11
**probably** 22:17
32:6 53:12 57:17
58:15 63:10
**problem** 25:21
**Procedure** 1:16 4:4
**procedures** 7:12
**proceed** 5:14
**proceeding** 5:7
**processes** 7:11
**processing** 18:7
19:20
**program** 7:9,10
15:12 16:10 24:14
25:6,14 56:10,15
56:19 57:4,7,16
57:21 61:9
**promote** 41:5
**pronouncing** 61:22
**proper** 22:6,20,24
23:18
**provide** 13:23 17:7
22:1 27:24 33:8
43:8 53:24 62:8
65:10
**provided** 25:23
26:24 27:23 30:17
33:22,24 36:21

37:15 47:4 50:4
54:15 62:4,6
**provider** 15:9
16:16,20,21 18:22
18:25 19:1,2 23:8
23:19 26:6,8,13
28:16,17 29:1,6
30:21 36:10 38:14
41:13,15 52:2,5,9
52:16,19,20,23
53:1,7,16,25
58:17 59:9,10
61:21 62:15 63:1
63:5
**providers** 17:2
18:23 36:19 59:22
59:25 60:6,12
**provider's** 54:6
62:2,21
**providing** 39:19,21
54:18,24
**psychiatrists** 17:5
**psychologists** 17:1
**Public** 1:18 2:4
67:3,24 68:5,21
**purely** 8:5
**purpose** 48:19
**purposes** 47:5,6,8
47:19 48:15,17
**pursuant** 1:15 4:3
**put** 23:8,18 25:8,16
26:1,12 28:2
30:12 35:2,12
44:1 45:3,8 51:24
52:25 58:9 60:10
**putting** 15:18
17:13 21:1
**P-A-N-K-A-J** 62:1
**P-O-N-I-T-Z** 9:6
**p.m** 1:21 51:11,11
66:3

_____

**Q**
**quadrant** 42:6
**qualified** 67:5
**question** 5:9,11,12

5:14,24 15:21
20:20 21:10 25:13
28:22 31:15,22
39:5,10 51:7,13
53:2,4
**questioning** 20:16
20:18
**questions** 5:1 18:24
27:1 41:12,14
**quick** 5:20
**Quite** 5:20
**quote** 26:17 39:8
**quotes** 61:9
**quoting** 54:7

_____

**R**
**raised** 35:9
**rang** 26:3 60:5
**rattled** 39:7
**reach** 41:12 43:18
**reached** 26:9,13
51:23 52:10,14,16
54:1
**read** 51:12,15 66:2
**reading** 12:5 49:7
59:4,11 61:2
**reason** 38:2 62:1
69:4,7,10,13,16
69:19,22 70:4,7
70:10,13,16,19,22
**recall** 9:12 10:6,12
10:13 11:21,23
14:13,21 19:24
21:3 23:1,12
25:18 28:5,19
29:15,23 30:22
31:25 33:11,13
35:3,21 42:8
46:24 55:25 56:8
58:25 59:4,11
61:4,7 63:13,15
64:2,11 65:20,24
**receive** 17:2 34:19
37:10
**received** 28:1 33:12
46:22 47:18 48:10

48:14 59:1 62:11
**receiving** 56:24
**receptionist** 52:23
52:24
**Recess** 51:11
**recollect** 6:18
**recollection** 35:4
60:17 64:18
**record** 4:10 51:15
**reduced** 67:9
**reference** 33:17
49:15
**referenced** 11:22
14:22 33:21 60:22
**references** 10:18
11:16
**referencing** 54:11
**referred** 11:12
21:15 32:12
**referring** 7:23 9:24
16:21 22:2 44:22
51:18
**refers** 40:14
**reflection** 48:24
**reflects** 46:14
**refreshing** 60:17
**regard** 27:4,7,12
**regarding** 12:2
19:19 23:7,17,18
24:11 25:7,16,20
28:2 34:25 35:1
35:11 38:25 41:15
49:4,5 57:9 64:10
65:7,11,23
**regulatory** 7:13
**reimbursement**
16:10 17:3
**rejected** 20:8 61:18
61:20 62:2
**rejection** 62:15
**relate** 49:21,25
50:1 65:1
**related** 9:10 14:3
16:10 27:20 47:18
61:20 62:15 64:21
64:24

Deposition of Cheryl Wahl, taken May 20, 2014

**relates** 47:22 48:10
**relating** 48:25
  49:13
**relation** 10:1
**relationship** 36:23
  37:1
**relative** 5:2 67:18
**relay** 28:3
**relied** 27:20 47:7,9
  49:9
**rely** 47:3,13,17
  48:13,17
**remember** 11:3,25
  14:7 21:9 29:24
  36:1
**repeat** 26:10 28:21
**rephrase** 5:12
**report** 7:20,21
  20:25 33:22 64:15
**reported** 8:7 34:13
**Reporter** 1:18
**reports** 20:22,24
**reproduced** 63:10
**required** 53:24
**requirement** 26:5
  26:11,17,19
**requirements** 7:14
  30:19 41:6
**research** 22:10,11
  22:14 27:16,17
  30:10
**researched** 30:15
  30:17
**resource** 36:18
**resources** 64:9
**respect** 9:7 20:11
  23:6 30:19
**responded** 55:13
**responses** 6:11
**responsibilities**
  7:18
**responsibility**
  64:12
**rest** 62:24
**result** 30:3
**review** 10:3 11:16

21:5 23:5,23 25:5
  25:14 27:5,15
  51:5,10 62:18,24
**reviewed** 9:20,22
  10:6,17 11:2,24
  21:25 23:11,13
  25:10,12 30:14
  60:18
**reviewing** 30:16
  63:13
**reviews** 20:4
**Riddle** 34:11,15,20
  37:19,23 39:3,6
  39:13 40:3,20,25
  64:6
**right** 11:13 15:24
  16:22 17:25 18:5
  18:14,19 19:6
  20:2 24:1 31:19
  42:11 53:18 59:24
  60:1 61:2,22,24
  64:16
**ring** 60:11
**risk** 36:17
**role** 19:23 40:23
**rules** 1:16 4:3
  17:10 18:21,25

**S**

**Sandusky** 42:17
**saying** 22:2 23:13
  37:16
**says** 26:17 38:14
  51:22 52:8
**school** 13:13,15
**seal** 67:22 68:12
**secretaries** 8:5
**secretary** 52:20,24
**sections** 32:13
**see** 4:12 22:24
  25:15 37:21 38:14
  39:16 50:25 51:20
  57:4,8
**seeing** 11:23 58:25
  61:7 63:16
**seek** 21:18 22:5

30:18,24 31:4
  41:18
**seen** 32:7,23 39:12
  39:15
**sense** 5:9
**sent** 25:13 34:20
  38:8 39:14 53:20
**separate** 19:7
**series** 61:15 62:11
  62:14
**serve** 8:8 9:11
**served** 8:23
**service** 36:12,13
  41:8 48:5 57:25
**services** 1:9 5:4
  8:14 11:7,9,19,20
  12:24 17:7 18:4,5
  19:19 24:16 36:14
  36:19,20,21 37:2
  37:11,17,24 38:15
  40:12,16 43:9
  49:23
**set** 1:22 7:18 18:25
  44:9 67:21
**Shaker** 24:4 45:3
**Shamekia** 61:6
**shared** 23:3
**SHEET** 69:1 70:1
**Sheryl** 38:11 64:6
**she'll** 6:1
**sign** 68:8
**SIGNATURE**
  69:23 70:23
**signed** 29:25
**similar** 17:19
**simple** 31:22
**simply** 31:8 47:14
**sir** 4:16
**sit** 24:8
**situation** 19:14
**Sohn** 38:21
**somebody** 22:18
  45:2 58:8
**sorry** 26:10 28:21
  39:5,11
**sought** 21:20,21

**Sound** 61:24
**source** 27:3 30:18
**south** 42:18,21
**space** 24:6
**speak** 5:10 6:5
  64:16
**specializations**
  41:24
**specific** 10:14 15:6
  16:4,6 31:16
**specifically** 10:6
  14:13,21 15:2
  23:1 25:18 41:25
**specified** 67:17
**spoke** 29:15 35:23
  46:25 47:10 49:20
  64:19
**spoken** 48:1,9
**Square** 2:4
**SS** 67:1 68:1
**staff** 8:2,6 39:19,21
  39:24 40:4 64:13
**stamped** 34:3
  37:19 46:9
**start** 32:17 34:1
**starting** 34:2
**state** 1:19 4:9 13:19
  50:20 52:7 53:5
  54:6 67:1,4,25
  68:1,6
**stated** 49:8 53:8
  54:8
**states** 1:1 52:12
  53:23 54:3
**stating** 51:20 52:3
  52:4 54:12
**stemmed** 61:17
**stenotype** 67:10
**steps** 32:20
**Steve** 37:19
**stick** 36:6
**stored** 57:23
**street** 1:21 2:10
  29:19
**strike** 58:2
**subject** 38:25

**submit** 43:10
**submitted** 16:2,19
  19:12,25 20:1
  62:19
**submitting** 16:12
  16:15
**substance** 49:1
**Suite** 1:20 2:4,9
**sum** 7:19
**summary** 32:19
**supervisor** 40:24
**supervisors** 14:20
  21:7 64:5 65:22
**supposed** 22:20,25
**sure** 6:1,10 15:21
  16:6 19:7 24:20
  24:25 25:12 41:23
  42:10,23,25 43:19
  45:11 51:8
**sworn** 4:4 67:6
**system** 1:8 7:3,11
  12:20 13:7 43:24
  57:15 60:20

**T**

**take** 6:12 13:11
  19:23 46:25 51:6
  51:10
**taken** 1:16,19
  32:20 57:14 67:16
**talk** 22:18 23:16
**talked** 50:15,16
  63:14
**talking** 14:23 27:18
**tax** 17:19,22
**Telepathic** 50:9
**telephone** 15:3,5
  50:19,22 51:4
  65:2
**tell** 6:2 29:5,10
**term** 28:17 44:14
  57:1
**testified** 4:5 19:5
**testify** 6:18 67:7
**testimony** 9:21
  12:3,25 30:1

Deposition of Cheryl Wahl, taken May 20, 2014

35:25 67:9,13
68:10,11
**therapists** 17:1,4
**thereto** 16:11
**think** 9:17 17:18
19:5 20:10 21:2
24:14 30:7 31:9
31:14 42:8 50:24
63:8,24 65:25
**three** 12:17 32:18
**time** 5:8 12:23
23:25 25:4 38:5
38:13 40:21 41:7
44:21 56:6,20,20
56:20 57:5,8
62:12 67:16
**timeframe** 25:15
**times** 46:5 63:10
**Tina** 35:18,18,24
**title** 12:14 38:3,13
**today** 5:2 6:18 9:21
30:2 32:8,24
38:23 39:12
**told** 26:1 27:9,13
27:21 48:22 49:13
50:21 51:2 52:4
52:12 53:6 60:10
**top** 35:14
**totally** 6:3
**touch** 58:9
**training** 7:12 9:9
**transcribed** 67:11
**transcript** 18:17
67:13 68:8,9
**transferring** 46:1
**tried** 7:19
**true** 67:12 68:9
**truth** 67:7,7,8
**truthfully** 6:18
**try** 21:18 22:18
**TUESDAY** 1:12
**two** 6:19 34:6 61:16
**type** 5:15 41:14,18
44:23 54:22 63:5
**types** 16:25 17:2
37:4

---
**U**
---
**UH** 5:5 6:23 7:8
12:6 13:12 14:15
15:19,22 17:15
19:8 37:5 41:5
42:3,4,14 43:2
50:4 58:9,10
**UHPS** 8:13,21,24
9:8,10,14 36:24
37:11,12 50:3
54:14
**UHPS's** 60:1
**Uh-huh** 50:7 56:12
61:11
**ultimately** 20:19,20
34:19
**unclear** 5:23
**undersigned** 1:17
**understand** 5:8 6:6
15:21 16:13 21:2
**understanding**
9:13 25:19 26:20
26:22 27:3,7,12
27:15 30:1 36:2,7
36:9,15 39:10,20
42:13 46:14 47:20
**understood** 5:16,18
**undertake** 54:16
54:21
**undertook** 63:22
**unique** 41:20
**UNITED** 1:1
**University** 1:7,8
5:4,6 6:22 7:1,25
8:14 12:11 13:16
13:23 15:15 37:14
42:4 49:22 58:2,4
**unquote** 26:17
**up-to-date** 24:18
**use** 20:16 21:11
28:15,16 40:19
45:18 58:16
**uses** 59:21

---
**V**
---
**valid** 53:24

**validation** 47:9
**variations** 16:5
**variety** 30:6
**various** 8:9 34:1
39:14
**verbal** 6:11
**verify** 41:17,19
**Victoria** 1:4 5:3
8:11 14:2,9,18
21:6 25:21 30:8
36:3,6 37:20
43:14 45:14,17,21
46:22 47:12 50:12
50:20 51:1 52:3
53:5 55:7 56:2
59:1,5 60:4 61:1,6
62:7 63:25 64:4
65:8,22
**Victoria's** 38:12
**voicemail** 52:1 54:5
59:9
**vs** 1:6

---
**W**
---
**Wahl** 1:12,14 3:1
4:1,7,11,14 67:6
68:7,18 69:24
70:24
**want** 41:8 51:6
**wanted** 41:10
**wasn't** 53:2
**way** 15:17 17:13
21:1 38:1 40:1
60:15 62:13 63:1
**ways** 59:16,17
**weeks** 10:4 11:24
**weird** 21:1
**went** 20:20,22
31:15 55:18 56:25
57:3
**west** 42:16
**we'll** 36:6 51:9 66:2
**we're** 13:3 65:25
**WHEREOF** 67:21
68:11
**Windenburg** 1:17

67:3,24
**witness** 5:21 51:10
51:12 67:10,21
**words** 39:9 59:21
**work** 63:4
**worked** 12:10,20
14:19 36:3,4,11
63:2 64:4
**working** 35:11
43:14 59:10,22,25
60:6,8,12
**worth** 32:7
**wouldn't** 22:8
29:18 32:11
**write** 18:16
**writing** 50:25
**written** 10:12 19:8
38:5
**wrong** 59:14
**wrote** 10:9,10
59:18 60:23

---
**Y**
---
**yeah** 18:18 60:3,21
**years** 4:18 6:19
12:17 13:10
**Youngstown** 42:24

---
**1**
---
**1:13-cv-2012** 1:6
**12** 42:8
**1300** 1:20 2:10
**14th** 67:23
**1436** 34:3,5
**1437** 37:19
**1438** 34:5
**1439** 46:9
**1442** 50:6
**1445** 52:8
**1449** 51:19,20
**1450** 53:12
**1451** 53:13
**1469** 58:24
**1470** 58:24
**1483** 60:23
**1485** 61:5

**1486** 61:5
**15** 63:10 67:25
**16** 3:7 32:3,6,18
33:12 34:7,10
35:6,8 42:9 63:9
63:16,20
**16th** 34:25
**1600** 1:20 2:9
**17** 34:8 35:6,8,15
39:17 46:12 47:22
50:12
**17th** 34:25
**19** 53:21 55:8
**1994** 13:18

---
**2**
---
**2:12** 1:21
**20** 1:12
**2005** 7:5 12:6,9
**2012** 8:4,20,25
10:13 19:15 24:1
24:18 26:18 33:14
39:13,17 46:7
53:21 57:14 58:4
58:14 61:3
**2013** 9:17
**2014** 1:12 67:23
68:14
**2015** 67:25
**216-280-2828** 2:5
**216-621-5161** 2:11
**23** 61:3
**29** 39:13

---
**3**
---
**3:01** 55:8
**3:09** 55:11
**3:25** 51:11
**3:27** 51:11
**3:40** 55:13
**3:58** 66:3
**32** 3:7

---
**4**
---
**4** 3:4
**44113** 2:5

Deposition of Cheryl Wahl, taken May 20, 2014

| | |
|---|---|
| **44114** 2:10 | |

**7**

**75** 2:4

**8**

**80** 32:6
**800** 44:20
**844-1000** 58:15
**855** 58:20
**855I** 15:13

**9**

**920** 2:4