Meisler Report re Victoria Johnson and Compliance

| Date | Time | Event | Document #- See attached | Summary |
|------|------|-------|--------------------------|---------|
| 7/17/2012 | 15:48 | Wahl email to Morrison/ Meisler re Victoria emailed compliant to Cheryl | 1 | Victoria stated that UHPS practice of putting its contact telephone number as the physician's contact number on the application form CMS-8551 is "lying" and "unethical." |
| 7/17/2012 | 17:21 | Meisler called CGS, per Wahl's direction, to discover if UHPS was completing the form 855i correctly | 2 | Meisler reviewed the Application CMS 855i Section 2 B. with which Victoria took issue and realized that CMS/ CGS would not expect a contact number to be answered by a physician, thus taking them away from patient care. Meisler called CGS (Cigna Government Services)- Spoke to Melissa (question given Ref # 9012199398320) and asked what was the purpose of the contact number on the physician application. Per Melissa, there is no expectation the physician will answer - the expectation is that physician can be contacted via that number, that messages will be forwarded. |
| 7/17/2012 | 18.5 | Meisler emailed Victoria re her emailed compliance complaint | 3 | Meisler thanked Victoria for contacting compliance and explained that CGS did not expect the physician's to answer the call and CGS understood that messages would be forwarded to the doctor at the contact telephone # |
| 7/19/2012 | 15:09 | Victoria's counter to Meisler's 07/17/2012 advice | 4 | Victoria sent an email disagreeing with Meisler and forwarded an email from Ms. Kim, Provider Enrollment Specialist, CGS to support Victoria's position that UHPS inappropriately directed Victoria to say "yes" to CGS when asked if the provider could be reached directly. |
| 7/19/2012 | 14:58 | Meisler f/u re Victoria's continued concerns | 5 | Meisler contacted Ms. Kim, explaining Victoria's concern that she is "lying" to CGS when she answers "yes" regarding whether the physician can be contacted at the Contact Telephone number on the Application. I reviewed with Ms. Kim that the physicians are employees, the employee works for UHHS - an Integrated Health Care Delivery System, Victoria works for UHPS, UHHS, as a Provider Enrollment Specialist and it is her job to assist the processing of the application on behalf of the physician. Per Ms Kim, CGS understands that in large organizations, the employed physicians are assisted in this process by their employer in order for the physicians to concentrate on patient care. Ms Kim offered the example of a large hospital System providing the contact telephone number of the Main Hospital Operator, who then confirms the physician is on staff at the hospital and can be contacted via the Operator. |



UHPS-JOHNSON 1433



PLAINTIFF'S EXHIBIT

16

WAHL

Meisler Report re Victoria Johnson and Compliance

| | | | | | |
|---|---|---|---|---|---|
| 7/20/2012 | 8:45 AM | Victoria's response to my email Doc #5 | | 6 | Meisler questioned Victoria - why would she direct physicians to fill out their own forms. |
| 7/20/2012 | 10:10 | Emails exchange between Meisler and Victoria | | 7 | Meisler response to Victoria to follow he Dept's Processes re the application - Victoria asking Meisler to notify Mgr Riddle that Dept should be placing its telephone on the application. In addition, Victoria confirms that she was directed by Ms. Kim that the provider does not have to directly answer the phone, only needs to be reached via the telephone number |
| 7/20/2012 | 10:58 | Emails between Cheryl and Meisler- | | 8 | Meisler attending a Meetingplace and answering Victoria 's via emails-Cheryls recommend Meisler call Victoria. |
| 7/20/2012 | 10:49 | Victoria emails Cheryl, Riddle, S. Johnson-leaving Meisler out | | 9 | Victoria asking Steve which number she should use - that the number she was told to use is "not valid number" because the providers, in her opinion, are located at main campus (untrue). |
| 7/20/2012 | 11:00 | Meisler gave background on Victoria to Cheryl | | 10 | Told Jen Coleman the hx of this ee |
| 7/20/2012 | 11:20 | Emails between Cheryl and Meisler- | | 11 | Meisler suggested (tongue-in-cheek-) Victoria had resigned effectively when she stated "I no longer want to participate..." in her job's required process. Meisler then stated belief that Victoria was insubordinate, attempting to reel-in CGS to help her discredit UHPS business process. . |
| REDACTED - ATTORNEY-CLIENT PRIVILEGE | | | | | |
| 7/20/2012 | 16:00 | Wahl and Meisler created letter for Victoria | NA | | Need address- Cannot get it from Tina until Monday |
| 7/23/2012 | 16:00 | Janine Dipko, Assistant to Meisler-hand-delivered letter to Victoria | | 13 | Letter form Cheryl |

UHPS-JOHNSON 1434

Meisler Report re Victoria Johnson and Compliance

| 7/24/2012 | 8:56 | Emails form Morrison/ Riddle/ Victoria | 14 | |
|-----------|------|------|-----|-----|
| 7/24/2012 | 9:59 | Email from Meisler to Riddle/ Morrison/Wahl | 15 | Meisler spoke to CGS employee Shamikia McLaughlin who stated that Victoria reported to her that the physician cannot be reached at the telephone number on the application- Meisler explained that a message can be sent to the physician. Asked for Supervisor to determine if CGS employees info that UHPS processes are OK can be confirmed by a supervisor. |
| 7/24/2012 | 10:00 | Meisler called CGS supervisor Paula Patti | NA | Per Paula- UHPS processes are fine- Paula recommended - if Victoria does not want to say that the provider can be reached at the number on the application, in order to avoid further delay, Victoria can tell the CGS employee that while it is not the provider's direct line – it is her job to get any message to the physician. |
| 7/24/2012 | 10:14 | Email from Meisler to Victoria | 16 | Email to Victoria on how she can tell the CGS employee the "truth" and let them know that her job is to give CGS messages to the physician.. |
| 7/24/2012 | 12:25 | Email from Meisler to Riddle/ Morrison/Wahl | 17 | Meisler analysis of financial harm caused by Victoria not following her depts. instruction. |

UHPS-JOHNSON 1435



**Meisler, Carole**

| | |
|---|---|
| **From:** | Wahl, Cheryl |
| **Sent:** | Tuesday, July 17, 2012 3:48 PM |
| **To:** | Morrison, Christina; Meisler, Carole |
| **Subject:** | FW: Medicare Applications |

Tina —
Let's discuss.  Please call me or Carole when you have a chance.  Thanks.

CFW

**From:** Johnson, Victoria
**Sent:** Tuesday, July 17, 2012 7:58 AM
**To:** Wahl, Cheryl
**Subject:** FW: Medicare Applications

FYI

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Monday, July 16, 2012 2:37 PM
**To:** Riddle, Steve
**Cc:** Morrison, Christina
**Subject:** FW: Medicare Applications

Steve,

Sorry I miss the meeting today, not sure if this issue was resolved today, however this has been an issue that has been brought up at our weekly meetings.  While we in these department have been telling CGS that the doctors can be reached at this number although they cannot, and in which I have had reservations about lying since we incorporated this practice, I will not be participating in this unethical practice any longer for moral reasons.  This has situation has impose additional stress and in turn affects my performance as it has made me feel that if I don't participate my job is at risk.

Additionally, I had conversations with my family this past weekend about my taking a prescribed medication (stress and antidepressants) in order to deal with the stress that I have endured in this department and they wish me to stop taking the medication as I as always been a healthy person and they are afraid of the side effects and long term use of the medication.

Victoria D. Johnson

7/26/2012

UHPS-JOHNSON 1436

University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Riddle, Steve
**Sent:** Friday, June 29, 2012 12:14 PM
**To:** Hasselstrom, Jordan; Johnson, Sheryl L; Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Subject:** RE: Medicare Applications

Lets make sure everyone who answers the phone...specifically for the MP billing services line that they recognize the area code(s) and answer the phone such that it is not determined that we are a billing company

**Steve Riddle**
**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

**From:** Hasselstrom, Jordan
**Sent:** Friday, June 29, 2012 10:35 AM
**To:** Johnson, Sheryl L; Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Cc:** Riddle, Steve
**Subject:** RE: Medicare Applications

Yes and yesterday they called to verify spoke to Monica- confirmed everything then denied the app and said we were a billing company ☺  We both sent her a nice detailed email telling her we were not and haven't heard a thing.

**From:** Johnson, Sheryl L
**Sent:** Friday, June 29, 2012 10:21 AM
**To:** Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Cc:** Hasselstrom, Jordan; Riddle, Steve
**Subject:** Medicare Applications
**Importance:** High

Good Morning — I just wanted to send this reminder to let everyone know that CGS is **extremely critical** of the applications that are submitted.  Bianca had 2 applications returned because the imprinted date in the bottom left hand corner on several of the pages were cut off when they were copied on the printer.  I think this is completely ridiculous but this is CGS.

Please review your applications closely when submitting them.  Who would have guessed that they would return an application because a date was cut off!

7/26/2012

UHPS-JOHNSON 1437

Sheryl Johnson
Provider Services Manager
UHPS
24701 Euclid Avenue
Euclid, OH 44117
PH: 216-692-1144
FX: 216-383-6745

7/26/2012

UHPS-JOHNSON 1438

**Meisler, Carole**

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Tuesday, July 17, 2012 5:21 PM |
| **To:** | Wahl, Cheryl |
| **Cc:** | Morrison, Christina |
| **Subject:** | FW: Medicare Applications |
| **Importance:** | High |

Hi Cheryl-

I just spoke to CGS, on speaker, with both Tina and Sheryl Johnson present.
I received an answer from Melissa, CGS Customer Service and the reference code for my question and her answer is # 9012199398320
Per Melissa, the purpose of the telephone contact number is that they need to be able to verify information on the application form 855.
Per Melissa, they do not expect to have direct access to the physician.
They know physicians are busy taking care of patients.
They need a number to contact someone who will get the info from the physician and report back.
Melissa gave as an example, when she calls her personal physician she does not expect to reach him directly, but she does expect that he will be contacted for my needs.

I will send Victoria an email (cc to you) - thanking her for letting Compliance know her concern and that I researched it with CGS and was told our practices are compliant.

OK

**From:** Wahl, Cheryl
**Sent:** Tuesday, July 17, 2012 3:48 PM
**To:** Morrison, Christina; Meisler, Carole
**Subject:** FW: Medicare Applications

Tina –
Let's discuss.  Please call me or Carole when you have a chance.  Thanks.

CFW

**From:** Johnson, Victoria
**Sent:** Tuesday, July 17, 2012 7:58 AM
**To:** Wahl, Cheryl
**Subject:** FW: Medicare Applications

FYI

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria

7/26/2012

UHPS-JOHNSON 1439

**Sent:** Monday, July 16, 2012 2:37 PM
**To:** Riddle, Steve
**Cc:** Morrison, Christina
**Subject:** FW: Medicare Applications

Steve,

Sorry I miss the meeting today, not sure if this issue was resolved today, however this has been an issue that has been brought up at our weekly meetings. While we in these department have been telling CGS that the doctors can be reached at this number although they cannot, and in which I have had reservations about lying since we incorporated this practice, I will not be participating in this unethical practice any longer for moral reasons. This has situation has impose additional stress and in turn affects my performance as it has made me feel that if I don't participate my job is at risk.

Additionally, I had conversations with my family this past weekend about my taking a prescribed medication (stress and antidepressants) in order to deal with the stress that I have endured in this department and they wish me to stop taking the medication as I as always been a healthy person and they are afraid of the side effects and long term use of the medication.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Riddle, Steve
**Sent:** Friday, June 29, 2012 12:14 PM
**To:** Hasselstrom, Jordan; Johnson, Sheryl L; Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Subject:** RE: Medicare Applications

Lets make sure everyone who answers the phone...specifically for the MP billing services line that they recognize the area code(s) and answer the phone such that it is not determined that we are a billing company

**Steve Riddle**
**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

**From:** Hasselstrom, Jordan
**Sent:** Friday, June 29, 2012 10:35 AM
**To:** Johnson, Sheryl L; Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Cc:** Riddle, Steve

7/26/2012

**Subject:** RE: Medicare Applications

Yes and yesterday they called to verify spoke to Monica- confirmed everything then denied the app and said we were a billing company ☹  We both sent her a nice detailed email telling her we were not and haven't heard a thing.

---

**From:** Johnson, Sheryl L
**Sent:** Friday, June 29, 2012 10:21 AM
**To:** Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Cc:** Hasselstrom, Jordan; Riddle, Steve
**Subject:** Medicare Applications
**Importance:** High

Good Morning — I just wanted to send this reminder to let everyone know that CGS is **extremely critical** of the applications that are submitted.  Bianca had 2 applications returned because the imprinted date in the bottom left hand corner on several of the pages were cut off when they were copied on the printer.  I think this is completely ridiculous but this is CGS.

Please review your applications closely when submitting them.  Who would have guessed that they would return an application because a date was cut off!

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

7/26/2012

UHPS-JOHNSON 1441

Page 1 of 1

**Meisler, Carole**

(3)

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Tuesday, July 17, 2012 6:50 PM |
| **To:** | Johnson, Victoria |
| **Cc:** | Wahl, Cheryl |
| **Subject:** | Query regarding Form CMS-855R, Section 2: B Correspondence Address |

Hello Victoria-

Thank you for contacting the UH Compliance Department regarding the contact telephone number on Form CMS-855R, Section 2: B. Correspondence Address.

I contacted Cigna Government Services (CGS), the CMS authorized vendor, and inquired if a physician must answer the contact telephone number.
A CGS specialist explained there is no expectation that a physician would answer the contact telephone number.
In fact, the expectation is that a physician <u>would not </u>be answering the contact telephone number and that messages would be forwarded to the physician as needed.
The purpose for the contact telephone number is in order to verify information on the application.
CGS recognizes that often support personnel will be able to handle these queries.

Thank you again for forwarding your concerns and please let me know if you have any other questions.

Carole Meisler
Local Compliance Officer
University Hospitals Physician Services
24701 Euclid Avenue
Euclid, OH 44117
Office: 216.692.1971  FAX: 216.383.6738
carole.meisler@uhhospitals.org

7/26/2012



**Meisler, Carole**

| | |
|---|---|
| **From:** | Johnson, Victoria |
| **Sent:** | Thursday, July 19, 2012 3:09 PM |
| **To:** | Meisler, Carole |
| **Cc:** | Wahl, Cheryl |
| **Subject:** | FW: Angela Capp, AA (Entry#155807) |
| **Attachments:** | Entry#155807-Angela Capp, AA.pdf *(Attached)* |

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM
**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to complete Ms. Capp's Medicare enrollment application.  A summary of the requested information is also listed below.

You may access the Medicare enrollment application and certification pages from the CMS website at www.cms.gov/MedicareProviderSupEnroll as needed.

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

**CMS 855I:**
Section 2B:  Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.

Section 15:  Please submit a newly signed and dated certification statement.  This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn:  Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or

7/26/2012

UHPS-JOHNSON 1443

your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
phone: 615.800.8931, ext. 2248
email: un.kim@cgsadmin.com
fax numbers:     (OH) 615.664.5925
                 (KY) 615.664.5915
Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and
distribution limited solely to authorized personnel.(c) CGS Administrators, LLC and © 2012 CGS Administrators,
LLC.

CGS Administrators LLC is no longer affiliated with CIGNA corporation

7/26/2012

UHPS-JOHNSON 1444

Meisler, Carole

| | |
|---|---|
| **From:** | Johnson, Victoria |
| **Sent:** | Thursday, July 19, 2012 1:19 PM |
| **To:** | Meisler, Carole |
| **Cc:** | Wahl, Cheryl |
| **Subject:** | Query regarding Form CMS-855R, Section 2: B Correspondence Address |

Hi Carole,

Section 2B states "Provide contact information for the person shown above. Once enrolled the information provided below will be used by the fee-for-service contractor if it needs to contact you **directly**. This is address cannot be a billing agency's address.

In Section 2B, we have been using 24701 Euclid Avenue, Euclid, Ohio 44117 which is the billing office.

11100 Euclid Avenue, Cleveland, Ohio 44106 is the contact office for the provider.

The contact number for office support is listed in Section 13, which is used for verifying information.

Also when asked by the fee-for-service as to whether the provider can be reached **directly** as this number, not that they expect them to answer the phone,  we were instructed to say yes.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Tuesday, July 17, 2012 6:50 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** Query regarding Form CMS-855R, Section 2: B Correspondence Address

Hello Victoria-

Thank you for contacting the UH Compliance Department regarding the contact telephone number on Form CMS-855R, Section 2: B. Correspondence Address.

I contacted Cigna Government Services (CGS), the CMS authorized vendor, and inquired if a physician must answer the contact telephone number.
A CGS specialist explained there is no expectation that a physician would answer the contact telephone number.
In fact, the expectation is that a physician <u>would not</u> be answering the contact telephone number and that

7/26/2012

UHPS-JOHNSON 1445

messages would be forwarded to the physician as needed.
The purpose for the contact telephone number is in order to verify information on the application.
CGS recognizes that often support personnel will be able to handle these queries.

Thank you again for forwarding your concerns and please let me know if you have any other questions.

Carole Meisler
Local Compliance Officer
University Hospitals Physician Services
24701 Euclid Avenue
Euclid, OH 44117
Office: 216.692.1971  FAX: 216.383.6738
carole.meisler@uhhospitals.org

7/26/2012

UHPS-JOHNSON 1446



PO Box 20017
Nashville, TN 37202-5226

July 19, 2012

UNIVERSITY HOSPITALS MEDICAL GROUP INC
Attn: MS. VICTORIA JOHNSON
24701 EUCLID AVENUE
EUCLID, OH 44117-1714

Re: Request for additional information - MS. ANGELA M. CAPP

Dear MS. VICTORIA JOHNSON:

We have received your Medicare enrollment application. In order to complete processing your application we are requesting the following revisions and/or supporting documentation. Consistent with regulations found at 42 CFR §424.525, we may reject this application if you do not furnish complete information within 30 calendar days of the date of this letter.

Requested Revisions:

- We were unable to verify that the provider can be reached directly at the phone number provided in the "Correspondence Address" section of the CMS 855I Application. You must list a valid phone number where we can directly contact the provider in section 2B of the CMS 855I Application. Billing agency and management company phone numbers are not acceptable. Also, an unidentified voicemail will not be acceptable.

- Each time corrections are made to the application, a new signature page must be submitted acknowledging the change(s). Submit a newly signed and newly dated certification statement of the CMS 855I Application. Please note, a copy of a prior signature with a changed date will not be accepted.

- CMS has established criteria for determining the eligibility of non-physician practitioners for enrollment and reimbursement under Part B of the Medicare program. A copy of the non physician practitioner's degree, certificate or transcript demonstrating that requirements were met for the practitioner's specialty must be submitted. You may fax or email the document.

- Please submit the requested information to the CGS Provider Enrollment department via email or fax. The fax number for Kentucky is 615.664.5915. The fax number for Ohio is 615.664.5925.

Page 1 of 2



UHPS-JOHNSON 1447

Please be sure that you include a newly signed certification statement and/or authorization statement. The same individual(s) that signed the original application must sign the new certification statement page. Medicare enrollment application(s) and certification statement pages must be downloaded from the Centers for Medicare & Medicaid Services (CMS) Web site at www.cms.gov/MedicareProviderSupEnroll.

To facilitate the processing of your application(s), you should submit the requested revisions and/or supporting documentation within 30 days to me at the address listed below:

CGS Administrators, LLC
J15 - Part B Provider Enrollment
PO Box 20017
Nashville, TN 37202-5226

Finally, please attach a copy of this letter with your revised application. If you have questions regarding the items requested, please contact me directly at 615-800-8931 ext 2248. For additional information you may visit our website at www.cgsmedicare.com and select Part B, then Provider Enrollment.

Sincerely,

Un Kim

Provider Enrollment

Reference Number: 155807

UHPS-JOHNSON 1448

## Meisler, Carole

(5)

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Thursday, July 19, 2012 4:58 PM |
| **To:** | Johnson, Victoria |
| **Cc:** | Wahl, Cheryl |
| **Subject:** | RE: Angela Capp, AA (Entry#155807) |
| **Importance:** | High |

Hello Victoria-
Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application.
There is no expectation that a physician will answer the telephone directly.
For example, per Ms. Kim, she works with a large hospital system that provides the Hospital's main telephone number and the Hospital Operator answers the telephone.

FYI-I was very clear with her regarding your concerns and she assured me that UH complies with CGS's expectations.
Thank you again for bringing this to UH Compliance Dept.

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 4:19 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hi Carole,
I am not confused.  The Provider Enrollment team is using the current form, otherwise CGS would clearly reject it.  We have not just started processing these applications and this issue has been discussed many times at our weekly meetings.
Yes, the application  does not state **"Section 2B:  Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name"**
We are aware that if no one answers the phone it then has to go to the provider's voicemail.  I asked the representative to send that to me in writing so that I could forward it to you in detail what their expectations are.
Bottom line is that they cannot be reached directly at this number and if they were to call the number we put on the application and no one answered the voicemail greeting would not be one of the provider.

You can contact CGS for any other clarifications.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole

7/27/2012

UHPS-JOHNSON 1449

**Sent:** Thursday, July 19, 2012 3:40 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hello Victoria-

I understand your confusion.
CGS is giving conflicting information. I went on line and looked at Form 855I page 5, Section 2 B.
Correspondence Address and *the current form does not state;*
**Section 2B:** Please list a valid correspondence phone number where the provider can be reached
directly. If noone is available to answer the phone when called, the voicemail greeeting should
clearly state the provider's name.
The current CMS 855I states- "Provide contact information for the person shown in Section 2A above.
Once enrolled, the information provided below will be used by the fee-for service contractor if it needs to
contact you directly....."

It looks like they forwarded an old form to you!
Per CGS, physician's support staff can answer the phone and give a message to the physician.

Any other questions?

---

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** FW: Angela Capp, AA (Entry#155807)

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM
**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to
complete Ms. Capp's Medicare enrollment application. A summary of the requested information is also listed
below.

You may access the Medicare enrollment application and certification pages from the CMS website at
www.cms.gov/MedicareProviderSupEnroll as needed.

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

7/27/2012

UHPS-JOHNSON 1450

**CMS 855I:**
Section 2B: Please list a valid correspondence phone number where the provider can be reached directly. If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.

Section 15: Please submit a newly signed and dated certification statement. This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn: Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
**phone:** 615.800.8931, ext. 2248
**email:** un.kim@cgsadmin.com
**fax numbers:** (OH) 615.664.5925
(KY) 615.664.5915
Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.(c) CGS Administrators, LLC and © 2012 CGS Administrators, LLC.

CGS Administrators LLC is no longer affiliated with CIGNA corporation

7/27/2012

UHPS-JOHNSON 1451

⑥

## Meisler, Carole

| | |
|---|---|
| **From:** | Johnson, Victoria |
| **Sent:** | Friday, July 20, 2012 8:45 AM |
| **To:** | Meisler, Carole |
| **Cc:** | Wahl, Cheryl |
| **Subject:** | RE: Angela Capp, AA (Entry#155807) |

I am not sure I understand your question.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:37 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why?

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:39 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will also have the providers complete Section 2B themselves as we have been populating this information on the application for them.

Thanks again.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:09 AM
**To:** Meisler, Carole

7/27/2012

UHPS-JOHNSON 1452

**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Thanks, I will call them to make sure I am interpreting CGS's expectations correctly.


Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 4:58 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)
**Importance:** High

Hello Victoria-
Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application.
There is no expectation that a physician will answer the telephone directly.
For example, per Ms. Kim, she works with a large hospital system that provides the Hospital's main telephone number and the Hospital Operator answers the telephone.

FYI-I was very clear with her regarding your concerns and she assured me that UH complies with CGS's expectations.
Thank you again for bringing this to UH Compliance Dept.

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 4:19 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hi Carole,
I am not confused. The Provider Enrollment team is using the current form, otherwise CGS would clearly reject it. We have not just started processing these applications and this issue has been discussed many times at our weekly meetings.
Yes, the application does not state **"Section 2B: Please list a valid correspondence phone number where the provider can be reached directly. If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name"**
We are aware that if no one answers the phone it then has to go to the provider's voicemail. I asked the representative to send that to me in writing so that I could forward it to you in detail what their expectations are. Bottom line is that they cannot be reached directly at this number and if they were to call the number we put on the application and no one answered the voicemail greeting would not be one of the provider.


You can contact CGS for any other clarifications.


7/27/2012

UHPS-JOHNSON 1453

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 3:40 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA {Entry# 155807)

Hello Victoria-

I understand your confusion.
CGS is giving conflicting information. I went on line and looked at Form 855I page 5, Section 2 B.
Correspondence Address and *the current form does not state*:
**Section 2B:  Please list a valid correspondence phone number where the provider can be reached
directly.  If noone is available to answer the phone when called, the voicemail greeeting should
clearly state the provider's name.**
**The current CMS 855I states- "Provide contact information for the person shown in Section 2A above.
Once enrolled, the information provided below will be used by the fee-for service contractor if it needs to
contact you directly….."**

**It looks like they forwarded an old form to you!**
**Per CGS, physician's support staff can answer the phone and give a message to the physician.**

Any other questions?

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** FW: Angela Capp, AA (Entry#155807)

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM

7/27/2012

UHPS-JOHNSON 1454

**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to complete Ms. Capp's Medicare enrollment application. A summary of the requested information is also listed below.

You may access the Medicare enrollment application and certification pages from the CMS website at www.cms.gov/MedicareProviderSupEnroll as needed.

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

**CMS 855I:**
Section 2B: Please list a valid correspondence phone number where the provider can be reached directly. If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.

Section 15: Please submit a newly signed and dated certification statement. This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn: Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
**phone:** 615.800.8931, ext. 2248
**email:** un.kim@cgsadmin.com
**fax numbers:**   (OH) 615.664.5925
                   (KY) 615.664.5915
Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.(c) CGS Administrators, LLC and © 2012 CGS Administrators, LLC.
CGS Administrators LLC is no longer affiliated with CIGNA corporation

7/27/2012

UHPS-JOHNSON 1455

**Meisler, Carole**

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Friday, July 20, 2012 10:10 AM |
| **To:** | Johnson, Victoria |
| **Cc:** | Wahl, Cheryl |

**Subject:** RE: Angela Capp, AA (Entry#155807)

Great- S
So that we are all on the same page.
Follow the directives of your UHPS supervisor regarding the application section dealing with contact information.
I have educated Sheryl and Steve that their processes are correct.

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 10:00 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I did not say CGS ordered us to use that number, I said Kim said may use the hospital operator and we would be in compliance if we did.  (See her response below.)  Nowhere in my email did I say they ordered me to use the hospital number.

In your email, you did not say we should not use the main hospital number.

Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application

Please do not accuse me of changing the department policy as I have not changed any department processes.  I only suggested to you to let Steve Riddle know that this is their policy.

Please clarify with Steve which number other than the Central Billing Office we should be using as the existing number is not in compliance?

Per Kim,

You may use the hospital operator number as long as they will verify that the provider can be reached at that number.

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
**phone:** 615.800.8931, ext. 2248
**email:** un.kim@cgsadmin.com
**fax numbers:**  (OH) 615.664.5925
(KY) 615.664.5915

7/27/2012

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 9:12 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

CGS did not order you to use the hospital number.
UH can- however, that is up to UH operations.
Please do not change Dept processes without an OK from you supervisor.

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 9:07 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Just received email from Kim CGS, stating we can populate the application with the main hospital number per
CGS.  Please let Steve Riddle know that this is their policy as we can no longer use CBO's phone number.  I am
sure the department will be happy to hear this.

Thanks for your help.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:49 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

7/27/2012

UHPS-JOHNSON 1457

Why "have the providers complete Section 2B themselves as we have been populating this information on the application for them?"

---

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 8:45 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I am not sure I understand your question.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:37 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why?

---

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:39 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will also have the providers complete Section 2B themselves as we have been populating this information on the application for them.

Thanks again.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

7/27/2012

UHPS-JOHNSON 1458

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:09 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Thanks, I will call them to make sure I am interpreting CGS's expectations correctly.


Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 4:58 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)
**Importance:** High

Hello Victoria-
Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application.
There is no expectation that a physician will answer the telephone directly.
For example, per Ms. Kim, she works with a large hospital system that provides the Hospital's main telephone number and the Hospital Operator answers the telephone.

FYI–I was very clear with her regarding your concerns and she assured me that UH complies with CGS's expectations.
Thank you again for bringing this to UH Compliance Dept.

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 4:19 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hi Carole,
I am not confused. The Provider Enrollment team is using the current form, otherwise CGS would clearly reject it. We have not just started processing these applications and this issue has been discussed many times at our weekly meetings.
Yes, the application does not state **"Section 2B: Please list a valid correspondence phone number where the provider can be reached directly. If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name"**
We are aware that if no one answers the phone it then has to go to the provider's voicemail. I asked the representative to send that to me in writing so that I could forward it to you in detail what their expectations are. Bottom line is that they cannot be reached directly at this number and if they were to call the number we put on the application and no one answered the voicemail greeting would not be one of the provider.

7/27/2012

UHPS-JOHNSON 1459

· You can contact CGS for any other clarifications.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 3:40 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hello Victoria-

I understand your confusion.
CGS is giving conflicting information. I went on line and looked at Form 855I page 5, Section 2 B.
Correspondence Address and *the current form does not state*:
**Section 2B: Please list a valid correspondence phone number where the provider can be reached
directly. If noone is available to answer the phone when called, the voicemail greeeting should
clearly state the provider's name.**
**The current CMS 855I states- "Provide contact information for the person shown in Section 2A above.
Once enrolled, the information provided below will be used by the fee-for service contractor if it needs to
contact you directly....."**

It looks like they forwarded an old form to you!
Per CGS, physician's support staff can answer the phone and give a message to the physician.

Any other questions?

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** FW: Angela Capp, AA (Entry#155807)

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax

7/27/2012

UHPS-JOHNSON 1460

Email address: victoria.johnson@UHhospitals.org

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM
**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to complete Ms. Capp's Medicare enrollment application. A summary of the requested information is also listed below.

You may access the Medicare enrollment application and certification pages from the CMS website at www.cms.gov/MedicareProviderSupEnroll as needed.

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

**CMS 855I:**
Section 2B:  Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.

Section 15:  Please submit a newly signed and dated certification statement.  This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn:  Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
**phone:** 615.800.8931, ext. 2248
**email:** un.kim@cgsadmin.com
**fax numbers:**    (OH) 615.664.5925
                          (KY) 615.664.5915
Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.(c) CGS Administrators, LLC and © 2012 CGS Administrators, LLC.
CGS Administrators LLC is no longer affiliated with CIGNA corporation

7/27/2012

UHPS-JOHNSON 1461



**Meisler, Carole**

| | |
|---|---|
| **From:** | Wahl, Cheryl |
| **Sent:** | Friday, July 20, 2012 10:58 AM |
| **To:** | Meisler, Carole |
| **Subject:** | RE: Angela Capp, AA (Entry#155807) |

I'm in a meeting until 11:30


Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

------Original Message------
**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 10:18 AM Eastern Standard Time
**To:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will – I am on a call.
I want to tell you some background – are you available?

**From:** Wahl, Cheryl
**Sent:** Friday, July 20, 2012 10:13 AM
**To:** Meisler, Carole
**Subject:** RE: Angela Capp, AA (Entry#155807)

Who is Sheryl? Would prefer that you and Victoria get on the phone and discuss this vs all the emails.


Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

------Original Message------
**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 10:09 AM Eastern Standard Time
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Great- S
So that we are all on the same page.
Follow the directives of your UHPS supervisor regarding the application section dealing with contact information.
I have educated Sheryl and Steve that their processes are correct.


7/27/2012

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 10:00 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I did not say CGS ordered us to use that number, I said Kim said may use the hospital operator and we would be in compliance if we did.  (See her response below.)  Nowhere in my email did I say they ordered me to use the hospital number.

In your email, you did not say we should not use the main hospital number.

Good New!!.
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application

Please do not accuse me of changing the department policy as I have not changed any department processes.  I only suggested to you to let Steve Riddle know that this is their policy.

Please clarify with Steve which number other than the Central Billing Office we should be using as the existing number is not in compliance?

Per Kim,

You may use the hospital operator number as long as they will verify that the provider can be reached at that number.

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
**phone:** 615.800.8931, ext. 2248
**email:** un.kim@cgsadmin.com
**fax numbers:**   (OH) 615.664.5925
                          (KY) 615.664.5915

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax

7/27/2012

UHPS-JOHNSON 1463

Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 9:12 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

CGS did not order you to use the hospital number.
UH can- however, that is up to UH operations.
Please do not change Dept processes without an OK from you supervisor.

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 9:07 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Just received email from Kim CGS, stating we can populate the application with the main hospital number per CGS.  Please let Steve Riddle know that this is their policy as we can no longer use CBO's phone number.  I am sure the department will be happy to hear this.

Thanks for your help.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:49 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why "have the providers complete Section 2B themselves as we have been populating this information on the application for them?"

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 8:45 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I am not sure I understand your question.

Victoria D. Johnson

7/27/2012

UHPS-JOHNSON 1464

University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:37 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why?

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:39 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will also have the providers complete Section 2B themselves as we have been populating this information on the application for them.

Thanks again.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:09 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Thanks, I will call them to make sure I am interpreting CGS's expectations correctly.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue

7/27/2012

UHPS-JOHNSON 1465

Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 4:58 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)
**Importance:** High

Hello Victoria-
Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application.
There is no expectation that a physician will answer the telephone directly.
For example, per Ms. Kim, she works with a large hospital system that provides the Hospital's main telephone number and the Hospital Operator answers the telephone.

FYI-I was very clear with her regarding your concerns and she assured me that UH complies with CGS's expectations.
Thank you again for bringing this to UH Compliance Dept.

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 4:19 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hi Carole,
I am not confused. The Provider Enrollment team is using the current form, otherwise CGS would clearly reject it. We have not just started processing these applications and this issue has been discussed many times at our weekly meetings.
Yes, the application does not state **"Section 2B: Please list a valid correspondence phone number where the provider can be reached directly. If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name"**
We are aware that if no one answers the phone it then has to go to the provider's voicemail. I asked the representative to send that to me in writing so that I could forward it to you in detail what their expectations are. Bottom line is that they cannot be reached directly at this number and if they were to call the number we put on the application and no one answered the voicemail greeting would not be one of the provider.

You can contact CGS for any other clarifications.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

7/27/2012

UHPS-JOHNSON 1466

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 3:40 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hello Victoria-

I understand your confusion.
CGS is giving conflicting information. I went on line and looked at Form 855I page 5, Section 2 B.
Correspondence Address and *the current form does not state:*
**Section 2B: Please list a valid correspondence phone number where the provider can be reached directly. If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.**
The current CMS 855I states- "Provide contact information for the person shown in Section 2A above. Once enrolled, the information provided below will be used by the fee-for service contractor if it needs to contact you directly....."

It looks like they forwarded an old form to you!
Per CGS, physician's support staff can answer the phone and give a message to the physician.

Any other questions?

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** FW: Angela Capp, AA (Entry#155807)

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM
**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to complete Ms. Capp's Medicare enrollment application.  A summary of the requested information is also listed below.

You may access the Medicare enrollment application and certification pages from the CMS website at www.cms.gov/MedicareProviderSupEnroll as needed.

7/27/2012

UHPS-JOHNSON 1467

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

**CMS 855I:**
Section 2B:  Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.

Section 15:  Please submit a newly signed and dated certification statement.  This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn:  Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
phone: 615.800.8931, ext. 2248
email: un.kim@cgsadmin.com
fax numbers:    (OH) 615.664.5925
                        (KY) 615.664.5915

Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.(c) CGS Administrators, LLC and © 2012 CGS Administrators, LLC.

CGS Administrators LLC is no longer affiliated with CIGNA corporation

7/27/2012

Ⓠ

**Meisler, Carole**

| | |
|---|---|
| **From:** | Wahl, Cheryl |
| **Sent:** | Friday, July 20, 2012 10:59 AM |
| **To:** | Meisler, Carole |
| **Subject:** | FW: Medicare application ref#155649 Dr. Joseph Stone |
| **Attachments:** | STONE.pdf |

FYI


Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

-----Original Message-----
**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 10:49 AM Eastern Standard Time
**To:** Riddle, Steve; Johnson, Sheryl L; Wahl, Cheryl
**Subject:** FW: Medicare application ref#155649 Dr. Joseph Stone

Please advise which number we should use. As the existing number that we have been using is not a valid number. I no longer want to participate in telling CGS that the provider can be reached at this location as most of them are located at main campus.


Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** ANDREW.BAUMANN@cgsadmin.com [mailto:ANDREW.BAUMANN@cgsadmin.com]
**Sent:** Friday, July 20, 2012 9:50 AM
**To:** Johnson, Victoria
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

Good morning Victoria,

For section 2B the phone number should be a number that either a voicemail or a person can identify that the number is a valid number to contact a provider. So either a voicemail that the voicemail identifies the provider or at the location where the providers will be working. If you have any other questions please feel free to ask.

Thank you,


7/27/2012

UHPS-JOHNSON 1469

**Andrew Baumann**
**Provider Enrollment**
**CGS Administrators, LLC**
**Two Vantage Way, Nashville, TN 37228**
**Phone: 615.660.5293**
email: andrew.baumann@cgsadmin.com

Check the status of your enrollment application: Online Provider Enrollment Application Status
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
For applications in process: to expedite the processing please remember to include your reference number on all communications to CGS

Confidential, unpublished property of CGS Administrators, LLC.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2012 CGS Administrators, LLC.
CGS Administrators, LLC is no longer affiliated with CIGNA corporation.

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Friday, July 20, 2012 7:32 AM
**To:** ANDREW BAUMANN
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

Good morning Andrew,


Can you please clarify what CGS expectations are when asking if the provider can be reached directly at this number and what number should be listed in section 2b?

I will have the provider comply.



Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** ANDREW.BAUMANN@cgsadmin.com [mailto:ANDREW.BAUMANN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Johnson, Victoria
**Subject:** Medicare application ref#155649 Dr. Joseph Stone

Good afternoon Victoria,

The information that is requested in the attachment is needed to complete the process of the application. Please only submit the fields/selections that are requested. This information must be submitted on newly downloaded pages of the application. You can email me the information at Andrew.baumann@cgsadmin.com or fax the information to: 615-664-5925.


7/27/2012

UHPS-JOHNSON 1470

Thank you,

**Andrew Baumann**
**Provider Enrollment**
**CGS Administrators, LLC**
**Two Vantage Way, Nashville, TN 37228**
**Phone: 615.660.5293**
email: andrew.baumann@cgsadmin.com
Check the status of your enrollment application: Online Provider Enrollment Application Status
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
For applications in process: to expedite the processing please remember to include your reference number on all communications to CGS

Confidential, unpublished property of CGS Administrators, LLC.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2012 CGS Administrators, LLC.
CGS Administrators, LLC is no longer affiliated with CIGNA corporation.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

7/27/2012

## Meisler, Carole

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Friday, July 20, 2012 11:00 AM |
| **To:** | Wahl, Cheryl |
| **Subject:** | RE: Angela Capp, AA (Entry#155807) |

I just gave Jen Coleman the background on this ee.
She will share it with you.
I will call the ee and talk to her

**From:** Wahl, Cheryl
**Sent:** Friday, July 20, 2012 10:58 AM
**To:** Meisler, Carole
**Subject:** RE: Angela Capp, AA (Entry#155807)

I'm in a meeting until 11:30

Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

-----Original Message-----
**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 10:18 AM Eastern Standard Time
**To:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will -- I am on a call.
I want to tell you some background -- are you available?

**From:** Wahl, Cheryl
**Sent:** Friday, July 20, 2012 10:13 AM
**To:** Meisler, Carole
**Subject:** RE: Angela Capp, AA (Entry#155807)

Who is Sheryl? Would prefer that you and Victoria get on the phone and discuss this vs all the emails.

Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

-----Original Message-----
**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 10:09 AM Eastern Standard Time
**To:** Johnson, Victoria

7/27/2012

UHPS-JOHNSON 1472

Cc: Wahl, Cheryl
Subject: RE: Angela Capp, AA (Entry#155807)

Great- S
So that we are all on the same page.
Follow the directives of your UHPS supervisor regarding the application section dealing with contact information.
I have educated Sheryl and Steve that their processes are correct.

---

From: Johnson, Victoria
Sent: Friday, July 20, 2012 10:00 AM
To: Meisler, Carole
Cc: Wahl, Cheryl
Subject: RE: Angela Capp, AA (Entry#155807)

I did not say CGS ordered us to use that number, I said Kim said may use the hospital operator and we would be in compliance if we did.  (See her response below.)  Nowhere in my email did I say they ordered me to use the hospital number.


In your email, you did not say we should not use the main hospital number.

Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application


Please do not accuse me of changing the department policy as I have not changed any department processes.  I only suggested to you to let Steve Riddle know that this is their policy.


Please clarify with Steve which number other than the Central Billing Office we should be using as the existing number is not in compliance?



Per Kim,

You may use the hospital operator number as long as they will verify that the provider can be reached at that number.

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
phone: 615.800.8931, ext. 2248
email: un.kim@cgsadmin.com
fax numbers:   (OH) 615.664.5925
               (KY) 615.664.5915



Thanks.

Victoria D. Johnson


7/27/2012

UHPS-JOHNSON 1473

University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 9:12 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

CGS did not order you to use the hospital number.
UH can- however, that is up to UH operations.
Please do not change Dept processes without an OK from you supervisor.

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 9:07 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Just received email from Kim CGS, stating we can populate the application with the main hospital number per CGS. Please let Steve Riddle know that this is their policy as we can no longer use CBO's phone number. I am sure the department will be happy to hear this.

Thanks for your help.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:49 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why "have the providers complete Section 2B themselves as we have been populating this information on the application for them?"

**From:** Johnson, Victoria

7/27/2012

UHPS-JOHNSON 1474

**Sent:** Friday, July 20, 2012 8:45 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I am not sure I understand your question.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:37 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why?

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:39 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will also have the providers complete Section 2B themselves as we have been populating this information on the application for them.

Thanks again.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:09 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

7/27/2012

UHPS-JOHNSON 1475

Thanks, I will call them to make sure I am interpreting CGS's expectations correctly.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 4:58 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)
**Importance:** High

Hello Victoria-
Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application.
There is no expectation that a physician will answer the telephone directly.
For example, per Ms. Kim, she works with a large hospital system that provides the Hospital's main telephone
number and the Hospital Operator answers the telephone.

FYI-I was very clear with her regarding your concerns and she assured me that UH complies with CGS's
expectations.
Thank you again for bringing this to UH Compliance Dept.

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 4:19 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hi Carole,
I am not confused. The Provider Enrollment team is using the current form, otherwise CGS would clearly reject
it. We have not just started processing these applications and this issue has been discussed many times at our
weekly meetings.
Yes, the application does not state **"Section 2B: Please list a valid correspondence phone number
where the provider can be reached directly. If noone is available to answer the phone when called,
the voicemail greeting should clearly state the provider's name"**
We are aware that if no one answers the phone it then has to go to the provider's voicemail. I asked the
representative to send that to me in writing so that I could forward it to you in detail what their expectations are.
Bottom line is that they cannot be reached directly at this number and if they were to call the number we put on
the application and no one answered the voicemail greeting would not be one of the provider.

You can contact CGS for any other clarifications.

Victoria D. Johnson
University Hospitals Medical Group, Inc.

7/27/2012

UHPS-JOHNSON 1476

Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

---

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 3:40 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hello Victoria-

I understand your confusion.
CGS is giving conflicting information. I went on line and looked at Form 855I page 5, Section 2 B. Correspondence Address and *the current form does not state*:
**Section 2B:  Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.**
The current CMS 855I states- "Provide contact information for the person shown in Section 2A above. Once enrolled, the information provided below will be used by the fee-for service contractor if it needs to contact you directly....."

It looks like they forwarded an old form to you!
Per CGS, physician's support staff can answer the phone and give a message to the physician.

Any other questions?

---

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** FW: Angela Capp, AA (Entry#155807)

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

---

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM
**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

7/27/2012

UHPS-JOHNSON 1477

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to complete Ms. Capp's Medicare enrollment application. A summary of the requested information is also listed below.

You may access the Medicare enrollment application and certification pages from the CMS website at www.cms.gov/MedicareProviderSupEnroll as needed.

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

**CMS 855I:**
Section 2B: Please list a valid correspondence phone number where the provider can be reached directly. If noone is available to answer the phone when called, the voicemail greeeting should clearly state the provider's name.

Section 15: Please submit a newly signed and dated certification statement. This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn: Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
**phone:** 615.800.8931, ext. 2248
**email:** un.kim@cgsadmin.com
**fax numbers:**    (OH) 615.664.5925
                          (KY) 615.664.5915
Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.(c) CGS Administrators, LLC and © 2012 CGS Administrators, LLC.
CGS Administrators LLC is no longer affiliated with CIGNA corporation

7/27/2012

UHPS-JOHNSON 1478

Meisler, Carole

| From: | Meisler, Carole |
| Sent: | Friday, July 20, 2012 11:20 AM |
| To: | Wahl, Cheryl |
| Subject: | RE: Medicare application ref#155649 Dr. Joseph Stone |

In which case – that sounds like insubordination.
Also, I went to the CGS person she relied on and confirmed that UHPS is acting correctly.
I did this based on her complaint to Compliance,
Now she is forum shopping and contacting another CGS employee.
I believe she is not working within the scope of her employment when she received an answer for
Compliance and then ask for another opinion- from CGS- to try to discredit the Compliance Officer.

---

**From:** Wahl, Cheryl
**Sent:** Friday, July 20, 2012 11:13 AM
**To:** Meisler, Carole
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

Not at all how I would interpret her message. She just doesn't want to use the CBO phone number.

Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

-----Original Message-----
**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 11:02 AM Eastern Standard Time
**To:** Wahl, Cheryl
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

I think she just resigned???

---

**From:** Wahl, Cheryl
**Sent:** Friday, July 20, 2012 10:59 AM
**To:** Meisler, Carole
**Subject:** FW: Medicare application ref#155649 Dr. Joseph Stone

FYI

Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

-----Original Message-----
**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 10:49 AM Eastern Standard Time
**To:** Riddle, Steve; Johnson, Sheryl L; Wahl, Cheryl

7/27/2012

UHPS-JOHNSON 1479

Subject: FW: Medicare application ref#155649 Dr. Joseph Stone

Please advise which number we should use. As the existing number that we have been using is not a valid number. I no longer want to participate in telling CGS that the provider can be reached at this location as most of them are located at main campus.

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

From: ANDREW.BAUMANN@cgsadmin.com [mailto:ANDREW.BAUMANN@cgsadmin.com]
Sent: Friday, July 20, 2012 9:50 AM
To: Johnson, Victoria
Subject: RE: Medicare application ref#155649 Dr. Joseph Stone

Good morning Victoria,

For section 2B the phone number should be a number that either a voicemail or a person can identify that the number is a valid number to contact a provider. So either a home number that the voicemail identifies the provider or at the location where the providers will be working. If you have any other questions please feel free to ask.

Thank you,

**Andrew Baumann**
**Provider Enrollment**
**CGS Administrators, LLC**
**Two Vantage Way, Nashville, TN 37228**
**Phone: 615.660.5293**
email: andrew.baumann@cgsadmin.com
Check the status of your enrollment application: Online Provider Enrollment Application Status
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
For applications in process: to expedite the processing please remember to include your reference number on all communications to CGS

Confidential, unpublished property of CGS Administrators, LLC.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2012 CGS Administrators, LLC.
CGS Administrators, LLC is no longer affiliated with CIGNA corporation.

From: Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
Sent: Friday, July 20, 2012 7:32 AM
To: ANDREW BAUMANN
Subject: RE: Medicare application ref#155649 Dr. Joseph Stone

7/27/2012

UHPS-JOHNSON 1480

Good morning Andrew,

Can you please clarify what CGS expectations are when asking if the provider can be reached directly at this number and what number should be listed in section 2b?

I will have the provider comply.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** ANDREW.BAUMANN@cgsadmin.com [mailto:ANDREW.BAUMANN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Johnson, Victoria
**Subject:** Medicare application ref#155649 Dr. Joseph Stone

Good afternoon Victoria,

The information that is requested in the attachment is needed to complete the process of the application. Please only submit the fields/selections that are requested. This information must be submitted on newly downloaded pages of the application. You can email me the information at: Andrew.baumann@cgsadmin.com or fax the information to: 615-664-5925.

Thank you,

**Andrew Baumann**
**Provider Enrollment**
**CGS Administrators, LLC**
**Two Vantage Way, Nashville, TN 37228**
**Phone: 615.660.5293**
email: andrew.baumann@cgsadmin.com
Check the status of your enrollment application: Online Provider Enrollment Application Status
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
For applications in process:  to expedite the processing please remember to include your reference number on all communications to CGS

Confidential, unpublished property of CGS Administrators, LLC.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2012 CGS Administrators, LLC.
CGS Administrators, LLC is no longer affiliated with CIGNA corporation.

7/27/2012

UHPS-JOHNSON 1481

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

7/27/2012

 **University Hospitals**



Cheryl Forino Wahl
Vice President - Chief Compliance Officer
University Hospitals Management Services Center
3605 Warrensville Center Road
Shaker Heights, OH 44122
Mail Stop #MSC 9109
P.216/767-8223 F 216/201-5118

July 23, 2012

**VIA HAND DELIVERY**
Ms. Victoria Johnson
3646 Lynnfield Road
Shaker Heights, Oh 44122

Dear Ms. Johnson:

I am writing to follow up on the issues you raised regarding how to complete the CMS 855i Form. Carole Meisler, UHPS Compliance Officer, investigated these concerns and shared her findings with you. Ms. Meisler found that the Departmental practices are appropriate.

Ms. Meisler contacted Cigna Governmental Services (CGS), and CGS confirmed that University Hospitals Physicians Services' use of its own telephone number and address as contact information, on Form CMS 855i, Section 2B, is both allowable and correct. Further, Ms. Meisler has notified the Department's management that this UHPS process is correct and can continue.

Thank you for seeking clarification from the UH Compliance Department regarding your concerns.

Sincerely,

Cheryl Wahl

Cheryl Wahl

CFW/jmf

UHPS-JOHNSON 1483





**REDACTED - ATTORNEY-CLIENT PRIVILEGE**

**From:** Riddle, Steve
**Sent:** Tuesday, July 24, 2012 8:51 AM
**To:** Meisler, Carole; Morrison, Christina
**Cc:** Johnson, Sheryl L
**Subject:** FW: Pankaj Gupta

I cannot tell you how unbelievably weary of this I am becoming... We have reached a level of defiance that astounds me...

**Steve Riddle**
**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

7/27/2012

UHPS-JOHNSON 1484

**From:** Johnson, Victoria
**Sent:** Tuesday, July 24, 2012 7:27 AM
**To:** Riddle, Steve; Johnson, Sheryl L; Meisler, Carole; Wahl, Cheryl
**Subject:** FW: Pankaj Gupta

Hi All,

While Carole explained yesterday that we can answer the phone here at the Central Billing Office for the providers, I received the email below from the support team at CGS advising us differently.

Carole can you please tell me who you spoke with that suggested we continue to take calls here in the office.

I have a close friend that works for HHS/OIG who I called last night to verify what CGS is telling us although it has been listed below from their Program Integrity Manual.  Just waiting to hear from him.

I will forward this to our team.



Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

-------------------------------------------------------------------------------
**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:59 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,



I have checked with my support team, and I was advised that the provider has to be able to be reached directly at the number. I have listed what the Program Integrity Manual states below:

## 15.5.2.2 – Correspondence Address

7/27/2012

**(Rev. 414, Issued: 04-06-12, Effective: 05-07-12, Implementation: 05-07-12)**
**A. Background**
The correspondence address must be one where the contractor can directly contact the applicant to resolve any issues once the provider is enrolled in the Medicare program. It cannot be the address of a billing agency, management services organization, chain home office, or the provider's representative (e.g., attorney, financial advisor). It can, however, be a P.O. Box or, in the case of an individual practitioner, the person's home address.
The contractor shall call the telephone number listed in this section to verify that the contractor can directly contact the applicant. If an answering service appears and the contractor can identify it as the applicant's personal service, it is not necessary to talk directly to the applicant or an official thereof. The contractor only needs to verify that the applicant can be reached at this number.

Thanks!

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 12:05 PM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

I guess our Compliance Officer said it is okay for us to answer the phone and verify that the doctor can be reached here and we should pass on a message to the doctor. Please verify that this is correct.

Thanks for your assistance.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:00 PM

7/27/2012

UHPS-JOHNSON 1486

**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,


I am going to forward this information to or support team and wait for a reply from support.

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

My Managers Sheryl Johnson, Steve Riddle and our Compliance Officer Carole Meisler.


Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:51 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta


Hello Victoria,

May I ask who told you to keep using that number and address?

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:50 AM
**To:** SHAMEKIA MCLAUGHLIN

7/27/2012

**Subject:** RE: Pankaj Gupta

This is what I am interpreting however I have been told to continue to use this address and telephone number, can you verify with your Supervisor and Manager.

Thanks.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:46 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

*Hello Victoria*

*The address listed in section 2 cannot be of the billing service (see that section of the application) we need a valid correspondence address and phone number for the provider in this section and we will have to be able to reach the provider at that number listed.*

*Thanks!*

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:36 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

With regard to section 2b, and your question if the provider can be reached directly at this location.  The providers

7/27/2012

UHPS-JOHNSON 1488

can not be reached here as this is the office where we enroll the providers and provide in house billing services for them. The practice location is 11100 Euclid Avenue, Cleveland, Ohio 44106. How do we address this issue if the provider cannot be reached here?


Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Friday, July 20, 2012 8:28 AM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta


Good morning!

I will give you a call in about 30 minutes and explain if that is ok with you.

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Friday, July 20, 2012 6:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta


Hi Shamekia,


Can you please clarify what CGS expectations are when asking if the provider can be reached at this number and what number should be listed in section 2b?

I will have the provider comply.


Thanks.


7/27/2012

UHPS-JOHNSON 1489

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 4:04 PM
**To:** Johnson, Victoria
**Subject:** Pankaj Gupta

*Hello Victoria,*

*I am processing the application for Pankaj Gupta, and I need some corrections to the application before I can process it. I will need a valid number to be placed in section 2b; the corrections require a new signed and dated section 15. The requested information may be faxed to 615-664-5925; I have provided my contact information below if you should have any questions.*

*Thanks!*

*Shamekia Mclaughlin
CGS
Provider Enrollment
Two Vantage Way
Nashville, TN 37228-1514
615-660-5226
KY fax# 615-664-5915
OH fax # 615-664-5925
Online Provider Enrollment Application Status*

*Thank You in Advance!*

7/27/2012

UHPS-JOHNSON 1490

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*
*You can check the status of your application at:*
*http://www.cgsmedicare.com/medicare_dynamic/PE/Login.asp*
*CMS-855I (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855i.pdf*
*CMS-855R (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855r.pdf*
*CMS-855B (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855b.pdf*
*CMS 588 (revised 05/10)(EFT Agreement): http://www.cms.gov/cmsforms/downloads/CMS588.pdf*
*CMS 460 (revised 04/10)(Participation Agreement):*
*http://www.cms.gov/cmsforms/downloads/cms460.pdf*

*For applications in process:  to expedite the  processing please remember to include your reference*
*number on all communications to CGS*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*

*Confidential, unpublished property of CGS Administrators, LLC*
*Do not duplicate or distribute*
*Use and distribution limited solely to authorized personnel.*
*(c) Copyright 2012 by CGS  Administrators, LLC*

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

7/27/2012

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific

7/27/2012

UHPS-JOHNSON 1492

written consent of the person to whom it pertains, or as otherwise permitted by law.

UHPS-JOHNSON 1493

*15*

## Meisler, Carole

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Tuesday, July 24, 2012 9:59 AM |
| **To:** | Morrison, Christina |
| **Cc:** | Riddle, Steve; Johnson, Sheryl L; Wahl, Cheryl |

**Subject:** RE: Pankaj Gupta

Just spoke to the CGS employee- When the ee asked Victoria if the physician could be reached via the telephone number on the application-

Victoria told her "no he cannot be reached at this telephone number."

Per the CGS employee – there is no expectation that the physician will be reached at that number personally.

She is causing financial harm to the organization.

---

**From:** Johnson, Victoria
**Sent:** Tuesday, July 24, 2012 7:27 AM
**To:** Riddle, Steve; Johnson, Sheryl L; Meisler, Carole; Wahl, Cheryl
**Subject:** FW: Pankaj Gupta

Hi All,

While Carole explained yesterday that we can answer the phone here at the Central Billing Office for the providers, I received the email below from the support team at CGS advising us differently.

Carole can you please tell me who you spoke with that suggested we continue to take calls here in the office.

I have a close friend that works for HHS/OIG who I called last night to verify what CGS is telling us although it has been listed below from their Program Integrity Manual.  Just waiting to hear from him.

I will forward this to our team.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

7/27/2012

UHPS-JOHNSON 1494



## Meisler, Carole

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Tuesday, July 24, 2012 10:14 AM |
| **To:** | Johnson, Victoria |
| **Cc:** | Riddle, Steve; Morrison, Christina; Johnson, Sheryl L |
| **Subject:** | Shamekia is calling in 15 minutes |
| **Importance:** | High |

Hello Victoria-
I spoke to Shamekia' supervisor.
The CGS supervisor directed the following to done in order to prevent delay that is occurring in this process- both for UHSP and CGS.

Shamekia will be calling you in 15 minutes. She will ask you if the provider can be reached at the telephone number on the application.
Per the Supervisor - Tell Shamekia that the provider will not pick up the telephone but as part of your job description, you get any message to him/her, that you will contact the provider for CGS as part of you job.

Carole Meisler
Local Compliance Officer
University Hospitals Physician Services
24701 Euclid Avenue
Euclid, OH 44117
Office: 216.692.1971  FAX: 216.383.6738
carole.meisler@uhhospitals.org

7/27/2012

UHPS-JOHNSON 1503



## Meisler, Carole

**From:** Meisler, Carole
**Sent:** Tuesday, July 24, 2012 12:25 PM
**To:** Wahl, Cheryl
**Cc:** Riddle, Steve; Morrison, Christina; Johnson, Sheryl L.
**Subject:** RE: Pankaj Gupta

Victoria is causing financial harm to both CGS and UHPS by creating unnecessary delay in the processing of Form 8551.

1) She places her telephone number in the application as the contact number.

2) CGS calls Victoria's telephone, as part of their process, and asks if the physicians can be reached at this telephone number.

3) Victoria answers "No, they cannot be reached at this number."

(Per Shamikia's supervisor, Paula Patti, Patty suspects, after reviewing the emails between her ee and Victoria, that Victoria is telling Shamikia that UHPS has instructed Victoria to give the wrong information to CGS)

4) At that point, the process stops and the delay begins.

5) The CGS employee then must produce a letter to Victoria confirming that the information on the application is incorrect.

6) CGS employees are creating and mailing letters to Victoria, which is inefficiency for them to have to create. (Cost of time/ paper/ ink) and a redundancy

7) Victoria gets the letter and tells Sheryl and Steve that she is getting multiple rejections because of the UHPS process.

8) This delays the processing of the form and possible delays in payment.

There may be other costs -- I am on my way to the MSC for the Dept mtg.

---

**From:** Wahl, Cheryl
**Sent:** Tuesday, July 24, 2012 11:57 AM
**To:** Meisler, Carole; Morrison, Christina
**Cc:** Riddle, Steve; Johnson, Sheryl L
**Subject:** RE: Pankaj Gupta


How is she causing financial harm?


Cheryl Forino Wahl
Chief Compliance Officer
Ph: (216) 767-8223

-----Original Message-----


7/27/2012

**From:** Meisler, Carole
**Sent:** Tuesday, July 24, 2012 09:58 AM Eastern Standard Time
**To:** Morrison, Christina
**Cc:** Riddle, Steve; Johnson, Sheryl L; Wahl, Cheryl
**Subject:** RE: Pankaj Gupta

Just spoke to the CGS employee- When the ee asked Victoria if the physician could be reached via the telephone number on the application-

Victoria told her "no he cannot be reached at this telephone number."

Per the CGS employee – there is no expectation that the physician will be reached at that number personally.

She is causing financial harm to the organization.

**From:** Johnson, Victoria
**Sent:** Tuesday, July 24, 2012 7:27 AM
**To:** Riddle, Steve; Johnson, Sheryl L; Meisler, Carole; Wahl, Cheryl
**Subject:** FW: Pankaj Gupta

Hi All,

While Carole explained yesterday that we can answer the phone here at the Central Billing Office for the providers, I received the email below from the support team at CGS advising us differently.

Carole can you please tell me who you spoke with that suggested we continue to take calls here in the office.

I have a close friend that works for HHS/OIG who I called last night to verify what CGS is telling us although it has been listed below from their Program Integrity Manual.  Just waiting to hear from him.

I will forward this to our team.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

7/27/2012

UHPS-JOHNSON 1505

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:59 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I have checked with my support team, and I was advised that the provider has to be able to be reached directly at the number. I have listed what the Program Integrity Manual states below:

## 15.5.2.2 – Correspondence Address
**(Rev. 414, Issued: 04-06-12, Effective: 05-07-12, Implementation: 05-07-12)**
**A. Background**
The correspondence address must be one where the contractor can directly contact the applicant to resolve any issues once the provider is enrolled in the Medicare program. It cannot be the address of a billing agency, management services organization, chain home office, or the provider's representative (e.g., attorney, financial advisor). It can, however, be a P.O. Box or, in the case of an individual practitioner, the person's home address.
The contractor shall call the telephone number listed in this section to verify that the contractor can directly contact the applicant. If an answering service appears and the contractor can identify it as the applicant's personal service, it is not necessary to talk directly to the applicant or an official thereof. The contractor only needs to verify that the applicant can be reached at this number.

Thanks!

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 12:05 PM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

I guess our Compliance Officer said it is okay for us to answer the phone and verify that the doctor can be reached here and we should pass on a message to the doctor. Please verify that this is correct.

Thanks for your assistance.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

7/27/2012

UHPS-JOHNSON 1506

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:00 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I am going to forward this information to or support team and wait for a reply from support.

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

My Managers Sheryl Johnson, Steve Riddle and our Compliance Officer Carole Meisler.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:51 PM

7/27/2012

**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

May I ask who told you to keep using that number and address?

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:50 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

This is what I am interpreting however I have been told to continue to use this address and telephone number, can you verify with your Supervisor and Manager.

Thanks.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:46 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

*Hello Victoria*

7/27/2012

UHPS-JOHNSON 1508

*The address listed in section 2 cannot be of the billing service (see that section of the application) we need.a valid correspondence address and phone number for the provider in this section and we will have to be able to reach the provider at that number listed.*

*Thanks!*

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:36 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

With regard to section 2b, and your question if the provider can be reached directly at this location. The providers can not be reached here as this is the office where we enroll the providers and provide in house billing services for them. The practice location is 11100 Euclid Avenue. Cleveland, Ohio 44106. How do we address this issue if the provider cannot be reached here?

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Friday, July 20, 2012 8:28 AM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Good morning!

I will give you a call in about 30 minutes and explain if that is ok with you.

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Friday, July 20, 2012 6:56 AM

7/27/2012

UHPS-JOHNSON 1509

**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

Can you please clarify what CGS expectations are when asking if the provider can be reached at this number and what number should be listed in section 2b?

I will have the provider comply.

Thanks.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 4:04 PM
**To:** Johnson, Victoria
**Subject:** Pankaj Gupta

*Hello Victoria,*

*I am processing the application for Pankaj Gupta, and I need some corrections to the application before I can process it. I will need a valid number to be placed in section 2b; the corrections require a new signed and dated section 15. The requested information may be faxed to 615-664-5925; I have provided my contact information below if you should have any questions.*

7/27/2012

UHPS-JOHNSON 1510

*Thanks!*

*Shamekia Mclaughlin*
*CGS*
*Provider Enrollment*
*Two Vantage Way*
*Nashville, TN 37228-1514*
*615-660-5226*
*KY fax# 615-664-5915*
*OH fax # 615-664-5925*
*Online Provider Enrollment Application Status*
*Thank You in Advance!*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*
*You can check the status of your application at:*
*http://www.cgsmedicare.com/medicare_dynamic/PE/Login.asp*
*CMS-855I (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855i.pdf*
*CMS-855R (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855r.pdf*
*CMS-855B (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855b.pdf*
*CMS 588 (revised 05/10)(EFT Agreement): http://www.cms.gov/cmsforms/downloads/CMS588.pdf*
*CMS 460 (revised 04/10)(Participation Agreement):*
*http://www.cms.gov/cmsforms/downloads/cms460.pdf*

*For applications in process: to expedite the  processing please remember to include your reference*
*number on all communications to CGS*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*

*Confidential, unpublished property of CGS Administrators, LLC*
*Do not duplicate or distribute*
*Use and distribution limited solely to authorized personnel.*
*(c) Copyright 2012 by CGS Administrators, LLC*

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone

7/27/2012

other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal

7/27/2012

UHPS-JOHNSON 1512

regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

7/27/2012

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:59 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I have checked with my support team, and I was advised that the provider has to be able to be reached directly at the number. I have listed what the Program Integrity Manual states below:

### 15.5.2.2 – Correspondence Address
**(Rev. 414, Issued: 04-06-12, Effective: 05-07-12, Implementation: 05-07-12)**
**A. Background**
The correspondence address must be one where the contractor can directly contact the applicant to resolve any issues once the provider is enrolled in the Medicare program. It cannot be the address of a billing agency, management services organization, chain home office, or the provider's representative (e.g., attorney, financial advisor). It can, however, be a P.O. Box or, in the case of an individual practitioner, the person's home address.
The contractor shall call the telephone number listed in this section to verify that the contractor can directly contact the applicant. If an answering service appears and the contractor can identify it as the applicant's personal service, it is not necessary to talk directly to the applicant or an official thereof. The contractor only needs to verify that the applicant can be reached at this number.

Thanks!

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 12:05 PM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

I guess our Compliance Officer said it is okay for us to answer the phone and verify that the doctor can be reached here and we should pass on a message to the doctor.  Please verify that this is correct.

Thanks for your assistance.

7/27/2012

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:00 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I am going to forward this information to or support team and wait for a reply from support.

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

My Managers Sheryl Johnson, Steve Riddle and our Compliance Officer Carole Meisler.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

7/27/2012

UHPS-JOHNSON 1496

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:51 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

May I ask who told you to keep using that number and address?

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:50 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

This is what I am interpreting however I have been told to continue to use this address and telephone number, can you verify with your Supervisor and Manager.

Thanks.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:46 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

*Hello Victoria*

7/27/2012

UHPS-JOHNSON 1497

*The address listed in section 2 cannot be of the billing service (see that section of the application) we need a valid correspondence address and phone number for the provider in this section and we will have to be able to reach the provider at that number listed.*

*Thanks!*

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:36 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

With regard to section 2b, and your question if the provider can be reached directly at this location. The providers can not be reached here as this is the office where we enroll the providers and provide in house billing services for them. The practice location is 11100 Euclid Avenue. Cleveland, Ohio 44106. How do we address this issue if the provider cannot be reached here?

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Friday, July 20, 2012 8:28 AM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Good morning!

I will give you a call in about 30 minutes and explain if that is ok with you.

---

7/27/2012

UHPS-JOHNSON 1498

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Friday, July 20, 2012 6:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

Can you please clarify what CGS expectations are when asking if the provider can be reached at this number and what number should be listed in section 2b?

I will have the provider comply.


Thanks.


Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 4:04 PM
**To:** Johnson, Victoria
**Subject:** Pankaj Gupta


*Hello Victoria,*


*I am processing the application for Pankaj Gupta, and I need some corrections to the application before I can process it. I will need a valid number to be placed in section 2b; the corrections require a new signed and dated section 15. The requested information may be faxed to 615-664-5925; I have provided my contact information below if you should have any questions.*


7/27/2012

UHPS-JOHNSON 1499

*Thanks!*

*Shamekia Mclaughlin*
*CGS*
*Provider Enrollment*
*Two Vantage Way*
*Nashville, TN 37228-1514*
*615-660-5226*
*KY fax# 615-664-5915*
*OH fax # 615-664-5925*
*Online Provider Enrollment Application Status*
*Thank You in Advance!*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*
*You can check the status of your application at:*
*http://www.cgsmedicare.com/medicare_dynamic/PE/Login.asp*
*CMS-855I (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855i.pdf*
*CMS-855R (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855r.pdf*
*CMS-855B (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855b.pdf*
*CMS 588 (revised 05/10)(EFT Agreement): http://www.cms.gov/cmsforms/downloads/CMS588.pdf*
*CMS 460 (revised 04/10)(Participation Agreement):*
*http://www.cms.gov/cmsforms/downloads/cms460.pdf*

*For applications in process: to expedite the processing please remember to include your reference number on all communications to CGS*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*

*Confidential, unpublished property of CGS Administrators, LLC*
*Do not duplicate or distribute*
*Use and distribution limited solely to authorized personnel.*
*(c) Copyright 2012 by CGS Administrators, LLC*

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim

7/27/2012

UHPS-JOHNSON 1500

any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,

7/27/2012

alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

7/27/2012