Deposition of Chistina Morrison, taken April 11, 2014

Page 159

```
1   THE STATE OF OHIO,  )   SS:
    COUNTY OF CUYAHOGA. )
2
3        I, Gretchen E. Windenburg, a Notary Public
4   within and for the State of Ohio, duly
5   commissioned and qualified, do hereby certify
6   that CHRISTINA MORRISON, was first duly sworn to
7   testify the truth, the whole truth and nothing
8   but the truth in the cause aforesaid; that the
9   testimony then given by her was by me reduced to
10  stenotype in the presence of said witness,
11  afterwards transcribed on a computer/printer, and
12  that the foregoing is a true and correct
13  transcript of the testimony so given by her, as
14  aforesaid.
15       I do further certify that this deposition
16  was taken at the time and place in the foregoing
17  caption specified.  I do further certify that I
18  am not a relative, counsel or attorney of either
19  party, or otherwise interested in the event of
20  this action.
21       IN WITNESS WHEREOF, I have hereunto set my
22  hand and affixed my seal of office at Cleveland,
23  Ohio, on this 17th day of July, 2014.
24       _____
             Gretchen E. Windenburg, Notary Public
25           within and for the State of Ohio
             My Commission expires March 15, 2015.
```