

# MEDICARE ENROLLMENT APPLICATION

## PHYSICIANS AND
## NON-PHYSICIAN PRACTITIONERS

### CMS-8551

SEE PAGE 1 TO DETERMINE IF YOU ARE COMPLETING THE CORRECT APPLICATION.

SEE PAGE 2 FOR INFORMATION ON WHERE TO MAIL THIS APPLICATION.

SEE PAGE 26 TO FIND THE LIST OF THE SUPPORTING DOCUMENTATION
THAT MUST BE SUBMITTED WITH THIS APPLICATION.



ALL-STATE LEGAL®
**DEFENDANT'S EXHIBIT**

1

*CMS*

*CENTERS for MEDICARE & MEDICAID SERVICES*

UHPS-JOHNSON 1279

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

Form Approved
OMB No. 0938-0685

## WHO SHOULD COMPLETE THIS APPLICATION

Physicians and non-physician practitioners can apply for enrollment in the Medicare program or make a change in their enrollment information using either:

* The Internet-based Provider Enrollment, Chain and Ownership System (PECOS), or
* The paper enrollment application process (e.g., CMS 855I).

For additional information regarding the Medicare enrollment process, including Internet-based PECOS, go to *http://www.cms.gov/MedicareProviderSupEnroll/*.

Physicians and non-physician practitioners who are enrolled in the Medicare program, but have not submitted the CMS 855I since 2003, are required to submit a Medicare enrollment application (i.e., Internet-based PECOS or the CMS 855I) as an initial application when reporting a change for the first time.

All physicians, as well as all non-physician practitioners listed below, must complete this application to initiate the enrollment process:

Anesthesiology Assistant
Audiologist
Certified nurse midwife
Certified registered nurse anesthetist
Clinical nurse specialist
Clinical social worker

Mass immunization roster biller
Nurse practitioner
Occupational therapist in private practice
Physical therapist in private practice
Physician assistant

Psychologist, Clinical
Psychologist billing independently
Registered Dietitian or Nutrition Professional
Speech Language Pathologist

If your supplier type is not listed above, contact your designated fee-for-service contractor before you submit this application.

Complete this application if you are an individual practitioner who plans to bill Medicare and you are:

* An individual practitioner who will provide services in a private setting.
* An individual practitioner who will provide services in a group setting. If you plan to render all of your services in a group setting, you will complete Sections 1-4 and skip to Sections 14 through 17 of this application.
* Currently enrolled with a Medicare fee-for-service contractor but need to enroll in another fee-for-service contractor's jurisdiction (e.g., you have opened a practice location in a geographic territory serviced by another Medicare fee-for-service contractor).
* Currently enrolled in Medicare and need to make changes to your enrollment information (e.g., you have added or changed a practice location).
* An individual who has formed a professional corporation, professional association, limited liability company, etc., of which you are the sole owner.

If you provide services in a group/organization setting, you will also need to complete a separate application, the CMS-855R, to reassign your benefits to each organization. If you terminate your association with an organization, use the CMS-855R to submit that change.

UHPS-JOHNSON 1280

## BILLING NUMBER INFORMATION

The National Provider Identifier (NPI) is the standard unique health identifier for health care providers and is assigned by the National Plan and Provider Enumeration System (NPPES). As a Medicare healthcare supplier, you must obtain an NPI prior to enrolling in Medicare or before submitting a change to your existing Medicare enrollment information. Applying for the NPI is a process separate from Medicare enrollment. To obtain an NPI, you may apply online at *https://NPPES.cms.gov*. For more information about NPI enumeration, visit *www.cms.gov/NationalProvIdentStand*.

The Medicare Identification Number, often referred to as a Provider Transaction Access Number (PTAN) or Medicare Legacy Number, is a generic term for any number other than the NPI that is used to identify a Medicare supplier.

## INSTRUCTIONS FOR COMPLETING AND SUBMITTING THIS APPLICATION

Type or print all information so that it is legible. Do not use pencil.

- Report additional information within a section by copying and completing that section for each additional entry.
- Attach all required supporting documentation.
- Keep a copy of your completed Medicare enrollment package for your own records.
- Send the completed application with original signatures and all required documentation to your designated fee-for-service contractor.

## AVOID DELAYS IN YOUR ENROLLMENT

To avoid delays in the enrollment process, you should:

- Complete all required sections.
- Ensure that the correspondence address shown in Section 2 is the supplier's address.
- Enter your NPI in the applicable sections.
- Enter all applicable dates.
- Send the completed application with all supporting documentation to your designated fee-for-service contractor.

## ADDITIONAL INFORMATION

For additional information regarding the Medicare enrollment process, visit *www.cms.gov/ MedicareProviderSupEnroll*.

The fee-for-service contractor may request, at any time during the enrollment process, documentation to support and validate information reported on the application. You are responsible for providing this documentation in a timely manner.

Certain information you provide on this form is protected under 5 U.S.C. Section 552(b)(4) and/or (b)(6), respectively. For more information, see the last page of this application to read the Privacy Act Statement.

## MAIL YOUR APPLICATION

The Medicare fee-for-service contractor (also referred to as a carrier or a Medicare administrative contractor) that services your State is responsible for processing your enrollment application. To locate the mailing address for your fee-for-service contractor, go to *www.cms.gov/MedicareProviderSupEnroll*.

UHPS-JOHNSON 1281

## SECTION 1: BASIC INFORMATION

A. Check one box and complete the required sections.

Since physician assistants do not complete Section 4, all physician assistants must furnish their Medicare Identification Number (if issued) and their NPI here:

Medicare Identification Number(s):_____  NPI:_____

If you are reassigning all of your Medicare benefits per section 4B1 of this application, furnish your Medicare Identification Number (if issued) and your individual (Type 1) NPI here:

Medicare Identification Number(s): PENDING              NPI:_____

| REASON FOR APPLICATION | BILLING NUMBER INFORMATION | REQUIRED SECTIONS |
|---|---|---|
| ☒ You are a new enrollee in Medicare | Enter your Medicare Identification Number (if issued) and the NPI you would like to link to this number in Section 4. | Complete all applicable sections |
| ☐ You are enrolling with another fee-for-service contractor | Enter your Medicare Identification Number (if issued) and the NPI you would like to link to this number in Section 4. | Complete all applicable sections |
| ☐ You are reactivating your Medicare enrollment | Enter your Medicare Identification Number (if issued) and the NPI you would like to link to this number in Section 4. | Complete all applicable sections |
| ☐ You are voluntarily terminating your Medicare enrollment | Effective Date of Termination: _____  Medicare Identification Number(s) to Terminate (if issued): _____  National Provider Identifier (if issued): _____ | Sections 1A, 13 and 15  Physician Assistants must complete Sections 1A, 2F, 13 and 15  Employers terminating Physician Assistants must complete Sections 1A, 2G, 13 and 15 |
| ☐ You are changing your Medicare information | Medicare Identification Number (if issued):  NPI: | Go to Section 1B |
| ☐ You are revalidating your Medicare enrollment | Enter your Medicare Identification Number (if issued) and the NPI you would like to link to this number in Section 4. | Complete all applicable sections |

UHPS-JOHNSON 1282

## SECTION 1: BASIC INFORMATION (Continued)

B. Check all that apply and complete the required sections.

|  | REQUIRED SECTIONS |
|---|---|
| ☐ Identifying Information | 1, 2 (complete only those sections that are changing), 3, 13 and 15 |
| ☐ Final Adverse Actions/Convictions | 1, 2A, 3, 13 and 15 |
| ☐ Practice Location Information, Payment Address and Medical Record Storage Information | 1, 2A, 3, 4 (complete only those sections that are changing), 13 and 15 |
| ☐ Individuals Having Managing Control | 1, 2A, 3, 6, 13, and 15 |
| ☐ Billing Agency Information | 1, 2A, 3, 8 (complete only those sections that are changing), 13 and 15 |

UHPS-JOHNSON 1283

## SECTION 2: IDENTIFYING INFORMATION

**A. Personal Information:** Your name, date of birth, and social security number must coincide with the information on your social security record.

| First Name | Middle Initial | Last Name | Jr., Sr., M.D., D.O., etc. |
|---|---|---|---|
| | | | |
| Other Name, First | Middle Initial | Last Name | Jr., Sr., M.D., D.O., etc. |
| | | | |

**Type of Other Name**
☐ Former or Maiden Name   ☐ Professional Name   ☐ Other *(Describe)*: _____

| Date of Birth *(mm/dd/yyyy)* | State of Birth | Country of Birth |
|---|---|---|
| | | |

| Gender | Social Security Number |
|---|---|
| ☐ Male   ☐ Female | |

| Medical or other Professional School *(Training Institution, if non-MD)* | Year of Graduation *(yyyy)* | DEA Number *(if applicable)* |
|---|---|---|
| | | |

### License Information
☐ License Not Applicable

| License Number | State Where Issued |
|---|---|
| | Ohio |
| Effective Date *(mm/dd/yyyy)* | Expiration/Renewal Date *(mm/dd/yyyy)* |
| | |

### Certification Information
☐ Certification Not Applicable

| Certification Number | State Where Issued |
|---|---|
| | |
| Effective Date *(mm/dd/yyyy)* | Expiration/Renewal Date *(mm/dd/yyyy)* |
| | |

### New Patient Status Information
Do you accept new Medicare patients?   ☒ Yes   ☐ No

**B. Correspondence Address**
Provide contact information for the person shown in Section 2A above. Once enrolled, the information provided below will be used by the fee-for-service contractor if it needs to contact you directly. This address cannot be a billing agency's address.

Mailing Address Line 1 *(Street Name and Number)*

24701 EUCLID AVENUE

Mailing Address Line 2 *(Suite, Room, etc.)*

3RD FLOOR

| City/Town | State | ZIP Code + 4 |
|---|---|---|
| EUCLID | OH | 44117-1714 |

| Telephone Number | Fax Number *(if applicable)* | E-mail Address *(if applicable)* |
|---|---|---|
| 216-383-6612 | (216) 383-6749 | bianca.barnes@uhhospitals.org |

CMS-855I (07/11)

UHPS-JOHNSON 1284

## SECTION 2: IDENTIFYING INFORMATION *(Continued)*

C. Resident/Fellow Status

1. Are you currently in an approved training program as:
   a. A resident?                                                        ☐ YES   ☐ NO
   b. In a fellowship program?                                           ☐ YES   ☐ NO

   * If NO, skip to Section 2D.
   * If YES to either of the above questions, provide the name and address of the
     facility where you are a resident or fellow on the following lines:

   _____

   _____

   _____

2. Are the services that you render at the facility shown in Section 2C1       ☐ YES   ☐ NO
   part of your requirements for graduation from a formal residency
   or fellowship program?

   Date of Completion:_____. If your completion date is prior to the
   beginning date for your practice in Section 4, skip to Section 2D.

3. Do you also render services at other facilities or practice locations?       ☐ YES   ☐ NO
   IF YES, you must report these practice locations in Section 4.

4. Are the services that you render in any of the practice locations you will    ☐ YES   ☐ NO
   be reporting in Section 4 part of your requirements for graduation from
   a residency or fellowship program?

IF YES, has the teaching hospital reported in Section 2C1 above agreed to        ☐ YES   ☐ NO
incur all or substantially all of the costs of training in the non-hospital facility.

UHPS-JOHNSON 1285

## SECTION 2: IDENTIFYING INFORMATION *(Continued)*

**D. 1. Physician Specialty**
Designate your primary specialty and all secondary specialty(s) below using:
P=Primary S=Secondary

You may select only one primary specialty. You may select multiple secondary specialties. A physician must meet all Federal and State requirements for the type of specialty(s) checked.

| | | |
|---|---|---|
| ☐ Addiction medicine | ☐ Hematology/Oncology | ☐ Palliative Care |
| ☐ Allergy/Immunology | ☐ Hospice | ☐ Pathology |
| ☐ Anesthesiology | ☐ Infectious disease | ☐ Pediatric medicine |
| ☐ Cardiac Electrophysiology | ☐ Internal medicine | ☐ Peripheral vascular disease |
| ☐ Cardiac surgery | ☐ Interventional Pain Management | ☐ Physical medicine and rehabilitation |
| ☐ Cardiovascular disease (Cardiology) | ☐ Interventional radiology | ☐ Plastic and reconstructive surgery |
| ☐ Chiropractic | ☐ Maxillofacial surgery | ☐ Podiatry |
| ☐ Colorectal surgery (Proctology) | ☐ Medical oncology | ☐ Preventive medicine |
| ☐ Critical care (Intensivists) | ☐ Nephrology | ☐ Psychiatry |
| ☐ Dermatology | ☐ Neurology | ☐ Psychiatry (geriatric) |
| ☐ Diagnostic radiology | ☐ Neuropsychiatry | ☐ Pulmonary disease |
| ☐ Emergency medicine | ☐ Neurosurgery | ☐ Radiation oncology |
| ☐ Endocrinology | ☐ Nuclear medicine | ☐ Rheumatology |
| ☐ Family practice | ☐ Obstetrics/Gynecology | ☐ Sports Medicine |
| ☐ Gastroenterology | ☐ Ophthalmology | ☐ Surgical oncology |
| ☐ General practice | ☐ Optometry | ☐ Thoracic surgery |
| ☐ General surgery | ☐ Oral surgery (Dentist only) | ☐ Urology |
| ☐ Geriatric medicine | ☐ Orthopedic surgery | ☐ Vascular surgery |
| ☐ Gynecological oncology | ☐ Osteopathic Manipulative Medicine | ☐ Undefined physician type |
| ☐ Hand surgery | ☐ Otolaryngology | *(Specify):*_____ |
| ☐ Hematology | ☐ Pain Management | |

UHPS-JOHNSON 1286

## SECTION 2: IDENTIFYING INFORMATION (Continued)

D. 2. Non-Physician Specialty

If you are a non-physician practitioner, check the appropriate box to indicate your specialty.

All non-physician practitioners must meet specific licensing, educational, and work experience requirements. If you need information concerning the specific requirements for your specialty, contact the Medicare fee-for-service contractor.

Check only one of the following: If you want to enroll as more than one non-physician specialty type, you must submit a separate CMS-855I application for each.

☐ Anesthesiology assistant

☐ Audiologist

☐ Certified nurse midwife

☐ Certified registered nurse anesthetist

☐ Clinical nurse specialist

☐ Clinical social worker

☐ Mass immunization roster biller

☐ Nurse practitioner

☐ Occupational therapist in private practice

☐ Physical therapist in private practice

☐ Physician assistant

☐ Psychologist, clinical

☐ Psychologist billing independently

☐ Registered dietitian or nutrition professional

☐ Speech Language Pathologist

☐ Undefined non-physician practitioner type (Specify):

_____

_____

_____

UHPS-JOHNSON 1287

## SECTION 2: IDENTIFYING INFORMATION (Continued)

### E. Physician Assistants: Establishing Employment Arrangement(s)

| EMPLOYER'S NAME | EFFECTIVE DATE OF EMPLOYMENT | EMPLOYER'S MEDICARE IDENTIFICATION NUMBER (IF ISSUED) | EMPLOYER'S NPI | EMPLOYER'S EIN |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### F. Physician Assistants: Terminating Employment Arrangement(s)
Complete this section if you are a physician assistant discontinuing your employment with a practice.

| EMPLOYER'S NAME | EFFECTIVE DATE OF EMPLOYMENT | EMPLOYER'S MEDICARE IDENTIFICATION NUMBER (IF ISSUED) | EMPLOYER'S NPI | EMPLOYER'S EIN |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### G. Employer Terminating Employment Arrangement with One or More Physician Assistants
This section should be used by an individual who has incorporated or is a sole proprietor, and who is discontinuing their employment arrangement with a physician assistant.

| PHYSICIANS ASSISTANT'S NAME | EFFECTIVE DATE OF DEPARTURE | PHYSICIANS ASSISTANT'S MEDICARE IDENTIFICATION NUMBER A (IF ISSUED) | PHYSICIANS ASSISTANT'S NPI |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

UHPS-JOHNSON 1288

## SECTION 2: IDENTIFYING INFORMATION *(Continued)*

**H. Clinical Psychologists**
Do you hold a doctoral degree in psychology?                                          ☐ YES   ☐ NO
If YES, furnish the field of your psychology degree_____

Attach a copy of the degree with this application.

**I. Psychologists Billing Independently**
1. Do you render services of your own responsibility free from the administrative       ☐ YES   ☐ NO
   control of an employer such as a physician, institution, or agency?

2. Do you treat your own patients?                                                      ☐ YES   ☐ NO

3. Do you have the right to bill directly, and to collect and                           ☐ YES   ☐ NO
   retain the fee for your services?

4. Is this private practice located in an institution?                                  ☐ YES   ☐ NO
   If YES to question 4 above, please answer questions "a" and "b" below.
   a) If your private practice is located in an institution, is your office confined    ☐ YES   ☐ NO
      to a separately identified part of the facility that is used solely as your office
      and cannot be construed as extending throughout the entire institution?
   b) If your private practice is located in an institution, are your services also     ☐ YES   ☐ NO
      rendered to patients from outside the institution or facility where your
      office is located?

**J. Physical Therapists/Occupational Therapists in Private Practice (PT/OT)**
The following questions only apply to your individual practice. They do not apply if you are reassigning
all of your benefits to a group/organization.
1. Are all of your PT/OT services only rendered in the patients' homes?                 ☐ YES   ☐ NO

2. Do you maintain private office space?                                                ☐ YES   ☐ NO

3. Do you own, lease, or rent your private office space?                                ☐ YES   ☐ NO

4. Is this private office space used exclusively for your private practice?             ☐ YES   ☐ NO

5. Do you provide PT/OT services outside of your office and/or patients' homes?         ☐ YES   ☐ NO

If you respond YES to any of the questions 2–5 above, attach a copy of the lease
agreement that gives you exclusive use of the facility for PT/OT services.

**K. Nurse Practitioners and Certified Clinical Nurse Specialists**
Are you an employee of a Medicare skilled nursing facility (SNF) or of another          ☐ YES   ☐ NO
entity that has an agreement to provide nursing services to a SNF?

If yes, include the SNF's name and address.

Name
_____

Street Address
_____

| City | State | Zip |
|------|-------|-----|
|      |       |     |

CMS-855I (07/11)                                                                        10

UHPS-JOHNSON 1289

## SECTION 2: IDENTIFYING INFORMATION (Continued)

L. Advanced Diagnostic Imaging (ADI) Suppliers Only

This section must be completed by all individual practitioners that also furnish and will bill Medicare for ADI services. All individual practitioners furnishing ADI services MUST be accredited in each ADI Modality checked below to qualify to bill Medicare for those services.

Check each ADI Modality that you will furnish and the name of the Accrediting Organization that accredited you for that ADI Modality.

☐ Magnetic Resonance Imaging (MRI)

Name of Accrediting Organization for MRI

| Effective Date of Current Accreditation (mm/dd/yyyy) | Expiration Date of Current Accreditation (mm/dd/yyyy) |
|---|---|
| | |

☐ Computed Tomography (CT)

Name of Accrediting Organization for CT

| Effective Date of Current Accreditation (mm/dd/yyyy) | Expiration Date of Current Accreditation (mm/dd/yyyy) |
|---|---|
| | |

☐ Nuclear Medicine (NM)

Name of Accrediting Organization for NM

| Effective Date of Current Accreditation (mm/dd/yyyy) | Expiration Date of Current Accreditation (mm/dd/yyyy) |
|---|---|
| | |

☐ Positron Emission Tomography (PET)

Name of Accrediting Organization for PET

| Effective Date of Current Accreditation (mm/dd/yyyy) | Expiration Date of Current Accreditation (mm/dd/yyyy) |
|---|---|
| | |

UHPS-JOHNSON 1290

## SECTION 3: FINAL ADVERSE LEGAL ACTIONS/CONVICTIONS

This section captures information on final adverse legal actions, such as convictions, exclusions, revocations, and suspensions. All applicable final adverse actions must be reported, regardless of whether any records were expunged or any appeals are pending.

Convictions

1. The provider, supplier, or any owner of the provider or supplier was, within the last 10 years preceding enrollment or revalidation of enrollment, convicted of a Federal or State felony offense that CMS has determined to be detrimental to the best interests of the program and its beneficiaries. Offenses include:

    Felony crimes against persons and other similar crimes for which the individual was convicted, including guilty pleas and adjudicated pre-trial diversions; financial crimes, such as extortion, embezzlement, income tax evasion, insurance fraud and other similar crimes for which the individual was convicted, including guilty pleas and adjudicated pre-trial diversions; any felony that placed the Medicare program or its beneficiaries at immediate risk (such as a malpractice suit that results in a conviction of criminal neglect or misconduct); and any felonies that would result in a mandatory exclusion under Section 1128(a) of the Social Security Act.

2. Any misdemeanor conviction, under Federal or State law, related to: (a) the delivery of an item or service under Medicare or a State health care program, or (b) the abuse or neglect of a patient in connection with the delivery of a health care item or service.

3. Any misdemeanor conviction, under Federal or State law, related to theft, fraud, embezzlement, breach of fiduciary duty, or other financial misconduct in connection with the delivery of a health care item or service.

4. Any felony or misdemeanor conviction, under Federal or State law, relating to the interference with or obstruction of any investigation into any criminal offense described in 42 C.F.R. Section 1001.101 or 1001.201.

5. Any felony or misdemeanor conviction, under Federal or State law, relating to the unlawful manufacture, distribution, prescription, or dispensing of a controlled substance.

Exclusions, Revocations, or Suspensions

1. Any revocation or suspension of a license to provide health care by any State licensing authority. This includes the surrender of such a license while a formal disciplinary proceeding was pending before a State licensing authority.

2. Any revocation or suspension of accreditation.

3. Any suspension or exclusion from participation in, or any sanction imposed by, a Federal or State health care program, or any debarment from participation in any Federal Executive Branch procurement or non-procurement program.

4. Any current Medicare payment suspension under any Medicare billing number.

5. Any Medicare revocation of any Medicare billing number.

UHPS-JOHNSON 1291

## SECTION 3: FINAL ADVERSE LEGAL ACTIONS/CONVICTIONS *(Continued)*

FINAL ADVERSE LEGAL ACTION HISTORY
1. Have you, under any current or former name or business identity, ever had a final adverse legal action listed on page 12 of this application imposed against you?

☐ YES–Continue Below        ☐ NO–Skip to Section 4

2. If yes, report each final adverse legal action, when it occurred, the Federal or State agency or the court/administrative body that imposed the action, and the resolution, if any.

Attach a copy of the final adverse legal action documentation and resolution.

| FINAL ADVERSE LEGAL ACTION | DATE | TAKEN BY | RESOLUTION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

UHPS-JOHNSON 1292

# SECTION 4: PRACTICE LOCATION INFORMATION

**A. Establishing a Professional Corporation, Professional Association, Limited Liability Company, etc.**
If you are the sole owner of a professional corporation, a professional association, or a limited liability company, and will bill Medicare through this business entity, complete this section 4A, skip to Section 4C, and complete the remainder of the application with information about your business entity.

| Legal Business Name as Reported to the Internal Revenue Service | Tax Identification Number |
|---|---|
| Medicare Identification Number *(If Issued)* | NPI |
| Incorporation Date *(mm/dd/yyyy) (if applicable)* | State Where Incorporated *(if applicable)* |

Is this supplier an Indian Health Facility enrolling with the designated Indian Health Services (IHS) Medicare Administrative Contractor (MAC)?
☐ Yes   ☐ No

Identify the type of organizational structure of this provider/supplier *(Check one)*
☐ Corporation ☐ Limited Liability Company ☐ Partnership ☐ Sole Proprietor ☐ Other *(Specify):* _____

Identify how your business is registered with the IRS. (NOTE: If your business is a Federal and/or State government provider or supplier, indicate "Non-Profit" below.)
☐ Proprietary ☐ Non-Profit

NOTE: If a checkbox indicating Proprietaryship or non-profit status is not completed, the provider/supplier will be defaulted to "Proprietary."

## FINAL ADVERSE LEGAL ACTION HISTORY

1. Has your organization, under any current or former name or business identity, ever had any of the final adverse legal actions listed on page 12 of this application imposed against it?

   ☐ YES—Continue Below   ☐ NO—Skip to Section 4B

2. If yes, report each final adverse legal action, when it occurred, the Federal or State agency or the court/administrative body that imposed the action, and the resolution, if any.

   Attach a copy of the final adverse legal action documentation and resolution.

| FINAL ADVERSE LEGAL ACTION | DATE | TAKEN BY | RESOLUTION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If you are the sole owner of a professional corporation, a professional association, or a limited liability company, and will bill Medicare through this business entity, you do not need to complete a CMS-855R that reassigns your benefits to the business entity.

**B. Individual Affiliations**
Complete this section with information about your private practice and group affiliations.

Furnish the requested information about each group/organization to which you will reassign your benefits. In addition, either you or each group/organization reported in this section must complete and submit a CMS 855R(s) (Individual Reassignment of Benefits) with this application. Reassigning benefits means that you are authorizing the group/organization to bill and receive payment from Medicare for the services you have rendered at the group/organization's practice location.

If you are an individual who is reassigning all of your benefits to a group, neither you nor the group needs to submit a CMS-588 (Electronic Funds Transfer Authorization Agreement) to facilitate that reassignment.

UHPS-JOHNSON 1293

## SECTION 4: PRACTICE LOCATION INFORMATION (Continued)

1.  If you are reassigning all of your payments to another group or organization furnish the name, Medicare identification number(s) and NPI of each group or organization below and proceed to Section 13.

2.  If any of your payments are part of your private practice and a group or organization furnish the name and Medicare identification number(s) and NPI of each group or organization below and continue to Section 4C (where you will enter your private practice information).

3.  If you are not reassigning all or any of your payments to another group or organization, skip to Section 4C with information about your private practice.

| a) Name of Group/Organization | Medicare Identification Number (if issued) | National Provider Identifier |
|---|---|---|
| University Hospitals Medical Group Inc. | UN9364361 | 1669499414 |
| b) Name of Group/Organization | Medicare Identification Number (if issued) | National Provider Identifier |
| c) Name of Group/Organization | Medicare Identification Number (if issued) | National Provider Identifier |
| d) Name of Group/Organization | Medicare Identification Number (if issued) | National Provider Identifier |
| e) Name of Group/Organization | Medicare Identification Number (if issued) | National Provider Identifier |

### C. Practice Location Information

*   If you completed Section 4A, complete Section 4C through Section 17 for your business.

*   All locations disclosed on claims forms should be identified in this section as practice locations.

*   Complete this section for each of your practice locations where you render services to Medicare beneficiaries.

    However, you should only report those practice locations within the jurisdiction of the Medicare fee-for-service contractor to which you will submit this application. If you render services in a hospital and/or other health care facility, furnish the name and address of that hospital or facility.

*   Each practice location must be a specific street address as recorded by the United States Postal Service. Do not report a P.O. Box.

*   If you only render services in patients' homes (house calls), you may supply your home address in this section if you do not have an office. In Section 4H, explain that this address is for administrative purposes only and that all services are rendered in patients' homes.

*   If you render services in a retirement or assisted living community, complete this section with the names, telephone numbers and addresses of those communities.

If you have a CLIA number and/or FDA/Radiology Certification Number for this practice location, provide that information and submit a copy of the most current CLIA and FDA certification for each practice location reported.

UHPS-JOHNSON 1294

## SECTION 4: PRACTICE LOCATION INFORMATION *(Continued)*

If you or your organization sees patients in more than one practice location, copy and complete this Section 4C for each location.

| CHECK ONE | ☐ CHANGE | ☐ ADD | ☐ DELETE |
|---|---|---|---|
| DATE *(mm/dd/yyyy)* | | | |

If you are changing, adding, or deleting information, check the applicable box, furnish the effective date, and complete the appropriate fields in this section.

**If you are enrolling for the first time, or if you are adding a new practice location, the date you provide should be the date you saw your first Medicare patient at this location.**

Practice Location Name *("Doing Business As" name if different from Legal Business Name)*

Practice Location Street Address Line 1 *(Street Name and Number – NOT a P.O. Box)*

Practice Location Street Address Line 2 *(Suite, Room, etc.)*

| City/Town | State | ZIP Code + 4 |
|---|---|---|
| Telephone Number | Fax Number *(if applicable)* | E-mail Address *(if applicable)* |
| Medicare Identification Number *(if issued)* | | NPI |

Date you saw your first Medicare patient at this practice location *(mm/dd/yyyy)*

Is this practice location a:
☐ Group practice office/clinic
☐ Hospital
☐ Retirement/assisted living community

☐ Skilled Nursing Facility and/or Nursing Facility
☐ Other health care facility
(Specify):_____

| CLIA Number for this location *(if applicable)* | FDA/Radiology (Mammography) Certification Number for this location *(if issued)* |
|---|---|

UHPS-JOHNSON 1295

## SECTION 4: PRACTICE LOCATION INFORMATION *(Continued)*

**D. Rendering Services in Patients' Homes**

List the city/town, State, and ZIP code for all locations where health care services are rendered in patients' homes. If you provide health care services in more than one State and those States are serviced by different Medicare fee-for-service contractors, complete a separate enrollment application (CMS-855I) for each Medicare fee-for-service contractor's jurisdiction.

If you are changing, adding, or deleting information, check the applicable box, furnish the effective date, and complete the appropriate fields in this section.

| CHECK ONE | ☐ CHANGE | ☐ ADD | ☐ DELETE |
|---|---|---|---|
| DATE *(mm/dd/yyyy)* | | | |

**INITIAL REPORTING AND/OR ADDITIONS**

If you are reporting or adding an entire State, it is not necessary to report each city/town. Simply check the box below and specify the State.

☐ Entire State of _____

If services are provided in selected cities/towns, provide the locations below. Only list ZIP codes if you are not servicing the entire city/town.

| CITY/TOWN | STATE | ZIP CODE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**DELETIONS**

If you are deleting an entire State, it is not necessary to report each city/town. Simply check the box below and specify the State.

☐ Entire State of _____

If services are provided in selected cities/towns, provide the locations below. Only list ZIP codes if you are not servicing the entire city/town.

| CITY/TOWN | STATE | ZIP CODE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

UHPS-JOHNSON 1296

## SECTION 4: PRACTICE LOCATION INFORMATION (Continued)

E. Where Do You Want Remittance Notices or Special Payments Sent?

If you are changing, adding, or deleting information, check the applicable box, furnish the effective date, and complete the appropriate fields in this section.

| CHECK ONE | ☐ CHANGE | ☐ ADD | ☐ DELETE |
|---|---|---|---|
| DATE (mm/dd/yyyy) | | | |

Medicare will issue payments via electronic funds transfer (EFT). Since payment will be made by EFT, the "Special Payments" address will indicate where all other payment information (e.g., remittance notices, special payments) are sent.

☐ "Special Payments" address is the same as the practice location (only one address is listed in Section 4C). Skip to Section 4F.

☐ "Special Payments" address is different than that listed in Section 4C, or multiple locations are listed. Provide address below.

Furnish the address where remittance notices and special payments should be sent for services rendered at the practice location(s) in Section 4C. Note that payments will be made in your name; if an entity is listed in Section 4A of this application, payments will be made in the organization's name.

"Special Payment" Address Line 1 (PO Box or Street Name and Number)

"Special Payment" Address Line 2 (Suite, Room, etc.)

| City/Town | State | ZIP Code + 4 |
|---|---|---|
| | | |

F. Employer ID Number Information

NOTE: If you are a sole proprietor and you want Medicare payments to be reported under your EIN, list it below. Unless indicated in this section, payments will be made to your SSN. You cannot use both an SSN and EIN. You can only use one EIN to bill Medicare.

To qualify for this payment arrangement, you:

- Must be a sole proprietor,
- Cannot reassign all of your Medicare payments, and,
- Want your payments to be made to your EIN. Furnish IRS documentation showing your EIN.

Employer Identification Number (EIN)

UHRS-JOHNSON 1297

## SECTION 4: PRACTICE LOCATION INFORMATION *(Continued)*

### G. Where Do You Keep Patients' Medical Records?

If the patients' medical records are stored at a location other than the location shown in Section 4C, complete this section with the name and address of the storage location. This includes both current and former patients' records.

Post Office Boxes and drop boxes are not acceptable as physical addresses where patients' records are maintained. The records must be your records, not those of another supplier. If this section is not completed, you are indicating that all records are stored at the practice locations reported in Section 4C.

If you are changing, adding, or deleting information, check the applicable box, furnish the effective date, and complete the appropriate fields in this section.

### First Medical Record Storage Facility (for current and former patients)

| CHECK ONE | ☐ CHANGE | ☐ ADD | ☐ DELETE |
|-----------|----------|-------|----------|
| DATE *(mm/dd/yyyy)* | | | |

Storage Facility Address Line 1 *(Street Name and Number)*

Storage Facility Address Line 2 *(Suite, Room, etc.)*

| City/Town | State | ZIP Code + 4 |
|-----------|-------|--------------|
| | | |

### Second Medical Record Storage Facility (for current and former patients)

| CHECK ONE | ☐ CHANGE | ☐ ADD | ☐ DELETE |
|-----------|----------|-------|----------|
| DATE *(mm/dd/yyyy)* | | | |

Storage Facility Address Line 1 *(Street Name and Number)*

Storage Facility Address Line 2 *(Suite, Room, etc.)*

| City/Town | State | ZIP Code + 4 |
|-----------|-------|--------------|
| | | |

### H. Unique Circumstances

Explain any unique circumstances concerning your practice locations or the method by which you render health care services (e.g., you only render services in patients' homes [house calls only]).

## SECTION 5: FOR FUTURE USE (THIS SECTION NOT APPLICABLE)

UHPS-JOHNSON 1298

## SECTION 6: INDIVIDUALS HAVING MANAGING CONTROL

This section captures information about all managing employees. A managing employee means a general manager, business manager, administrator, director, or other individual who exercises operational or managerial control over, or who directly or indirectly conducts, the day-to-day operations of the supplier, either under contract or through some other arrangement, regardless of whether the individual is a W-2 employee of the supplier.

All managing employees at any of your practice locations shown in Section 4 must be reported in this section. If there is more than one managing employee, copy and complete this section as needed.

### A. Managing Employee Identifying Information

If you are changing, adding, or deleting information, check the applicable box, furnish the effective date, and complete the appropriate fields in this section.

| CHECK ONE | ☐ CHANGE | ☐ ADD | ☐ DELETE |
|---|---|---|---|
| DATE *(mm/dd/yyyy)* | | | |

| First Name | | Middle Initial | Last Name | | Jr., Sr., etc. | Title |
|---|---|---|---|---|---|---|
| | | | | | | |

| Medicare Identification Number *(if issued)* | NPI *(if issued)* |
|---|---|
| | |

| Social Security Number *(Required)* | Date of Birth *(mm/dd/yyyy)* | Place of Birth *(State)* | Country of Birth |
|---|---|---|---|
| | | | |

What is the effective date this individual acquired managing control of the provider identified in Section 2A of this application? *(mm/dd/yyyy)*

### B. Final Adverse Legal Action History

Complete this section for the individual reported in Section 6A above. If you are changing or adding information, check the "change" box, furnish the effective date, and complete the appropriate fields in this section.

☐ Change

Effective Date:_____

1. Has this individual in Section 6A above, under any current or former name or business identity, ever had a final adverse legal action listed on page 12 of this application imposed against him/her?

   ☐ YES—Continue Below   ☐ NO—Skip to Section 8

2. If yes, report each final adverse legal action, when it occurred, the Federal or State agency or the court/ administrative body that imposed the action, and the resolution, if any.

   Attach a copy of the final adverse legal action documentation and resolution.

| FINAL ADVERSE LEGAL ACTION | DATE | TAKEN BY | RESOLUTION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

UHPS-JOHNSON 1299

## SECTION 7: FOR FUTURE USE (THIS SECTION NOT APPLICABLE)

## SECTION 8: BILLING AGENCY INFORMATION

A billing agency is a company or individual that you contract with to prepare and submit your claims. If you use a billing agency, you are responsible for the claims submitted on your behalf.

CHECK HERE ☐ If this section does not apply and skip to Section 13.

If you are changing, adding, or deleting information, check the applicable box and furnish the effective date.

| CHECK ONE | ☐ CHANGE | ☐ ADD | ☐ DELETE |
|---|---|---|---|
| DATE *(mm/dd/yyyy)* | | | |

### Billing Agency Name and Address
Complete the appropriate fields in this section.

| Legal Business Name *(as Reported to the Internal Revenue Service)* | If Individual, Billing Agent Date of Birth *(mm/dd/yyyy)* |
|---|---|
| "Doing Business As" Name *(if applicable)* | Tax ID Number or Social Security Number *(required)* |

Billing Agency Address Line 1 *(Street Name and Number)*

Billing Agency Address Line 2 *(Suite, Room, etc.)*

| City/Town | State | ZIP Code + 4 |
|---|---|---|
| Telephone Number | Fax Number *(if applicable)* | E-mail Address *(if applicable)* |

## SECTION 9: FOR FUTURE USE (THIS SECTION NOT APPLICABLE)

## SECTION 10: FOR FUTURE USE (THIS SECTION NOT APPLICABLE)

## SECTION 11: FOR FUTURE USE (THIS SECTION NOT APPLICABLE)

## SECTION 12: FOR FUTURE USE (THIS SECTION NOT APPLICABLE)

UHPS-JOHNSON 1300

## SECTION 13: CONTACT PERSON

This section captures information regarding the person you would like for us to contact regarding this application. If no one is listed below, we will contact you directly.

| First Name | Middle Initial | Last Name | Jr., Sr., etc. |
|---|---|---|---|
| Bianca | | Barnes | |

| Telephone Number | Fax Number *(if applicable)* | E-mail Address *(if applicable)* |
|---|---|---|
| 216-383-6612 | 216-383-8749 | bianca.barnes@uhhospitals.org |

**Address Line 1 *(Street Name and Number)***

24701 EUCLID AVENUE

**Address Line 2 *(Suite, Room, etc.)***

3RD FLOOR

| City/Town | State | ZIP Code +.4 |
|---|---|---|
| EUCLID. | OH | 44117-1714 |

UHPS-JOHNSON 1301

## SECTION 14: PENALTIES FOR FALSIFYING INFORMATION

This section explains the penalties for deliberately furnishing false information in this application to gain or maintain enrollment in the Medicare program.

1. 1.18 U.S.C. § 1001 authorizes criminal penalties against an individual who, in any matter within the jurisdiction of any department or agency of the United States, knowingly and willfully falsifies, conceals or covers up by any trick, scheme or device a material fact, or makes any false, fictitious, or fraudulent statements or representations, or makes any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry. Individual offenders are subject to fines of up to $250,000 and imprisonment for up to five years. Offenders that are organizations are subject to fines of up to $500,000 (18 U.S.C. § 3571). Section 3571(d) also authorizes fines of up to twice the gross gain derived by the offender if it is greater than the amount specifically authorized by the sentencing statute.

2. Section 1128B(a)(1) of the Social Security Act authorizes criminal penalties against any individual who, "knowingly and willfully," makes or causes to be made any false statement or representation of a material fact in any application for any benefit or payment under a Federal health care program. The offender is subject to fines of up to $25,000 and/or imprisonment for up to five years.

3. The Civil False Claims Act, 31 U.S.C. § 3729, imposes civil liability, in part, on any person who:
   a) knowingly presents, or causes to be presented, to an officer or any employee of the United States Government a false or fraudulent claim for payment or approval;
   b) knowingly makes, uses, or causes to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government; or
   c) conspires to defraud the Government by getting a false or fraudulent claim allowed or paid.

   The Act imposes a civil penalty of $5,000 to $10,000 per violation, plus three times the amount of damages sustained by the Government.

4. Section 1128A(a)(1) of the Social Security Act imposes civil liability, in part, on any person (including an organization, agency or other entity) that knowingly presents or causes to be presented to an officer, employee, or agent of the United States, or of any department or agency thereof, or of any State agency...a claim...that the Secretary determines is for a medical or other item or service that the person knows or should know:
   a) was not provided as claimed; and/or
   b) the claim is false or fraudulent.

   This provision authorizes a civil monetary penalty of up to $10,000 for each item or service, an assessment of up to three times the amount claimed, and exclusion from participation in the Medicare program and State health care programs.

5. 18 U.S.C. 1035 authorizes criminal penalties against individuals in any matter involving a health care benefit program who knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact; or makes any materially false, fictitious, or fraudulent statements or representations, or makes or uses any materially false fictitious, or fraudulent statement or entry, in connection with the delivery of or payment for health care benefits, items or services. The individual shall be fined or imprisoned up to 5 years or both.

UHPS-JOHNSON 1302

## SECTION 14: PENALTIES FOR FALSIFYING INFORMATION (*Continued*)

6.  18 U.S.C. 1347 authorizes criminal penalties against individuals who knowing and willfully execute, or attempt, to executive a scheme or artifice to defraud any health care benefit program, or to obtain, by means of false or fraudulent pretenses, representations, or promises, any of the money or property owned by or under the control of any, health care benefit program in connection with the delivery of or payment for health care benefits, items, or services. Individuals shall be fined or imprisoned up to 10 years or both. If the violation results in serious bodily injury, an individual will be fined or imprisoned up to 20 years, or both. If the violation results in death, the individual shall be fined or imprisoned for any term of years or for life, or both.

7.  The government may assert common law claims such as "common law fraud," "money paid by mistake," and "unjust enrichment."

    Remedies include compensatory and punitive damages, restitution, and recovery of the amount of the unjust profit.

UHPS-JOHNSON 1303

## SECTION 15: CERTIFICATION STATEMENT *(Continued)*

As an individual practitioner, you are the only person who can sign this application. The authority to sign the application on your behalf may not be delegated to any other person.

The Certification Statement contains certain standards that must be met for initial and continuous enrollment in the Medicare program. Review these requirements carefully.

By signing the Certification Statement, you agree to adhere to all of the requirements listed therein and acknowledge that you may be denied entry to or revoked from the Medicare program if any requirements are not met.

### Certification Statement

You MUST sign and date the certification statement below in order to be enrolled in the Medicare program. In doing so, you are attesting to meeting and maintaining the Medicare requirements stated below.

I, the undersigned, certify to the following:

1. I have read the contents of this application, and the information contained herein is true, correct, and complete. If I become aware that any information in this application is not true, correct, or complete, I agree to notify the Medicare fee-for-service contractor of this fact in accordance with the time frames established in 42 CFR § 424.516.

2. I authorize the Medicare contractor to verify the information contained herein. I agree to notify the Medicare contractor of a change in ownership, practice location and/or Final Adverse Action within 30 days of the reportable event. In addition, I agree to notify the Medicare contractor of any other changes to the information to this form within 90 days of the effective date of change. I understand that any change to my status as an individual practitioner may require the submission of a new application. I understand that any change in business structure of this supplier may require the submission of a new application.

3. I have read and understand the Penalties for Falsifying Information, as printed in this application. I understand that any deliberate omission, misrepresentation, or falsification of any information contained in this application or contained in any communication supplying information to Medicare, or any deliberate alteration of any text on this application form, may be punished by criminal, civil, or administrative penalties including, but not limited to, the denial or revocation of Medicare billing privileges, and/or the imposition of fines, civil damages, and/or imprisonment.

4. I agree to abide by the Medicare laws, regulations and program instructions that apply to me or to the organization listed in Section 4A of this application. The Medicare laws, regulations, and program instructions are available through the fee-for-service contractor. I understand that payment of a claim by Medicare is conditioned upon the claim and the underlying transaction complying with such laws, regulations, and program instructions (including, but not limited to, the Federal anti-kickback statute and the Stark law), and on the supplier's compliance with all applicable conditions of participation in Medicare.

5. Neither I, nor any managing employee listed on this application, is currently sanctioned, suspended, debarred, or excluded by the Medicare or State Health Care Program, e.g., Medicaid program, or any other Federal program, or is otherwise prohibited from providing services to Medicare or other Federal program beneficiaries.

6. I agree that any existing or future overpayment made to me (or to the organization listed in Section 4A of this application) by the Medicare program may be recouped by Medicare through the withholding of future payments.

7. I understand that the Medicare identification number issued to me can only be used by me or by a provider or supplier to whom I have reassigned my benefits under current Medicare regulations, when billing for services rendered by me.

8. I will not knowingly present or cause to be presented a false or fraudulent claim for payment by Medicare, and will not submit claims with deliberate ignorance or reckless disregard of their truth or falsity.

9. I further certify that I am the individual practitioner who is applying for Medicare billing privileges.

UHPS-JOHNSON 1304

## SECTION 15: CERTIFICATION STATEMENT *(Continued)*

| First Name | | Middle Initial | Last Name | | M.D., D.O., etc. |
|---|---|---|---|---|---|
| Practitioner Signature *(First, Middle, Last Name, Jr., Sr., M.D., D.O., etc.)* | | | | Date Signed *(mm/dd/yyyy)* | |

All signatures must be original and signed in ink (blue ink preferred). Applications with signatures deemed not original will not be processed. Stamped, faxed or copied signatures will not be accepted.

## SECTION 16: FOR FUTURE USE (THIS SECTION NOT APPLICABLE)

## SECTION 17: SUPPORTING DOCUMENTS

This section lists the documents that, if applicable, must be submitted with this enrollment application. For changes, only submit documents that are applicable to the change requested. The fee-for-service contractor may request, at any time during the enrollment process, documentation to support or validate information reported on the application. In addition, the Medicare fee-for-service contractor may request documents from you, other than those identified in this section 17, as are necessary to bill Medicare.

MANDATORY FOR ALL PROVIDER/SUPPLIER TYPES

☐ Completed Form CMS-588, for Electronic Funds Transfer Authorization Agreement.
   NOTE: If a supplier already receives payments electronically and is not making a change to his/her banking information, the CMS-588 is not required. (Moreover, physicians and non-physician practitioners who are reassigning all of their payments to another entity are not required to submit the CMS-588.)

☐ Written confirmation from the IRS confirming your Tax Identification Number with the Legal Business Name (e.g., IRS form CP 575) provided in Section 2. (NOTE: This information is needed if the applicant is enrolling their professional corporation, professional association, or limited liability corporation with this application or enrolling as a sole proprietor using an Employer Identification Number.)

MANDATORY, IF APPLICABLE

☐ Copy of IRS Determination Letter, if provider is registered with the IRS as non-profit.
☐ Copy(s) of all final adverse action documentation (e.g., notifications, resolutions, and reinstatement letters).
☐ Completed Form CMS-460, Medicare Participating Physician or Supplier Agreement.
☐ Completed Form CMS-855R, Individual Reassignment of Medicare Benefits.
☐ Statement in writing from the bank. If Medicare payment due a supplier of services is being sent to a bank (or similar financial institution) where the supplier has a lending relationship (that is, any type of loan), then the supplier must provide a statement in writing from the bank (which must be in the loan agreement) that the bank has agreed to waive its right of offset for Medicare receivables.
☐ Written confirmation from the IRS confirming your Limited Liability Company (LLC) is automatically classified as a Disregarded Entity (e.g., Form 8832). (NOTE: A disregarded entity is an eligible entity that is treated as an entity not separate from its single owner for income tax purposes.)
☐ Copy of current CLIA and FDA certification for each practice location reported.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0685. The time required to complete this information collection is estimated to 4 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850.
DO NOT MAIL APPLICATIONS TO THIS ADDRESS. Mailing your application to this address will significantly delay application processing.

UHPS-JOHNSON 1305

## SECTION 15: CERTIFICATION STATEMENT *(Continued)*

| First Name | | Middle Initial | Last Name | | M.D., D.O., etc. |
|---|---|---|---|---|---|
| | | | | | |

| Practitioner Signature *(First, Middle, Last Name, Jr., Sr., M.D., D.O., etc.)* | | Date Signed *(mm/dd/yyyy)* |
|---|---|---|
| | | |

All signatures must be original and signed in ink (blue ink preferred). Applications with signatures deemed not original will not be processed. Stamped, faxed or copied signatures will not be accepted.

## SECTION 16: FOR FUTURE USE (THIS SECTION NOT APPLICABLE)

## SECTION 17: SUPPORTING DOCUMENTS

This section lists the documents that, if applicable, must be submitted with this enrollment application. For changes, only submit documents that are applicable to the change requested. The fee-for-service contractor may request, at any time during the enrollment process, documentation to support or validate information reported on the application. In addition, the Medicare fee-for-service contractor may also request documents from you, other than those identified in this section 17, as are necessary to bill Medicare.

### MANDATORY FOR ALL PROVIDER/SUPPLIER TYPES

☐ Completed Form CMS-588, for Electronic Funds Transfer Authorization Agreement.
· NOTE: If a supplier already receives payments electronically and is not making a change to his/her banking information, the CMS-588 is not required. (Moreover, physicians and non-physician practitioners who are reassigning all of their payments to another entity are not required to submit the CMS-588.)

☐ Written confirmation from the IRS confirming your Tax Identification Number with the Legal Business Name (e.g., IRS form CP 575) provided in Section 2. (NOTE: This information is needed if the applicant is enrolling their professional corporation, professional association, or limited liability corporation with this application or enrolling as a sole proprietor using an Employer Identification Number.)

### MANDATORY, IF APPLICABLE

☐ Copy of IRS Determination Letter, if provider is registered with the IRS as non-profit.

☑ Copy(s) of all final adverse action documentation (e.g., notifications, resolutions, and reinstatement letters).

☐ Completed Form CMS-460, Medicare Participating Physician or Supplier Agreement.

☑ Completed Form CMS-855R, Individual Reassignment of Medicare Benefits.

☐ Statement in writing from the bank. If Medicare payment due a supplier of services is being sent to a bank (or similar financial institution) where the supplier has a lending relationship (that is, any type of loan), then the supplier must provide a statement in writing from the bank (which must be in the loan agreement) that the bank has agreed to waive its right of offset for Medicare receivables.

☐ Written confirmation from the IRS confirming your Limited Liability Company (LLC) is automatically classified as a Disregarded Entity (e.g., Form 8832). (NOTE: A disregarded entity is an eligible entity that is treated as an entity not separate from its single owner for income tax purposes.)

☐ Copy of current CLIA and FDA certification for each practice location reported.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0685. The time required to complete this information collection is estimated to be 4 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850.
DO NOT MAIL APPLICATIONS TO THIS ADDRESS. Mailing your application to this address will significantly delay application processing.

UHPS-JOHNSON 1306

## SECTION 15: CERTIFICATION STATEMENT (Continued)

| First Name | Middle Initial | Last Name | M.D., D.O., etc. |
|---|---|---|---|
| | | | |

| Practitioner Signature (First, Middle, Last Name, Jr., Sr., M.D., D.O., etc.) | Date Signed (mm/dd/yyyy) |
|---|---|
| | |

All signatures must be original and signed in ink (blue ink preferred). Applications with signatures deemed not original will not be processed. Stamped, faxed or copied signatures will not be accepted.

## SECTION 16: FOR FUTURE USE (THIS SECTION NOT APPLICABLE)

## SECTION 17: SUPPORTING DOCUMENTS

This section lists the documents that, if applicable, must be submitted with this enrollment application. For changes, only submit documents that are applicable to the change requested. The fee-for-service contractor may request, at any time during the enrollment process, documentation to support or validate information reported on the application. In addition, the Medicare fee-for-service contractor may also request documents from you, other than those identified in this section 17, as are necessary to bill Medicare.

MANDATORY FOR ALL PROVIDER/SUPPLIER TYPES

☐ Completed Form CMS-588, for Electronic Funds Transfer Authorization Agreement.
  NOTE: If a supplier already receives payments electronically and is not making a change to his/her banking information, the CMS-588 is not required. (Moreover, physicians and non-physician practitioners who are reassigning all of their payments to another entity are not required to submit the CMS-588.)

☐ Written confirmation from the IRS confirming your Tax Identification Number with the Legal Business Name (e.g., IRS form CP 575) provided in Section 2. (NOTE: This information is needed if the applicant is enrolling their professional corporation, professional association, or limited liability corporation with this application or enrolling as a sole proprietor using an Employer Identification Number.)

MANDATORY, IF APPLICABLE

☐ Copy of IRS Determination Letter, if provider is registered with the IRS as non-profit.

☐ Copy(s) of all final adverse action documentation (e.g., notifications, resolutions, and reinstatement letters).

☐ Completed Form CMS-460, Medicare Participating Physician or Supplier Agreement.

☐ Completed Form CMS-855R, Individual Reassignment of Medicare Benefits.

☐ Statement in writing from the bank, If Medicare payment due a supplier of services is being sent to a bank (or similar financial institution) where the supplier has a lending relationship (that is, any type of loan), then the supplier must provide a statement in writing from the bank (which must be in the loan agreement) that the bank has agreed to waive its right of offset for Medicare receivables.

☐ Written confirmation from the IRS confirming your Limited Liability Company (LLC) is automatically classified as a Disregarded Entity (e.g., Form 8832). (NOTE: A disregarded entity is an eligible entity that is treated as an entity not separate from its single owner for income tax purposes.)

☐ Copy of current CLIA and FDA certification for each practice location reported.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0685. The time required to complete this information collection is estimated to 4 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850.
DO NOT MAIL APPLICATIONS TO THIS ADDRESS. Mailing your application to this address will significantly delay application processing.

UHPS-JOHNSON 1307

 **University Hospitals**

| | |
|---|---|
| Name: | JOHNSON, VICTORIA D |
| Date: | 1/25/2012 | D.O.B.: | 1/15/1958 |

# PHYSICAL EXAM

**Chief Complaint:**

**Present Illness:** PATIENT PRESENTS FOR PE SHE IS COMPLIANT WITH DIET + EXERCISE. SHE IS WITHOUT COMPLAINTS. SHE IS C/O RASH ON HER BACK X 5 DAYS + ITCHING

**Past Medical History — No Change From:** 1/25/2012     **Marital Status:** ⊙ S  ○ M  ○ W  ○ D

**Allergies:** NKDA     **Intolerant:**

**Medications:** N/A

**Family History:**
Father: ☐L ☑D    Brothers: ☑L 5 ☐D    Sons: ☐L ☐D    Notes: DAD DIED PANCREATIC CA
Mother: ☑L ☐D    Sisters: ☐L ☐D    Dtrs: ☑L 2 ☐D
☐CAD  ☐Diabetes  ☐Cancer  ☐Polyps  ☐Aneurysm  ☐Ra/Sle  ☐Other:

**Social History:**   Work: ENROLLMENT – UH    Alcohol: OCCCAS    Smoking: N/A
Exercise: REGULAR    Other:    Self Breast Exam: ☐Y ☐N

**Vaccinations:**  ☐Flu  ☐Pneumonia  ☑Tetanus  ☐Shingles  ☐Hep A  ☐Hep B  ☐Other:

**Hospitalizations:**  1 ___  2 ___  3 ___  4 ___  5 ___  6 ___

**\*\*\* Review of Systems**    Enter H = History of present illness, N = Normal, or A = Abnormal in the box next to each system below.    Comments:

| N | GEN: | ☐Fever ☐Sweats ☐Weight Change | |
|---|---|---|---|
| N | HEAD: | ☐Headache ☐Injury | |
| A | EYES: | ☐Pain ☐Redness ☐Dry eyes ☐Vision change/loss ☐Tearing ☐Itching ☐Photophobia | WEARS GLASSES |
| N | ENT: | ☐Hearing loss ☐Drainage ☐Hyperacousis ☐Blisters/ulcers/sores ☐Bleeding ☐Sore throat ☐Gum Pain ☐Congestion ☐Change in voice | |
| N | BREAST: | ☐Pain ☐Lump ☐Discharge | |
| N | RESP: | ☐Cough ☐Sputum/phlegm ☐Blood ☐Pain ☐Wheezing ☐Snoring ☐Apnea ☐Exposures | |
| N | CVS: | ☐HBP ☐Murmur ☐Abn. Lipids ☐SOB/PND/Orthopnea ☐Palpitations/irregular beat ☐Dizziness ☐Swelling ☐LE Pain ☐Cramps | |
| A | GI: | ☐Pain ☐Pyrosis ☐Reflux ☐Indigestion ☐Bitter/Sour taste ☐Difficulty swallowing/dysphagia ☐Loss of appetite ☐Nausea ☐Emesis ☐Constipation ☐Diarrhea ☐Blood ☐PUD ☐Gall bladder disease ☐Hepatitis ☐Hemorrhoids ☐Diverticulosis/itis | OCCAS CONSTIPATION |
| A | GU: | ☐Slow stream ☐Burning ☐Blood ☐Frequency ☐Nocturia ☐Stress/urgency incontinence ☐Incomplete voiding ☐UTIs ☐Prostatitis ☐Lump ☐Stones  Sexually active: ☐Y ☐N  Preference: ☐M ☐F ☐Vag. blood  Menses: ☐regular ☐irregular  LMP: 2009 | |
| N | NEURO: | ☐Migraine ☐Seizure ☐Diplopia ☐Tinnitus ☐Vertigo ☐One-sided change ☐Loss of balance ☐Falls ☐Dysesthesias/par esthesias ☐Tics ☐Tremors ☐Gait change ☐Aphasia ☐Dysarthria ☐Confusion ☐Memory loss ☐Behavior change | |
| N | HEME: | ☐Easy bleeding/bruising ☐Anemia ☐Transfusion ☐DVT/PE ☐Swollen/painful glands | |
| N | ENDO: | ☐Thyroid dis. ☐Polyuria/polydipsia ☐Heat/cold intol. ☐Diabetes | |
| N | MSKEL: | ☐Muscle/joint pain ☐Swelling ☐Raynaud's | |
| A | DERM: | ☑Rash ☐Lump ☐Sore ☐Itching ☐Changing mole ☐Hair/Nail changes | |
| N | PSYCH: | ☐Depression ☐Nervousness ☐Hallucinations ☐Suicidal thoughts/plan ☐Sleep disturbance | |

DEFENDANT'S EXHIBIT
2
ALL-STATE LEGAL®

VJ000131
CONFIDENTIAL



**PHYSICAL EXAM**

**PHYSICAL EXAM**

Name: JOHNSON, VICTORIA D
Date: 1/25/2012          D.O.B.: 1/15/1958

**Examination:**

**Appearance:** PLEASANT IN NAD A+O X3

| Weight: 153 | Height: 65.75 IN | BMI: | BP: 90/60 | P: | R: 14 | T: |
|---|---|---|---|---|---|---|

| N | M | Abn | History — No Change From: | 1/25/2012 | Comments: | | Status: | S | M | W | O |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Head: | Scalp, Trauma signs | AT/NC | | | | | | |
| | | | Eyes: | Vac, Lids, Lashes, Conj., Sclera, Fundi | PERRL EOMI | | | | | | |
| | | | Ears: | External, Canals, TMs, Acuity | TM'S CLEAR | | | | | | |
| | | | Nose: | Septum, Turbinates, Mucosa | NO SINUS TENDERNESS | | | | | | |
| | | | Throat: | Gums, Lips, Teeth, Tongue, Pharynx | NO EXUDATE  NO ERYTHEMA | | | | | | |
| | | | Neck: | Mobility, Nodes, Masses, JVD, Thyroid | NO ADENOPATHY  NO THYROMEGALY  NO MASSES | | | | | | |
| Sd | | x | Breast: | Nipple, Areola, Skin, Palpation, Axilla | NO MASSES  NO D/C  NO ADENOPATHY | | | | | | |
| | | | Chest: | Shape, Percussion, Palpation, Auscultation | CTA | | | | | | |
| Ve | nl | | Cardiac: | Palpation, S1, S2, M/G/R | RRR NL S1 + S2 NO M/G/R | | | | | | |
| | | | Vasc: | Pulses, Bruits, Edema, [DM: Ischemic changes] | NO EDEMA  2+ PULSES | | | | | | |
| | | | Abd: | Shape, Percussion, Palpation, LSKK, Nodules, Masses, Hernia | + BS NT ND NO HSM  NO MASSES | | | | | | |
| | | | Neuro: | Alertness, CN, S,M, Crbl, Rfx, Clock, [DM: Pin, Vibration, Monofilament testing] | CN11- XII INTACT MOTOR  + CEREBELLAR NL DTR'S 2+ | | | | | | |
| N | El | | Psych: | Thought, Affect, Speech pattern, Orientation | NL | | | | | | |
| N | El | | Gu/Gyn: | Ext. genatalia, Internal Exam | | | | | | | |
| Al | Yl | | Heme: | Bleeding, Petechiae, Purpura, Lymph Nodes | NO BRUISES  NO ADENOPATHY | | | | | | |
| | | | Makel: | Bones, Joints, Tendons, Mobility | NO SWELLING  IN JOINTS  FROM | | | | | | |
| N | Nl | | Derm: | Rash, Nodules, Moles, Nails, Hair, Hematomas, [DM Foot Exam: Nails, Skin, Pulses] | NL NAILS- + HYPERPIGMENTED  MACULES ON UPPER  BAK | | | | | | |
| N | Rl | | Rectal: | Mass, Tender, Prostrate, Stool, Ext. lesion, Hemorrhoids, Hemoccult | NO MASSES  NL TONE | | | | | | |

N RESP: ☐ Cough ☐ Sputum/phlegm ☐ Blood ☐ Pain

**Lab Results:**

N CVS: ☐ HBP ☐ Murmur ☐ Abn. Lipids ☐ Pain ☐ SOB/PND/Orthopne a

**Impression:** pitations/irregular beat ☐ Dizziness ☐ Swelling ☐ LE Pain ☐ Cramps

1. DERMATITIS- RF MOMETASONE                5.

2. HEALTH MAIN- MAMMOGRAM + COLONOSCOPY  DONE- NEEDS PAP     6.

3.                                          7.

4.                              ncy 8,

**Plan:** ☐ Stress/urgency incontinence ☐ Incomplete voiding ☐ UTIs ☐ Prostatitis
☐ Lump ☐ Stones    Sexually active: ☐ Y ☐ N   Preference: ☐ M ☐ F

1. BASIC CBC LIPID HEPATIC TSH VIT D

2. U/A

3. gyn for pap

4.

☐ Diabetes

DAVID HEADEN

Provider's Signature          Provider's Name     ☐ Hair/Nail changes

Page 2

VJ000132
CONFIDENTIAL

# PHONE MESSAGE

| | | | |
|---|---|---|---|
| Patient Name: | JOHNSON, VICTORIA D | Taken By: | Pollack, Mara |
| Date of Birth: | 1/15/1958   Age:   54 | Date: | 1/26/2012 |
| Chart Number: | 2571601 | Time: | 9:13:22 AM |
| Name of Caller: | Victoria | ☐ Call at home number: | (216) 767-0076 |
| Pharmacy #: | | ☑ Call at following number: | 216-383-6614 |
| Allergies: | | | |

**Message:**

returning your call  please call w # until  4:00pm   216-383-6614

| Plan of Action: | Handled by: | Date & Time: | Length of Call: |
|---|---|---|---|
| results given | | | |
| | | | |
| | | | |

☐ **Call back if worse.**

**Diagnosis: (For Billing Purposes Only)**

**Provider:**

| CPT Billing for Telephone Services: | ☑ No Charge | |
|---|---|---|
| | ☐ 99441 [5-10] | ☐ 98966 [5-10] |
| | ☐ 99442 [11-20] | ☐ 98967 [11-20] |
| | ☐ 99443 [21-30] | ☐ 98968 [21-30] |

DEFENDANT'S EXHIBIT
3
ALL-STATE LEGAL®

VJ000130
CONFIDENTIAL

 **UNIVERSITY HOSPITALS**
MEDICAL PRACTICES

# Adult Sick Visit

Date of Visit: 2/13/2012

| Patient Name: | JOHNSON, VICTORIA D | DOB: | 1/15/1958 | Age: | 54 |

Phone: (216) 767-0076    or:    Medical Assistant:    Date of Onset:

Chief complaint:

Allergies:    Date of Last PE:    Smoker?

Current Meds:    Pharmacy #:

Past Medical History:

Relevant Family History:

Relevant Social History:

**HPI:** PATIENT PRESENTS FOR F/U.. SHE IS C/O INCREASED ANXIETY OVER A SITUATION AT WORK.HER CO-WORKER IS PLAYING WITH HIMSELF .SHE IS C/O INCREASED ANXIETY OVER THE SITUATION .SHE REPORTS DECREASED SLEEP, INCREASE ANXIETY. NO CP OR SOB. DECREASED APPETITE.

SHE REPORTS THAT SHE FEELS THREATENED AT WORK AND HAS BECOME OVERLY CAUTIOUS AT WORK AND AT HOME.SHE HAS A MEETING SCHEDULED AT WORK WITH HR AND DOES NOT FEEL COMFTORABLE RETURNING TO WORK UNTIL THIS SITUATUION IS RESOLVED.

**PE:** Weight:    lbs    Temp:    Pulse:    Resp:    BP:

**Check if Normal:**    **Relevant findings / Comments:**

| ☑ General | ☑ WD  ☑ WN  PLEASANT IN NAD A+ O X3 |
| ☑ Neurological | ☑ Alert  ☑ Oriented |
| ☑ Skin | ☑ Intact |
| ☑ Lymph Nodes | |
| ☑ Head/Neck | ☑ Neck supple  ☑ No thyromegaly  ☑ No bruits |
| ☑ Eyes | ☑ PEARLA  ☑ Disc sharp |
| ☑ Ears | ☑ TM's intact |
| ☑ Nose | |
| ☑ Throat | |
| ☑ Chest | ☑ No retractions |
| ☑ Heart | ☑ RRR  ☑ No murmur |
| ☑ Lungs | ☑ Clear  ☑ No resp. distress |
| ☑ Abdomen | ☑ No HSM  ☑ Soft  ☑ Good bowel sounds |
| ☑ GU | |
| ☑ Joints/Hips | |
| ☑ Back/Extremities | |

**Impression:** ANXIETY- EXTENSIVE COUNSELING GIVEN TO PATIENT. SHE DOES NOT WANT MEDS AND DOES NOT WANT A REFERRAL TO A COUNSELOR. RELAXATATION TECHNIQUES GIVEN TO PATIENT. SHE WILL CALL AFTER MEETING WITH HR.

HEMATURIA- RECHECK U/A

**Plan:**

DEFENDANT'S EXHIBIT
4
ALL-STATE LEGAL®

Follow up Appt: AS SCHEDULED

Provider Name: DAVID HEADEN

Provider Signature

VJ000129
CONFIDENTIAL

# PHONE MESSAGE

Patient Name:  JOHNSON, VICTORIA D

Date of Birth:  1/15/1958     Age:   54

Chart Number:  2571601

Name of Caller:  self

Pharmacy #:

Allergies:

Taken By:  Dameron-White, Olanda

Date:       2/14/2012

Time:       12:54:16 PM

☐ Call at home number:     (216) 767-0076

☑ Call at following number:   2.780.1009

| Message: |
| --- |
| pt. walked in ask for a call from yoy |

| Plan of Action: | Handled by: | Date & Time: | Length of Call: |
| --- | --- | --- | --- |
| SHE WILL ASK FOR A TRANSFER | | | |
| | | | |
| | | | |

☐ **Call back If worse.**

| Diagnosis: (For Billing Purposes Only) |
| --- |
| |
| Provider: |

| CPT Billing for Telephone Services: | ☑ No Charge | |
| --- | --- | --- |
| | ☐ 99441 [5-10] | ☐ 98966 [5-10] |
| | ☐ 99442 [11-20] | ☐ 98967 [11-20] |
| | ☐ 99443 [21-30] | ☐ 98968 [21-30] |


DEFENDANT'S EXHIBIT
ALL-STATE LEGAL®

VJ000128
CONFIDENTIAL

# PHONE MESSAGE

| | | | | |
|---|---|---|---|---|
| Patient Name: | JOHNSON, VICTORIAD | | Taken By: | Dameron-White, Olanda |
| Date of Birth: | 1/15/1958 | Age: 54 | Date: | 3/2/2012 |
| Chart Number: | 2571601 | | Time: | 2:48:55 PM |
| Name of Caller: | self | | ☐ Call at home number: | (216) 767-0076 |
| Pharmacy #: | | | ☑ Call at following number: | 2.780.1009 |
| Allergies: | | | | |

**Message:**

fax# 2.201.4288 need form faxed she left and her results from testing any problem please call

| Plan of Action: | Handled by: | Date & Time: | Length of Call: |
|---|---|---|---|
| lm to send another form | | | |
| | | | |
| | | | |

☐ **Call back if worse.**

Diagnosis: (For Billing Purposes Only)

Provider:

| CPT Billing for Telephone Services: | ☑ No Charge | |
|---|---|---|
| | ☐ 99441 [5-10] | ☐ 98966 [5-10] |
| | ☐ 99442 [11-20] | ☐ 98967 [11-20] |
| | ☐ 99443 [21-30] | ☐ 98968 [21-30] |

**DEFENDANT'S EXHIBIT**
6
ALL-STATE LEGAL®

VJ000127
CONFIDENTIAL

# PHONE MESSAGE

Patient Name:  JOHNSON, VICTORIAD

Date of Birth:  1/15/1958    Age:   54

Chart Number:  2571601

Name of Caller:   patient

Pharmacy #: _____

Allergies: _____

Taken By:  Stone, Laura

Date:      3/8/2012

Time:      10:06:48 AM

☐ Call at home number:     (216) 767-0076

☐ Call at following number: _____

| Message: |
|---|
| Health assessment form was sent here.  Has not heard if it was sent it.  It NEEDS to be in by the end of March! |

| Plan of Action: | Handled by: | Date & Time: | Length of Call: |
|---|---|---|---|
| she will refax form | | | |
| | | | |
| | | | |

☐ Call back if worse.

| Diagnosis: (For Billing Purposes Only) |
|---|
| |
| Provider: |

| CPT Billing for Telephone Services: | ☑ No Charge | |
|---|---|---|
| | ☐ 99441 [5-10] | ☐ 98966 [5-10] |
| | ☐ 99442 [11-20] | ☐ 98967 [11-20] |
| | ☐ 99443 [21-30] | ☐ 98968 [21-30] |

DEFENDANT'S
EXHIBIT
7
ALL-STATE LEGAL®

VJ000126
CONFIDENTIAL

# PHONE MESSAGE

| | | | |
|---|---|---|---|
| Patient Name: | JOHNSON, VICTORIAD | Taken By: | Hill, Charletta |
| Date of Birth: | 1/15/1958    Age:  54 | Date: | 3/20/2012 |
| Chart Number: | 2571601 | Time: | 1:43:45 PM |

Name of Caller:   _self_ _____    ☐ Call at home number.    (216) 767-0076

Pharmacy #:   _____    ☑ Call at following  number:    216-780-1009

Allergies:   _____

**Message:**
please call

| Plan of Action: | Handled by: | Date & Time: | Length of Call: |
|---|---|---|---|
| HAVING ANXIETY SX OVER WORK SITUATION-SCHEDULE APPT | | | |
| | | | |
| | | | |

☐ **Call back if worse.**

Diagnosis: (For Billing Purposes Only)



Provider:


CPT Billing for
Telephone  Services:
☑ No Charge
☐ 99441  [5-10]
☐ 99442  [11-20]
☐ 99443  [21-30]
☐ 98966  [5-10]
☐ 98967  [11-20]
☐ 98968  [21-30]

DEFENDANT'S
EXHIBIT
8
ALL-STATE LEGAL®

VJ000124
CONFIDENTIAL



**UNIVERSITY HOSPITALS**
MEDICAL PRACTICES

# Adult Sick Visit

| Date of Visit: | 6/11/2012 | | | | | | |
|---|---|---|---|---|---|---|---|
| **Patient Name:** | JOHNSON, VICTORIA D | | | **DOB:** 1/15/1958 | | **Age:** | 54 |
| Phone: | (216) 767-0076 | or: | | Medical Assistant: | | | |
| **Chief complaint:** | | | | | | Date of Onset: | |
| Allergies: | | | | Date of Last PE: | | Smoker? | |
| Current Meds: | | | | | | Pharmacy #: | |
| Past Medical History: | | | | | | | |
| Relevant Family History: | | | | | | | |
| Relevant Social History: | | | | | | | |

**HPI:** PATIENT PRESENTS FOR F/U. SHE IS C/O INCREASED STRESS AT WORK. SHE REPORTS THAT HER NERVES ARE BAD. SHE HAS DECREASED CONCENTRATION, DECREASED SLEEP, DEPRESSED MOOD, DECREASED INTERESTS. NL APPETITE. INCREASED ANXIETY. SHE DENIES SUICIDAL IDEATION.

SX PRESENT SINCE 2-12 AFTER EVENT WITH CO-WORKER. SHE REPORTS OCCAS HA'S NO DIZZINESS. NO CP OR SOB. NO ABD PAIN NO N/V/D

| **PE:** | Weight: | 1`58 | lbs | Temp: | | Pulse: | 72 | Resp: | | BP: | 120/70 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Check if Normal:** — **Relevant findings / Comments:**

| Check if Normal | Relevant findings / Comments |
|---|---|
| ☑ General | ☑ WD  ☑ WN  PLEASANT IN NADA+O X3 |
| ☑ Neurological | ☑ Alert  ☑ Oriented |
| ☑ Skin | ☑ Intact |
| ☑ Lymph Nodes | |
| ☑ Head/Neck | ☑ Neck supple  ☑ No thyromegaly  ☑ No bruits |
| ☑ Eyes | ☑ PEARLA  ☑ Disc sharp |
| ☑ Ears | ☑ TM's intact |
| ☑ Nose | |
| ☑ Throat | |
| ☑ Chest | ☑ No retractions |
| ☑ Heart | ☑ RRR  ☑ No murmur  RRR NL S1 + S2 |
| ☑ Lungs | ☑ Clear  ☑ No resp. distress  CTA |
| ☑ Abdomen | ☑ No HSM  ☑ Soft  ☑ Good bowel sounds  + BS NT ND NO HSM |
| ☑ GU | |
| ☑ Joints/Hips | |
| ☑ Back/Extremities | NO EDEMA |

**Impression:** DEPRESSION/ANXIE TY- ZOLOFT 50 MG DAILY- COUNSELING GIVEN

HEMATURIA- - WILLRECHECK IN 1 M0

**Plan:**

DEFENDANT'S EXHIBIT
9
ALL-STATE LEGAL®

| Follow up Appt: | 3 WEEKS |
|---|---|
| Provider Name: | DAVID HEADEN |
| | Provider Signature |

VJ000123
CONFIDENTIAL



**UNIVERSITY HOSPITALS**
MEDICAL PRACTICES

# Adult Sick Visit

Date of Visit: 6/19/2012

| Patient Name: | JOHNSON, VICTORIA D | | DOB: | 1/15/1958 | Age: | 54 |
|---|---|---|---|---|---|---|

| Phone: | (216) 767-0076 | or: | | Medical Assistant: | |
|---|---|---|---|---|---|

| Chief complaint: | | | | Date of Onset: | |
|---|---|---|---|---|---|

| Allergies: | | | Date of Last PE: | Smoker? | |
|---|---|---|---|---|---|

| Current Meds: | | | | Pharmacy #: | |
|---|---|---|---|---|---|

| Past Medical History: | |
|---|---|

| Relevant Family History: | |
|---|---|

| Relevant Social History: | |
|---|---|

**HPI:** PATIENT PRESENTS FOR F/U. SHE REPORTS IMPROVEMENT IN ANXIETY + DEPRESSION WITH ZOLOFT. SHE REPORTS THAT IT MAKES HER FEEL TIRED. SHE REPORTS THAT HER L EAR FEELS CLOGGED X 3 DAYS. SHE REPEORTS MILD SINUS CONGESTION. SHE REPORTS HA YESTERDAY WHICH HAS RESOLVED. SHE IS ALSO C/O BLURRY VISION X A FEW DAYS. NO CP OR SOB. NO ABD PAIN NO N/V/D

| PE: | Weight: | 154 | lbs | Temp: | | Pulse: | 72 | Resp: | | BP: | 90/60 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Check if Normal:** | **Relevant findings / Comments:**

| ☑ General | ☑ WD  ☑ WN  PLEASANT INN ADA+O X3 |
|---|---|
| ☑ Neurological | ☑ Alert  ☑ Oriented |
| ☑ Skin | ☑ Intact |
| ☑ Lymph Nodes | |
| ☑ Head/Neck | ☑ Neck supple  ☑ No thyromegaly  ☑ No bruits  NO ADENOPATHY |
| ☑ Eyes | ☑ PEARLA  ☐ Disc sharp |
| ☑ Ears | ☑ TM's intact  TM'S CKLEAR |
| ☑ Nose | NO SINUS TENDERNESS |
| ☑ Throat | NO EXUDATE NO ERYTHEMA |
| ☑ Chest | ☑ No retractions |
| ☑ Heart | ☑ RRR  ☑ No murmur  RRR NL S1 + S2 |
| ☑ Lungs | ☑ Clear  ☑ No resp. distress  CTA |
| ☑ Abdomen | ☑ No HSM  ☑ Soft  ☑ Good bowel sounds  + BS NT ND NO HSM |
| ☑ GU | |
| ☑ Joints/Hips | |
| ☑ Back/Extremities | NO EDEMA |

**Impression:** DEPRESSION/ANXIE TY- C/W ZOLOFT

HEMATURIA- U/A + NITRATES- SEND URINE CTX- CONSIDER UROLOGY APPT

**Plan:** EAR PAIN-/RHINNITIS- CLARITIN D- CALL IF NOT BETTER

DEFENDANT'S EXHIBIT
ALL-STATE LEGAL®
10

| Follow up Appt: | AS SCHEDULED | |
|---|---|---|
| Provider Name: | DAVID HEADEN | Provider Signature |

VJ000122
CONFIDENTIAL

# PHONE MESSAGE

| | | | |
|---|---|---|---|
| Patient Name: | JOHNSON, VICTORIA D | Taken By: | Hill, Charletta |
| Date of Birth: | 1/15/1958  Age:  54 | Date: | 7/17/2012 |
| Chart Number: | 2571601 | Time: | 12:36:24 PM |

Name of Caller:  self

☐ Call at home number:    (216) 767-0076

Pharmacy #: _____

☑ Call at following number:   216-780-1009

Allergies: _____

**Message:**
please call

| Plan of Action: | Handled by: | Date & Time: | Length of Call: |
|---|---|---|---|
| SHE WILL SEE ENT- EARS ARE STILL CLOGGED. | | | |
| | | | |
| | | | |

☐ **Call back if worse.**

**Diagnosis: (For Billing Purposes Only)**

**Provider:**

| CPT Billing for Telephone Services: | ☑ No Charge | |
|---|---|---|
| | ☐ 99441 [5-10] | ☐ 98966 [5-10] |
| | ☐ 99442 [11-20] | ☐ 98967 [11-20] |
| | ☐ 99443 [21-30] | ☐ 98968 [21-30] |

DEFENDANT'S EXHIBIT

ALL-STATE LEGAL®

11

VJ000121
CONFIDENTIAL

# PHONE MESSAGE

| | | | |
|---|---|---|---|
| Patient Name: | JOHNSON, VICTORIAD | Taken By: | Hill, Charletta |
| Date of Birth: | 1/15/1958  Age:  54 | Date: | 7/26/2012 |
| Chart Number: | 2571601 | Time: | 12:25:47 PM |

Name of Caller:    self                     ☐ Call at home number.      (216) 767-0076

Pharmacy #:    _____      ☑ Call at following  number:    216-780-1009

Allergies:    _____

**Message:**
please call

| Plan of Action: | Handled by: | Date & Time: | Length of Call: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ **Call back if worse.**

**Diagnosis: (For Billing Purposes Only)**

**Provider:**

| CPT Billing for Telephone Services: | ☑ No Charge | |
|---|---|---|
| | ☐ 99441 [5-10] | ☐ 98966 [5-10] |
| | ☐ 99442 [11-20] | ☐ 98967 [11-20] |
| | ☐ 99443 [21-30] | ☐ 98968 [21-30] |



DEFENDANT'S
EXHIBIT

12

VJ000120
CONFIDENTIAL

 **University Hospitals**

☐ DUPLICATE COPY
☐ FAXED  ☐ MAILED

JUL 26 2012

**EMPLOYEE'S HEALTH CONDITION**
**CERTIFICATION OF PHYSICIAN OR PRACTITIONER**
**Family and Medical Leave Act (FMLA) / UH Medical Leave of Absence**

Employee's Name *(print)*: _JOHNSON_ _VICTORIA_ _____  ☐ MD
_____Last_____ _____First_____ _____M.I._____

_3646 Lynnfield Road  Shaker Heights, Ohio 44122_
_____Address_____ _____City / State / Zip Code_____

Phone#: _216.780.1009_ Last 4 digits of Social Security #: _8450_ Date of Birth: _1 / 15 / 1958_

Department: _Provider Enrollment_ Manager: _Steve Riddle_ Manager's Office #: _____

I hereby authorize University Hospitals Corporate Health Staff to contact the physician/practitioner for clarification and/or to determine authenticity of this form.

Employee Signature: _Victoria Johnson_ Date: _____

*If this form is incomplete it may be returned to the employee to have their physician/practitioner complete.*

☐ Date first seen for "current" condition _2 / 13 / 2012_ Date Leave to start: _7 / 26 / 12_
☐ Reason for Leave: _Anxiety - work related_
☐ Regimen of Treatment:
  ☒ Prescribed Medication(s): _Zoloft + Soma_
  ☐ Referral to Specialist: (Name & Specialty) _____ (Appt Date) _____ / ___ / _____
  ☐ Surgery: (Date) ___ / ___ / ___  (Procedure) _____
  ☐ Inpatient Stay: (Date Admitted) ___ / ___ / ___  (Date Discharged) ___ / ___ / ___
  ☐ Other (I.e. PT, Chemo, Radiation) _____

If pregnancy:   Expected Date of Delivery: ___ / ___ / ___
       If FMLA to start before expected delivery date, what is the first date of Leave? _____ / ___ / ___
       Reason for early Leave: _____

☐ Employee is unable to perform his/her job and must remain off work until: _8 / 8 / 12_

Signature of Physician/Practitioner: _____ Date: _7 / 26 / 12_
Print Name: _David Hesler MD_ Fax #: (_216_) _464 - 2031_
Field of Specialization: _Int Med_ Phone #: _216_ _464 - 1115_
Address: _3909 Orange_ City/State/Zip Code: _Orange Village Oh 44122_

☐ Bedford Medical Center
☐ Conneaut Medical Center
☐ Geauga Medical Center
☐ Geneva Medical Center
  **Kara Ladaika, RN**
  Fax (216) 201-4095
  Ph. (216) 844-6088

☐ Richmond Medical Center
☐ UHPS/UHMSO
☐ UHMG/UHMP/UPCP

☐ UH Case Medical Center
☐ UH Corporate Office
☐ Seidman Cancer Center
  **Lisa Edgehouse, RN**
  Fax (216) 201-4096
  Ph. (216) 844-8583

☐ Home Care Services
  **Donna Schott, RN**
  Fax (216) 201-4072
  Ph. (216) 765-2797
☐ Ahuja Medical Center
  **Donna Gigliotti, RN**
  Fax (216) 200-5651

DEFENDANT'S EXHIBIT _13_  ALL-STATE LEGAL®

CONFIDENTIAL

# PHONE MESSAGE

Patient Name: JOHNSON, VICTORIA D

Date of Birth: 1/15/1958   Age: 54

Chart Number: 2571601

Name of Caller: patient

Pharmacy #: _____

Allergies: _____

Taken By: Stone, Laura

Date: 8/10/2012

Time: 12:47:13 PM

☐ Call at home number: (216) 767-0076

☑ Call at following number: 216780-1009

| Message: |
|---|
| FYI SHe got an extension on her return to work until 09/01/12 |

| Plan of Action: | Handled by: | Date & Time: | Length of Call: |
|---|---|---|---|
| I SPKE TO PATIENT AND SHE IS SEEING A PSYCHIATRIST | | | |
| | | | |
| | | | |

☐ **Call back If worse.**

| Diagnosis: (For Billing Purposes Only) |
|---|
| |
| Provider: |
| |

| CPT Billing for Telephone Services: | ☑ No Charge ☐ 99441 [5-10] ☐ 99442 [11-20] ☐ 99443 [21-30] | ☐ 98966 [5-10] ☐ 98967 [11-20] ☐ 98968 [21-30] |
|---|---|---|



DEFENDANT'S EXHIBIT

14

ALL-STATE LEGAL®

VJ000119
CONFIDENTIAL

To: David Headen MD          From: Fadi Abbass MD          8-20-12   5:04am   p. 2   of 3

University Hospitals
Geauga Medical Center
13207 Ravenna Road
Chardon, OH 44024

**Patient Name:**  JOHNSON, VICTORIA. D
**MRN:**  1594755
**DOB:**  01/15/1958
**Encounter Number:**  32762618
**Date of Service:**  08/17/2012
**Patient Location:**  GOR GOR0 GORC03
**Patient Type:**  O
**Surgeon:**  Fadi Abbass, MD
**Report Type:**  Operative Reports


**PREOPERATIVE DIAGNOSIS:**
Chronic tonsillitis.

**POSTOPERATIVE DIAGNOSIS:**
Chronic tonsillitis.

**PROCEDURE:**
Tonsillectomy.

**SURGEON:**
Fadi Abbass, MD

**ANESTHESIA:**
General.

**ESTIMATED BLOOD LOSS:**
30 cc.

**OPERATIVE NOTE:**
The patient was taken to the operating room, placed supine on the
operating table, and general endotracheal anesthesia was induced.
The head of bed was turned 90 degrees.  The patient's head was
draped in usual fashion.  The McIvor mouth gag was used to expose
the oral cavity and oropharynx.  The tonsils were then excised using
the cold knife and snare technique.  The right tonsil was excised,
followed by the left.  The dissection was maintained on the
tonsillar capsule.  There was mild bleeding controlled with packs.
The packs were removed and minimal residual oozing was controlled
with minimal use of bipolar cautery at a setting of 15 watts.  Only
bleeding points were treated.  Once complete hemostasis was
achieved, the patient was turned over to Anesthesia for extubation.


DICTATED BUT NOT READ

Fadi Abbass, MD

DD: 08/17/2012 05:14 PM EST

Page 1  of 2

DEFENDANT'S
EXHIBIT
ALL-STATE LEGAL®
15

.David Headen, MD Signed on 08/21/2012 7:10:22 PM

VJ000136
CONFIDENTIAL

To: David Headen MD                    From: Fadi Abbass MD              8-20-12   5:04am   p. 3   of 3

**Patient Name:**  JOHNSON, VICTORIA. D
**MRN:**  1594755
**Encounter Number:**  32762618
**Date of Service:**  08/17/2012

TT: 08/20/2012 05:59 AM EST
DICTATION NUMBER: 989207
SPHERIS JOB NUMBER: 58699699

**CC:**
David Headen MD, 2164642930

Page 2  of 2

VJ000137
CONFIDENTIAL

University Hospitals
Ahuja Medical Center
3999 Richmond Road
Beachwood, OH 44122

**Patient Name:**  JOHNSON, VICTORIA. C
**MRN:**  1594755
**DOB:**  01/15/1958
**Encounter Number:**  32940517
**Date of Service:**  10/07/2012
**Patient Location:**  JER
**Patient Type:**  E
**Attending Physician:**  Louis Albert Horwitz, MD
**Report Type:**  ED

**CC/HPI:**
Sinus pain.

The patient had sinus fullness and sinus pain for the past several months.  She was supposed to have an outpatient CAT scan of her sinuses next week and she feels that it is an urgent matter and she wants it tonight.  She has had sinus problems for several months, some heaviness in the sinuses and some greenish material when she blows her nose.  She had an allergy test and it showed she was allergic to DUST MITES.  She initially said that she had been on Z-Pak and she was no better, but after discussing it with her, it seems that she was on a Medrol Dosepak some weeks ago and she is no better.  She is currently on Keflex and doxycycline.  She has 2 more days of that.  She has tried Claritin and Afrin and she is on Flonase without much improvement.  Pain is pressure-type in nature, worse with palpation, 7/10 in severity.  She denies the need for pain medications.

**PMH:**
Bilateral tubal ligation, anxiety, depression, and frequent tonsillitis.  She had a recent tonsillectomy as well.

**MEDICATIONS:**
Medications are reviewed and include:
1.  Keflex.
2.  Doxy.
3.  Antivert.
4.  Flonase.
5.  Medrol Dosepak that she has filled, but has not begun.

**ALLERGIES:**
None.

**ROS:**
Negative except as noted in the HPI.  14 systems are reviewed.  The patient is not pregnant.  She has not had a period for 4 to 5 years.

**FH:**
Noncontributory.

Page 1 of 3



DEFENDANT'S
EXHIBIT
16

.David Headen, MD Signed on 10/08/2012 6:42:16 PM

VJ000133
CONFIDENTIAL

**Patient Name:**  JOHNSON, VICTORIA. C
**MRN:**  1594755
**Encounter Number:**  32940517
**Date of Service:**  10/07/2012


**SH:**
She does not smoke or drink.

**PE:**
VITAL SIGNS:  Blood pressure 104/74, pulse 71, respiratory rate 20,
and temperature 36.
HEENT EXAM:  TMs clear.  Pharynx not injected.  No adenopathy.  No
JVD or bruits.  There is some congestion of her nasal passages.  She
has tenderness over the frontal and maxillary sinuses bilaterally.
There is no bleeding from the nose.
NECK:  Supple.  No meningismus.
LUNGS:  Clear without rhonchi, wheezes, or rales.
CARDIAC EXAM:  Without gallop or murmur.
ABDOMEN:  Soft and nontender.  Bowel sounds are normoactive.  No
rebound or guarding.
MUSCULOSKELETAL:  Soft tissue and joints are otherwise
unremarkable.
SKIN:  There is no rash.

**HOSPITAL COURSE:**
ED Course:  CAT scan of the head and sinuses is negative for
intracranial pathology or abnormal sinus findings.  Dr. Diana Ponsky
was contacted at 9:50 p.m.  Case was discussed in detail.  She had
no particular recommendations for this patient other than to see her
in the office this week.  A trial of Singulair will be given and she
will continue on her other medications.  She is taken off work for
the remainder of the week due to her continued headache and pain.

**ASSESSMENT:**
Diagnoses:
1.  Sinusitis.
2.  Headache.

I have personally performed and/or participated in all of the above
services and procedures. I have reviewed all the nurse's notes and
have confirmed their findings, and have incorporated those findings
into this medical record.


DICTATED BUT NOT READ


Louis Albert Horwitz, MD

DD: 10/07/2012 10:02 PM EST
TT: 10/08/2012 02:49 AM EST
DICTATION NUMBER: 1043103
SPHERIS JOB NUMBER: 59898182

**CC:**

Page 2 of 3

VJ000134
CONFIDENTIAL

**Patient Name:**  JOHNSON, VICTORIA. D
**MRN:**  1594755
**Encounter Number:**  32940517
**Date of Service:**  10/07/2012


David Jerome Headen, MD, 2164642930
Diana Chuong Ponsky, MD, 2168443977
Dr. Abbass

VJ000135
CONFIDENTIAL

**Morrison, Christina**

| | |
|---|---|
| **From:** | bronxvikki@aol.com |
| **Sent:** | Monday, February 13, 2012 11:19 AM |
| **To:** | Morrison, Christina |
| **Subject:** | Re: Paul Simmons |

Thanks, Tina please give Kim my number and I look forward to your call this evening.

Sent from my HTC smartphone on the Now Network from Sprint!

----- Reply message -----
From: "Morrison, Christina" <Christina.Morrison@UHhospitals.org>
To: <bronxvikki@aol.com>, "Johnson, Sheryl L" <Sheryl.Johnson@UHhospitals.org>
Subject: Paul Simmons
Date: Mon, Feb 13, 2012 9:56 am


Victoria-thanks for your time today.
I spoke with Kim Gutendorf and she sees a few positions you may be interested in looking at.
She doesn't recruit for all of them but she'll reach out to the recruiter if you decide to apply.
One in particular is #528937 Credentialing Assistant.at main campus.
She also mentioned a couple Patient Acct Reps at MSC.
Let me know what you apply for and I'll call her on your behalf.
Thanks again and let me know what else you need.

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

---

**From:** bronxvikki@aol.com [mailto:bronxvikki@aol.com]
**Sent:** Sunday, February 12, 2012 9:38 PM
**To:** Johnson, Sheryl L; Morrison, Christina
**Subject:** Re: Paul Simmons

Hi Tina and Sheryl,
I am sorry I am just getting back to you regarding your questions address to me, but I have not
been feeling well.   I want to stay in my cube.  And yes I am certain that it is lingering fondling.

Thank you.



UHPS-JOHNSON 1403

Sent from my HTC smartphone on the Now Network from Sprint!

----- Reply message -----
From: "Johnson, Sheryl L" <Sheryl.Johnson@UHhospitals.org>
To: "Morrison, Christina" <Christina.Morrison@UHhospitals.org>, <bronxvikki@aol.com>
Subject: Paul Simmons
Date: Fri, Feb 10, 2012 9:19 am


Tina – we can move Victoria to an open cube.  Victoria has expressed that she does not want to move from where she is currently located.

Victoria – please respond to Tina
*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

**From:** Morrison, Christina
**Sent:** Friday, February 10, 2012 9:16 AM
**To:** Johnson, Sheryl L; 'bronxvikki@aol.com'
**Subject:** RE: Paul Simmons

In the interim, is it possible to move Victoria?
Victoria-how long have you been sitting next to Paul?
Also, I know this is uncomfortable, but are you certain it is lingering fondling or more like a lot of 'adjusting'?
I'm sorry to have to ask, but when we have a conversation with him, I need to be clear on this.  Thank you.

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*



**From:** Johnson, Sheryl L
**Sent:** Friday, February 10, 2012 8:59 AM
**To:** bronxvikki@aol.com
**Cc:** Morrison, Christina; Riddle, Steve; Graham, Donna
**Subject:** RE: Paul Simmons

2/15/2012

UHPS-JOHNSON 1404

Victoria – both Steve and Donna are offsite this morning.  An exact time had not been established.  I will let you know as soon as both Steve and Donna return.

Sheryl
*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

---

**From:** bronxvikki@aol.com [mailto:bronxvikki@aol.com]
**Sent:** Friday, February 10, 2012 8:23 AM
**To:** Johnson, Sheryl L
**Cc:** Morrison, Christina
**Subject:** Paul Simmons

Hi Sheryl,

Please let me know what time meeting has been scheduled to discuss Paul Simmon's behavior.  As I expressed yesterday I am not comfortable  being in his presence.

Thanks.
Victoria

Sent from my HTC smartphone on the Now Network from Sprint!

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific

written consent of the person to whom it pertains, or as otherwise
permitted
by law.


Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for
the
use of the addressee only. University Hospitals and its affiliates
disclaim
any responsibility for unauthorized disclosure of this information to
anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related
conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email.
Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise
permitted
by law.

2/15/2012

UHPS-JOHNSON 1406

## Morrison, Christina

**From:** Morrison, Christina
**Sent:** Tuesday, February 14, 2012 1:48 PM
**To:** 'bronxvikki@aol.com'
**Subject:** RE: Paul Simmons

I will reach out to Kim for you.  I know she had off site meetings today but she should be back now.
I believe Sheryl already shared with you how things went.  Just be assured things have been formally addressed and he is moving today as you requested.
He will be in an area away from you.  There is no reason for the two of you to be in any contact (unless you accidentally pass in the halls) from today forward.
Again, we have addressed your concerns and made changes to help you feel comfortable.
Thank you for bringing your concerns to our attention.

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

---

**From:** bronxvikki@aol.com [mailto:bronxvikki@aol.com]
**Sent:** Tuesday, February 14, 2012 1:02 PM
**To:** Morrison, Christina
**Subject:** Re: Paul Simmons

Hi Tina. Tried calling Kim again today.  If you would please let her know I am trying to reach out to her.  I would also like to discuss what ever details you can share with me regarding today's meeting with Paul Simmons.
Thanks.

Sent from my HTC smartphone on the Now Network from Sprint!

----- Reply message -----
**From:** "Morrison, Christina" <Christina.Morrison@UHhospitals.org>
**To:** <bronxvikki@aol.com>
**Subject:** Paul Simmons
**Date:** Mon, Feb 13, 2012 7:12 pm

Let me know tomorrow if you do not connect with Kim.
EAP is a wonderful benefit we have as UH employees.
I started thinking about how emotional you are during all of this and felt it might be something you can take advantage of.  I can't hurt that is for sure.  :)

DEFENDANT'S
EXHIBIT

*18*

**From:** bronxvikki@aol.com [mailto:bronxvikki@aol.com]
**Sent:** Mon 2/13/2012 7:00 PM
**To:** Morrison, Christina
**Subject:** Re: Paul Simmons

Hi Tina,

Wanted to let you know I called Kim twice today. I hope to hear from her tomorrow. Also received the referral from Sheryl today regarding EAP.

Thanks again.

Sent from my HTC smartphone on the Now Network from Sprint!

----- Reply message -----
**From:** "Morrison, Christina" <Christina.Morrison@UHhospitals.org>
**To:** <bronxvikki@aol.com>
**Subject:** Paul Simmons
**Date:** Mon, Feb 13, 2012 11:28 am


T: 216-767-8357

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*



**From:** bronxvikki@aol.com [mailto:bronxvikki@aol.com]
**Sent:** Monday, February 13, 2012 11:19 AM
**To:** Morrison, Christina
**Subject:** Re: Paul Simmons

Thanks, Tina please give Kim my number and I look forward to your call this evening.

Sent from my HTC smartphone on the Now Network from Sprint!

----- Reply message -----
**From:** "Morrison, Christina" <Christina.Morrison@UHhospitals.org>
**To:** <bronxvikki@aol.com>, "Johnson, Sheryl L" <Sheryl.Johnson@UHhospitals.org>
**Subject:** Paul Simmons
**Date:** Mon, Feb 13, 2012 9:56 am

UHPS-JOHNSON 1408

Victoria-thanks for your time today.
I spoke with Kim Gutendorf and she sees a few positions you may be interested in looking at.
She doesn't recruit for all of them but she'll reach out to the recruiter if you decide to apply.
One in particular is #528937 Credentialing Assistant.at main campus.
She also mentioned a couple Patient Acct Reps at MSC.
Let me know what you apply for and I'll call her on your behalf.
Thanks again and let me know what else you need.

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

**From:** bronxvikki@aol.com [mailto:bronxvikki@aol.com]
**Sent:** Sunday, February 12, 2012 9:38 PM
**To:** Johnson, Sheryl L; Morrison, Christina
**Subject:** Re: Paul Simmons

Hi Tina and Sheryl,
I am sorry I am just getting back to you regarding your questions address to me, but I have not been feeling well.  I want to stay in my cube.  And yes I am certain that it is lingering fondling.

Thank you.

Sent from my HTC smartphone on the Now Network from Sprint!

----- Reply message -----
From: "Johnson, Sheryl L" <Sheryl.Johnson@UHhospitals.org>
To: "Morrison, Christina" <Christina.Morrison@UHhospitals.org>, <bronxvikki@aol.com>
Subject: Paul Simmons
Date: Fri, Feb 10, 2012 9:19 am

Tina – we can move Victoria to an open cube.  Victoria has expressed that she does not want to move from where she is currently located.

Victoria – please respond to Tina
*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*

2/15/2012

UHPS-JOHNSON 1409

*PH: 216-692-1144*
*FX: 216-383-6745*

---

**From:** Morrison, Christina
**Sent:** Friday, February 10, 2012 9:16 AM
**To:** Johnson, Sheryl L; 'bronxvikki@aol.com'
**Subject:** RE: Paul Simmons

In the interim, is it possible to move Victoria?
Victoria-how long have you been sitting next to Paul?
Also, I know this is uncomfortable, but are you certain it is lingering fondling or more like a lot of 'adjusting'?
I'm sorry to have to ask, but when we have a conversation with him, I need to be clear on this.  Thank you.

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted

UHPS-JOHNSON 1410

**Morrison, Christina**

| | |
|---|---|
| **From:** | Johnson, Victoria |
| **Sent:** | Monday, March 19, 2012 10:10 AM |
| **To:** | Morrison, Christina; Riddle, Steve |
| **Cc:** | Johnson, Sheryl L; Wahl, Cheryl |

**Subject:** RE: Corrective Action/Write Up

Yes we can meet to discuss this further.  I have documentation to present to you to support my beliefs.


Please let me know when we can meet.


Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Morrison, Christina
**Sent:** Monday, March 19, 2012 9:26 AM
**To:** Johnson, Victoria; Riddle, Steve
**Cc:** Johnson, Sheryl L; Wahl, Cheryl
**Subject:** RE: Corrective Action/Write Up

Victoria,
Your performance evaluation is an evaluation of your work from 2011, and has nothing to do
with your report regarding Paul Simmons.
Again, that situation was fully investigated and we moved Paul per your request.
We do thank you for bringing your concerns to our attention so we were able to investigate.
Steve and Sheryl have documented performance concerns that fell under your responsibility
and occurred in 2011.
These errors occurred prior to you bringing forth your concerns with Paul's behavior.  Managers
are responsible for holding all their employees accountable for their performance.
Do you feel these performance concerns should not be addressed because you did bring a
complaint to HR?
Bringing a concern forth does not negate evaluation of your performance.
A formal corrective action was not issued to you; the CA is currently Steve/Sheryl's
documentation of the events, not a formal CA on your record.
They made a management decision not to issue you formal CA of the events because you
expressed a strong desire to transfer out, and they wanted to be supportive of you as you were
working through your concerns with Paul.  They discussed this option with me as we were
looking into your report.
I am happy to meet with you personally to discuss anything you are not comfortable with.
Thank you.

*Tina Morrison*
*Sr. Generalist, Human Resources*

ALL-STATE LEGAL®  DEFENDANT'S EXHIBIT  19

5/8/2012

*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

University Hospitals
Physician Services

---

**From:** Johnson, Victoria
**Sent:** Monday, March 19, 2012 7:12 AM
**To:** Riddle, Steve
**Cc:** Johnson, Sheryl L; Morrison, Christina; Wahl, Cheryl
**Subject:** Corrective Action/Write Up

Steve,

With regard to my performance review/meeting with you, Sheryl and myself, Friday, March 16, 2012, I am still waiting for a copy of the Corrective Action/Write Up that was presented to me.  You said you were going to check with Human Resources to see if you were capable of giving me a copy of it.  I don't agree with it and feel that it was presented because of my complaint of witnessing Paul Simmons fondling himself on more than one occasion.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

5/8/2012

UHPS-JOHNSON 1419



**University Hospitals**

# UH Performance Evaluation
### ASSOCIATE & PROFESSIONAL

| Employee (print name): | Victoria Johnson | Department: | Revenue Cycle-Billing Services |
|---|---|---|---|
| Date: | March 6, 2012 | Title: | Provider Enrollment Specialist |

## 1 Goals

| Major Goals (start of year) | Measurements/Observations (end of year) |
|---|---|
| <br>• <br>• <br>• | • <br>• <br>• |

## 2 Job-Specific Competencies (attach job specific competencies if applicable)

Assess which competencies have been met and how the employee can develop the competencies that need improvement.

| Does Not Meet Expectations | ☒ | Meets Expectations | ☐ |
|---|---|---|---|

| Recommendations for Improvement |
|---|
| For 2011 there were issue related to application as well as below  expectation efforts to stay current with rejection reports. |

## UH Values

| UH Values | Evaluation |
|---|---|
| **Excellence**<br>We have a continuous drive for excellence and are always seeking ways to improve the health of those who rely on us.<br><br>Observable Behaviors<br><br>• Sets standards for excellence—Establishes criteria and/or work procedures to achieve a high level of quality, productivity, or service.<br><br>• Ensures high quality—Dedicates required time and energy to assignments or tasks to ensure that no aspect of the work is neglected; works to overcome obstacles to completing tasks or assignments. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Victoria needs to pay closer  attention to detail when submitting applications.  An example would be Medicare applications.  Please make sure all appropriate signatures are obtained and the correct forms are utilized.<br>Victoria has shown that she has an expertise in completing out of state Medicaid applications. |
| **Diversity**<br>We embrace diversity in people, ideas, experiences and perspectives.<br><br>Observable Behaviors<br><br>• Seeks understanding—Establishes relationships with and learns more about people of other cultures and backgrounds (i.e., their special issues, social norms, decision-making approaches, and preferences).<br><br>• Uses diversity as an advantage—Seeks out and uses ideas, opinions, and insights from diverse sources. | ☐ Consistently Exceeds Expectations<br>☒ Consistently Meets Expectations<br>☐ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:* |

DEFENDANT'S EXHIBIT<br>20<br>ALL-STATE LEGAL®

 **University Hospitals**

**UH Performance Evaluation**
ASSOCIATE & PROFESSIONAL

| | |
|---|---|
| **Integrity**<br><br>We have a shared commitment to do what is right.<br><br>**Observable Behaviors**<br><br>• Stays true to self—Acts in accordance with one's own values, standards, and beliefs even when under pressure; ensures that words and actions are consistent across situations.<br><br>• Acts with integrity—Adheres to moral, ethical, and professional standards, regulations, and organizational policies; keeps commitments to promised actions. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:* |
| **Compassion**<br><br>We have genuine concern for those in our community and treat them with respect and empathy.<br><br>**Observable Behaviors**<br><br>• Conveys respect—Uses language and behavior that consistently reflect and enhance the dignity of diverse patients, partners, and employees; takes actions that show consideration for cultural concerns and expectations; continually examines own biases and behaviors to avoid stereotypical responses.<br><br>• Maintains relationships—Presents a positive disposition and maintains constructive interpersonal relationships even when under stress. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Does not appear to consistently present a positive disposition or convey a desire to maintain constructive interpersonal relationships. |
| **Teamwork**<br><br>We work collaboratively as an integrated team to improve patient care and performance.<br><br>**Observable Behaviors**<br><br>• Informs others on team—Shares important or relevant information with the team.<br><br>• Models commitment—Adheres to the team's expectations and guidelines; fulfills team responsibilities; demonstrates personal commitment to the team. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Victoria needs to clearly communicate issues/concerns related to her providers and how they impact potential claims/billing issues. Verbalize any delays in application process or rejections. Victoria needs to have a better understanding of the rejection report and how to work the report. |

 **University Hospitals**

**UH Performance Evaluation**
ASSOCIATE & PROFESSIONAL

# UH Core Behaviors

| UH Core Behaviors | Evaluation |
|---|---|
| **Managing Work (includes Time Management)**<br><br>Effectively managing one's time and resources to ensure that work is completed efficiently.<br><br>Observable Behaviors<br><br>• Prioritizes—Identifies more critical and less critical activities and tasks; adjusts priorities when appropriate.<br><br>• Makes preparations—Ensures that required equipment and/or materials are in appropriate locations so that own and others' work can be done effectively.<br><br>• Schedules— Effectively allocates own time to complete work; coordinates own and others' schedules to avoid conflicts.<br><br>• Leverages resources—Takes advantage of available resources (individuals, processes, departments, and tools) to complete work efficiently.<br><br>• Stays focused—Uses time effectively and prevents irrelevant issues or distractions from interfering with work completion. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Victoria's focus should be on how her management of completing her tasks impacts other departments.  Need to transfer information to appropriate departments on a timely basis—referring physicians, new providers that need to be loaded into IDX.  All of these processes ultimately impacts claims out the door. |
| **Applied Learning**<br><br>Assimilating and applying new job-related information in a timely manner.<br><br>Observable Behaviors<br><br>• Actively participates in learning activities—Takes part in needed learning activities in a way that makes the most of the learning experience (e.g., takes notes, asks questions, does required tasks).<br><br>• Quickly gains knowledge, understanding, or skill—Readily absorbs and comprehends new information from formal and informal learning experiences.<br><br>• Applies knowledge or skill—Puts new knowledge, understanding, or skill to practical use on the job; furthers learning through trial and error. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Victoria needs to engage herself during required meetings.  New knowledge/skills such as that required to work rejection reports are not always learned and applied effectively. |
| **Building Trust**<br><br>Interacting with others in a way that gives them confidence in one's intentions and those of the organization.<br><br>Observable Behaviors<br><br>• Operates with integrity—Demonstrates honesty; keeps commitments; behaves in a consistent manner.<br><br>• Discloses own positions—Shares thoughts, feelings, and rationale so that others understand personal positions.<br><br>• Remains open to ideas—Listens to others and objectively considers others' ideas and opinions, even when they conflict with one's own.<br><br>• Supports others—Treats people with dignity, respect, and fairness; gives proper credit to others; stands up for deserving others and their ideas even in the face of resistance or challenge. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Victoria's interactions do not consistently illicit confidence and trust from others. |

 **University Hospitals**

# UH Performance Evaluation
### ASSOCIATE & PROFESSIONAL

---

**...tient/Colleague Relations**

Meeting patient, patient family, and colleague needs; taking responsibility for a patient's safety, satisfaction, and clinical outcomes; using appropriate interpersonal techniques to resolve difficult situations and regain patient, patient family, and colleague confidence.

**Observable Behaviors**

- Seeks to understand patient/colleague needs—Actively seeks information to understand circumstances, problems, expectations, and needs; verifies understanding.

- Meets or exceeds patient/colleague needs—Quickly responds to patient/colleague needs; takes opportunities to exceed patient/colleague needs but avoids over commitments; gains patient/colleague agreement to proposed solutions.

- "HEARTS"—Handles upset patients and patient families by <u>H</u>earing, <u>E</u>mpathizing, <u>A</u>pologizing, <u>R</u>esponding, <u>T</u>hanking, and <u>S</u>ending.

- Cultivates patient/colleague relationships—Promotes honest and open communication with patients/colleagues; involves patient/colleagues in discussions, listens actively, and maintains patient/colleague self-esteem.

- Educates patients (clinical only)—Shares information with patients and their families to build understanding of available healthcare services, options, risks, and ways to attain optimum health; manages patient expectations.

| ☐ Consistently Exceeds Expectations |
| ☐ Consistently Meets Expectations |
| ☒ Frequently Meets Expectations |
| ☐ Does Not Meet Expectations |

*Observations / Recommendations:*
Victoria's would benefit from communicating more closely with her provider contacts. There have been times when they have asked for information or updates to be done within IDX and they have not be completed on a timely basis and they have found gone to other PE reps for assistance

---

**Employee promotes the Code of Conduct.**

☒ Yes  ☐ No

*Observations / Recommendations:*

---

**Employee adheres to the Code of Conduct.**

*\*In order to be eligible for a "Consistently Exceeds Expectations" rating, the employee must promote and adhere to the Code of Conduct.*

☒ Yes  ☐ No

*If no, please explain:*

University Hospitals

**UH Performance Evaluation**
ASSOCIATE & PROFESSIONAL

## Evaluate Overall Performance

**Performance Summary**

Victoria's overall performance is being rated as not consistently meeting expectations. Victoria needs pay more attention to detail and to check her work prior to submitting government applications. It is important that Victoria communicates immediately when she realizes that provider claims are in jeopardy so that steps can be taken to work through the problem. Victoria needs to become more proficient in working her rejection reports and also utilizing the resources within the department to increase her level of understanding. It is also important that when part of group meetings that Victoria can maintain a level of professionalism by not nodding off or appearing disengaged. Overall Victoria does not portray herself as actively engaged in the job or as a member of the team and doe not appear to be consistently building positive relationships or trust with others.

**Overall Performance Rating**

☐ Too New (< 6 months)

| ☐ Does Not Meet Expectations | ☒ Frequently Meets Expectations | ☐ Consistently Meets Expectations | ☐ Consistently Exceeds Expectations |
|---|---|---|---|
| ▪ The employee infrequently demonstrated job-specific competencies.<br>▪ The employee infrequently demonstrated UH Values and Core Behaviors.<br>▪ Few desired results were achieved. | ▪ The employee frequently demonstrated job-specific competencies.<br>▪ The employee frequently demonstrated UH Values and Core Behaviors.<br>▪ Many desired results were achieved. | ▪ The employee consistently demonstrated job-specific competencies.<br>▪ The employee consistently demonstrated UH Values and Core Behaviors.<br>▪ Most desired results were achieved. | ▪ The employee consistently demonstrated job-specific competencies – usually beyond expectations.<br>▪ The employee consistently demonstrated UH Values and Core Behaviors – usually beyond expectations.<br>▪ Most desired results were achieved – usually beyond expectations. |

**Employee Comments**

*Comments forth coming*

## 6 Development Opportunities

- 
- 
- 

| Employee Signature: | | Manager Signature: | |
|---|---|---|---|
| Date: | *3/10/89/12* | Manager (Print Name): | Steve Riddle |

**PLEASE SEND TO HUMAN RESOURCES**

**Springer, Kathy**

| | |
|---|---|
| **From:** | Fulton-Royer, Jill |
| **Sent:** | Friday, July 27, 2012 10:09 AM |
| **To:** | Springer, Kathy |
| **Subject:** | FW: Break Sign |

Jill Fulton, LISW-S, LICDC
Employee Assistance Manager
University Hospitals Case Medical Center
MCCO 6th Floor, Mail Stop 6035 B
11100 Euclid Ave
Cleveland, Ohio 44106
Phone-216-844-1982; Fax-216-983-3038;
Pager-30788; Cell Phone-216-408-9059

**From:** Morrison, Christina
**Sent:** Wednesday, July 25, 2012 12:12 PM
**To:** Fulton-Royer, Jill
**Subject:** FW: Break Sign

This was the original sleeping at desk issue.

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

 **University Hospitals**
Physician Services

**From:** Johnson, Sheryl L
**Sent:** Tuesday, July 17, 2012 1:41 PM
**To:** Morrison, Christina; Riddle, Steve
**Subject:** FW: Break Sign

Please note!

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*


DEFENDANT'S
EXHIBIT
21

7/27/2012

UHCMC-Johnson 1007

VJ000084
CONFIDENTIAL

*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

**From:** Johnson, Victoria
**Sent:** Thursday, April 05, 2012 7:10 AM
**To:** Johnson, Sheryl L
**Cc:** Morrison, Christina
**Subject:** RE: Break Sign

Sheryl,

I verbally told you before your sending this email that I was on my break (rest period).  Please inform those walking up and down the aisle that I sometimes will stay at my desk during my break just in case I do not put up a break sign, which I something I do only because I do not wish to be disturbed.  I don't believe these signs are supplied by UH nor does everyone in our department use them when going on every break.

Also I stay at my desk in trying to work in the best interest of the company so that I do not miss any calls that could possibly come in from CGS when we are asked "if the provider can be reached at this number", although they cannot.

Again I am made to feel that management is creating a hostile work environment for me and I wish to be treated fairly as with the other employees in the department.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Sheryl L
**Sent:** Tuesday, April 03, 2012 3:36 PM
**To:** Johnson, Victoria
**Subject:** Break Sign

Victoria – please place the break sign in a visible location so that people walking up and down the aisles are aware that you are on break.  Several people mentioned that you were sleeping and did not see the break sign.

Thank you

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*

7/27/2012

UHCMC-Johnson 1008

VJ000085
CONFIDENTIAL

*FX: 216-383-6745*

7/27/2012

UHCMC-Johnson 1009

VJ000086
CONFIDENTIAL

Page 1 of 3

**Springer, Kathy**

From:     Fulton-Royer, Jill
Sent:     Friday, July 27, 2012 10:13 AM
To:       Springer, Kathy
Subject:  FW: Personal Information

Jill Fulton, LISW-S, LICDC
Employee Assistance Manager
University Hospitals Case Medical Center
MCCO 6th Floor, Mail Stop 6035 B
11100 Euclid Ave
Cleveland, Ohio 44106
Phone-216-844-1982; Fax-216-983-3038;
Pager-30788; Cell Phone-216-408-9059

---

**From:** Morrison, Christina
**Sent:** Wednesday, July 25, 2012 12:09 PM
**To:** Fulton-Royer, Jill
**Subject:** FW: Personal Information

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

 **University Hospitals**
Physician Services

---

**From:** Johnson, Victoria
**Sent:** Wednesday, June 13, 2012 1:00 PM
**To:** Morrison, Christina
**Subject:** RE: Personal Information

I will be leaving at 4:30.

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist



7/27/2012

UHCMC-Johnson 1018

VJ000095
CONFIDENTIAL

24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Morrison, Christina
**Sent:** Wednesday, June 13, 2012 12:55 PM
**To:** Johnson, Victoria
**Subject:** RE: Personal Information

I'm happy to see she did acknowledge and apologize-and yes, I will talk with her.  What time do you leave today?

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

**University Hospitals**
Physician Services

**From:** Johnson, Victoria
**Sent:** Wednesday, June 13, 2012 12:51 PM
**To:** Morrison, Christina
**Subject:** FW: Personal Information

Hi Tina,

Maybe you can talk to Sheryl later on when I leave.   I do not want to be in her immediate area after talking to her as I cannot deal with any additional stress right now.  How can she as a manager for hospital not know that any discussion regarding a patient or employee's private information should be held in a private setting?

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Sheryl L
**Sent:** Wednesday, June 13, 2012 11:25 AM

7/27/2012

UHCMC-Johnson 1019

VJ000096
CONFIDENTIAL

**To:** Johnson, Victoria
**Subject:** RE: Personal Information

Victoria -- I did not realize that my asking you if your were doing ok and if maybe the doctor could decrease your medication so that you were not having the effects that you are having was to be had in a private setting. I don't even know what you are taking, but from what you are saying, your system may not be adjusting.  My apologies it I was out of line.

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

**From:** Johnson, Victoria
**Sent:** Wednesday, June 13, 2012 11:06 AM
**To:** Johnson, Sheryl L
**Subject:** Personal Information

Hi Sheryl,

With regard to the conversation we just had, I just wanted you to know that I do not want everyone to know that I am taking medication.  I called you to let you know that in confidence and do not wish to discuss it at my desk where everyone around us can not hear it nor do I want it discuss with anyone.

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

7/27/2012

VJ000097
CONFIDENTIAL

**From:** Johnson, Victoria
**Sent:** Tuesday, July 24, 2012 4:39 PM
**To:** bronxvikki@aol.com
**Subject:** FW: Personal Information

Victoria – I did not realize that my asking you if your were doing ok and if maybe the doctor could decrease your medication so that you were not having the effects that you are having was to be had in a private setting. I don't even know what you are taking, but from what you are saying, your system may not be adjusting.  My apologies it I was out of line.

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

**From:** Johnson, Victoria
**Sent:** Wednesday, June 13, 2012 11:06 AM
**To:** Johnson, Sheryl L
**Subject:** Personal Information

Hi Sheryl,

With regard to the conversation we just had, I just wanted you to know that I do not want everyone to know that I am taking medication.  I called you to let you know that in confidence and do not wish to discuss it at my desk where everyone around us can hear it nor do I want it discussed with anyone.


Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org


9/27/2012



DEFENDANT'S
EXHIBIT
23

UHPS-Johnson 1130

Page 1 of 3

**Morrison, Christina**

| | |
|---|---|
| **From:** | Johnson, Victoria |
| **Sent:** | Tuesday, July 17, 2012 8:57 AM |
| **To:** | Morrison, Christina |
| **Subject:** | RE: Medicare Applications |

*(handwritten notes):*
- Why unethical/immoral
- suggestions to change
- need to perform expectations
- apply - FMLA other jobs

Okay, will see you when you get in.

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Morrison, Christina
**Sent:** Tuesday, July 17, 2012 8:16 AM
**To:** Johnson, Victoria
**Subject:** RE: Medicare Applications

I was off site at meetings all day yesterday so I just read this.  Stop by-have you applied for FMLA to assist you?  Also, have you found any roles that may be less stressful for you to apply for?

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

University Hospitals
Physician Services

**From:** Johnson, Victoria
**Sent:** Tuesday, July 17, 2012 8:01 AM
**To:** Morrison, Christina
**Subject:** FW: Medicare Applications

Just wanted to make sure you received this email, I will stop by later.

Victoria D. Johnson

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT 24

University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Monday, July 16, 2012 2:37 PM
**To:** Riddle, Steve
**Cc:** Morrison, Christina
**Subject:** FW: Medicare Applications

Steve,

Sorry I miss the meeting today, not sure if this issue was resolved today, however this has been an issue that has been brought up at our weekly meetings.  While we in these department have been telling CGS that the doctors can be reached at this number although they cannot, and in which I have had reservations about lying since we incorporated this practice, I will not be participating in this unethical practice any longer for moral reasons.  This has situation has impose additional stress and in turn affects my performance as it has made me feel that if I don't participate my job is at risk.

Additionally, I had conversations with my family this past weekend about my taking a prescribed medication (stress and antidepressants) in order to deal with the stress that I have endured in this department and they wish me to stop taking the medication as I as always been a healthy person and they are afraid of the side effects and long term use of the medication.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Riddle, Steve
**Sent:** Friday, June 29, 2012 12:14 PM
**To:** Hasselstrom, Jordan; Johnson, Sheryl L; Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Subject:** RE: Medicare Applications

Lets make sure everyone who answers the phone...specifically for the MP billing services line that they recognize the area code(s) and answer the phone such that it is not determined that we are a billing company

**Steve Riddle**

7/17/2012

**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

---

**From:** Hasselstrom, Jordan
**Sent:** Friday, June 29, 2012 10:35 AM
**To:** Johnson, Sheryl L; Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Cc:** Riddle, Steve
**Subject:** RE: Medicare Applications

Yes and yesterday they called to verify spoke to Monica- confirmed everything then denied the app and
said we were a billing company ☹  We both sent her a nice detailed email telling her we were not and
haven't heard a thing.

> **From:** Johnson, Sheryl L
> **Sent:** Friday, June 29, 2012 10:21 AM
> **To:** Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
> **Cc:** Hasselstrom, Jordan; Riddle, Steve
> **Subject:** Medicare Applications
> **Importance:** High
>
> Good Morning – I just wanted to send this reminder to let everyone know that CGS is
> **extremely critical** of the applications that are submitted.  Bianca had 2 applications returned
> because the imprinted date in the bottom left hand corner on several of the pages were cut off
> when they were copied on the printer.  I think this is completely ridiculous but this is CGS.
>
> Please review your applications closely when submitting them.  Who would have guessed that
> they would return an application because a date was cut off!
>
> *Sheryl Johnson*
> *Provider Services Manager*
> *UHPS*
> *24701 Euclid Avenue*
> *Euclid, OH 44117*
> *PH: 216-692-1144*
> *FX: 216-383-6745*

UHPS-JOHNSON 1391

**Morrison, Christina**

| | |
|---|---|
| **From:** | Morrison, Christina |
| **Sent:** | Tuesday, July 17, 2012 1:29 PM |
| **To:** | Johnson, Sheryl L; Riddle, Steve |

**Subject:** RE: Question

I just went to see Victoria to see if she had a minute to talk and she was sleeping at her desk. I woke her up and asked her if she was okay. She said yes and she is just a little tired. I asked her if she was on break and she said yes.

I am not sure what the expectations are for your staff if they need to rest – if they are on paid break they can't leave the property and if they need to sleep, they need to go to their car or whatever when they clock out for unpaid breaks.

Did a communication go out to your staff about not sleeping at their desk even if on lunch break?

I asked Victoria to come talk to me so I'll get more details.

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

 University Hospitals
Physician Services

---

**From:** Johnson, Sheryl L
**Sent:** Tuesday, July 17, 2012 11:40 AM
**To:** Riddle, Steve
**Cc:** Morrison, Christina
**Subject:** RE: Question
**Importance:** High

DEFENDANT'S EXHIBIT
ALL-STATE LEGAL
25

Steve – I spoke with Tina this morning regarding the information that was reported regarding Victoria's sleeping. At Tina's request, I have asked the two individuals for witness statements. It has been advised that once the statements are obtained that we call Victoria in to inform her that it has been reported by two individuals (they are to remain anonymous) that she has been observed sleeping and that an anecdotal is being placed in her file. Also, Tina reports that the individuals who witnessed Victoria sleeping, should have gone to someone in Management to also witness the behavior and wake her up. Tina also inquired as to whether you had said anything about sleeping to the entire staff in a meeting. In my opinion, Victoria may construe her being told about her sleeping at her desk as one more stressor.

Additionally, if the behavior is witnessed again, I am to come to you, Human Resources or another individual in Upper Management (if you or HR is not available) to approach her, observe the behavior & wake her up.

Tina will also be talking to Victoria today about the email that she sent yesterday and her being

7/17/2012

UHPS-JOHNSON 1382

asked to do something that she goes against her morals.  Additionally, because of her reference to be on medications and her family concerns, Tina will ask if Victoria has considered FMLA.

Tina if there is anything that I have missed or if you want to add, please let me know.

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

**From:** Morrison, Christina
**Sent:** Tuesday, July 17, 2012 8:09 AM
**To:** Riddle, Steve
**Cc:** Johnson, Sheryl L
**Subject:** RE: Question

Stop by today Sheryl-we need to be cautious about hearsay.  Thanks.

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

University Hospitals
Physician Services

**From:** Riddle, Steve
**Sent:** Monday, July 16, 2012 10:35 PM
**To:** Morrison, Christina
**Cc:** Johnson, Sheryl L
**Subject:** RE: Question

I am unavailable tomorrow all day due to meetings. Sheryl Johnson will provide details as she knows them from other employees...of course it happened when Sheryl was out of the office.

**Steve Riddle**
**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

7/17/2012

---

**From:** Morrison, Christina
**Sent:** Monday, July 16, 2012 8:24 PM
**To:** Riddle, Steve
**Subject:** RE: Question

Lets talk about details tomorrow...looking for witness statements, manager statement, what was said to employee.  I am at Rockwell tomorrow.

---

**From:** Riddle, Steve
**Sent:** Mon 7/16/2012 5:40 PM
**To:** Morrison, Christina
**Subject:** Question

What is the official recourse if an employee is sleeping during work hours and it is clearly identified by manager or other employees?


**Steve Riddle**
**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

7/17/2012

**Morrison, Christina**

| | |
|---|---|
| **From:** | Johnson, Sheryl L |
| **Sent:** | Tuesday, July 17, 2012 1:32 PM |
| **To:** | Riddle, Steve; Morrison, Christina |
| **Subject:** | FW: Question |
| **Importance:** | High |
| **Attachments:** | Doc9.doc |

First statement

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

**From:** Johnson, Sheryl L
**Sent:** Tuesday, July 17, 2012 11:40 AM
**To:** Riddle, Steve
**Cc:** Morrison, Christina
**Subject:** RE: Question
**Importance:** High

Steve – I spoke with Tina this morning regarding the information that was reported regarding Victoria's sleeping. At Tina's request, I have asked the two individuals for witness statements. It has been advised that once the statements are obtained that we call Victoria in to inform her that it has been reported by two individuals (they are to remain anonymous) that she has been observed sleeping and that an anecdotal is being placed in her file. Also, Tina reports that the individuals who witnessed Victoria sleeping, should have gone to someone in Management to also witness the behavior and wake her up. Tina also inquired as to whether you had said anything about sleeping to the entire staff in a meeting. In my opinion, Victoria may construe her being told about her sleeping at her desk as one more stressor.

Additionally, if the behavior is witnessed again, I am to come to you, Human Resources or another individual in Upper Management (if you or HR is not available) to approach her, observe the behavior & wake her up.

Tina will also be talking to Victoria today about the email that she sent yesterday and her being asked to do something that she goes against her morals. Additionally, because of her reference to be on medications and her family concerns, Tina will ask if Victoria has considered FMLA.

Tina if there is anything that I have missed or if you want to add, please let me know.

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*



DEFENDANT'S
EXHIBIT
2C

UHPS-JOHNSON 1385

*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

**From:** Morrison, Christina
**Sent:** Tuesday, July 17, 2012 8:09 AM
**To:** Riddle, Steve
**Cc:** Johnson, Sheryl L
**Subject:** RE: Question

Stop by today Sheryl-we need to be cautious about hearsay.  Thanks.

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

**From:** Riddle, Steve
**Sent:** Monday, July 16, 2012 10:35 PM
**To:** Morrison, Christina
**Cc:** Johnson, Sheryl L
**Subject:** RE: Question

I am unavailable tomorrow all day due to meetings. Sheryl Johnson will provide details as she knows them from other employees...of course it happened when Sheryl was out of the office.

**Steve Riddle**
**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

**From:** Morrison, Christina
**Sent:** Monday, July 16, 2012 8:24 PM
**To:** Riddle, Steve
**Subject:** RE: Question

Lets talk about details tomorrow...looking for witness statements, manager statement, what was said to employee.  I am at Rockwell tomorrow.

7/17/2012

UHPS-JOHNSON 1386

**From:** Riddle, Steve
**Sent:** Mon 7/16/2012 5:40 PM
**To:** Morrison, Christina
**Subject:** Question

What is the official recourse if an employee is sleeping during work hours and it is clearly identified by manager or other employees?

**Steve Riddle**
**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

7/17/2012

To Sheryl Johnson
From:  Kristen Johnson
Re: Victoria Johnson

On Friday, July 6, 2012, I was walking past Victoria's cubicle on my way to the printer
area.  I noticed Victoria sitting in her chair with her head on her arms on the desk.  I
could see that her eyes were closed.  She was wearing her glasses but they were pushed a
little off to the left side of her nose  from the way her head was resting on her arms.
Victoria had a blanket covering her shoulders and back.  When I returned from the printer
a few minutes later she was still in that position.  I didn't say anything the first time I
walked by.  A while later, maybe ten or 15 minutes, I was going to the printer again and
could see that she was in the same position as before.

I stood at the left end of her cubicle and said her name.  I didn't want to startle her.  She
made no responses so I repeated her name twice again a little louder.  She picked up her
head after I called her the third time.  She sat more upright, adjusted her glasses and then
I asked her if she was all right.  She said she was okay.  I said I was just checking, and
went back to my cubicle.  I didn't see her in that position again that day.

I don't recall looking at my watch or anything else that would pinpoint the time.

UHPS-JOHNSON 1388

**From:** Meisler, Carole
**Sent:** Tuesday, July 17, 2012 6:50 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** Query regarding Form CMS-855R, Section 2: B Correspondence Address

Hello Victoria-

Thank you for contacting the UH Compliance Department regarding the contact telephone number on Form CMS-855R, Section 2: B. Correspondence Address.

I contacted Cigna Government Services (CGS), the CMS authorized vendor, and inquired if a physician must answer the contact telephone number.
A CGS specialist explained there is no expectation that a physician would answer the contact telephone number.
In fact, the expectation is that a physician would not be answering the contact telephone number and that messages would be forwarded to the physician as needed.
The purpose for the contact telephone number is in order to verify information on the application.
CGS recognizes that often support personnel will be able to handle these queries.

Thank you again for forwarding your concerns and please let me know if you have any other questions.

Carole Meisler
Local Compliance Officer
University Hospitals Physician Services
24701 Euclid Avenue
Euclid, OH 44117
Office: 216.692.1971  FAX: 216.383.6738
carole.meisler@uhhospitals.org

7/20/2012



DEFENDANT'S
EXHIBIT
21



PO Box 20017
Nashville, TN 37202-5226

July 19, 2012

UNIVERSITY HOSPITALS MEDICAL GROUP INC
Attn: MS. VICTORIA JOHNSON
24701 EUCLID AVENUE
EUCLID, OH 44117-1714

Re: Request for additional information - DR. JOSEPH A. STONE

Dear MS. VICTORIA JOHNSON:

We have received your Medicare enrollment application. In order to complete processing your application we are requesting the following revisions and/or supporting documentation. Consistent with regulations found at 42 CFR §424.525, we may reject this application if you do not furnish complete information within 30 calendar days of the date of this letter.

Requested Revisions:

- We were unable to verify that the provider can be reached directly at the phone number provided in the "Correspondence Address" section of the CMS 855I Application. You must list a valid phone number where we can directly contact the provider in section 2B of the CMS 855I Application. Billing agency and management company phone numbers are not acceptable. Also, an unidentified voicemail will not be acceptable.

- Each time corrections are made to the application, a new signature page must be submitted acknowledging the change(s). Submit a newly signed and newly dated certification statement of the CMS 855I Application. Please note, a copy of a prior signature with a changed date will not be accepted.

- As an attempt to protect our provider/supplier community against fraud and identity theft, verification procedures are required on specific applications. Please fax or email a photocopy of a current passport or photocopy of a driver's license from the provider to confirm his or her identity.

- Please submit the requested information to the CGS Provider Enrollment department via email or fax. The fax number for Kentucky is 615.664.5915. The fax number for Ohio is 615.664.5925.

Page 1 of 2

DEFENDANT'S
EXHIBIT
28
ALL-STATE LEGAL®

CGS Administrators, LLC is a Medicare Part A, B, Home Health and Hospice, and DME Medicare Administrative Contractor for the Centers for Medicare & Medicaid Services.



VJ000232



PO Box 20017
Nashville, TN 37202-5226

July 19, 2012

UNIVERSITY HOSPITALS MEDICAL GROUP INC
Attn: MS. VICTORIA JOHNSON
24701 EUCLID AVENUE
EUCLID, OH 44117-1714

Re: Request for additional information - MS. ANGELA M. CAPP

Dear MS. VICTORIA JOHNSON:

We have received your Medicare enrollment application. In order to complete processing your application we are requesting the following revisions and/or supporting documentation. Consistent with regulations found at 42 CFR §424.525, we may reject this application if you do not furnish complete information within 30 calendar days of the date of this letter.

Requested Revisions:

- We were unable to verify that the provider can be reached directly at the phone number provided in the "Correspondence Address" section of the CMS 855I Application. You must list a valid phone number where we can directly contact the provider in section 2B of the CMS 855I Application. Billing agency and management company phone numbers are not acceptable. Also, an unidentified voicemail will not be acceptable.

- Each time corrections are made to the application, a new signature page must be submitted acknowledging the change(s). Submit a newly signed and newly dated certification statement of the CMS 855I Application. Please note, a copy of a prior signature with a changed date will not be accepted.

- CMS has established criteria for determining the eligibility of non-physician practitioners for enrollment and reimbursement under Part B of the Medicare program. A copy of the non physician practitioner's degree, certificate or transcript demonstrating that requirements were met for the practitioner's specialty must be submitted. You may fax or email the document.

- Please submit the requested information to the CGS Provider Enrollment department via email or fax. The fax number for Kentucky is 615.664.5915. The fax number for Ohio is 615.664.5925.

DEFENDANT'S EXHIBIT
29
ALL-STATE LEGAL®

CGS Administrators, LLC is a Medicare Part A, B, Home Health and Hospice, and DME Medicare Administrative Contractor for the Centers for Medicare & Medicaid Services.

CMS
CENTERS for MEDICARE & MEDICAID SERVICES

VJ000233

**Johnson, Victoria**

| | |
|---|---|
| **From:** | Johnson, Victoria |
| **Sent:** | Tuesday, July 24, 2012 7:27 AM |
| **To:** | Riddle, Steve; Johnson, Sheryl L; Meisler, Carole; Wahl, Cheryl |
| **Subject:** | FW: Pankaj Gupta |

Hi All,

While Carole explained yesterday that we can answer the phone here at the Central Billing Office for the providers, I received the email below from the support team at CGS advising us differently.

Carole can you please tell me who you spoke with that suggested we continue to take calls here in the office.

I have a close friend that works for HHS/OIG who I called last night to verify what CGS is telling us although it has been listed below from their Program Integrity Manual.  Just waiting to hear from him.

I will forward this to our team.



Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:59 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,



I have checked with my support team, and I was  advised that the provider has to be able to be reached

VJ000190

directly at the number. I have listed what the Program Integrity Manual states below:

## 15.5.2.2 – Correspondence Address
**(Rev. 414, Issued: 04-06-12, Effective: 05-07-12, Implementation: 05-07-12)**
**A. Background**
The correspondence address must be one where the contractor can directly contact the applicant to resolve any issues once the provider is enrolled in the Medicare program. It cannot be the address of a billing agency, management services organization, chain home office, or the provider's representative (e.g., attorney, financial advisor). It can, however, be a P.O. Box or, in the case of an individual practitioner, the person's home address.

The contractor shall call the telephone number listed in this section to verify that the contractor can directly contact the applicant. If an answering service appears and the contractor can identify it as the applicant's personal service, it is not necessary to talk directly to the applicant or an official thereof. The contractor only needs to verify that the applicant can be reached at this number.

Thanks!

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 12:05 PM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

I guess our Compliance Officer said it is okay for us to answer the phone and verify that the doctor can be reached here and we should pass on a message to the doctor. Please verify that this is correct.

Thanks for your assistance.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

7/24/2012

VJ000191

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:00 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I am going to forward this information to or support team and wait for a reply from support.

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

My Managers Sheryl Johnson, Steve Riddle and our Compliance Officer Carole Meisler.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:51 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

May I ask who told you to keep using that number and address?

7/24/2012

VJ000192

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:50 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

This is what I am interpreting however I have been told to continue to use this address and telephone number, can you verify with your Supervisor and Manager.

Thanks.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:46 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

*Hello Victoria*

*The address listed in section 2 cannot be of the billing service (see that section of the application) we need a valid correspondence address and phone number for the provider in this section and we will have to be able to reach the provider at that number listed.*

*Thanks!*

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:36 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

7/24/2012

VJ000193

Hi Shamekia,

With regard to section 2b, and your question if the provider can be reached directly at this location.  The providers can not be reached here as this is the office where we enroll the providers and provide in house billing services for them.  The practice location is 11100 Euclid Avenue.  Cleveland, Ohio 44106.  How do we address this issue if the provider cannot be reached here?

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Friday, July 20, 2012 8:28 AM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Good morning!

I will give you a call in about 30 minutes and explain if that is ok with you.

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Friday, July 20, 2012 6:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

Can you please clarify what CGS expectations are when asking if the provider can be reached at this number and what number should be listed in section 2b?

I will have the provider comply.

7/24/2012

VJ000194

Thanks.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 4:04 PM
**To:** Johnson, Victoria
**Subject:** Pankaj Gupta

*Hello Victoria,*

*I am processing the application for Pankaj Gupta, and I need some corrections to the application before I can process it. I will need a valid number to be placed in section 2b; the corrections require a new signed and dated section 15. The requested information may be faxed to 615-664-5925; I have provided my contact information below if you should have any questions.*

*Thanks!*

*Shamekia Mclaughlin*
*CGS*
*Provider Enrollment*
*Two Vantage Way*
*Nashville, TN 37228-1514*
*615-660-5226*
*KY fax# 615-664-5915*

7/24/2012

VJ000195

OH fax # 615-664-5925
*Online Provider Enrollment Application Status*

*Thank You in Advance!*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*
*You can check the status of your application at:*
*http://www.cgsmedicare.com/medicare_dynamic/PE/Login.asp*
*CMS-855I (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855i.pdf*
*CMS-855R (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855r.pdf*
*CMS-855B (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855b.pdf*
*CMS 588 (revised 05/10)(EFT Agreement): http://www.cms.gov/cmsforms/downloads/CMS588.pdf*
*CMS 460 (revised 04/10)(Participation Agreement):*
*http://www.cms.gov/cmsforms/downloads/cms460.pdf*

*For applications in process: to expedite the  processing please remember to include your reference*
*number on all communications to CGS*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*

*Confidential, unpublished property of CGS Administrators, LLC*
*Do not duplicate or distribute*
*Use and distribution limited solely to authorized personnel.*
*(c) Copyright 2012 by CGS  Administrators, LLC*

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

7/24/2012

VJ000196

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone

VJ000197

other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

**From:** Johnson, Victoria
**Sent:** Tuesday, July 24, 2012 1:24 PM
**To:** bronxvikki@aol.com
**Subject:** FW: Pankaj Gupta


Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** Johnson, Victoria
**Sent:** Tuesday, July 24, 2012 7:27 AM
**To:** Riddle, Steve; Johnson, Sheryl L; Meisler, Carole; Wahl, Cheryl
**Subject:** FW: Pankaj Gupta

Hi All,

While Carole explained yesterday that we can answer the phone here at the Central Billing Office for the providers, I received the email below from the support team at CGS advising us differently.

Carole can you please tell me who you spoke with that suggested we continue to take calls here in the office.

I have a close friend that works for HHS/OIG who I called last night to verify what CGS is telling us although it has been listed below from their Program Integrity Manual. Just waiting to hear from him.

I will forward this to our team.


Victoria D. Johnson

University Hospitals Medical Group, Inc.


9/27/2012



DEFENDANT'S
EXHIBIT
31

ALL-STATE LEGAL®

UHPS-Johnson 1136

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:59 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I have checked with my support team, and I was advised that the provider has to be able to be reached directly at the number. I have listed what the Program Integrity Manual states below:

## 15.5.2.2 – Correspondence Address
**(Rev. 414, Issued: 04-06-12, Effective: 05-07-12, Implementation: 05-07-12)**
**A. Background**
The correspondence address must be one where the contractor can directly contact the applicant to resolve any issues once the provider is enrolled in the Medicare program. It cannot be the address of a billing agency, management services organization, chain home office, or the provider's representative (e.g., attorney, financial advisor). It can, however, be a P.O. Box or, in the case of an individual practitioner, the person's home address.
The contractor shall call the telephone number listed in this section to verify that the contractor can directly contact the applicant. If an answering service appears and the contractor can identify it as the applicant's personal service, it is not necessary to talk directly to the applicant or an official thereof. The contractor only needs to verify that the applicant can be reached at this number.

Thanks!

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 12:05 PM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

9/27/2012

UHPS-Johnson 1137

I guess our Compliance Officer said it is okay for us to answer the phone and verify that the doctor can be reached here and we should pass on a message to the doctor.  Please verify that this is correct.

Thanks for your assistance.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:00 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I am going to forward this information to or support team and wait for a reply from  support.

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

My Managers Sheryl Johnson, Steve Riddle and our Compliance Officer Carole Meister.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

9/27/2012

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:51 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta


Hello Victoria,

May I ask who told you to keep using that number and address?

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:50 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta


This is what I am interpreting however I have been told to continue to use this address and telephone number, can you verify with your Supervisor and Manager.

Thanks.


Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org


9/27/2012

UHPS-Johnson 1139

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:46 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

*Hello Victoria*

*The address listed in section 2 cannot be of the billing service (see that section of the application) we need a valid correspondence address and phone number for the provider in this section and we will have to be able to reach the provider at that number listed.*

*Thanks!*

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:36 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

With regard to section 2b, and your question if the provider can be reached directly at this location. The providers can not be reached here as this is the office where we enroll the providers and provide in house billing services for them. The practice location is 11100 Euclid Avenue. Cleveland, Ohio 44106. How do we address this issue if the provider cannot be reached here?

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]

9/27/2012

**Sent:** Friday, July 20, 2012 8:28 AM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Good morning!

I will give you a call in about 30 minutes and explain if that is ok with you.

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Friday, July 20, 2012 6:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

Can you please clarify what CGS expectations are when asking if the provider can be reached at this number and what number should be listed in section 2b?

I will have the provider comply.

Thanks.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 4:04 PM
**To:** Johnson, Victoria
**Subject:** Pankaj Gupta

UHPS-Johnson 1141

Hello Victoria,

I am processing the application for Pankaj Gupta, and I need some corrections to the application before I can process it. I will need a valid number to be placed in section 2b; the corrections require a new signed and dated section 15. The requested information may be faxed to 615-664-5925; I have provided my contact information below if you should have any questions.

Thanks!

Shamekia Mclaughlin
CGS
Provider Enrollment
Two Vantage Way
Nashville, TN 37228-1514
615-660-5226
KY fax# 615-664-5915
OH fax # 615-664-5925
Online Provider Enrollment Application Status

Thank You in Advance!

Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!
You can check the status of your application at:
http://www.cgsmedicare.com/medicare_dynamic/PE/Login.asp
CMS-855I (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855i.pdf
CMS-855R (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855r.pdf
CMS-855B (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855b.pdf
CMS 588 (revised 05/10)(EFT Agreement): http://www.cms.gov/cmsforms/downloads/CMS588.pdf
CMS 460 (revised 04/10)(Participation Agreement):
http://www.cms.gov/cmsforms/downloads/cms460.pdf

For applications in process: to expedite the processing please remember to include your reference number on all communications to CGS

Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!

Confidential, unpublished property of CGS Administrators, LLC
Do not duplicate or distribute
Use and distribution limited solely to authorized personnel.

9/27/2012

*(c) Copyright 2012 by CGS Administrators, LLC*

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and

9/27/2012

3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

9/27/2012

UHPS-Johnson 1144

**Morrison, Christina**

| | |
|---|---|
| **From:** | Meisler, Carole |
| **Sent:** | Tuesday, July 24, 2012 10:14 AM |
| **To:** | Johnson, Victoria |
| **Cc:** | Riddle, Steve; Morrison, Christina; Johnson, Sheryl L |
| **Subject:** | Shamekia is calling in 15 minutes |

**Importance:** High

Hello Victoria-
I spoke to Shamekia' supervisor.
The CGS supervisor directed the following to done in order to prevent delay that is occurring in this process- both for UHSP and CGS.

Shamekia will be calling you in 15 minutes. She will ask you if the provider can be reached at the telephone number on the application.
Per the Supervisor - Tell Shamekia that the provider will not pick up the telephone but as part of your job description, you get any message to him/her, that you will contact the provider for CGS as part of you job.

Carole Meisler
Local Compliance Officer
University Hospitals Physician Services
24701 Euclid Avenue
Euclid, OH 44117
Office: 216.692.1971  FAX: 216.383.6738
carole.meisler@uhhospitals.org

ALL-STATE LEGAL®
DEFENDANT'S
EXHIBIT
32

7/24/2012

**From:** Johnson, Victoria
**Sent:** Tuesday, July 24, 2012 12:48 PM
**To:** bronxvikki@aol.com
**Subject:** FW: Pankaj Gupta

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Tuesday, July 24, 2012 12:46 PM
**To:** 'SHAMEKIA.MCLAUGHLIN@cgsadmin.com'
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

Sorry,

I could not verify that the provider can be reached at this number or is located at this building.   Please note my return email information below, the number listed on the application is that of my desk.  If you wish to call back I will not answer and my name will be identified on my voicemail.

I can however forward a message to them.

**Victoria D. Johnson**

**University Hospitals Medical Group, Inc.**

**Provider Enrollment Specialist**

9/27/2012



24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 3:22 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

*Hello Victoria,*


*My supervisors name is Paula Paty and her number is  782-4500 ext 2444583, I will be advising her on the issue. I have listed my contact information below if you should have any other questions.*



*Thanks!*


*Shamekia Mclaughlin*
*CGS*
*Provider Enrollment*
*Two Vantage Way*
*Nashville, TN 37228-1514*
*615-660-5226*
*KY fax# 615-664-5915*
*OH fax # 615-664-5925*
*Online Provider Enrollment Application Status*

*Thank You in Advance!*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*
*You can check the status of your application at:*
*http://www.cgsmedicare.com/medicare_dynamic/PE/Login.asp*
*CMS-855I (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855i.pdf*
*CMS-855R (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855r.pdf*
*CMS-855B (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855b.pdf*
*CMS 588 (revised 05/10)(EFT Agreement): http://www.cms.gov/cmsforms/downloads/CMS588.pdf*

9/27/2012

Page 5 of 11

*CMS 460 (revised 04/10)(Participation Agreement):*
*http://www.cms.gov/cmsforms/downloads/cms460.pdf*

*For applications in process:  to expedite the  processing please remember to include your reference*
*number on all communications to CGS*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*

*Confidential, unpublished property of CGS Administrators, LLC*
*Do not duplicate or distribute*
*Use and distribution limited solely to authorized personnel.*
*(c) Copyright 2012 by CGS  Administrators, LLC*

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 2:17 PM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

That is how I have always interpret that, I am not sure where our Compliance Officer is getting her information from, however she asked that we asked to get a supervisor's name if we have trouble enrolling any provider.  I have always had reservations about putting our own phone numbers simply by what section 2b states.

This needs to be addressed by management as all of the provider enrollment representatives follow the same procedure.  Is there anyway your management can follow up on this matter.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

9/27/2012

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:59 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

I have checked with my support team, and I was advised that the provider has to be able to be reached directly at the number. I have listed what the Program Integrity Manual states below:

## 15.5.2.2 – Correspondence Address
**(Rev. 414, Issued: 04-06-12, Effective: 05-07-12, Implementation: 05-07-12)**
**A. Background**
The correspondence address must be one where the contractor can directly contact the applicant to resolve any issues once the provider is enrolled in the Medicare program. It cannot be the address of a billing agency, management services organization, chain home office, or the provider's representative (e.g., attorney, financial advisor). It can, however, be a P.O. Box or, in the case of an individual practitioner, the person's home address.
The contractor shall call the telephone number listed in this section to verify that the contractor can directly contact the applicant. If an answering service appears and the contractor can identify it as the applicant's personal service, it is not necessary to talk directly to the applicant or an official thereof. The contractor only needs to verify that the applicant can be reached at this number.

Thanks!

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 12:05 PM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

I guess our Compliance Officer said it is okay for us to answer the phone and verify that the doctor can be reached here and we should pass on a message to the doctor.  Please verify that this is correct.

Thanks for your assistance.


Victoria D. Johnson


9/27/2012

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 1:00 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta


Hello Victoria,


I am going to forward this information to or support team and wait for a reply from support.

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

My Managers Sheryl Johnson, Steve Riddle and our Compliance Officer Carole Meisler.


Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

9/27/2012

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:51 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Hello Victoria,

May I ask who told you to keep using that number and address?

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:50 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

This is what I am interpreting however I have been told to continue to use this address and telephone number, can you verify with your Supervisor and Manager.

Thanks.

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Monday, July 23, 2012 12:46 PM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

*Hello Victoria*

9/27/2012

*The address listed in section 2 cannot be of the billing service (see that section of the application) we need a valid correspondence address and phone number for the provider in this section and we will have to be able to reach the provider at that number listed.*

*Thanks!*

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Monday, July 23, 2012 11:36 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

With regard to section 2b, and your question if the provider can be reached directly at this location. The providers can not be reached here as this is the office where we enroll the providers and provide in house billing services for them. The practice location is 11100 Euclid Avenue. Cleveland, Ohio 44106. How do we address this issue if the provider cannot be reached here?

Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

---

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Friday, July 20, 2012 8:28 AM
**To:** Johnson, Victoria
**Subject:** RE: Pankaj Gupta

Good morning!

I will give you a call in about 30 minutes and explain if that is ok with you.

---

9/27/2012

UHPS-Johnson 1151

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Friday, July 20, 2012 6:56 AM
**To:** SHAMEKIA MCLAUGHLIN
**Subject:** RE: Pankaj Gupta

Hi Shamekia,

Can you please clarify what CGS expectations are when asking if the provider can be reached at this number and what number should be listed in section 2b?

I will have the provider comply.


Thanks.


Victoria D. Johnson

University Hospitals Medical Group, Inc.

Provider Enrollment Specialist

24701 Euclid Avenue

Euclid, Ohio 44117

Mailstop:NET6099

216-383-6614 Desk

216-201-4288 Rightfax

Email address: victoria.johnson@UHhospitals.org

**From:** SHAMEKIA.MCLAUGHLIN@cgsadmin.com [mailto:SHAMEKIA.MCLAUGHLIN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 4:04 PM
**To:** Johnson, Victoria
**Subject:** Pankaj Gupta


*Hello Victoria,*


*I am processing the application for Pankaj Gupta, and I need some corrections to the application before I can process it. I will need a valid number to be placed in section 2b; the corrections require a new signed and dated section 15. The requested information may be faxed to 615-664-5925; I have provided my contact information below if you should have any questions.*


9/27/2012

*Thanks!*


*Shamekia Mclaughlin*
*CGS*
*Provider Enrollment*
*Two Vantage Way*
*Nashville, TN 37228-1514*
*615-660-5226*
*KY fax# 615-664-5915*
*OH fax # 615-664-5925*
*Online Provider Enrollment Application Status*

*Thank You in Advance!*

*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*
*You can check the status of your application at:*
*http://www.cgsmedicare.com/medicare_dynamic/PE/Login.asp*
*CMS-855I (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855i.pdf*
*CMS-855R (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855r.pdf*
*CMS-855B (revised 07/11) can be found: http://www.cms.gov/cmsforms/downloads/cms855b.pdf*
*CMS 588 (revised 05/10)(EFT Agreement): http://www.cms.gov/cmsforms/downloads/CMS588.pdf*
*CMS 460 (revised 04/10)(Participation Agreement):*
*http://www.cms.gov/cmsforms/downloads/cms460.pdf*


*For applications in process: to expedite the processing please remember to include your reference*
*number on all communications to CGS*


*Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!*

*Confidential, unpublished property of CGS Administrators, LLC*
*Do not duplicate or distribute*
*Use and distribution limited solely to authorized personnel.*
*(c) Copyright 2012 by CGS Administrators, LLC*

9/27/2012

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone
other than the addressee.

Federal and Ohio law protect patient medical information, including
psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions,
alcohol, and/or drug_dependence or abuse disclosed in this email. Federal
regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and
3701.243 prohibit disclosure of this information without the specific
written consent of the person to whom it pertains, or as otherwise permitted
by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim
any responsibility for unauthorized disclosure of this information to anyone

9/27/2012

UHPS-Johnson 1154

other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

9/27/2012

UHPS-Johnson 1155

**From:** Johnson, Victoria
**Sent:** Thursday, July 26, 2012 9:04 AM
**To:** bronxvikki@aol.com
**Subject:** FW: Medicare application ref#155649 Dr. Joseph Stone

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Thursday, July 26, 2012 9:04 AM
**To:** Morrison, Christina
**Cc:** Sunagel, Angelique
**Subject:** FW: Medicare application ref#155649 Dr. Joseph Stone

Christina,

Please see attached email I sent to Steve requesting a copy of my performance review and copies of corrective actions that were presented to my during my meeting with Steve and Sheryl this year.

I have not received a response from Steve.

Please send to my home via certified mail.


Thank you.


Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Monday, July 23, 2012 7:06 AM
**To:** Johnson, Victoria; Riddle, Steve; Johnson, Sheryl L; Wahl, Cheryl
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

Steve & Sheryl


9/27/2012



UHPS-Johnson 1131

I want to reiterate that I need a phone number to populate in Section 2b that is in compliance with Medicare.  Your phone number is also located at CBO,  I know during our weekly meetings the ongoing joke is that the Provider Enrollment team will one day be walking out of here in pink and orange jailhouse jumpsuits which I no longer find amusing.

Also would you please send me a copy of my performance review as I never received a copy.

I would also like a copy of the two corrective actions that were presented to me after my review that were referencing Providers Afreen Moonda and Elizabeth Schuld.

I would like to have this in writing.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 11:56 AM
**To:** Riddle, Steve; Johnson, Sheryl L; Wahl, Cheryl
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

Sheryl,

Thanks for verbally instructing me to use your phone number on the applications, I will now use it from now on.  I will confirm this at our meeting Monday.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 10:50 AM
**To:** Riddle, Steve; Johnson, Sheryl L; Wahl, Cheryl
**Subject:** FW: Medicare application ref#155649 Dr. Joseph Stone

Please advise which number we should use.  As the existing number that we have been using is not a valid number.  I no longer want to participate in telling CGS that the provider can be reached at this location as most of them are located at main campus.

Thanks.

9/27/2012

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

---

**From:** ANDREW.BAUMANN@cgsadmin.com [mailto:ANDREW.BAUMANN@cgsadmin.com]
**Sent:** Friday, July 20, 2012 9:50 AM
**To:** Johnson, Victoria
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

Good morning Victoria,

For section 2B the phone number should be a number that either a voicemail or a person can identify that the number is a valid number to contact a provider. So either a home number that the voicemail identifies the provider or at the location where the providers will be working. If you have any other questions please feel free to ask.

Thank you,

**Andrew Baumann**
**Provider Enrollment**
**CGS Administrators, LLC**
**Two Vantage Way, Nashville, TN 37228**
**Phone: 615.660.5293**
email: andrew.baumann@cgsadmin.com
Check the status of your enrollment application: Online Provider Enrollment Application Status
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
For applications in process: to expedite the processing please remember to include your reference number on all communications to CGS

Confidential, unpublished property of CGS Administrators, LLC.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2012 CGS Administrators, LLC.
CGS Administrators, LLC is no longer affiliated with CIGNA corporation.

---

**From:** Johnson, Victoria [mailto:Victoria.Johnson@UHhospitals.org]
**Sent:** Friday, July 20, 2012 7:32 AM
**To:** ANDREW BAUMANN
**Subject:** RE: Medicare application ref#155649 Dr. Joseph Stone

Good morning Andrew,

Can you please clarify what CGS expectations are when asking if the provider can be reached directly at this

9/27/2012

number and what number should be listed in section 2b?

I will have the provider comply.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

---

**From:** ANDREW.BAUMANN@cgsadmin.com [mailto:ANDREW.BAUMANN@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Johnson, Victoria
**Subject:** Medicare application ref#155649 Dr. Joseph Stone

Good afternoon Victoria,

The information that is requested in the attachment is needed to complete the process of the application. Please only submit the fields/selections that are requested. This information must be submitted on newly downloaded pages of the application. You can email me the information at: Andrew.baumann@cgsadmin.com or fax the information to: 615-664-5925.

Thank you,

**Andrew Baumann**
**Provider Enrollment**
**CGS Administrators, LLC**
**Two Vantage Way, Nashville, TN 37228**
**Phone: 615.660.5293**
email: andrew.baumann@cgsadmin.com
Check the status of your enrollment application: Online Provider Enrollment Application Status
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
_For applications in process:_ to expedite the processing please remember to include your reference number on all communications to CGS

Confidential, unpublished property of CGS Administrators, LLC.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2012 CGS Administrators, LLC.
CGS Administrators, LLC is no longer affiliated with CIGNA corporation.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the
use of the addressee only. University Hospitals and its affiliates disclaim

9/27/2012

any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

9/27/2012

Springer, Kathy

| | |
|---|---|
| **From:** | Fulton-Royer, Jill |
| **Sent:** | Friday, July 27, 2012 10:13 AM |
| **To:** | Springer, Kathy |
| **Subject:** | FW: Angela Capp, AA (Entry#155807) |

Jill Fulton, LISW-S, LICDC
Employee Assistance Manager
University Hospitals Case Medical Center
MCCO 6th Floor, Mail Stop 6035 B
11100 Euclid Ave
Cleveland, Ohio 44106
Phone-216-844-1982; Fax-216-983-3038;
Pager-30788; Cell Phone-216-408-9059

**From:** Morrison, Christina
**Sent:** Wednesday, July 25, 2012 12:08 PM
**To:** Fulton-Royer, Jill
**Cc:** Riddle, Steve; Johnson, Sheryl L
**Subject:** FW: Angela Capp, AA (Entry#155807)

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

**University Hospitals**
Physician Services

**From:** Riddle, Steve
**Sent:** Wednesday, July 25, 2012 9:27 AM
**To:** Morrison, Christina
**Subject:** FW: Angela Capp, AA (Entry#155807)

As requested

**Steve Riddle**
**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**



DEFENDANT'S
EXHIBIT
35

7/27/2012

UHCMC-Johnson 1010

VJ000087
CONFIDENTIAL

**(216) 383-6745 Fax**

**From:** Johnson, Sheryl L
**Sent:** Friday, July 20, 2012 10:34 AM
**To:** Riddle, Steve
**Subject:** FW: Angela Capp; AA (Entry#155807)

I held off giving Victoria the directive to use my phone number until the outcome of her meeting with Tina and also finding out that she sent to compliance. Based on the fact that we are doing nothing wrong, am I to assume that she is still not going to use her own number on the applications? Should this be part of the discussion when Carole attends the meeting on Monday?

Thank you

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 10:22 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl; Riddle, Steve; Johnson, Sheryl L
**Subject:** RE: Angela Capp, AA (Entry#155807)

Not sure what processes Steve and Sheryl have relayed to you, however I will wait to hear from Steve as to what number we should be using. Please ask him to send it in writing.

Thank you very much.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 10:10 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Great- S
So that we are all on the same page.
Follow the directives of your UHPS supervisor regarding the application section dealing with contact information.

7/27/2012

UHCMC-Johnson 1011

VJ000088
CONFIDENTIAL

I have educated Sheryl and Steve that their processes are correct.

---

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 10:00 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I did not say CGS ordered us to use that number, I said Kim said may use the hospital operator and we would be in compliance if we did.  (See her response below.)  Nowhere in my email did I say they ordered me to use the hospital number.

In your email, you did not say we should not use the main hospital number.

Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application

Please do not accuse me of changing the department policy as I have not changed any department processes.  I only suggested to you to let Steve Riddle know that this is their policy.

Please clarify with Steve which number other than the Central Billing Office we should be using as the existing number is not in compliance?

Per Kim,

You may use the hospital operator number as long as they will verify that the provider can be reached at that number.

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
phone: 615.800.8931, ext. 2248
email: un.kim@cgsadmin.com
fax numbers:   (OH) 615.664.5925
                      (KY) 615.664.5915

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117

7/27/2012                                                          UHCMC-Johnson 1012

VJ000089
CONFIDENTIAL

Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 9:12 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

CGS did not order you to use the hospital number.
UH can- however, that is up to UH operations.
Please do not change Dept processes without an OK from you supervisor.

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 9:07 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Just received email from Kim CGS, stating we can populate the application with the main hospital number per CGS.  Please let Steve Riddle know that this is their policy as we can no longer use CBO's phone number.  I am sure the department will be happy to hear this.

Thanks for your help.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:49 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why "have the providers complete Section 2B themselves as we have been populating this information on the application for them?"

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 8:45 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

7/27/2012

UHCMC-Johnson 1013

VJ000090
CONFIDENTIAL

I am not sure I understand your question.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Friday, July 20, 2012 8:37 AM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Why?

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:39 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

I will also have the providers complete Section 2B themselves as we have been populating this information on the application for them.

Thanks again.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 7:09 AM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Thanks, I will call them to make sure I am interpreting CGS's expectations correctly.

Victoria D. Johnson

7/27/2012

UHCMC-Johnson 1014

VJ000091
CONFIDENTIAL

University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 4:58 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)
**Importance:** High

Hello Victoria-
Good New!!
I just spoke to Ms. Kim.
Per Ms.Kim, there is no problem for UH to use UH's telephone numbers as a contact number in the application.
There is no expectation that a physician will answer the telephone directly.
For example, per Ms. Kim, she works with a large hospital system that provides the Hospital's main telephone
number and the Hospital Operator answers the telephone.

FYI-I was very clear with her regarding your concerns and she assured me that UH complies with CGS's
expectations.
Thank you again for bringing this to UH Compliance Dept.

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 4:19 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hi Carole,
I am not confused.  The Provider Enrollment team is using the current form, otherwise CGS would clearly reject
it.  We have not just started processing these applications and this issue has been discussed many times at our
weekly meetings.
Yes, the application  does not state **"Section 2B:  Please list a valid correspondence phone number
where the provider can be reached directly. If noone is available to answer the phone when called,
the voicemail greeeting should clearly state the provider's name"**
We are aware that if no one answers the phone it then has to go to the provider's voicemail.  I asked the
representative to send that to me in writing so that I could forward it to you in detail what their expectations are.
Bottom line is that they cannot be reached directly at this number and if they were to call the number we put on
the application and no one answered the voicemail greeting would not be one of the provider.

You can contact CGS for any other clarifications.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099

UHCMC-Johnson 1015

VJ000092
CONFIDENTIAL

216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Meisler, Carole
**Sent:** Thursday, July 19, 2012 3:40 PM
**To:** Johnson, Victoria
**Cc:** Wahl, Cheryl
**Subject:** RE: Angela Capp, AA (Entry#155807)

Hello Victoria-

I understand your confusion.
CGS is giving conflicting information. I went on line and looked at Form 855I page 5, Section 2 B,
Correspondence Address and *the current form does not state*:
**Section 2B: Please list a valid correspondence phone number where the provider can be reached
directly. If noone is available to answer the phone when called, the voicemail greeeting should
clearly state the provider's name.**
**The current CMS 855I states- "Provide contact information for the person shown in Section 2A above.
Once enrolled, the information provided below will be used by the fee-for service contractor if it needs to
contact you directly....."**

**It looks like they forwarded an old form to you!**
Per CGS, physician's support staff can answer the phone and give a message to the physician.

Any other questions?

**From:** Johnson, Victoria
**Sent:** Thursday, July 19, 2012 3:09 PM
**To:** Meisler, Carole
**Cc:** Wahl, Cheryl
**Subject:** FW: Angela Capp, AA (Entry#155807)

This confirms my previous email.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** UN.KIM@cgsadmin.com [mailto:UN.KIM@cgsadmin.com]
**Sent:** Thursday, July 19, 2012 3:01 PM
**To:** Johnson, Victoria
**Subject:** Angela Capp, AA (Entry#155807)

Ms. Johnson,

Per our phone conversation, please find attached a letter requesting additional information needed to
complete Ms. Capp's Medicare enrollment application. A summary of the requested information is also listed
below.

UHCMC-Johnson 1016

VJ000093
CONFIDENTIAL

You may access the Medicare enrollment application and certification pages from the CMS website at www.cms.gov/MedicareProviderSupEnroll as needed.

**Please return the following documents by email to un.kim@cgsadmin.com or fax to 615-664-5925.**

**CMS 855I:**
Section 2B:  Please list a valid correspondence phone number where the provider can be reached directly.  If noone is available to answer the phone when called, the voicemail greeting should clearly state the provider's name.

Section 15:  Please submit a newly signed and dated certification statement.  This page must be submitted with any corrections to the application and must be a new signature and date.

**Attachments:**
Copy of masters degree for anesthesiologist assistant training.

**Please return the requested documents by email to un.kim@cgsadmin.com or fax to 615-664-5925, Attn:  Un Kim, Reference#155807.**

PLEASE NOTE: You must submit all requested corrections within 30 days from the date of the letter or your application may be rejected.

Thank you for your prompt attention to this request!

Un Kim
Provider Enrollment Analyst
CGS Administrators LLC
**phone:** 615.800.8931, ext. 2248
**email:** un.kim@cgsadmin.com
**fax numbers:**    (OH) 615.664.5925
                         (KY) 615.664.5915
Please consider the environment before printing this message.
*Check your application status here: Online Provider Enrollment Application Status*
**Want to stay abreast of CGS updates and changes in Medicare? Join our ListServ!**
Confidential, unpublished property of CGS Administrators LLC.. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.(c) CGS Administrators, LLC and © 2012 CGS Administrators, LLC.
CGS Administrators LLC is no longer affiliated with CIGNA corporation

UHCMC-Johnson 1017

VJ000094
CONFIDENTIAL

**Springer, Kathy**

| | |
|---|---|
| **From:** | Fulton-Royer, Jill |
| **Sent:** | Friday, July 27, 2012 10:12 AM |
| **To:** | Springer, Kathy |
| **Subject:** | FW: Leave |

Jill Fulton, LISW-S, LICDC
Employee Assistance Manager
University Hospitals Case Medical Center
MCCO 6th Floor, Mail Stop 6035 B
11100 Euclid Ave
Cleveland, Ohio 44106
Phone-216-844-1982; Fax-216-983-3038;
Pager-30788; Cell Phone-216-408-9059

**From:** Morrison, Christina
**Sent:** Wednesday, July 25, 2012 12:09 PM
**To:** Fulton-Royer, Jill
**Subject:** FW: Leave

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

 University Hospitals
Physician Services

**From:** Johnson, Sheryl L
**Sent:** Friday, July 20, 2012 12:30 PM
**To:** Johnson, Victoria
**Subject:** RE: Leave

Ok, feel better.

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*


DEFENDANT'S
EXHIBIT

34

7/27/2012

UHCMC-Johnson 1021

VJ000098
CONFIDENTIAL

*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

**From:** Johnson, Victoria
**Sent:** Friday, July 20, 2012 12:23 PM
**To:** Johnson, Sheryl L
**Subject:** Leave

Hi Sheryl,

I'm leaving to go home as I have a headache and blurred vision.

Thanks.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

7/27/2012

UHCMC-Johnson 1022

VJ000099
CONFIDENTIAL

## Springer, Kathy

| | |
|---|---|
| **From:** | Fulton-Royer, Jill |
| **Sent:** | Friday, July 27, 2012 10:09 AM |
| **To:** | Springer, Kathy |
| **Subject:** | FW: Policy Clarification: Sleeping at workstations |

Jill Fulton, LISW-S, LICDC
Employee Assistance Manager
University Hospitals Case Medical Center
MCCO 6th Floor, Mail Stop 6035 B
11100 Euclid Ave
Cleveland, Ohio 44106
Phone-216-844-1982; Fax-216-983-3038;
Pager-30788; Cell Phone-216-408-9059

---

**From:** Morrison, Christina
**Sent:** Wednesday, July 25, 2012 12:11 PM
**To:** Fulton-Royer, Jill
**Subject:** FW: Policy Clarification: Sleeping at workstations

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

**University Hospitals**
Physician Services

---

**From:** Johnson, Victoria
**Sent:** Monday, July 23, 2012 9:30 AM
**To:** Riddle, Steve
**Cc:** Morrison, Christina
**Subject:** RE: Policy Clarification: Sleeping at workstations

Please note that drowsiness is a side effect that I am experiencing while taking my prescribed stress medication.

Drowsiness refers to feeling abnormally sleepy during the day. People who are drowsy may fall asleep in inappropriate situations or at inappropriate times.

7/27/2012

**DEFENDANT'S EXHIBIT**
**37**

UHCMC-Johnson 1030

VJ000107
CONFIDENTIAL

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Riddle, Steve
**Sent:** Monday, July 23, 2012 9:17 AM
**To:** Black, Monica; Duncan, Kim (Billing Services); Hasselstrom, Jordan; Hickey, Leslie ; Johnson, Sheryl L; Lader, Gabriel; Spivey, Rebecca; Selbitschka, Elizabeth; Siegfried, Theresa; Williams, Terri; Barnes, Bianca; Barnes, Matthew; Hirter, Barbara; Johnson, Victoria; Sohn, Kristine; Uskokovic, Barbara; Ankrom, Lesley; Chmielecki, Christina ; Davies, LaVerne
**Subject:** Policy Clarification: Sleeping at workstations

7/23/12

It has long been my opinion that sleeping at workstations in the Billing Services Dept is inappropriate.

Effective today it becomes formal policy that employees are not to sleep at their workstations while on the clock, during breaks, or at any other time during the day.  Our third floor space houses many high level UHPS executives and is also frequently visited by executives from the health system as well as new and established physicians.  If sleeping is a required part of anyone's day it must be done in some other location: the cafeteria, the 2nd floor break room, or in your vehicle. Violation of this policy will be subject to progressive corrective action.  If there is anything unclear about this feel free to direct your questions directly to me.  Thanks.

**Steve Riddle**
**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

UHCMC-Johnson 1031

VJ000108
CONFIDENTIAL

 **University Hospitals**

Cheryl Forino Wahl
Vice President - Chief Compliance Officer
University Hospitals Management Services Center
3605 Warrensville Center Road
Shaker Heights, OH 44122
Mail Stop #MSC 9105
P. 216/767-8223 F 216/201-5115

July 23, 2012

**VIA HAND DELIVERY**
Ms. Victoria Johnson
3646 Lynnfield Road
Shaker Heights, Oh 44122

Dear Ms. Johnson:

I am writing to follow up on the issues you raised regarding how to complete the CMS 855i Form. Carole Meisler, UHPS Compliance Officer, investigated these concerns and shared her findings with you. Ms. Meisler found that the Departmental practices are appropriate.

Ms. Meisler contacted Cigna Governmental Services (CGS), and CGS confirmed that University Hospitals Physicians Services' use of its own telephone number and address as contact information, on Form CMS 855i, Section 2B, is both allowable and correct.  Further, Ms. Meisler has notified the Department's management that this UHPS process is correct and can continue.

Thank you for seeking clarification from the UH Compliance Department regarding your concerns.

Sincerely,

Cheryl Wahl

CFW/jmf



DEFENDANT'S EXHIBIT
38
ALL-STATE LEGAL®

**From:** Johnson, Sheryl L
**Sent:** Thursday, July 26, 2012 2:38 PM
**To:** Morrison, Christina
**Subject:** FW: Sick - Victoria Johnson - Attorney Client Privilege

*Sheryl Johnson*
*Provider Services Manager*
*UHPS*
*24701 Euclid Avenue*
*Euclid, OH 44117*
*PH: 216-692-1144*
*FX: 216-383-6745*

**From:** bronxvikki@aol.com [mailto:bronxvikki@aol.com]
**Sent:** Thursday, July 26, 2012 2:36 PM
**To:** Johnson, Sheryl L
**Subject:** Fwd: Sick

My physician and I discussed my needing to go on medical leave.  I dropped off  FMLA
paperwork today at my doctor's office,  please initiate processing of
FMLA paperwork.

Also let Christina Morrison  know she can send paperwork for EAP appointment via certified
mail.

7/26/2012



DEFENDANT'S
EXHIBIT
39

Thanks.

Sent from my HTC smartphone on the Now Network from Sprint!

----- Forwarded message -----
From: "bronxvikki@aol.com" <bronxvikki@aol.com>
To: <Sheryl.Johnson@UHhospitals.org>
Subject: Sick
Date: Thu, Jul 26, 2012 1:32 pm

Sheryl,

I am no feeling well and will not be in the rest of the day nor tomorrow or Friday.

Sent from my HTC smartphone on the Now Network from Sprint!

**From:** Morrison, Christina <Christina.Morrison@UHhospitals.org>
**To:** bronxvikki <bronxvikki@aol.com>
**Cc:** Riddle, Steve <Steve.Riddle@UHhospitals.org>
**Subject:** RE: 2012 PERFORMANCE REVIEW
**Date:** Mon, Jul 30, 2012 8:25 am

And just to clarify, the evaluation is for 2011, not 2012.


*Tina Morrison*

*Sr. Generalist, Human Resources*

*University Hospitals Physician Services*

*24701 Euclid Avenue*

*Euclid, Ohio 44117*

*Office 216-383-6759*

*Cell 440-474-3233*

*Fax 216-201-4544*

*Christina.Morrison@UHhospitals.org*

 **University Hospitals**
Physician Services


---

**From:** bronxvikki@aol.com [mailto:bronxvikki@aol.com]
**Sent:** Friday, July 27, 2012 6:26 PM
**To:** Morrison, Christina
**Cc:** Johnson, Victoria
**Subject:** 2012 PERFORMANCE REVIEW


CHRISTINA,

I UNDERESTAND YOU COMPLIED TO MY REQUEST FOR A COPY OF MY 2012 PERFORMANCE REVIEW THAT I NEVER RECEIVED AND THE TWO CORRECTIVE ACTIONS THAT WAS PRESENTED TO ME AFTER MY REVIEW,

WHEN I SPOKE TO YOU THURSDAY, JULY 26, 2012,  YOU STATED THAT YOU SENT THE REVIEW TO MY EMAIL ACCOUNT AT UH, AND YOU DID NOT SENT COPIES OF THE 2 CORRECTIVE ACTIONS.

I WAS TRYING TO RETRIEVE MY PERFORMANCE REVIEW THAT WAS SENT FROM YOU THURSDAY AND WAS TOLD BY THE UH HELP DESK THAT ACCESS TO MY EMAIL ACCOUNT WAS TERMINATED AS OF JULY 26, 2012.



**DEFENDANT'S EXHIBIT**

**40**

VJ000244

RE: 2012 PERFORMANCE REVIEW

CAN YOU FORWARD MY PERFORMANCE REVIEW TO ME AT BRONXVIKKI@AOL.COM , AND EXPLAIN TO ME AGAIN WHY I CANNOT GET A COPY OF THE CORRECTIVE ACTIONS.


ANK YOU


VICTORIA JOHNSON

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

VJ000245



DEPARTMENT OF HEALTH AND HUMAN SERVICES
OFFICE FOR CIVIL RIGHTS (OCR)

# HEALTH INFORMATION PRIVACY COMPLAINT



Form Approved: OMB No. 0990-0269.
See OMB Statement on Reverse.

**YOUR FIRST NAME**
VICTORIA

**YOUR LAST NAME**
JOHNSON

**HOME PHONE (Please include area code)**
(216) 767-0076

**WORK PHONE (Please include area code)**
(216) 780-1009

**STREET ADDRESS**
3646 LYNNFIELD ROAD

**CITY**
SHAKER HEIGHTS

**STATE**
OHIO

**ZIP**
44122

**E-MAIL ADDRESS (if available)**
BRONXVIKKI@AOL.COM

**Are you filing this complaint for someone else?** ☐ Yes ☒ No
If Yes, whose health information privacy rights do you believe were violated?

**FIRST NAME**

**LAST NAME**

**Who (or what agency or organization, e.g., provider, health plan) do you believe violated your (or someone else's) health information privacy rights or committed another violation of the Privacy Rule?**
**PERSON / AGENCY / ORGANIZATION**

SHERYL JOHNSON, MANAGER – UNIVERSITY HOSPITALS MEDICAL GROUP, INC.

**STREET ADDRESS**
24701 EUCLID AVENUE

**CITY**
EUCLID

**STATE**
OHIO

**ZIP**
44117

**PHONE (Please include area code)**
216-692-1144

**When do you believe that the violation of health information privacy rights occurred?**
**LIST DATE(S)**

JUNE 13, 2012

**Describe briefly what happened. How and why do you believe your (or someone else's) health information privacy rights were violated, or the privacy rule otherwise was violated? Please be as specific as possible. (Attach additional pages as needed)**

ON JUNE 13, 2012, I CALLED MY MANAGER SHERYL JOHNSON AND TOLD HER THAT I WOULD BE LATE BECAUSE I WAS NOT FEELING WELL AFTER TAKING PRESCRIBED AND NON PRESCRIBED MEDICATIONS.

WHEN I ARRIVED IN THE OFFICE, SHE CAME TO MY CUBICLE AND SAID OH YOU'RE HERE, NOT ASKING IF I WAS O.K., AND THEN PROCEED TO TELL ME, MAYBE MY DOCTOR COULD DECREASE MY MEDICATION SO THAT I AM NOT HAVING SIDE EFFECTS IN THE PRESENCE OF OTHER EMPLOYEES.

I LATER SENT HER AN EMAIL TELLING HER I DON'T WISH EVERYONE AND ANYONE TO KNOW THAT I AM TAKING MEDICATIONS.

**Please sign and date this complaint. You do not need to sign if submitting this form by email because submission by email represents your signature.**
**SIGNATURE**
*Victoria Johnson*

**DATE**
*August 4 2012*

Filing a complaint with OCR is voluntary. However, without the information requested above, OCR may be unable to proceed with your complaint. We collect this information under authority of the Privacy Rule issued pursuant to the Health Insurance Portability and Accountability Act of 1996. We will use the information you provide to determine if we have jurisdiction and, if so, how we will process your complaint. Information submitted on this form is treated confidentially and is protected under the provisions of the Privacy Act of 1974. Names or other identifying information about individuals are disclosed when it is necessary for investigation of possible health information privacy violations, for internal systems operations, or for routine uses, which include disclosure of information outside the Department for purposes associated with health information privacy compliance and as permitted by law. It is illegal for a covered entity to intimidate, threaten, coerce, discriminate or retaliate against you for filing this complaint or for taking any other action to enforce your rights under the Privacy Rule. You are not required to use this form. You also may write a letter or submit a complaint electronically with the same information. To submit an electronic complaint, go to OCR's Web site at: www.hhs.gov/ocr/privacyhowtofile.html. To mail a complaint see reverse page for OCR Regional addresses.
HHS-700 (6/08) (FRONT)

DEFENDANT'S EXHIBIT
A1
ALL-STATE LEGAL

PSC Graphics (301) 443-1090   EF

VJ000250

 

- I am also aware of the obligations of OCR to honor requests under the Freedom of Information Act (FOIA). I understand that it may be necessary for OCR to disclose information, including personally identifying information, which it has gathered as part of its investigation of my complaint.

- In addition, I understand that as a complainant I am covered by the Department of Health and Human Services' (HHS) regulations which protect any individual from being intimidated, threatened, coerced, retaliated against, or discriminated against because he/she has made a complaint, testified, assisted, or participated in any manner in any mediation, investigation, hearing, proceeding, or other part of HHS' investigation, conciliation, or enforcement process.

**After reading the above information, please check ONLY ONE of the following boxes:**

■ **CONSENT:** I have read, understand, and agree to the above and give permission to OCR to reveal my identity or identifying information about me in my case file to persons at the entity or agency under investigation or to other relevant persons, agencies, or entities during any part of HHS' investigation, conciliation, or enforcement process.

☐ **CONSENT DENIED:** I have read and I understand the above and do not give permission to OCR to reveal my identity or identifying information about me. I understand that this denial of consent is likely to impede the investigation of my complaint and may result in closure of the investigation.

Signature: _Victoria Johnson_ Date: _August 4, 2012_

*Please sign and date this complaint. You do not need to sign if submitting this form by email because submission by email represents your signature.*

Name (Please type or print): _Victoria Johnson_

Address: _3646 Lyonfield Avenue_

Telephone Number: _(216) 280-1009_

VJ000251

The remaining information on this form is optional. Failure to answer these voluntary questions will not affect OCR's decision to process your complaint.

**Do you need special accommodations for OCR to communicate with you about this complaint?** (Check all that apply)

☐ Braille ☐ Large Print ☐ Cassette tape ☐ Computer diskette ☐ Electronic mail ☐ TDD

☐ Sign language interpreter (specify language): _____

☐ Foreign language interpreter (specify language): _____

**If we cannot reach you directly, is there someone we can contact to help us reach you?** ☐ Other: _____

| FIRST NAME | LAST NAME |
|---|---|
| WARREN | JOHNSON |

| HOME PHONE (Please include area code) | WORK PHONE (Please include area code) |
|---|---|
|  | 216-712-8357 |

| STREET ADDRESS | CITY |
|---|---|
| 3569 NORMANDY ROAD | SHAKER HEIGHTS |

| STATE | ZIP | E-MAIL ADDRESS (if available) |
|---|---|---|
| OHIO | 44120 | CHEROKEEOHNY@ATT.NET |

**Have you filed your complaint anywhere else? If so, please provide the following.** (Attach additional pages as needed)

PERSON / AGENCY / ORGANIZATION / COURT NAME(S)

NO

| DATE(S) FILED | CASE NUMBER(S) (if known) |
|---|---|
|  |  |

**To help us better serve the public, please provide the following information for the person you believe had their health information privacy rights violated (you or the person on whose behalf you are filing).**

ETHNICITY (select one)
☒ Hispanic or Latino
☐ Not Hispanic or Latino

RACE (select one or more)
☐ American Indian or Alaska Native  ☐ Asian  ☐ Native Hawaiian or Other Pacific Islander
☒ Black or African American  ☐ White  ☐ Other (specify): _____

PRIMARY LANGUAGE SPOKEN (if other than English) _____

**How did you learn about the Office for Civil Rights?**

☒ HHS Website / Internet Search  ☐ Family / Friend/Associate  ☐ Religious/Community Org  ☐ Lawyer / Legal Org  ☐ Phone Directory  ☐ Employer
☐ Fed/State / Local Gov  ☐ Healthcare Provider / Health Plan  ☐ Conference / OCR Brochure  ☐ Other (specify): _____

**To mail a complaint, please type or print, and return completed complaint to the OCR Regional Address based on the region where the alleged discrimination took place. If you need assistance completing this form, contact the appropriate region listed below.**

| | | |
|---|---|---|
| **Region I - CT, ME, MA, NH, RI, VT**<br>Office for Civil Rights, DHHS<br>JFK Federal Building - Room 1875<br>Boston, MA 02203<br>(617) 565-1340; (617) 565-1343 (TDD)<br>(617) 565-3809 FAX | **Region II - IL, IN, MI, MN, OH, Wi**<br>Office for Civil Rights, DHHS<br>233 N. Michigan Ave. - Suite 240<br>Chicago, IL 60601<br>(312) 886-2359; (312) 353-5693 (TDD)<br>(312) 886-1807 FAX | **Region IX - AZ, CA, HI, NV, AS, GU,<br>The U.S. Affiliated Pacific Island Jurisdictions**<br>Office for Civil Rights, DHHS<br>90 7th Street, Suite 4-100<br>San Francisco, CA 94103<br>(415) 437-8310; (415) 437-8311 (TDD)<br>(415) 437-8329 FAX |
| **Region II - NJ, NY, PR, VI**<br>Office for Civil Rights, DHHS<br>26 Federal Plaza - Suite 3313<br>New York, NY 10278<br>(212) 264-3313; (212) 264-2355 (TDD)<br>(212) 264-3039 FAX | **Region VI - AR, LA, NM, OK, TX**<br>Office for Civil Rights, DHHS<br>1301 Young Street - Suite 1169<br>Dallas, TX 75202<br>(214) 767-4056; (214) 767-8940 (TDD)<br>(214) 767-0432 FAX | |
| **Region III - DE, DC, MD, PA, VA, WV**<br>Office for Civil Rights, DHHS<br>150 S. Independence Mall West - Suite 372<br>Philadelphia, PA 19106-3499<br>(215) 861-4441; (215) 861-4440 (TDD)<br>(215) 861-4431 FAX | **Region VII - IA, KS, MO, NE**<br>Office for Civil Rights, DHHS<br>601 East 12th Street - Room 248<br>Kansas City, MO 64106<br>(816) 426-7277; (816) 426-7065 (TDD)<br>(816) 426-3686 FAX | |
| **Region IV - AL, FL, GA, KY, MS, NC, SC, TN**<br>Office for Civil Rights, DHHS<br>61 Forsyth Street, SW. - Suite 3B70<br>Atlanta, GA 30303-8909<br>(404) 562-7886; (404) 331-2867 (TDD)<br>(404) 562-7881 FAX | **Region VIII - CO, MT, ND, SD, UT, WY**<br>Office for Civil Rights, DHHS<br>1961 Stout Street - Room 1426<br>Denver, CO 80294<br>(303) 844-2024; (303) 844-3439 (TDD)<br>(303) 844-2025 FAX | **Region X - AK, ID, OR, WA**<br>Office for Civil Rights, DHHS<br>2201 Sixth Avenue - Mail Stop RX-11<br>Seattle, WA 98121<br>(206) 615-2290; (206) 615-2296 (TDD)<br>(206) 615-2297 FAX |

**Burden Statement**

Public reporting burden for the collection of information on this complaint form is estimated to average 45 minutes per response, including the time for reviewing instructions, gathering the data needed and entering and reviewing the information on the completed complaint form. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: HHS/OS Reports Clearance Officer, Office of Information Resources Management, 200 Independence Ave. S.W., Room 531H, Washington, D.C. 20201.

HHS-700 (6/08) (BACK)

VJ000252

HIPPA_COMPLAINT[1].txt


ON JUNE 13, 2012, I CALLED MY MANAGER SHERYL JOHNSON AND TOLD HER THAT I WOULD BE
LATE BECAUSE I  WAS NOT FEELING WELL AFTER TAKING PRESCRIBED AND NON PRESCRIBED
MEDICATIONS.


WHEN I ARRIVED IN THE OFFICE, SHE CAME TO MY CUBICLE AND SAID OH YOU'RE HERE, NOT
ASKING ME IF I WAS OK, THEN PROCEEDED TO TELL ME THAT MAYBE MY DOCTOR COULD DECREASE
MY MEDICATION SO THAT I AM NOT HAVING SIDE EFFECTS IN THE PRESENCE OF OTHER
EMPLOYEES.


I LATER SENT HER AN EMAIL TELLING HER I DON'T WISH EVERYONE AND ANYONE TO KNOW THAT
I AM TAKING MEDICATIONS.


HER RESPONSE WAS: (SEE ATTACHED EMAIL ALSO)

Victoria - I did not realize that my asking you if your were doing ok and if maybe
the doctor could decrease your medication so that you were not having the effects
that you are having was to be had in a private setting. I don't even know what you
are taking, but from what you are saying, your system may not be adjusting.  My
apologies it I was out of line.


I HAVE BEEN STRESSED AND QUITE EMBARRASED SINCE THIS HAS HAPPEN.  I CAN NOT BELIEVE
THAT A MANAGER WHO ALSO HAS A NURSING DEGREE AND WHO ALSO WORKS FOR UNIVERSITY
HOSPITALS HEALTH SYSTEM ( UHHS) WOULD NOT ACKNOWLEDGE AND COMPLY WITH HEALTH AND
HUMAN SERVICES'HIPPA PRIVACY RULE.  SHE CLEARLY VOILATED MY HEALTH INFORMATION
PRIVACY.


PLEASE INVESTIGATE.

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT 42

VJ000254

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | |

| Ohio Civil Rights Commission | and EEOC |
|---|---|

*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Victoria Johnson | (216) 780-1009 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3646 Lynnfield | Shaker Heights, Ohio 44122 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| University Hospitals | Over 500 | 216-844-1000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 11100 Euclid Avenue | Cleveland, Ohio 44106 | |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☒ DISABILITY  ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE |
|---|
| *EARLIEST (ADEA/EPA)      LATEST (ALL)* |
| July 26, 2012 to present |
| ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was employed by Respondent as a Provider Enrollment Specialist. Part of my job duties entails preparing forms that were required for individual medical providers, including physicians and nurses, to become eligible to provide services to patients that could be covered by Medicare. As part of the application process the provider is required to provide an address and phone number that they could be reached directly. Medicare rules prohibited the use of the address or phone number of the provider's employer or billing service. My supervisors at respondent, Steve Riddle (Director of Billing Services) and Sheryl Johnson (Manager of Billing Services), directed me to provide the address and phone number of respondent's billing department in violation of Medicare rules. On or about July 26, 2012, after I refused to do so and confronted my superiors at Respondent regarding the impropriety of this practice, I was placed on an involuntary administrative leave and ordered to have a fitness for duty evaluation. On July 27, 2012, I was given a letter stating that I was unfit for duty and ordered to see a psychiatrist and undergo a drug and alcohol screening (which I passed). I have been withheld from duty since then. I believe that this is in retaliation for insisting upon complying the Medicare ruled described above and that I am being discriminated against on the basis of a perceived disability, in violation of the Americans with Disabilities Act, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - *(When necessary for State and Local Requirements)* |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| *[signature]* | *[signature]* |
| Date 10/4/2012  Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)* MARK P. HERRON, ATTY. NOTARY PUBLIC - STATE OF OHIO My Commission Has No Expiration Date Section 147.03 O.R.C. |

EEOC FORM 5 (10/94)

DEFENDANT'S EXHIBIT
43
ALL-STATE LEGAL®

VJ000060

*yet fully licensed and must complete a specified number of hours of practice in order to obtain the license -- is not acceptable.)*

- *Revoked/Suspended Licenses:  If the applicant had a previously revoked or suspended license reinstated, the applicant must submit a copy of the reinstatement notice with the application.*

- *Date of Enrollment – For suppliers other than ASCs and portable x-rays, the date of enrollment is the date the contractor approved the application.  The enrollment date cannot be made retroactive.  To illustrate, suppose the supplier met all the requirements needed to enroll in Medicare (other than the submission of a CMS-855I) on January 1.  He sends his CMS-855I to the contractor on May 1, and the contractor approves the application on June 1.  The date of enrollment is June 1, not January 1. (Note that the matter of the date of enrollment is separate from the question of the date from which the supplier may bill.)*

*See section 15.7.5.1, of this chapter for special instructions related to periodic license reviews and certain program integrity matters.*

**B.  CMS-855A**

*Documents that can only be obtained after State surveys or accreditation need not be included as part of the application, nor must the data be provided in section 2 of the CMS-855A.  The provider must, however, furnish those documents that can be submitted prior to the survey/accreditation.*

*The contractor need not verify licenses, certifications, and accreditations that were submitted.  It shall simply include such documents as part of the enrollment package that is forwarded to the State and/or RO.*

*Once the contractor receives the approval letter or tie-in notice from the RO, the contractor is encouraged, but not required, to contact the RO, State agency, or provider for the applicable licensing and/certification data and to enter it into PECOS.*

**15.5.2.2 – Correspondence Address**
**(Rev. 405, Issued: 01-26-12, Effective 02-27-12, Implementation: 02-27-12)**

**A.  General**

*The correspondence address must be one where the contractor can directly contact the applicant to resolve any issues once the provider is enrolled in the Medicare program. It cannot be the address of a billing agency, management services organization, chain home office, or the provider's representative (e.g., attorney, financial advisor).  It can, however, be a P.O. Box or, in the case of an individual practitioner, the person's home address.*

ALL-STATE LEGAL®
**DEFENDANT'S EXHIBIT**
_44_

*The contractor shall call the telephone number listed in this section to verify that the contractor can directly contact the applicant. If an answering service appears and the contractor can identify it as the applicant's personal service, it is not necessary to talk directly to the applicant or an official thereof. The contractor only needs to verify that the applicant can be reached at this number.*

**B.  Contact Person**

*The contractor should use the contact person listed in section 13 of the CMS-855 for all communications specifically related to the provider's submission of a CMS-855 initial enrollment, change of information request, etc. All other provider enrollment-oriented matters shall be directed to the correspondence address. For instance, assume a provider submits an initial CMS-855 on March 1. The application is approved on April 15. All communications specifically related to the CMS-855 submission between March 1 and April 15 should be sent to the contact person (or, if section 13 is blank, to an authorized/delegated official or the individual practitioner). After April 15, all provider enrollment-oriented correspondence shall go to the correspondence address. Now assume that the provider submits a change of information request on August 1, which the contractor approves on August 30. All communications specifically related to the change request should go to the designated contact person between August 1 and August 30.*

*Notwithstanding the above, all approval/denial letters should be sent to the contact person. However, the contractor retains the discretion to send the letter to another address listed on the CMS-855 if dictated by circumstances.*

*In short:*

- *The CMS strongly recommends that all communications (e.g., requests for additional information) specifically related to the submission of a CMS-855 (or CMS-588) application be addressed to the contact person in Section 13. However, the contractor retains the discretion to use the correspondence address if circumstances so warrant.*

- *All provider enrollment-oriented communications/correspondence not specifically related to a CMS-855 (or CMS-588) transaction shall be sent to the correspondence address. The contractor has the discretion to determine whether a particular communication is "specifically related" to a CMS-855 submission or whether a particular communication is "provider enrollment-oriented."*

*For purposes of this section 15.2.2(B), the term "approved" includes "recommended for approval."*

## 15.5.2.3 – Accreditation
**(Rev. 405, Issued: 01-26-12, Effective 02-27-12, Implementation: 02-27-12)**

VJ000200

Jan 11 13 11:18a        Victoria Johnson                2167670076                     p.1

*Actual Application*

## SECTION 2: IDENTIFYING INFORMATION

**A. Personal Information:** Your name, date of birth, and social security number must coincide with the information on your social security record.

| First Name | Middle Initial | Last Name | Jr., Sr., M.D., D.O., etc. |
|---|---|---|---|
|  |  |  |  |

| Other Name, First | Middle Initial | Last Name | Jr., Sr., M.D., D.O., etc. |
|---|---|---|---|
|  |  |  |  |

**Type of Other Name**
☐ Former or Maiden Name  ☐ Professional Name  ☐ Other (Describe): _____

| Date of Birth (mm/dd/yyyy) | State of Birth | Country of Birth |
|---|---|---|
|  |  |  |

| Gender | Social Security Number |
|---|---|
| ☐ Male  ☐ Female |  |

| Medical or other Professional School (Training Institution, if non-MD) | Year of Graduation (yyyy) | DEA Number (if applicable) |
|---|---|---|
|  |  |  |

**License Information**
☐ License Not Applicable

| License Number | State Where Issued |
|---|---|
|  |  |
| Effective Date (mm/dd/yyyy) | Expiration/Renewal Date (mm/dd/yyyy) |

**Certification Information**
☐ Certification Not Applicable

| Certification Number | State Where Issued |
|---|---|
|  |  |
| Effective Date (mm/dd/yyyy) | Expiration/Renewal Date (mm/dd/yyyy) |

**New Patient Status Information**
Do you accept new Medicare patients?  ☒ Yes  ☐ No

DEFENDANT'S EXHIBIT
45
ALL-STATE LEGAL®

**B. Correspondence Address**
Provide contact information for the person shown in Section 2A above. Once enrolled, the information provided below will be used by the fee-for-service contractor if it needs to contact you directly. This address cannot be a billing agency's address. *We are billing agency for provider* ~~no false~~

**Mailing Address Line 1** (Street Name and Number)
24701 Euclid Avenue

**Mailing Address Line 2** (Suite, Room, etc.)
3RD FLOOR

| City/Town | State | ZIP Code + 4 |
|---|---|---|
| Euclid | OHIO | 44117 |

| Telephone Number | Fax Number (if applicable) | E-mail Address (if applicable) |
|---|---|---|
| (216)383.6600 | (216)201.4288 | VICTORIA.JOHNSON@UHHOSPITALS.ORG |

CMS-855i (07/11)                                                        VJ000189



**University Hospitals**
Physician Services

**University Hospitals**
Case Medical Center

Kathy Fussell Springer, LISW-S, LICDC
Employee Assistance Counselor
Employee Assistance Program

11100 Euclid Avenue
Mail Stop 6036B
Cleveland, OH 44106
Phone 216 286 9985 Pager 216 464 8410 (3B332)
Fax 216 983 3038
Email Kathy.Springer@UHhospitals.org
Among the nation's leading academic medical centers, University Hospitals Case Medical Center is the primary affiliate of Case Western Reserve University School of Medicine.

July 26, 2012

Victoria Johnson
3646 Lynnfield Road
Shaker Heights, Ohio 44122

Sent via Courier, Certified and Regular US Mail

Dear Victoria,

**University Hospitals**
Case Medical Center

Karen M. Farley
CNP, MSN Nurse Practitioner
Corporate Health

Medical Center Company Service Bldg 2220 Circle Dr
4th Floor, MCCO-6029
Cleveland, OH 44106
Phone 216 844 4833
Fax 216 844 3990
Email Karen.Farley@UHhospitals.org
University Hospitals Case Medical Center is the primary affiliate of
Case Western Reserve University School of Medicine

As a follow up to our Fit for Duty meeting at 10:30am, you have been placed on an unpaid Administrative Leave.

As you have been made aware during our meeting, per University Hospitals Employee Assistance Policy HR 85, you have 24 hours to comply with the mandatory Fit for Duty referral.

We have rescheduled your Fit for Duty appointment with Jill Fulton, LISW-S, LICDC, Employee Assistance Manager. **Your appointment is tomorrow, Friday, July 27th at 10:00 am at the following location (see also enclosed documents which includes map):**

MCCO Building, 6th floor
11100 Euclid Avenue
Cleveland, Ohio 44106

Please be advised, failure to comply and/or attend your Fit for Duty appointment tomorrow may result in termination of employment under UH Corrective Action Policy HR 72.

Should you have questions or concerns about this information, please contact me directly at 216-383-6759. You may also contact Angelique Sunagel, HR Director, at 216-383-6777.

Sincerely,

Christina Morrison
Sr. Generalist Human Resources
UHPS
24701 Euclid Avenue
Euclid, Oh 44117

Cc: Angelique Sunagel, Director Human Resources UHPS
Marcie Manson, Legal Counsel

DEFENDANT'S EXHIBIT
460

VJ000238

Re: contact needed                                                                                          Page 1 of 2

> **From:** bronxvikki <bronxvikki@aol.com>
>     **To:** Springer, Kathy <Kathy.Springer@UHhospitals.org>
> **Subject:** Re: contact needed
> — **Date:** Sat, Aug 11, 2012 4:14 pm

Hi Kathy,

Just received your email,  again I am requesting a copy of results of consultation with Dr. Pallas.  I have requested this twice verbally and have sent a previous email.  You said you would check with your manager to see it is possible to give it to me.

I would also like a copy of the test results from the breathalyzer, drug screening and psych evaluation.

My doctor has indicated a return to work date as September 4, 2012.

I prefer to communicate via email due to conflicting information received from you and Dr. Pallas.

Thanks.

Please respond via email

Sent from my HTC smartphone on the Now Network from Sprint!

----- Reply message -----
From: "Springer, Kathy " <Kathy.Springer@UHhospitals.org >
To: <bronxvikki@aol.com >
Subject: contact needed
Date: Thu, Aug 9, 2012 1:44 pm

Vikki,

...ied reaching you by phone and was unsuccessful.  Please give me a call (by noon on Friday) so we can talk.  I need to get information from your Psychiatrist to complete the fitness for duty evaluation.  We need to have his clearance for you to be able to return to work.  Without his clearance and input I can not move forward with the evaluation and will have to let HR and your manager know that I am unable to finish the evaluation.

Thanks,

**Kathy Fussell Springer, LISW-S, LICDC**

**Employee Assistance Counselor**

**University Hospitals Case Medical Center**

11100 EuclidAvenue

Mail Stop: 665B

Cleveland, Ohio  44106

   ‹-286-995 phone

      ‹5-3038 fax    pager 216-464-8410 (38332)

         ·thy.springer@UHhospitals.org

Re: contact needed

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

ieral and Ohio law protect patient medical information, including psychiatric disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

VJ000209

**Johnson, Victoria**

| | |
|---|---|
| **From:** | Morrison, Christina |
| **Sent:** | Tuesday, July 24, 2012 10:18 AM |
| **To:** | Meisler, Carole; Johnson, Victoria |
| **Cc:** | Riddle, Steve; Johnson, Sheryl L |
| **Subject:** | RE: Shamekia is calling in 15 minutes |

Thank you Carole.

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*



---

**From:** Meisler, Carole
**Sent:** Tuesday, July 24, 2012 10:14 AM
**To:** Johnson, Victoria
**Cc:** Riddle, Steve; Morrison, Christina; Johnson, Sheryl L
**Subject:** Shamekia is calling in 15 minutes
**Importance:** High

Hello Victoria-
I spoke to Shamekia' supervisor.
The CGS supervisor directed the following to done in order to prevent delay that is occurring in this process- both for UHSP and CGS.

Shamekia will be calling you in 15 minutes. She will ask you if the provider can be reached at the telephone number on the application. *ANSWER IS NO — PROVIDER IS NOT*
Per the Supervisor - Tell Shamekia that the provider will not pick up the telephone but as part of your job *AT THIS LOCATION* description, you get any message to him/her, that you will contact the provider for CGS as part of you job.

Carole Meisler
Local Compliance Officer
University Hospitals Physician Services
24701 Euclid Avenue
Euclid, OH 44117
Office: 216.692.1971  FAX: 216.383.6738
carole.meisler@uhhospitals.org

7/24/2012

VJ000215

**Johnson, Victoria**

| | |
|---|---|
| **From:** | Johnson, Sheryl L |
| **Sent:** | Tuesday, May 29, 2012 3:39 PM |
| **To:** | Barnes, Bianca; Sohn, Kristine; Johnson, Victoria; Hirter, Barbara |
| **Subject:** | Lunch |
| **Importance:** High | |

All – please note that when requesting that you have worked through lunch that if you leave the building to go out and get lunch to bring back to your desk, that is not considered working through lunch.   Please do not ask me to approve "no lunch" if that is the case.

Thanks,
Sheryl

Sheryl Johnson
Provider Services Manager
UHPS
24701 Euclid Avenue
Euclid, OH 44117
PH: 216-692-1144
FX: 216-383-6745

She saw me return from McDonalds. I went on my break to pick up my lunch. — Twelve minutes to McDonalds and back. There a group in billing services that walks on their break which is longer than 15 minutes.

7/23/2012

VJ000227

**Johnson, Victoria**

| | |
|---|---|
| From: | Sohn, Kristine |
| Sent: | Thursday, March 15, 2012 9:52 AM |
| To: | Johnson, Victoria |
| Cc: | Day, Cynthia (Santiago) |
| Subject: | Packet Request for  Dr. Pankaj Gupta -Ophthalmology |
| Attachments: | [Untitled].pdf; [Untitled].pdf |

  

[Untitled].pdf (1    [Untitled].pdf (2
MB)        MB)

                Hi Victoria,

Please pre-fill applications with the attached information on Dr.Gupta, who is joining ophthalmology in August. I will get the carve out applications for you. Cynthia would like this packet sometime next week.


Thank you,
Kristine Sohn
Senior Provider Enrollment Specialist
University Hospital Medical Group
24701 Euclid Avenue
3rd Floor, Mailstop-NET 6099
Euclid, Oh 44117
Phone (216) 383-6616
Fax (216) 201-4261



-----Original Message-----
From: Day, Cynthia (Santiago)
Sent: Wednesday, March 14, 2012 8:40 AM
To: Sohn, Kristine
Subject: FW: Dr. Pankaj Gupta -UHMG On-boarding

Please have a completed packet ready some time next week. This one is a start of 8/1/12 and I am not that much in a hurry to send this one out. I would prefer to get another physicians packet out who is starting 7/1/12.

Thank you.

Cynthia Day
University Hospitals Medical Group
UHMG Physician Services Dept.
24701 Euclid Ave., 3rd Floor
Euclid, OH 44117
MS: NET6099
Phone: 216-383-6545 Fax: 216-201-5181


-----Original Message-----
From: Day, Cynthia (Santiago)
Sent: Wednesday, March 14, 2012 8:34 AM
To: Hovancsek, Gina
Cc: Colie, Betsy; Sohn, Kristine; Sudano, Pamela
Subject: FW: Dr. Pankaj Gupta -UHMG On-boarding

Please see the attached pre-app and CV for Dr. Gupta.

VJ000230

**Johnson, Victoria**

| | |
|---|---|
| **From:** | Johnson, Victoria |
| **Sent:** | Tuesday, July 17, 2012 8:57 AM |
| **To:** | Morrison, Christina |
| **Subject:** | RE: Medicare Applications |

Okay, will see you when you get in.

Thanks.

*Christina came to my desk Tuesday, dozed off. She asked me if I was on my meds? Not if I was o.k., she knows I am on medication.*

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Morrison, Christina
**Sent:** Tuesday, July 17, 2012 8:16 AM
**To:** Johnson, Victoria
**Subject:** RE: Medicare Applications

I was off site at meetings all day yesterday so I just read this.  Stop by-have you applied for
FMLA to assist you?  Also, have you found any roles that may be less stressful for you to apply
for?

*Tina Morrison*
*Sr. Generalist, Human Resources*
*University Hospitals Physician Services*
*24701 Euclid Avenue*
*Euclid, Ohio 44117*
*Office 216-383-6759*
*Cell 440-474-3233*
*Fax 216-201-4544*
*Christina.Morrison@UHhospitals.org*

☒

**From:** Johnson, Victoria
**Sent:** Tuesday, July 17, 2012 8:01 AM
**To:** Morrison, Christina
**Subject:** FW: Medicare Applications

Just wanted to make sure you received this email, I will stop by later.

Victoria D. Johnson

7/23/2012

VJ000240

University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Johnson, Victoria
**Sent:** Monday, July 16, 2012 2:37 PM
**To:** Riddle, Steve
**Cc:** Morrison, Christina
**Subject:** FW: Medicare Applications

Steve,

Sorry I miss the meeting today, not sure if this issue was resolved today, however this has been an issue that has been brought up at our weekly meetings.  While we in these department have been telling CGS that the doctors can be reached at this number although they cannot, and in which I have had reservations about lying since we incorporated this practice, I will not be participating in this unethical practice any longer for moral reasons.  This has situation has impose additional stress and in turn affects my performance as it has made me feel that if I don't participate my job is at risk.

Additionally, I had conversations with my family this past weekend about my taking a prescribed medication (stress and antidepressants) in order to deal with the stress that I have endured in this department and they wish me to stop taking the medication as I as always been a healthy person and they are afraid of the side effects and long term use of the medication.

Victoria D. Johnson
University Hospitals Medical Group, Inc.
Provider Enrollment Specialist
24701 Euclid Avenue
Euclid, Ohio 44117
Mailstop:NET6099
216-383-6614 Desk
216-201-4288 Rightfax
Email address: victoria.johnson@UHhospitals.org

**From:** Riddle, Steve
**Sent:** Friday, June 29, 2012 12:14 PM
**To:** Hasselstrom, Jordan; Johnson, Sheryl L; Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Subject:** RE: Medicare Applications

Lets make sure everyone who answers the phone...specifically for the MP billing services line that they recognize the area code(s) and answer the phone such that it is not determined that we are a billing company

**Steve Riddle**

**Director of Billing Services**
**University Hospitals Physician Services**
**(216) 383-6480**
**(216) 383-6745 Fax**

---

**From:** Hasselstrom, Jordan
**Sent:** Friday, June 29, 2012 10:35 AM
**To:** Johnson, Sheryl L; Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
**Cc:** Riddle, Steve
**Subject:** RE: Medicare Applications

Yes and yesterday they called to verify spoke to Monica- confirmed everything then denied the app and said we were a billing company ☹ We both sent her a nice detailed email telling her we were not and haven't heard a thing.

---

> **From:** Johnson, Sheryl L
> **Sent:** Friday, June 29, 2012 10:21 AM
> **To:** Barnes, Bianca; Hirter, Barbara; Sohn, Kristine; Johnson, Victoria
> **Cc:** Hasselstrom, Jordan; Riddle, Steve
> **Subject:** Medicare Applications
> **Importance:** High
>
> Good Morning – I just wanted to send this reminder to let everyone know that CGS is **extremely critical** of the applications that are submitted. Bianca had 2 applications returned because the imprinted date in the bottom left hand corner on several of the pages were cut off when they were copied on the printer. I think this is completely ridiculous but this is CGS.
>
> Please review your applications closely when submitting them. Who would have guessed that they would return an application because a date was cut off!
>
> *Sheryl Johnson*
> *Provider Services Manager*
> *UHPS*
> *24701 Euclid Avenue*
> *Euclid, OH 44117*
> *PH: 216-692-1144*
> *FX: 216-383-6745*

7/23/2012

VJ000242

You will be meeting with Dr. James Pallas

Location:    23425 Commerce Park
             Suite 104
             Beachwood, Ohio 44122

(Chagrin and Green  2 lights east of Green on Chagrin
                    1 light south of Chagrin on Green)

Phone:    216-831-2900
Date:    ~~Wed, August 1, 2012~~ *Tuesday July 31, 2012*
Time:    1:00 PM *3:00pm*

The evaluation will take about 3 hours.  You will be completing a test and also be seen for a face to face interview.  Plan to arrive about 15 minutes early to sign in.

October 5, 2012


Christina Morrison
University Hospitals Physician Services
Sr. Generalist Human Resources
24701 Euclid Avenue
Euclid, Ohio 44117


Christina,


Today I received your letter dated October 1, 2012.

I was placed on Unpaid Administrative Leave effective August 10, 2012 and was told by you that I would be contacted by you once a return to work status has been determined. Please see attached letter dated August 14, 2012.  I understood this to supersede my prior FMLA request.

I will return to work on Monday, October 8, 2012, as directed.  However, I am concerned about several things.  First, I have contacted Medicare with respect to my supervisors' continued insistence that I use the Billing Center address and phone number on provider applications, even though I have been told in writing by CGS that this is improper.  I believe that I am being told by to lie and I will not do so.

Also, because I was placed on unpaid administrative leave after refusing to lie and made to undergo a psychiatric evaluation through employer assistance and to take a drug and alcohol test, I filed a complaint against UH with the EEOC alleging disability discrimination.  My attorney faxed copies of the EEOC complaint to my supervisors and to UH Human Resources yesterday.  I think that UH has tried to portray me as mentally unstable because I won't lie on the provider applications.


Immediately upon my returning to work, I expect the following:

1)  To work in a non hostile work environment.

2)  Need copy off drug and alcohol screening, psychiatric report from Dr. Pallas.

3)  Not to be asked to complete Medicare, Medicaid, Out of State Medicaid and/or any other Provider Enrollment applications that are prohibited or in violation of their rules.

4)  Would like see a company wide distributed email informing employees that they are no longer permitted to rest at their desks during their breaks.

DEFENDANT'S
EXHIBIT
41
ALL-STATE LEGAL®

5)  Would like to have confirmed and/or reports that Paul Simmons has been also place on Unpaid Administrative Leave subject to a mandatory pychiatric evaluation as I have reported to HR his offensive sexual behavior back in February 2012.

 6)   I don't want to be subjected to retaliatory Corrective Actions, be it formal or informal.  I have yet to receive a copy of the Corrective Actions that were presented to me during my 2011 performance evaluation that were clearly retaliatory because of my complaint to HR regarding Paul Simmons' offensive sexual behavior.  Although he has agreed to move to the other side of the building, I am not totally comfortable with his presence in the building.


If you have any questions, please respond via email.


Thank you,


Victoria Johnson