IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA JOHNSON, | ) | CASE NO. 1:13 CV 2012 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| UNIVERSITY HOSPITALS | ) | |
| PHYSICIAN SERVICES, | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT** |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Motion for Summary Judgment Filed by Defendant, University Hospitals Physician Services, (Docket #27) is hereby GRANTED. This case is hereby TERMINATED. All other pending motions are terminated.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: _September 15, 2014_