IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA JOHNSON, | ) | CASE NO. 1:13-CV-2012 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS, | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff Victoria Johnson hereby appeals to the United States Court of Appeals for the Sixth Circuit from the judgment and order granting defendant's Motion for Summary Judgment entered in this action on September 16, 2014.

                                                         s/*Mark P. Herron*_____
                                                         Mark P. Herron (0051998)
                                                         75 Public Square, Suite 920
                                                          Cleveland, Ohio 44113
                                                          (216) 280-2828  FAX (216) 696-0075
                                                          email: herronlaw@msn.com

                                                          Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Mark P. Herron*_____
Mark P. Herron (0051998)
75 Public Square, Suite 920
Cleveland, Ohio  44113
(216) 280-2828  FAX (216) 696-0075
email: herronlaw@msn.com

Attorney for Plaintiff