TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION, Cleveland | District Court No. 1:13cv2012<br>USCA No. __14-4026__ |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF |
|---|---|
| | NAME: Mark P. Herron |
| | FIRM NAME: |
| VICTORIA JOHNSON | ADDRESS: Suite 920 |
| | 75 Public Square |
| PLAINTIFF - __APPELLANT__ | Cleveland, OH. 44113 |
| | TELEPHONE: 216-280-2828 |
| v. | |
| | CURRENT COUNSEL FOR DEFENDANT |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC. | NAME: Kerin L. Kaminski |
| | FIRM NAME: Giffen & Kaminski |
| | ADDRESS: Suite 1600 |
| DEFENDANT - __Appellee__ | 1300 East Ninth Street |
| | Cleveland, OH. 44114 |
| | TELEPHONE: 216-621-5161 |

If Habeas Corpus, Certificate of Appealability is: ( ) granted ( ) denied ( ) pending

Criminal Defendant: ( ) on bond ( ) incarcerated ( ) on probation

Fees: District Court & USCA Fee Paid: (X) yes ( ) no ( ) not required
Pauper Status: ( ) granted ( ) denied ( ) pending
Affidavit of Financial Status Filed: ( ) yes ( ) no

Counsel: ( ) appointed (X) retained ( ) pro se

District Court Judge: __Nugent__  Court Reporter: __NONE__

Any hearing or trial ( ) yes ( ) no  If yes, dates __

FROM __Shawn Harrigan__  DATE __OCTOBER 17, 2014__

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, __2014__. Clerk, GERI M. SMITH, U.S. District Court