# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 31, 2014

Mr. Mark P. Herron
Law Offices
75 Public Square
Suite 920
Cleveland, OH 44113

Ms. Kerin Lyn Kaminski
Giffen & Kaminski
1300 E. Ninth Street
Suite 1600
Cleveland, OH 44114

Re:  Case No. 14-4026, *Victoria Johnson v. Univ. Hospitals Health Sys., et al*
Originating Case No. : 1:13-cv-02012

Dear Counsel,

In light of the amended complaint, record entry #9, University Hospitals Health Systems has been terminated as a party to this appeal.  The Corrected Official Caption is attached.

Sincerely yours,

s/Laura A. Jones
Case Manager
Direct Dial No. 513-564-7023

cc:  Ms. Geri M. Smith

| 14-4026 |
|---|

VICTORIA JOHNSON

       Plaintiff - Appellant

v.

UNIVERSITY HOSPITALS HEALTH SYSTEMS

       Defendant

and

UNIVERSITY HOSPITALS PHYSICIAN SERVICES

       Defendant - Appellee