# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 14-4026

Filed: July 30, 2015

VICTORIA JOHNSON

    Plaintiff - Appellant

v.

UNIVERSITY HOSPITALS HEALTH SYSTEMS     1:13cv2012 - DCN

    Defendant

and

UNIVERSITY HOSPITALS PHYSICIAN SERVICES

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 07/07/2015 the mandate for this case hereby issues today. Affirmed

COSTS: None